Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA OLSSON, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>PLDT INC., MANUEL V. PANGILINAN, ALFRED S. PANLILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-AQUINO, ABNER TITO L. ALBERTO, GIL SAMSON D. GARCIA, MA. LOURDES C. RAUSA-CHAN, FLORENTINO D. MABASA JR. AND JUNE CHERYL A. CABAL-REVILLA,<br><br>      Defendants. | Case No. 2:23-cv-00885-CJC-MAA<br><br>**MOTION OF SOPHIA OLSSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: Cormac J. Carney<br>HEARING: May 8, 2023<br>TIME:  1:30 p.m.<br>CTRM: 9B |

1

MOTION OF SOPHIA OLSSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
CHOICE OF COUNSEL – Case No. 2:23-cv-00885-CJC-MAA

PLEASE TAKE NOTICE that on Monday, May 8, 2023 at 1:30 p.m. before the Honorable Cormac J. Carney in the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9 B, Santa Ana, California 92701-4516, Sophia Olsson ("Movant") will and does move this Court for an order granting her Motion for: (1) appointment of Movant as Lead Plaintiff of the Class; and (2) approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiff and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that: (1) Movant should be appointed as Lead Plaintiff for the class of all purchasers of PLDT Inc. securities between January 1, 2019 and December 19, 2022, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest, and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen (and exhibits attached thereto), and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

2

Dated: April 7, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen

Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 7, 2023, I electronically filed the following **MOTION OF SOPHIA OLSSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 7, 2023.

/s/ Laurence M. Rosen
Laurence M. Rosen

MOTION OF SOPHIA OLSSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:23-cv-00885-CJC-MAA