# Exhibit 3

**PLDT Inc. Loss Chart**
**Class Period: January 1, 2019 through December 19, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price | Notes |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|-------|
| Olsson, Sophia | 4/6/2022 | 2.00 | ($35.90) | ($71.80) | | | | | 2 | $49.11 | ($22.69) | $24.55 | |