**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Kevin Douglas and
[Proposed] Lead Counsel for the
Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA OLSSON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PLDT INC., MANUEL V. PANGILINAN, ALFRED S. PANLILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-AQUINO, ABNER TITO L. ALBERTO, GIL SAMSON D. GARCIA, MA. LOURDES C. RAUSA-CHAN, FLORENTINO D. MABASA JR. AND JUNE CHERYL A. CABALREVILLA, <br><br> Defendants. | No.: 2:23-cv-00885-CJC-MAA <br><br> **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN FURTHER SUPPORT OF KEVIN DOUGLAS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge: Hon. Cormac J. Carney <br> Date: May 8, 2023 <br> Time: 1:30 p.m. <br> Courtroom #9B |

I, ADAM M. APTON hereby declare that:

1.	I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Kevin Douglas ("Movant"), and proposed Lead Counsel for the class.

2.	I make this Supplemental Declaration in further support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.	Attached hereto as **Exhibit A** is a true and correct copy of the lead plaintiff order in *Hampton v. Pacific Investment Management Company LLC, et al.,* No. SACV 15-00131-CJC(JCGx), ECF No. 17 (C.D. Cal. May 7, 2015).

4.	Attached hereto as **Exhibit B** is a true and correct copy of the of the lead plaintiff order in *Hardy v. Embark Technology Inc., et al.,* No. 3:22-cv-02090-JSC, ECF No. 24 (N.D. Cal. July 7, 2022). The lead plaintiff, Tyler Hardy, claimed an approximate loss of $953. Attached hereto as **Exhibit B-1** is a true and correct copy of the loss chart analysis filed by movant Tyler Hardy.

5.	Attached hereto as **Exhibit C** is a true and correct copy of the lead plaintiff order in *Pratyush v. Full Truck Alliance Co. Ltd.,* No. 1:21-cv-03903-LDH-MMH, ECF No. 11 (E.D.N.Y. July 1, 2022). The lead plaintiff, Pratyush Kohli, claimed an approximate loss of $77. Attached hereto as **Exhibit C-1** is a true and correct copy of the loss chart analysis filed by movant Pratyush Kohli.

6.	Attached hereto as **Exhibit D** is a true and correct copy of the lead plaintiff order in *Hunter v. Elanco Animal Health Incorporated, et al.,* No. 1:20-cv-01460-SEB-DML, ECF No. 27 (S.D. Ind. Sept. 2, 2020). The lead plaintiff, Sandra Hunter, claimed an approximate loss of $344. Attached hereto as **Exhibit D-1** is a true and correct copy of the loss chart analysis filed by movant Sandra Hunter.

7.	Attached hereto as **Exhibit E** is a true and correct copy of the lead plaintiff order in *Gray v. Alpha and Omega Semiconductor Limited, et al.,* No. 20-

cv2414 (RA) ECF No. 14 (S.D.N.Y. July 1, 2020). The lead plaintiff, Darryl Gray, claimed an approximate loss of $450. Attached hereto as **Exhibit E-1** is a true and correct copy of the loss chart analysis filed by movant Darryl Gray.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the lead plaintiff order in *Kim v. Allakos Inc., et al.,* No. 20-cv-01720-JSW, ECF No. 20 (N.D. Cal. June 4, 2020). The lead plaintiff, Sung Kim, claimed an approximate loss of $639. Attached hereto as **Exhibit F-1** is a true and correct copy of the loss chart analysis filed by movant Sung Kim.

9.      Attached hereto as **Exhibit G** is a true and correct copy of the lead plaintiff order in *Skrzeczkoski v. Intelligent Systems Corporation, et al.,* No. 19-cv-3949 (ARR) (CLP), ECF No. 35 (E.D.N.Y. Sept. 26, 2019). The lead plaintiff, Edgardo Canez, claimed an approximate loss of $843. Attached hereto as **Exhibit G-1** is a true and correct copy of the loss chart analysis filed by movant Edgardo Canez.

10.      Attached hereto as **Exhibit H** is a true and correct copy of the lead plaintiff order in *Yaron v. Intersect ENT, Inc.,* No. 4:19-cv-02647-JSW, ECF No. 21 (N.D. Cal. Sept. 24, 2019). The lead plaintiff, Avi Yaron, claimed an approximate loss of $622. Attached hereto as **Exhibit H-1** is a true and correct copy of the loss chart analysis filed by movant Avi Yaron.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 24th day of April 2023.

*/s/ Adam M. Apton*
Adam M. Apton

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On April 24, 2023, I electronically filed the following **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN FURTHER SUPPORT OF KEVIN DOUGLAS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 24, 2023.

*/s/ Adam M. Apton*
Adam M. Apton