# EXHIBIT B-1

**Embark Technology, Inc. (EMBK)**
**Class Period: January 12, 2021 and January 5, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $4.7261 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hardy, Tyler | 11/15/2021 | 224 | $8.9800 | ($2,012) | | | | | 224 | $1,059 | ($953) |

*Avg Closing Prices from January 6, 2022 to April 6, 2022

16