# EXHIBIT C-1

21

| Case Name | Full Truck Alliance Co. Ltd. |
|---|---|
| Ticker | YMM |
| Clien Name | Shivtaj Zirvi |
| IPO Date | 06-23-2021 |

| § 11 Loss Calculation | |
|---|---|
| Total Shares Acquired | 2,657 |
| IPO Offer Price | $ 19.00 |
| Value of Shares an Acquisition* | $49,287.35 |
| Close Date | 07-12-2021 |
| Closing Price | $ 15.78 |
| Estimated Value of Shares** | $ 41,927.46 |
| **Estimated (Gain)/Loss** | **$ 7,359.89** |

\* For purposes of this damage calculation, any retained shares purchased at a price higher than the offering priceof $19.00 are valued at $19.00 per share. Any shares purchased for less than the offering price are valued at their purchase price.


\*\* Pursuant to 15 U.S.C. § 77k(e), shares are valued at the (1) closing stock price on the date the initial federal complaint asserting claimsunder Section 11 - July 12, 2021 ($15.78), if shares are retained; (2) selling stock price if sold prior to the filing of the suit; or (3) price at which the stock was sold, after the filing of the initial federal complaint, but before judgment, if sold for more than the closing stock price on the date the federal complaint was filed.

22