# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SANDRA HUNTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ELANCO ANIMAL HEALTH INCORPORATED, JEFFREY N. SIMMONS, and TODD S. YOUNG, <br><br> Defendants. | Case No. 1:20-cv-01460-SEB-DML |

**ORDER GRANTING MOTION OF SANDRA HUNTER FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered the motion of Sandra Hunter for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Sandra Hunter as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Katz Korin Cunningham, PC as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____9/2/2020_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:  all counsel of record by operation of the Court's ECF system