# EXHIBIT D-1

# Loss Chart

**Company Name:** Elanco Animal Health Incorporated
**Ticker:** ELAN
**Class Period:** January 10, 2020 to May 6, 2020
**Name:** Sandra Hunter

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/1/2020 | 100 | $23.9000 | -$2,390.0000 | | $0.0000 | -$2,390.00 |
| 5/4/2020 | -100 | | $0.0000 | $23.9600 | $2,396.0000 | $2,396.00 |
| 5/6/2020 | 100 | $23.6700 | -$2,367.0000 | | $0.0000 | -$2,367.00 |
| 5/11/2020 | -100 | | $0.0000 | $20.1633 | $2,016.3333 | $2,016.33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$344.67** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $21.5248 | 0 | **Total:** | **-$344.67** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between May 7, 2020 and July 17, 2020. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

Case 2:23-cv-00605-SEB-MJD Document 21 - Filed 04/24/23 Page 26 of 26 PageID #:304