# EXHIBIT E-1

30

Case 2:23-cv-00885-FLA-MAA   Document 21-9   Filed 04/24/23   Page 2 of 2   Page ID
Case 1:20-cv-02414-RA   Document 8-2   Filed 05/18/20   Page 2 of 2
#:309

## Loss Chart

**Company Name:**   Alpha and Omega Semiconductor Limited
**Ticker:**   AOSL
**Class Period:**   August 07, 2019 to February 05, 2020
**Name:**   Darryl Gray

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/24/2019 | 100 | $13.7302 | -$1,373.0200 | | $0.0000 | -$1,373.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **100** | | | | **Subtotal:** | **-$1,373.02** |
| | | | 90-Day Average Price | Shares Retained | **90-Day Average:** | $922.53 |
| | | | $9.2253 | 100 | **Total:** | **-$450.49** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between February 06, 2020 and May 5, 2020.