# EXHIBIT F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNG KIM,

            Plaintiff,

     v.

ALLAKOS INC., et al.,

            Defendants.

Case No. 20-cv-01720-JSW

**ORDER GRANTING MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Re: Dkt. No. 16

Now before the Court for consideration is the motion to appoint lead plaintiff and for approval of counsel, in which Sung Kim ("Kim") seeks to be appointed lead counsel and seeks approval of the selection of The Rosen Law Firm, P.A. as Lead Counsel. There are no competing motions, and no opposition has been filed to the motion. The Court has reviewed Kim's papers, relevant legal authority, and the record in this case, and it finds the motion can be resolved without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for June 26, 2020, and for the reasons set forth herein, GRANTS Kim's motion.

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on March 10, 2020, a notice was issued to potential class members, notifying them of the action and informing them of their right to move to serve as Lead Plaintiff within 60 days of the date of the issuance of said notice. As noted, Kim filed the only motion to serve as Lead Plaintiff.

The PSLRA provides, inter alia, that the most-adequate plaintiff to serve as Lead Plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Federal Rule of Civil Procedure 23. The PSLRA also provides, *inter*

33

*alia*, that as soon as practicable, the Court shall appoint the most adequate plaintiff as Lead Plaintiff for the action. The Court concludes Kim has shown he has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Rule 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

Accordingly, the Court GRANTS Kim's motion and ORDERS:

1. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the PSLRA, Kim is appointed Lead Plaintiff of the class, as Kim has demonstrated the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2. Kim's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel.

3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

4. Pursuant to the Order at Docket No. 14, by no later than June 25, 2020, the parties shall submit a proposed scheduling Order.

**IT IS SO ORDERED.**

Dated: June 4, 2020

JEFFREY S. WHITE
United States District Judge

34     2