# EXHIBIT F-1

**Allakos Inc. Loss Chart**
**Class Period: May 5, 2019 through December 17, 2019**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|
| | | | | | | | | | | | | $76.61 |
| Kim, Sung | 8/19/2019 | 50 | ($89.40) | ($4,470.00) | | | | | 50 | $3,830.37 | ($639.63) | |

36