# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MICHAEL SKRZECZKOSKI, *individually*
*and on behalf of all others similarly situated*,

                               Plaintiff,

               -against-                                                    **ORDER**
                                                                   19 CV 3949 (ARR) (CLP)

INTELLIGENT SYSTEMS
CORPORATION, J. LELAND STRANGE,
MATTHEW A. WHITE, A. RUSSEL
CHANDLER III, PHILLIP H. MOISE, and
PARKER H. PETIT,
                               Defendants.
------------------------------------------------------------- X
**POLLAK**, United States Magistrate Judge:

On September 9, 2019, Edgardo Canez filed a motion, pursuant to Section 21D(a)(3) of

the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private

Securities Litigation Reform Act of 1995, seeking entry of an Order: (1) appointing Canez as

Lead Plaintiff on behalf of a class consisting of all persons who purchased or otherwise acquired

Intelligent Systems Corporation securities between January 23, 2019 and May 29, 2019; and (2)

approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the

proposed class.[1]  Also on September 9, 2019, four other movants filed three competing motions

for appointment as Lead Plaintiff and Lead Counsel: (1) Greg Dibble;[2] (2) Michael

Skrzeczkoski;[3] and (3) Robert McKeon and Robert Ravenscrof, filing jointly.[4]

---

[1] ECF No. 28.
[2] ECF No. 20.
[3] ECF No. 23.
[4] ECF No. 24.

1

38

All movants, with the exception of Canez, subsequently withdrew their respective motions between September 13 and September 16, 2019.[5]  Canez' motion now stands unopposed.  Accordingly, the Court grants Canez' motion to appoint him as Lead Plaintiff and to appoint Pomerantz LLP as Lead Counsel in this matter.[6]

This Court has scheduled an Initial Conference for **November 4, 2019 at 10:30 a.m.** The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
         September 26, 2019

                                        /s/ Cheryl L. Pollak
                                        Cheryl L. Pollak
                                        United States Magistrate Judge
                                        Eastern District of New York

---

[5] See ECF Nos. 31, 32, and 33.
[6] See Notice by Edgardo Canez re. [28] Motion to Appoint Counsel at 2, ECF No. 34.

2