# EXHIBIT G-1

Case 1:19-cv-03949-ARR-CLP Document 30-1 Filed 09/09/19 Page 2 of 2 PageID #:316

**Intelligent Systems Corporation**
**Class Period: Jan 23, 2019 through May 29, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Client | Purchase Date | Quantity | Price | Amount | Sale Date | Quantity | Price | Amount | Shares Retained | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Canez, Edgardo | 5/6/2019 | 55 | $35.9799 | ($1,979) | 5/21/2019 | (55) | $41.0000 | $2,255 | | |
| Canez, Edgardo | 5/9/2019 | 60 | $45.0000 | ($2,700) | 5/24/2019 | (28) | $37.0200 | $1,037 | | |
| Canez, Edgardo | 5/22/2019 | 55 | $38.7500 | ($2,131) | 5/24/2019 | (32) | $37.0000 | $1,184 | | |
| Canez, Edgardo | | | | | 5/31/2019 | (55) | $27.1150 | $1,491 | | |
| **Canez, Edgardo** | | **170** | | **($6,810)** | | **(170)** | | **$5,967** | **55** | **($843)** |

41