# EXHIBIT H

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lportnoy@glancylaw.com

*Attorneys for Movant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI YARON, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02647-JSW |
| Plaintiff, | **[~~PROPOSED~~] ORDER** |
| v. | |
| INTERSECT ENT, INC., LISA D. EARNHARDT, and JERYL L. HILLEMAN, | |
| Defendant. | |

[~~PROPOSED~~] ORDER
Case No. 4:19-cv-02647-JSW

43

Having considered the ~~motion~~ unopposed motion of Avi Yaron for appointment as lead plaintiff and approval of lead counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Avi Yaron as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), approves Avi Yaron's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: ___September 24___, 2019

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER
Case No. 4:19-cv-02647-JSW

44

1