# EXHIBIT H-1

Case 2:23-cv-00885-FbAdMAA Document 21-15 Filed 04/24/23 Page 2 of 2 Page
Case 4:19-cv-02647-JSW Document 19-3 Filed 07/15/19 Page 2 of 2 Page
ID #:324

## Loss Chart

**Company Name:** Intersect ENT, Inc.
**Ticker:** XENT
**Class Period:** August 1, 2018 to May 6, 2019
**Name:** Avi Yaron

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|-------------|--------------|-----------|-----------|---------|
| 3/22/2019 | 81 | $31.6348 | -$2,562.4188 | | $0.0000 | -$2,562.42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **81** | | | | **Subtotal:** | **-$2,562.42** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $1,939.52 |
| | | | $23.9447 | 81 | **Total:** | **-$622.90** |

*Using the average closing price between  May 7, 2019 and July 12, 2019