**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Kevin Douglas*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA OLSSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLDT INC., MANUEL V. PANGILINAN, ALFRED S. PANLILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-AQUINO, ABNER TITO L. ALBERTO, GIL SAMSON D. GARCIA, MA. LOURDES C. RAUSA-CHAN, FLORENTINO D. MABASA JR. AND JUNE CHERYL A. CABALREVILLA,<br><br>Defendants. | No.: 2:23-cv-00885-CJC-MAA<br><br>**SUPPLEMENTAL DECLARATION OF KEVIN DOUGLAS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Judge: Hon. Cormac J. Carney<br>Date: May 8, 2023<br>Time: 1:30 p.m.<br>Courtroom #9B |

I, Kevin Douglas, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I respectfully submit this declaration in further support of my motion for lead plaintiff in this lawsuit. I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.     In support of my motion for lead plaintiff, I submitted a declaration describing my professional background, investing history, and experience overseeing attorneys. I also confirmed my commitment to serving as the lead plaintiff in this action and my goal of achieving the best potential recovery for myself and the Class.

3.     I understand that the defendants in this lawsuit have questioned these statements in light of the size of my investment in PLDT Inc. stock. While the defendants may believe the size of my loss is relatively small, it is important to me, and I am committed to serving as the lead plaintiff in this action assuming the Court grants my motion. I believe that Class members, whether they suffered sizeable losses or more modest ones, deserve to be represented in this securities fraud class action and I am willing to serve as their representative.

4.     As stated in my previous declaration, I understand that a lead plaintiff is required to direct the litigation on behalf of the Class and stay apprised of all material developments. If appointed as the lead plaintiff, I intend to do this by holding monthly meetings with my attorneys at Levi & Korsinsky, LLP. The purpose of these meetings will be to receive updates about the developments in the litigation and provide my input, on behalf of the Class, concerning the theories of liability and damages and the overall litigation. These meetings may need to occur more frequently during periods of activity and the schedule for the case.

5.     I also stated in my previous declaration that I was committed to acting in the best interests of the Class and would do my best to maximize any recovery. I have already taken steps towards these goals. In addition to selecting counsel that I believe is highly experienced in this area of the law, I have negotiated a competitive

fee agreement that compensates counsel appropriately while at the same time preserving the Class's ultimate recovery.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of April 2023.

_____
KEVIN DOUGLAS