**LEVI & KORSINSKY, LLP**
David C. Jaynes (SBN 338917)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

*Lead Counsel for Lead Plaintiff Dr. Kevin Douglas and the Class*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KEVIN DOUGLAS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLDT INC., MANUEL V. PANGILINAN, ALFRED S. PANLILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-AQUINO, MA. LOURDES C. RAUSA-CHAN, GIL SAMSON D. GARCIA, JUNE CHERYL A. CABAL-REVILLA, AND JANE BASAS,<br><br>Defendants. | Case No. 2:23-cv-00885-CJC-MAA<br><br><u>CLASS ACTION</u><br><br>AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br>JURY TRIAL DEMANDED<br><br>Judge: Hon. Cormac J. Carney<br>Courtroom: 9B |

## Table of Contents

I. NATURE OF THE ACTION .......... 1
II. JURISDICTION AND VENUE .......... 5
III. THE PARTIES .......... 5
A. Plaintiff .......... 5
B. Defendants .......... 6
IV. FACTUAL ALLEGATIONS .......... 9
A. PLDT Services Customers Through Three Business Segments .......... 9
1. PLDT's Wireless Services .......... 10
2. PLDT's Fixed Line Business Segment .......... 12
3. PLDT's Others Business Segment .......... 14
B. PLDT's Business is Capital-Intensive and Requires Frequent and Expensive Technology Upgrades .......... 14
C. PLDT's Capital Expenditure Budget is Prepared by Department Heads, Reviewed by the CFO, and Approved by the Board .......... 15
D. PLDT's "Painfully Slow" and Expensive Broadband Services Draw the Ire of the Philippine Government, Which Promptly Introduces New Competition and Competitive Measures, Causing PLDT to Lose Customers and Market Share .......... 18
E. PLDT Goes on a Massive Spending Spree in a Harried Race to Expand its Wireless Network in the Face of Governmental and Competitive Threats and Increased Demand from COVID-19 .......... 25
F. PLDT's Massive Overspending Comes to A Head When Vendors Come Looking for Payment .......... 30
G. PLDT's Reckless Spending and Lack of Internal Controls Results in a Massive, Multi-Year Budget Overrun, and Unprecedented Charges for Accelerated Depreciation and Asset Write-offs .......... 32

V. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD ......36

A. Capital Expenditure False Statements ......36

1. False and Misleading Statements in PLDT's 2019 20-F filed with the U.S. SEC on April 23, 2020 ......36

2. False and Misleading Statements in PLDT's Q1 2020 6-K filed with the U.S. SEC on May 7, 2020 ......39

3. False and Misleading Statements on PLDT's Q1 2020 Earnings Call on May 7, 2020 ......43

4. False and Misleading Statements in PLDT's Press Release on June 1, 2020 ......45

5. False and Misleading Statements in PLDT's Press Release on July 29, 2020 ......47

6. False and Misleading Statements in PLDT's Q2 2020 6-K filed with the U.S. SEC on August 6, 2020 ......48

7. False and Misleading Statements on PLDT's Q2 2020 Earnings Call on August 6, 2020 ......52

8. False and Misleading Statements in PLDT's Q3 2020 6-K filed with the U.S. SEC on November 5, 2020 ......55

9. False and Misleading Statements on PLDT's Q3 2020 Earnings Call on November 5, 2020 ......58

10. False and Misleading Statements in PLDT's Press Release on December 11, 2020 ......61

11. False and Misleading Statements in PLDT's Q4 2020 6-K filed with the U.S. SEC on March 4, 2021 ......62

12. False and Misleading Statements on PLDT's Q4 2020 Earnings Call on March 4, 2021 ......66

13. False and Misleading Statements in PLDT's 2020 20-F filed with the U.S. SEC on April 23, 2021 ......68

14. False and Misleading Statements in PLDT's Q1 2021 6-K filed with the U.S. SEC on May 6, 2021 .................................. 73

15. False and Misleading Statements on PLDT's Q1 2021 Earnings Call on May 6, 2021 .................................................. 76

16. False and Misleading Statements in PLDT's Q2 2021 6-K filed with the U.S. SEC on August 5, 2021 .............................. 79

17. False and Misleading Statements on PLDT's Q2 2021 Earnings Call on August 5, 2021 ............................................. 82

18. False and Misleading Statements in PLDT's Q3 2021 6-K filed with the U.S. SEC on November 4, 2021 ......................... 86

19. False and Misleading Statements in PLDT's Q3 2021 Earnings Call on November 4, 2021 ........................................ 89

20. False and Misleading Statements in PLDT's Q4 2021 6-K filed with the U.S. SEC on March 3, 2022 ............................... 92

21. False and Misleading Statements on PLDT's Q4 2021 Earnings Call on March 3, 2022 ............................................. 96

22. False and Misleading Statements in PLDT's Press Release on March 10, 2022 ........................................................... 100

23. False and Misleading Statements in PLDT's 2021 20-F filed with the U.S. SEC on April 6, 2022 ...................................... 101

24. False and Misleading Statements in PLDT's Q1 2022 6-K filed with the U.S. SEC on May 5, 2022 ............................... 107

25. False and Misleading Statements on PLDT's Q1 2022 Earnings Call on May 5, 2022 ............................................... 110

26. False and Misleading Statements in PLDT's Press Release on May 26, 2022 ............................................................... 113

27. False and Misleading Statements in PLDT's Q2 2022 6-K filed with the U.S. SEC on August 4, 2022. .......................... 114

28. False and Misleading Statements on PLDT's Q2 2022 Earnings Call on August 4, 2022 ........ 119

29. False and Misleading Statements in PLDT's Q3 2022 6-K filed with the U.S. SEC on November 3, 2022 ........ 121

30. False and Misleading Statements in PLDT's Q3 2022 Earnings Call on November 3, 2022 ........ 125

B. 5G Rollout False Statements ........ 128

1. False and Misleading Statements on PLDT's Q4 2020 Earnings Call on March 4, 2021 ........ 128

2. False and Misleading Statements in PLDT's Q1 2021 Press Release Filed with the SEC on May 6, 2021 ........ 129

3. False and Misleading Statements in PLDT's Q3 2021 Press Release Filed with the U.S. SEC on November 4, 2021 ........ 130

4. False and Misleading Statements in PLDT's Press Release on January 31, 2022 ........ 131

5. False and Misleading Statements in PLDT's Q4 2021 Press Release Filed with the U.S. SEC on March 3, 2022 ........ 131

6. False and Misleading Statements on PLDT's Q4 2021 Earnings Call on March 3, 2022 ........ 132

7. False and Misleading Statements in PLDT's 2021 20-F filed with the U.S. SEC on April 6, 2022 ........ 133

8. False and Misleading Statements in PLDT's Q1 2022 Press Release Filed with the U.S. SEC on May 5, 2022 ........ 134

9. False and Misleading Statements on PLDT's Q1 2022 Earnings Call on May 5, 2022 ........ 135

C. Internal Controls False Statements ........ 136

1. False and Misleading Statements in PLDT's 2019 20-F filed with the U.S. SEC on April 23, 2020 ........ 136

2. False and Misleading Statements in PLDT's 2020 20-F filed with the U.S. SEC on April 23, 2021 .................................... 146

3. False and Misleading Statements in PLDT's Q3 2021 Press Release Filed with the SEC on November 4, 2021 ................ 149

4. False and Misleading Statements in PLDT's 2021 20-F filed with the U.S. SEC on April 6, 2022 ...................................... 151

D. Depreciation Expense and Net Income False Statements ................ 154

VI. THE TRUTH IS REVEALED ............................................................... 164

VII. POST-CLASS PERIOD EVENTS ......................................................... 174

VIII. ADDITIONAL SCIENTER ALLEGATIONS ......................................... 181

A. The Individual Defendants Knowingly and/or Recklessly Made Material Misstatements and/or Omitted Material Facts .................. 181

1. Defendants Admit They Recklessly Disregarded that Capital Expenditures Reported to the Market Were Materially Understated and Way Over Budget Throughout the Class Period ......................................................................... 181

2. The Individual Defendants Admit They Had Access to PLDT's Quarterly Capital Spending Figures in SAP, But Recklessly Disregarded the Accuracy of Their Public Statements .................................................................... 182

3. Defendants Admit PLDT Lacked Internal Controls Throughout the Class Period ............................................... 183

4. Defendants' Detailed Responses to Pointed Analyst Questions Supports a Strong Inference of Scienter ................ 186

5. Defendants Positions on the Technology Strategy Committee Supports a Strong Inference of Scienter ................................ 188

6. Defendant Chua's Departure and other Management Reorganization Supports a Strong Inference that Defendants Knew of the Capital Overspending and Lack of Internal Controls During the Class Period ........................................ 189

7. Defendants' Pattern of Recklessly Overspending on Capital Expenditures Supports a Strong Finding of Scienter .............. 190

8. Telecommunications is PLDT's Core Operation ................... 191

B. Defendants Were Motived to Make Misstatements to the Market to Address Competitive Pressures ........................................................ 192

IX. LOSS CAUSATION ........................................................................ 194

X. APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD ON THE MARKET DOCTRINE ........................................................ 196

XI. NO SAFE HARBOR ........................................................................ 198

XII. CLASS ACTION ALLEGATIONS ................................................ 199

XIII. COUNT I ........................................................................................ 201

XIV. COUNT II ....................................................................................... 202

XV. PRAYER FOR RELIEF ................................................................ 203

XVI. JURY DEMAND ............................................................................ 204

1. Court-appointed lead plaintiff, Dr. Kevin Douglas ("Plaintiff"), brings this class action individually and on behalf of a Class consisting of all other similarly situated persons or entities, other than Defendants, that purchased or otherwise acquired publicly traded PLDT, Inc. ("PLDT" or the "Company") American Depository Shares ("ADS") between April 23, 2020 and December 19, 2022, inclusive (the "Class Period"). Plaintiff and the Class seek to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

2. The allegations herein are based upon Plaintiff's personal knowledge as to himself and his own acts, and upon information and belief as to all other matters. Plaintiff's information and belief is based on the investigation of his undersigned and Court-appointed Lead Counsel, which included, among other things, review and analysis of (i) PLDT's public filings with the U.S. Securities and Exchange Commission ("U.S. SEC" or "SEC"); (ii) PLDT's public filings with the Philippine Stock Exchange, Inc. ("PSE"); (iii) PLDT's other public statements, including quarterly press releases, earning call transcripts and presentations; (iv) interviews with individuals who are former employees of PLDT; (v) reports of securities and financial analysts, news articles, and other commentary and analysis concerning PLDT and the industry in which it operates; and (vi) review of pertinent court filings.

3. Lead Counsel's investigation into the matters alleged herein is continuing, and many relevant facts are known only to, or are exclusively within, the custody or control of the Defendants. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I. NATURE OF THE ACTION

4. This action arises out of Defendants' admitted reckless failure to monitor

and oversee PLDT's multi-year, PHP 330 billion (USD $6 billion) capital expansion plan, which resulted in a massive, PHP 48 billion budget overrun and PHP 50 billion asset write-off.

5. PLDT describes itself as one of the leading telecommunications and digital services providers in the Philippines in terms of both subscribers and revenues, serving the fixed line, wireless and broadband markets. Because of the need to keep up with technological developments to remain competitive, PLDT must frequently update its equipment and infrastructure. Indeed, the telecommunications industry is known to be one of the "most capital-intensive industries" with "the highest levels of capital expenditures."

6. Prior to the Class Period, PLDT and its competitor, Globe Telecom, Inc. ("Globe"), had long enjoyed a comfortable duopoly over the Philippine phone and internet industry. However, with no competition, there was little incentive for PLDT or Globe to invest in upgrading their network infrastructures or to lower data rate costs.

7. Irate at the poor internet service that PLDT and Globe were providing, Philippine President Rodrigo Duterte implemented a series of new regulations that allowed foreign competitors to enter the Philippines telecommunications market. As a result, on July 8, 2019, President Duterte announced the entry of competitor Mislatel Consortium, a group formed by China Telecommunications Corporation and later rebranded as DITO Telecommunity ("DITO").

8. In response to government actions and competitive pressures, Defendants approved an aggressive, PHP 330 billion capital budget to upgrade and expand PLDT's network and assets that would occur over a four-year period from 2019 to 2022. Defendants then went on a massive spending spree without ensuring PLDT obtained the proper approvals and documentation for expenditures or that the Company stayed within the Board-approved annual budget. Defendants also failed to monitor the progress of PLDT's construction projects, resulting in the over-ordering of millions of

dollars of equipment that was just sitting idle in warehouses and not generating revenue for the Company. Further, as Defendants admitted at the end of the Class Period, the PHP 48 billion budget overrun was comprised of "undocumented" purchases orders that were not recorded in PLDT's accounting records, requiring PLDT to have to "reconstruct the books" to reconcile its inventory and vendor payments.

9. Despite lacking any internal controls over capital spending, Defendants falsely told the market that PLDT maintained adequate controls over its financial reporting and reported understated capital spending figures[1] to investors every quarter during the Class Period, without having any idea whether those figures were accurate (they were not) or how they compared to budget.

10. In reality, PLDT's reported capex numbers were materially ***understated*** throughout the Class Period. While PLDT reported capital spending of PHP 330.8 billion for the period 2019 through 2022, Defendants shocked the market on December 19, 2022, when they revealed that, from 2019 to 2022, PLDT spent PHP 379 billion on capital expenditures from 2019 to 2022—a capital budget overrun of PHP *48 billion* (USD 866 million) or approximately 13*%*. Defendants further admitted that the budget overrun was the result of "weaknesses" in PLDT's internal controls where the purchases related to the overrun were all "***undocumented***" ***purchases***. Thus, Defendants admitted, "project management needs improvement internally" and "the network monitoring system or the procurement monitors has got to be tightened – really tightened. So we know how every peso is spent. And I think we probably were remiss in that respect…."

11. Upon the news, PLDT's ADS price declined $6.35 per ADS, or 24%, from a closing price of $26.81 per ADS on December 16, 2022 to a closing price of $20.46 per ADS on December 19, 2022 on unusually high trading volume.

12. As Defendants would ultimately concede during a December 21, 2022

[1] Often referred to throughout as capital expenditures and "capex."

Special Call to address the budget overrun (the "Special Call"), "***we were remiss***" in not tracking or monitoring PLDT's capital spending from 2019 through 2022 and, as a result, PLDT overspent on its capital budget and had significant discrepancies between PLDT's SAP system and its accounting records, requiring several months for PLDT to "reconstruct the books" so it could "really reconcile" its records with those of vendors to determine where the equipment was located and whether PLDT had paid for it.

13. Defendants further admitted during the Special Call that they recklessly disregarded whether the amount of PLDT's capital spending was accurate or whether it was in line with the budget before blindly reporting capital spending to investors every quarter:

> ***So we should head on about the accumulated CapEx and unfortunately, that was not reported to us***. ***Maybe we should have asked that certain statement***, because every year, I think when we report to you, we tell you what the CapEx for the year was actually spent, right?

14. PLDT's reckless lack of controls was costly and expansive. PLDT had to record an unprecedented $50 million charge in Q4 2022 for accelerated depreciation of assets sitting idle in the warehouses for months (or years), many of which needed to be written down or off completely as obsolete. This was ***double*** the depreciation expense the Company recorded in 2021. PLDT also had to hire PwC and other consultants to fix its internal control processes. In addition, PLDT had to renegotiate prior deals with vendors to manage cash flows, thereby putting a strain on vendor relationships.

15. The Individual Defendants were aware of, or recklessly disregarded, that their statements regarding capital expenditures and the adequacy of internal controls were false when made, as evidenced by their own end of Class Period admissions, their detailed responses to analyst questions concerning the amount and nature of PLDT's capital spending, from their access to SAP and PLDT's accounting records and the fact

the alleged fraud involved PLDT's core business. Moreover, that Defendants admit Defendant Chua was put on leave because of the budget overrun and was terminated shortly thereafter demonstrates she made false statements with actual knowledge or reckless disregard.

16. Plaintiff seeks to recover damages for the losses suffered by Plaintiff and the putative Class.

## II. JURISDICTION AND VENUE

17. The claims asserted herein arise under §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10b-5.

18. This Court has jurisdiction over the subject matter of this action under § 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. § 1331, because this is a civil action arising under the laws of the United States of America.

19. Venue is proper in this District under § 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. § 1391(b)-(d). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District.

20. In connection with the acts alleged in this complaint, Defendants directly or indirectly, used the means and instrumentalities of interstate commerce, including, without limitation, the U.S. mail, interstate telephone and other electronic communications, and the facilities of the New York Stock Exchange ("NYSE"), a national securities exchange.

## III. THE PARTIES

### A. Plaintiff

21. Lead Plaintiff, Dr. Kevin Douglas, purchased PLDT securities at artificially inflated prices during the Class Period and has been damaged thereby, as

previously set forth in the PSLRA certification accompanying his motion for appointment as lead plaintiff (ECF No. 9-3) and incorporated herein by reference.

**B. Defendants**

22. Defendant PLDT is a telecommunications service provider incorporated in the Republic of the Philippines with its principal office located at the Ramon Cojuangco Building, Makati Avenue, Makati City, Philippines, 1200. PLDT's ADSs are listed on the NYSE under the ticker symbol "PHI." PLDT claims to be one of the Philippines' leading providers of fixed line, wireless, and broadband services and boasts that it has the country's most extensive fiber optic backbone, and wireless and fixed line networks.

23. Defendant Manuel V. Pangilinan ("Pangilinan") has served as a director on PLDT's Board of Directors ("Board") since November 24, 1988. He was appointed Chairman of PLDT's Board after serving as the Company's President and Chief Executive Officer ("CEO") from November 1998 to February 2004. At all relevant times, Pangilinan was the Chairman of PLDT's: (i) Governance, Nomination and Sustainability Committee; (ii) Executive Compensation Committee; (iii) Technology Strategy Committee; and (iv) Data Privacy and Information Security Committee. Pangilinan also served as PLDT's President and CEO between January 1, 2016 and June 7, 2021, when he resigned from those positions.

24. Defendant Alfredo S. Panlilio ("Panlilio") has served as PLDT's President, CEO, and as a director on the Company's Board since June 8, 2021. Panlilio has also served as PLDT's Chief Revenue Officer since July 1, 2019. He also served, at all relevant times, as an Advisor to the Board's Data Privacy and Information Security Committee, an Advisor to the Board's Governance, Nomination and Sustainability Committee, and as a Member of the Board's Technology Strategy Committee.

25. Defendant Annabelle L. Chua ("Chua") served as the Company's Chief Financial Officer, Chief Risk Management Officer, Corporate Finance and Treasury Head, Treasurer, and Senior Vice President, throughout the Class Period. On April 16,

2023, Defendant Chua was terminated. Defendant Chua was also a member of the board of the Philippine Stock Exchange ("PSE") from 2004 until April 2023.[2] She served on the Audit Committee of the PSE as well as the Securities Clearing Corporation of the Philippines.

26. Defendant Marilyn A. Victorio-Aquino ("Victorio-Aquino") has served as PLDT's Chief Legal Counsel since December 1, 2018, Corporate Secretary since January 24, 2022, and as a Senior Vice President since January 1, 2019.

27. Defendant Ma. Lourdes C. Rausa-Chan ("Rausa-Chan") served as a PLDT director from March 29, 2011 until her departure on January 24, 2022. Additionally, she has served as PLDT's Corporate Secretary since November 1998 and Chief Governance Officer since March 4, 2008. Rausa-Chan also served as the Corporate Affairs and Legal Services Head from January 5, 1999 to November 30, 2018.

28. Defendant Gil Samson D. Garcia ("Garcia") has served as PLDT's Officer-in-Charge of Financial Reporting and Controllership since January 1, 2021 and currently serves as PLDT's Financial Controllership Head as of May 31, 2022.

29. Defendant June Cheryl A. Cabal-Revilla ("Cabal-Revilla") served as PLDT's Group Controller and Chief Sustainability Officer. Defendant Cabal-Revilla retired from her roles effective December 31, 2020.

30. Defendant Jane J. Basas ("Basas") served as Head of Consumer Wireless Business for a PLDT subsidiary called Smart Communications, Inc. ("Smart") from February 2020 to May 2022. On May 16, 2022, Basas was named as the new President and CEO of MediaQuest Holdings, an additional subsidiary of PLDT. In February of 2023, Basas was also named President and CEO of Cignal TV, a wholly owned subsidiary of MediaQuest Holdings, also under PLDT.

---

[2] April 29, 2023, Bilyonaryo, "Ex-PLDT CFO Annabelle Chua steps down from PSE board," https://bilyonaryo.com/2023/04/29/ex-pldt-cfo-annabelle-chua-steps-down-from-pse-board/business/#gsc.tab=0 (last visited July 5, 2023).

31. Defendants Pangilinan, Panlilio, Chua, Victorio-Aquino, Rausa-Chan, Garcia, Cabal-Revilla, and Basas are collectively referred to herein as the "Individual Defendants."

32. Defendants were directly involved in the management and day-to-day operations of the Company at the highest levels and/or were privy to confidential proprietary information concerning the Company and its business, operations, services, competition, acquisition plans, and present and future business prospects, as alleged herein. In addition, Defendants were involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein, were aware of, or recklessly disregarded, the false and misleading statements being issued regarding the Company, and approved or ratified these statements, in violation of the federal securities laws.

33. As officers and controlling persons of a publicly held company whose securities are registered with the SEC pursuant to the Securities Act and the Exchange Act and trade on the NYSE, which is governed by the provisions of the federal securities laws, Defendants each had a duty to promptly disseminate accurate and truthful information with respect to the Company's operations, business, services, markets, competition, acquisition plans, and present and future business prospects. In addition, Defendants had a duty to correct any previously issued statements that had become materially misleading or untrue, so that the market price of the Company's publicly traded common shares would be based upon truthful and accurate information. Defendants' false and misleading misrepresentations and omissions during the relevant period violated these specific requirements and obligations.

34. Defendants Pangilinan, Panlilio, Chua, Victorio-Aquino, Rausa-Chan, Garcia, Cabal-Revilla, and Basas, because of their positions of control and authority as officers and/or directors of the Company, were able to, and did, control the content of the various SEC filings, press releases and other public statements pertaining to the

Company during the Class Period.

35. Defendants were provided with copies of the documents alleged herein to be misleading before or shortly after their issuance, participated in conference calls with investors during which false and misleading statements were made, and/or had the ability and/or opportunity to prevent their issuance or cause them to be corrected. Accordingly, each Defendant is responsible for the accuracy of the public statements detailed herein and is, therefore, primarily liable for the representations contained therein.

## IV. FACTUAL ALLEGATIONS

### A. PLDT Services Customers Through Three Business Segments

36. PLDT, founded in 1928, describes itself as one of the leading telecommunications and digital services providers in the Philippines in terms of both subscribers and revenues, serving the fixed line, wireless and broadband markets.

37. PLDT has three main subsidiaries—Smart, Digitel Mobile Philippines, Inc. ("DMPI") and ePLDT, Inc. ("ePLDT")—that provide services through three business segments, discussed below.

38. Smart is a wholly-owned wireless communications and digital services subsidiary of PLDT. Smart provides 2G, 3G, 4G LTE, and 5G network services, as well as mobile communications services, high-speed internet connectivity, and access to digital services and content.

39. DMPI is a wholly-owned subsidiary of PLDT's cellular service provider, Digital Telecommunications Philippines, Inc. ("Digitel"), of which PLDT owns 99.6 percent.

40. ePLDT is a wholly-owned subsidiary of PLDT that provides data center, cloud, cyber security services and managed information technology through PLDT's Fixed Line services business segment.

41. PLDT's subsidiaries generate revenue from services provided to over 79

million users through three business segments: (1) Wireless; (2) Fixed Lined; and (3) Others. As demonstrated in the chart below, from 2020 through 2022, PLDT's Wireless Services accounted for approximately 51% to 57% of the Company's net revenue, while Fixed Line accounted for 43% to 49% of net revenue. *See* 2022 Form 20-F at F63-F65. The Others segment did not contribute any revenue to the Company.

| **Business Segment** | **FY 2020 Revenue**[3] | **FY 2021 Revenue** | **FY 2022 Revenue** |
|---|---|---|---|
| Wireless Services | 104,211 | 106,619 | 104,274 |
| Fixed Line | 98,739 | 117,063 | 128,712 |
| *Less*: Intersegment Transactions | (21,946) | (30,425) | (27,741) |
| **Net Revenue** | **181,004** | **193,257** | **205,245** |

**1. PLDT's Wireless Services**

42. Through its wireless business segment, PLDT provides customers with mobile wireless and voice data, short message services ("SMS") and fixed wireless broadband data and voice services.

43. Mobile wireless refers to the transmission of voice or data over radio waves from an antenna installed on a macro cell (i.e., tower) or small cell (i.e., base station) to a cellular telephone, tablet or a subscriber identity module ("SIM") enabled device, whereas fixed wireless broadband refers to the transmission of internet or voice services through radio waves broadcasted from a tower to a stationary reception point such as an antenna mounted on a customer's house.

44. A consumer's mobile device shares a common frequency with the towers and base stations, which allows the device to connect wirelessly with that tower or

[3] Revenue in millions of pesos.

station. As PLDT explained: "When you turn on your phone, the first thing it does is look for a signal. It connects to a base station, which then connects to the core, to verify information about you, the subscriber."[4]

45. At the beginning of the Class Period, PLDT offered second-generation ("2G"), third-generation ("3G") and fourth-generation long-term evolution ("4G LTE") wireless services, and was preparing to roll out fifth-generation ("5G") wireless services. Each generation of wireless service is based on a different technological standard, operates on different frequency ranges, offers different ranges of coverage and transmits data at different speeds. Higher wave frequencies allow for faster transmission of data but provide smaller ranges of coverage. Therefore, the later generations of wireless service require more equipment installed at closer ranges to maintain connection and a high rate of data transfer.

46. For instance, towers for 2G mobile devices operate at frequencies of 900 and 1,800 megahertz and were installed miles apart from each other to maximize coverage. This allowed for a wide range of voice connection but slow data transfer. By contrast, cell sites for 5G mobile devices operate at higher frequencies, which offer fast internet speed and low latency in data transfer.[5] However, those 5G small cell sites (i.e., base stations) must be installed within approximately 100 yards of one another to maintain connectivity.

47. PLDT generates revenue for its wireless service segment through postpaid and prepaid service plans for data, short message services (SMS), and voice services to

---

[4] October 14, 2020, Smart Communications, "From phone to 'heart' of network and back: Smart ramps up strategic base station rollout to connect Filipinos nationwide," https://smart.com.ph/About/newsroom/full-news/2020/10/14/from-phone-to-heart-of-network-and-back-smart-ramps-up-strategic-base-station-rollout-to-connect-filipinos-nationwide (Last visited July 7, 2023).

[5] Latency refers to the delay before a transfer of data begins following an instruction for its transfer.

its mobile wireless customers. PLDT's postpaid service plans are offered through its Smart and DMPI subsidiaries, which bill customers a fixed fee each month for limited or unlimited voice, SMS and data plans. PLDT's prepaid service plans are offered through its Smart and Sun Cellular brands, among others, and allow customers to purchase a predetermined number of minutes, SMS, or data up front that they can refill through additional purchases via over-the-air reloading channels or prepaid cards. Between 2019 and 2023, approximately 97% of PLDT's mobile wireless subscribers used prepaid services plans.

48. Mobile wireless services account for the vast majority of PLDT's wireless revenues. For instance, for the fiscal year ending December 31, 2019, mobile wireless accounted for 92% of wireless revenues. By the end of the Class Period, mobile wireless accounted for approximately 98% of PLDT's wireless revenues.

49. A significant portion of PLDT's mobile wireless revenue during the Class Period was attributable to data as both voice and SMS revenues were declining due to aggressive price competition and loss of subscriber market share, as demonstrated in the following chart:

| **Mobile Service Revenues** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** |
|---|---|---|---|---|
| Data | 52,848 | 66,731 | 70,644 | 72,169 |
| Voice | 24,597 | 21,542 | 17,774 | 14,268 |
| SMS | 9,907 | 6,937 | 6,603 | 5,900 |

50. PLDT generated data revenues through mobile internet access using smartphones, mobile broadband (using pocket WiFi), or home WiFi (using fixed wireless broadband devices).

**2. PLDT's Fixed Line Business Segment**

51. PLDT's fixed line business segment provides customers with broadband and telephone services through hard-wired networks. During the Class Period, PLDT

offered its customers both Digital Subscriber Line ("DSL") plans and fiber optic plans through Fiber-to-the-Home ("FTTH").

52. With DSL, which uses copper wires to transmit data, PLDT delivers broadband to customers by sending the signal through a telephone line that is connected to a modem. Unlike dial-up broadband, there is no interruption to the customer's telephone services because the signal is sent via a different frequency than voice services. Since PLDT's DSL transmissions speeds only reach as high as 20 megabits per second ("Mbps"), it is only suitable for basic internet use and is not capable of providing the speed necessary for streaming high-definition videos.[6]

53. FTTH works by transmitting data in the form of light pulses through fiber lines, which are composed of thin glass wires. Fiber lines travel from a central transmitter through a fiber distribution hub to a network access point then to ports at an individual customer's home. FTTH offers a significantly faster and more reliable connection, nearly unlimited bandwidth, and symmetrical upload and download speeds. For example, where DSL can deliver transmission speeds as high as 20 Mbps, fiber can deliver up to 2.5 Gigabits ("Gbps") per second download speed and as high as up to 1 Gigabits per second upload speed.[7]

54. Fiber's speed and reliability makes it a critical component for maximizing 5G wireless performance. Indeed, to optimize 5G's high data transmission and low latency, the legacy copper wire that connects a provider's core network to its towers and base stations must be replaced with fiber.

55. During the Class Period, as a part of PLDT's initiative to roll out 5G, the

---

[6] Mbps is a unit of measurement for network bandwidth with each Mbps presenting the ability to transfer 1 million bits (i.e., the smallest measure of binary data) per second. Mbps is used to measure network transmission speed.

[7] Gbps is a unit of measurement for network bandwidth with each Gbps presenting the ability to transfer 1 billion bits per second. Like Mbps, Gbps is used to measure network transmission speed.

Company was purportedly replacing the copper wires in the backhaul connections between PLDT's core network and tower, cell sites, and base stations with faster and more reliable fiber.

**3. PLDT's Others Business Segment**

56. In its public filings, PLDT states its "Others" business segment "consists primarily of our interests in digital platforms and other technologies, including our interests in VIH and Multisys."

57. The Others business segment did not generate any revenue during 2020 through 2022.

**B. PLDT's Business is Capital-Intensive and Requires Frequent and Expensive Technology Upgrades**

58. As a result of constant technological developments to improve data speeds, area coverage and network reliability, PLDT must frequently update its equipment, infrastructure, and technology to remain competitive. Indeed, as PLDT stated in its SEC filings:

> In providing data services, we must constantly upgrade our access technology and software, embracing emerging transmission technologies and improve the responsiveness, functionality, coverage and features of our services. In the mobile data business, to provide our subscribers with new and better services, we must enhance our mobile network and extend 5G technology and bandwidth for mobile data transmission. In addition, as new technologies develop, equipment may need to be replaced or upgraded, and network facilities may need to be rebuilt in whole or in part, at substantial cost, to remain competitive.

59. Purchases of such equipment are called "capital expenditures," which are payments made for goods or services that are recorded or capitalized on a company's balance sheet instead of expensed on the income statement. Capital spending is important for companies to maintain existing property and equipment, and to invest in new technology and other assets for growth.

60. The telecommunications industry is known to be one of the "most capital-

intensive industries" with "the highest levels of capital expenditures."[8] Indeed, as stated by Defendant Pangilinan in an interview on June 8, 2021 describing PLDT's costly upkeep: "[PLDT's] a hungry animal hungry for capital expenditures, which means you have to generate a lot of cash to feed the requirements of the business."[9]

61. To measure the efficiency and effectiveness of capital spending, PLDT uses a "Capex to Revenue Ratio." The Capex to Revenue Ratio is the proportion of a company's revenue that is spent on capital expenditures. A high Capex to Revenue Ratio typically indicates that a company is not spending its money wisely, while a low ratio may suggest that a company is not investing enough in its future.

62. As demonstrated in the chart below, throughout the Class Period, PLDTs Capex to Revenue ratio steadily increased, creating a red flag that would have alerted Defendants PLDT was not using its capital expenditures efficiently or effectively.

| | **2018** | **2019** | **2020** | **2021** | **2022** |
|---|---|---|---|---|---|
| Capex/Revenue Ratio | 38% | 45% | 41% | 48% | 49% |

63. In addressing the Company's increasing capex to service ratio during a March 5, 2022 Earnings Call, Defendant Chua recognized the ratio was high and indicated that PLDT intended to bring that ratio down, stating, "we believe that we have a chance to ramp down our CapEx to somewhere below the 40% CapEx-to-sales ratio and effectively harvest some of the investments we've made."

### C. PLDT's Capital Expenditure Budget is Prepared by Department Heads, Reviewed by the CFO, and Approved by the Board

64. PLDT's annual capital budget is prepared from August to September and

[8] Capital Expenditure (CapEx) Definition, Formula, and Examples (investopedia.com).

[9] May 15, 2021, Rappler "Who is Al Panlilio, the next PLDT CEO?" https://www.rappler.com/business/things-to-know-al-panlilio/ (Last visited July 6, 2023).

finalized in October of the preceding year. As part of the annual budgeting process, all department heads are required to submit their proposed budgets to the Head of Networks, who then reviews and approves the capital expenditure budget. During the December 21, 2022 Special Call, Defendant Pangilinan confirmed that, although the bulk of PLDT's capital expenditures originates from the Networks Department, all PLDT business units have their own capital expenditures allotments.

65. The CFO (Defendant Chua during the Class Period), then consolidates each of the budget proposals for review to ensure all items in the proposed budget of each department are necessary. Once the annual budget is finalized, the CFO presents it to the Board, chaired by Defendant Pangilinan, for approval. The Board approves the capital expenditure budget pursuant to the recommendation of its Technology Strategy Committee.

66. Once the Board approves the annual capital budget, capital expenditures are purportedly made as per the budgetary allowances pursuant to a multi-level review process. During the December 21, 2022 Special Call, Defendant Pangilinan confirmed that the approval process for capital purchases begins with a capital spending request from the business unit, stating "the business units have their own CapEx spend relating to like modems and the like. So -- but that's where the epicenter is and that it moves towards procurement."

67. The business units submit capital spending requests to the Head of Networks, who then determines whether to approve the request. Defendant Pangilinan stated during the Special Call that after the requested capital expenditure is approved, it moves to the Procurement Department.

68. Once Procurement selects a vendor and processes the capital expenditure, the Vice President, Chief of Procurement executes the sourcing of those materials and, according to Defendant Pangilinan, purchase orders are supposed to then be "checked with finance" (*e.g.*, the office of the CFO) before being issued.

69. To facilitate data processing and information flow across its operations, PLDT uses SAP software as its internal recordkeeping system. All PLDT's business transactions, including asset purchases and accounting entries, are recorded in SAP. As Defendant Pangilinan stated during the December 2022 Special Call, "before a purchase order is actually issued, it is checked with finance" and then "SAP records the transactions" so "the data there is within the system." According to former PLDT employees interviewed by Plaintiff's counsel, the CFO (Defendant Chua), the Assistant VP of Finance, Audit Operations, the Management Team, the Chief of Procurement and staff in those departments all have access to the data in SAP.

70. As Defendants confirmed during the December 2022 Special Call, as part of the budget and project management process, it is critical for the Head of Networks, Head of Procurement, and CFO to stay in close contact with one another and coordinate efforts to manage capital spending and project construction to ensure that PLDT stays on budget and that all transactions are recorded in the SAP system. As discussed below, however, throughout the Class Period, the CFO, the Head of Networks, and the Chief of Procurement admittedly did not coordinate among themselves, resulting in massive budget overruns, undocumented purchase orders and inaccurate accounting records.

71. Despite the departments not coordinating on capital spending resulting in inaccurate records in the SAP and accounting systems, Defendants reported to investors a capital spending number every quarter while consciously disregarding whether it was accurate or how it compared to budget. As Defendants ultimately admitted during the December 21, 2022 Special Call, PLDT's reported capital expenditure numbers were materially ***understated*** throughout the Class Period. While PLDT reported capital spending of PHP 330.8 billion for the period 2019 through 2022, its actual capital spending for that period was PHP 379 billion, an understatement of capex spending during the Class Period of approximately 13% and a budget overrun of the same.

**D. PLDT's "Painfully Slow" and Expensive Broadband Services Draw the Ire of the Philippine Government, Which Promptly Introduces New Competition and Competitive Measures, Causing PLDT to Lose Customers and Market Share**

72. PLDT, and its competitor Globe, have long been the only two players in the Philippines telecommunications market. Until recently, they enjoyed a comfortable duopoly over the Philippine phone and internet industry. However, without competition, there was little incentive for Globe or PLDT to invest in upgrading their network infrastructures or to lower data rate costs. A 2014 study by the think tank LIRNEasia found that internet users in the Philippines paid more for worse connectivity than in almost anywhere else in Asia, holding back development of the country's technology sector."[10]

73. Slow internet speeds were such a common complaint among Filipinos that, in 2017, the President threatened to expropriate the entire industry. In 2016, Rodrigo Duterte campaigned to be President on the painfully slow internet speeds which were at the time, the second slowest in Asia, and warned that he would bring in a third operator to boost competition. In an election campaign speech, Duterte said Globe and PLDT should improve their services, or else he will "go to China" and bring a competitor in from there. Duterte made good on that threat with the introduction of new regulations to facilitate competition, which then paved the way for a third telecommunication company backed by China Telecommunications Corporation to enter the Philippines telecommunications market.[11]

---

[10] November 2, 2018, Rest of World, "Duterte, Dito, and the Duopoly." https://restofworld.org/2020/duterte-dito-and-the-duopoly/ (last visited July 6, 2023).

[11] July 27, 2020, Rappler, "Duterte threatens to shut down Globe, Smart." https://www.rappler.com/business/duterte-threatens-shut-down-globe-smart-sona-speech-2020/ (last visited July 6, 2023).

74. Indeed, staying true to his word, in 2019, Duterte introduced several measures to facilitate increased competition. The first, was the Mobile Number Portability Act ("MNP"), enacted into law on February 8, 2019. Through the MNP Act, customers could retain their mobile numbers when they moved from one mobile service provider to another. In PLDT's 2019 Form 20-F, Defendants recognized that there was a significant risk the MNP Act would cause PLDT to lose customers, which would "adversely affect" its business:

> The ability to retain his mobile number when switching to another telecommunications services provider may be an incentivizing factor for a customer to make a switch away from us. The loss of customers due to such development would adversely affect our business, financial condition and results of operations.

75. Second, on May 29, 2020, the Philippine Department of Information, Communications, and Technology ("DICT") issued "Policy Guidelines on the Co-location and Sharing of Passive Telecommunications Tower Infrastructure for Macro Cell Sites" (the "Common Tower Guidelines" or "Guidelines").[12] Under the Guidelines, if a competing mobile network operator ("MNO") requested to lease an access slot on a tower owned by another MNO, the owner of the tower was *required* to lease an access slot to the competitor. The Guidelines, thus, facilitated competition because any MNO could lease from a new or improved tower in the country, while eliminating the capital cost of constructing a tower and the operating costs associated with tower ownership.

76. Finally, the Government eliminated mobile interconnect charges and lifted foreign ownership restrictions for telecommunications companies in the Philippines. Lifting the restrictions on foreign ownership allowed President Duterte to then introduce his desired new competitor and force PLDT and Globe to improve service and lower costs. On July 8, 2019, President Rodrigo Duterte announced the entry of

---

[12] Republic of the Philippines, Department of Information and Communications Technology, https://tinyurl.com/2p82bpar (last visited July 6, 2023).

competitor Mislatel Consortium, a group formed by China Telecommunications Corporation later rebranded as DITO Telecommunity (DITO): [13]

> Today, I am glad to announce the entry of a new player that will take on the challenge of competing against the existing players in our country's telco industry. This new player is the Mindanao Islamic Telephone Company or Mislatel Consortium.
>
> Today, we mark another milestone in the continuing advancement of our country's information and communications technology capability with the entry of a new major telecommunications provider. [14]

77. Duterte instructed DITO to "[b]reak the prevailing duopoly in the telecommunications industry and fulfill your commitment to provide better telco services to our people." As Defendants recognized in the 2019 Form 20-F, this "third major player would likely adversely threaten our market share" and require additional capital investment from PLDT to remain competitive:

> A third major player ***will likely adversely threaten our market share***. Furthermore, we believe that the third player, when it enters the market, may put forth aggressive offers to lure customers away from us and Globe. To maintain our competitive posture, we may need to match those offers and offer other incentives to prevent existing customers from switching. Furthermore, ***we may need to make additional investments in our network to further improve the customer experience in order to effectively compete with the third telecom player and Globe***. A loss of market share and increased costs to maintain our competitive posture ***will adversely affect our business, financial condition and results of operations***.

78. On July 10, 2019, DITO announced it would be ready for business by March 2021, stating, "[w]e are on track for our commercial launch this March 2021 and

---

[13] July 10, 2019, Philstar Global, "Third telco player rebrands as Dito, vows swift internet." https://www.philstar.com/business/2019/07/10/1933380/third-telco-player-rebrands-dito-vows-swift-internet (last visited July 6, 2023).

[14] July 8, 2019, Asia & Pacific, "Philippines Duterte announces Mislatel Consortium as 3rd telco player" http://www.xinhuanet.com/english/2019-07/08/c_138209792.htm (last visited July 6, 2023).

we're moving heaven and earth really to make that happen and to make it a successful launch."[15] DITO planned to double the current speed offerings to 27 mbps in just one year and then increase that again to 55 mbps in year two. DITO also planned to offer initially 4G LTE before moving to 5G technology in 2021 and cover the country with 5G in as fast as five years.

79. While DITO would not officially begin commercial operations until March 2021, customers would be able to start using its telecommunications services by May 2020 and, through 1,600 cell towers it had access to, DITO planned to commence internet service by July 18, 2020 covering 37% of the Philippines.

80. Meanwhile, still unsatisfied with PLDT and Globe's services, President Duterte again targeted them during the state of the union national address on July 27, 2020, threatening to seize its assets unless they improve services by the end of the year, stating:

> If you are not ready to improve, I might just as well close all of you and revert back to the [fixed-]line telephone, and I will take that and expropriate it for the government.
>
> * * *
>
> I will be the one to articulate the anger of the Filipino people and you might not want what I intend to do with you. Kindly improve the services before December.[16]

81. During an August 6, 2020 Earnings Call a couple of months later, Defendant Panlilio stated in response to an analyst question about President Duterte's threats:

---

[15] July 3, 2020 ABS-CBN News, "DITO remains 'on track' with March 2021 launch despite audit delay" https://news.abs-cbn.com/business/07/03/20/dito-says-on-track-to-meet-march-2021-commercial-launch-despite-july-audit-delay (last visited July 6, 2023).

[16] "Duterte threatens to shut down Globe, Smart," *supra*, at n. 11.

> [W]e hear what the President said. He shared his concerns about the quality of the services we provide. So we just have to concentrate on our mission regarding the submission or a mandate from him to raise the level of our services, which covers a broad range of topics, like, coverage, speed, upload/download speeds, video experience, latency, and so forth, reliability of the network, which I think our network, as Anabelle said is, that are doing well during this pandemic despite the restraints put on our people to expand the network, to repair and install what needs to be repaired or installed.

82. As planned, DITO launched its commercial operations on March 8, 2021. At that time, around 30% of the mobile phone users in the Philippines were reportedly still on the 2G/3G network. Unlike Globe and PLDT, DITO started with a 4G/5G network, which was a significant advantage in attracting 2G/3G users, particularly when combined with DITO's attractive discounts and promotional offers.[17]

83. DITO's growth has been explosive, with its initial launch in 17 cities in the Visayas and Mindanao areas,[18] which quickly expanded to the National Capital Region by May 2021. DITO also rolled out next-generation features and offered discounts and data incentives for resubscription, which helped it reach seven million subscribers by March 2022. By December 2022, DITO had reached 14 million subscribers, offering 5G fixed wireless access services in selected areas in the National

---

[17] July 26, 2021, Counterpoint, "Philippines' Third Operator Fights Odds to Expand Share." https://www.counterpointresearch.com/dito-fights-odds-expand-share/ (last visited July 5, 2023).

[18] February 24, 2021, BusinessWorld, "DITO available in Mindanao, Visayas starting March 8," https://www.bworldonline.com/editors-picks/2021/02/24/346522/dito-available-in-mindanao-visayas-starting-march-8/#:~:text=DITO%20Telecommunity%20Corp.%20is%20set%20to%20start%20commercial,startup%E2%80%99s%20commercial%20rollout%20will%20be%20done%20in%20phases. (Last visited July 6, 2023).

Capital Region.[19]

84. As demonstrated in the chart below, the Government's efforts to increase competition has caused PLDT to already lose 11% of its mobile subscriber base, which declined from 73 million in 2019 to just over 65 million by the first quarter of 2023:




85. Heightened competition also led to a decline in revenue over the Class Period. As set forth in Figure X below, ***growth*** in mobile data service revenues declined from 37.8% in 2019 to 26.7%, 5.9%, and 2.2% in 2020, 2021, and 2022, respectively. While revenue still marginally increased due to increased usage during COVID, the growth significantly declined as subscribers moved from PLDT over to competitors.

[19] December 13, 2022, Manila Bulletin, "DITO targeting 28 M subscribers in 2023" https://mb.com.ph/2022/12/13/dito-targeting-28-m-subscribers-in-2023/ (Last visited July 6, 2023).




86. PLDT also faced competition to its fixed line and fiber to the home businesses from Converge ICT Solutions Inc., a provider of fiber internet services in the Philippines. In September 2019, Converge raised $250 million to help finance its plan to build a $1.8 billion nationwide internet backbone in addition to its plan to construct a domestic submarine cable with 20 landing stations across the Philippines. In a press statement issued in December 2020, Converge stated that it had 1 million subscribers. As of April 2022, Converge had 1.7 million subscribers and had laid 103,000 kilometers of fiber backbone passing through 495 cities and municipalities throughout the Philippines. Converge was also reportedly set to invest around PHP 28 billion for further expansion. As of December 2022, Converge had 1.9 million subscribers and has laid 140,000 kilometers of fiber backbone.[20] As a result of competition from Converge, many of PLDT's customers have been changing over to Converge over the past four to five years.

---

[20] March 29, 2022, Business Mirror, "Converge taps bond market to expand PHL fiber network," https://businessmirror.com.ph/2022/03/29/converge-taps-bond-marketto-expand-phl-fiber-network/#:~:text=At%20the%20end%20of%202021%2C%20Converge%E2%80%99s%20fiber%20backbone,the%20country%2C%20with%201.7%20million%20total%20residential%20subscribers. (Last visited July 6, 2023).

87. During the December 21, 2022 Special Call, Defendant Panlilio explained PLDT's serious concerns with heightened competition over the Class Period:

> Third, of course, competition is very aggressive. Dito, Converge, very aggressive, so we want to make sure that not only in the wireless side, but also on the -- and also we didn't know whether Dito with [indiscernible], how much impact they will have in the market. We know now, not much, but at the initial stage, we didn't know the impact of Dito coming in. Converge has been very aggressive and we had to sort of fix ourselves and make sure that we're able to serve the customers.

88. As discussed below, in response to Government actions to introduce new competitors and regulations to increase competition, PLDT recklessly went on a massive capital spending spree to upgrade its copper lines to fiber and its 2G and 3G services to 4G and 5G, without the proper internal controls in place to ensure PLDT did not purchase more equipment than needed, that its purchases were properly documented, or that project spending did not exceed budget.

### E. PLDT Goes on a Massive Spending Spree in a Harried Race to Expand its Wireless Network in the Face of Governmental and Competitive Threats and Increased Demand from COVID-19

89. In response to competitive pressures, Defendants approved an aggressive, PHP 330 billion capital budget to upgrade and expand PLDT's network and assets to occur over a four-year period from 2019 to 2022. The capital expenditures included initiatives such as the expansion of PLDT's 4G LTE and 3G mobile coverage, widening PLDT's fiber footprint, upgrading DSL/copper customers to fiber, and various 5G initiatives, including the 5G rollout. In this regard, PLDT forecasted capital expenditures of PHP 78.4 billion, PHP 83 billion, PHP 88-92 billion, and PHP 76-80 billion for 2019, 2020, 2021, and 2022, respectively. By comparison, PLDT spent only half that (PHP 184.5 billion) in the preceding four years, combined.

90. As PLDT was rolling out its multi-year capital plan, an outbreak of COVID-19 was reported to have surfaced in Wuhan, the People's Republic of China.

In a move to contain the COVID-19 outbreak, on March 12, 2020, the Office of the President of the Philippines issued a memorandum directive to impose stringent social distancing measures in the National Capital Region, effective March 15, 2020. The Governmental directive sent people home in droves as they were forced to quarantine at home to control the spread of COVID.

91. With a large number of people confined to their homes, PLDT saw a rapid increase in demand for faster network speeds and better connectivity as people adopted web-based collaboration tools, implemented distance learning and e-health services, and performed more activities online, such as shopping and electronic bill payment, among others. Indeed, as PLDT reported in its 2019 20-F, filed with the SEC on April 23, 2020, the Company was experiencing a significant increase in the usage of its internet services as more and more people in the Philippines chose to work from home during the COVID-19 pandemic, claiming PLDT has sufficient capacity to service the increased traffic:

> As more and more people in the Philippines choose to work from home, we have been experiencing a significant increase in the usage of our internet services. Since the beginning of the COVID-19 outbreak in the Philippines, we have been closely monitoring our network traffic for usage spikes and possible congestion. As of the date of this annual report, we have sufficient capacity to serve the increased needs of all our subscribers. We are equipped with the technology to manage our network infrastructure remotely, which helps us respond to changes in internet traffic more efficiently.

92. COVID demand only added to the already significant Governmental and competitive pressures to overhaul PLDT's network infrastructure.

93. Accordingly, in a race to upgrade its network before DITO began rolling out its services in mid-2020 and early 2021 (and avoid further Government action), around the start of 2019, PLDT recklessly began purchasing network equipment while consciously disregarding whether the Head of Networks and Head of Procurement and Finance were collaborating, tracking capital spending against the current year's budget,

or tracking the progress of project construction.

94. For example, as set forth in the chart below, as a result of PLDT's massive and unchecked capital spending, Defendants increased the domestic fiber footprint in 2019, alone, by 32% and by 255% over the four-year period from 2019 through 2022.




95. To boost its wireless networks speeds, PLDT also spent heavily on 3G and 4G base stations. As set forth below, PLDT increased the number of 3G and 4G base stations in 2019 by 20% and 52%, respectively, and by 49% and 146% for the years 2019 through 2022, respectively.




96. On July 29, 2020, PLDT announced the start of its 5G services, stating that, "[s]tarting July 30th, the 5G mobile phone network of Smart Communications is going live as a commercial service. In this initial phase of its commercial deployment, [Smart] postpaid subscribers will be able to enjoy the super-fast data service of Smart 5G in key business districts[.]" In its same press release, PLDT disclosed that "Smart will also launch its initial lineup of Smart 5G-certified devices from [several device manufacturers], which will be available with Smart Signature plans in select Smart Stores."[21]

97. Also in the July 29, 2020 press release, PLDT discussed the enormous costs of building its 5G network, stating "to actually execute the 5G deployment plan required a steady investment effort by PLDT and Smart that has amounted to nearly P260 billion in overall capital expenditure (capex) spend over the past five years."[22]

98. Despite the significant costs associated with rolling out 5G, and without

[21] July 29, 2020, PLDT "Smart 5G goes live." https://main.pldt.com/article/smart-5g-goes-live (last visited July 6, 2023).

[22] "Smart 5G goes live" *Supra,* at n. 21.

informing themselves whether there was even a sufficient market for 5G services, Defendants proceeded full steam ahead, ignoring the capital budget and spending lavishly on PLDT's 5G network. Indeed, as set forth in the chart below, PLDT invested heavily in the construction of 5G Base Station towers, increasing its base stations by 1,633% from Q3 2020 to Q4 2022.




99. As part of its scramble to "speed up" construction for 4G LTE and 5G, PLDT also recklessly overcommitted to construct cell towers to support its network, despite the Common Tower Sharing Policy, which largely eliminated the need for such construction of Company-owned towers. Yet, in August 2020, PLDT entered into agreements with six tower companies to begin building a "pilot batch" of 180 to 200 macrocell sites throughout the Philippines, while finalizing agreements with four more for construction of more towers.[23] Without knowing whether there was even sufficient demand for 5G, Defendants continued to recklessly spend on 5G assets, with Defendant

[23] August 26, 2020, PLDT, "PLDT-Smart fast tracks mobile network roll out, taps 6 tower companies", https://main.pldt.com/article/smart-fast-tracks-mobile-network-roll-out-taps-6-tower-companies (last visited July 6, 2023).

Panlilio claiming the construction of "more towers will also be crucial to the company's 5G rollout, as the technology would require additional facilities."[24]

100. With the tower agreements in place, PLDT claimed Smart was "fast track[ing] [its] mobile network roll out" and its "network expansion program for its 4G/LTE and 5G services." [25]The Company further emphasized that its "ramped-up nationwide tower rollout is part of PLDT-Smart's sustained capital expenditures on their networks."[26]

101. Unbeknownst to investors, however, PLDT was purchasing equipment it did not need, in excess of the Board-approved budget, that was sitting idle in Company warehouses and not generating any revenue for PLDT.

### F. PLDT's Massive Overspending Comes to A Head When Vendors Come Looking for Payment

102. As Defendants ultimately admitted during the December 2022 Special Call, the Head of Networks, Head of Procurement, and the CFO did not communicate or coordinate efforts throughout 2019 to 2022 to ensure PLDT only approved equipment purchases that were necessary for construction and that PLDT's spending did not exceed the budget. Thus, PLDT had been over-ordering capital equipment throughout this four-year period with large quantities of equipment not being used because the 4G expansion and 5G rollout were proceeding more slowly due to COVID-related delays and lack of consumer demand for 5G. Defendants further admitted that this excess

---

[24] October 3, 2020, GMA, "PLDT-Smart secures over 661 permits from LGUs to build cell sites", https://www.gmanetwork.com/ncaa/money/companies/758291/pldt-smart-secures-over-661-permits-from-lgus-to-build-cell-sites/story/ (last visited July 6, 2023).

[25] "PLDT-Smart fast tracks mobile network roll out, taps 6 tower companies", *Supra* at n. 23.

[26] October 2, 2020, PLDT, "PLDT-Smart secures 661 permits from PH LGUs", https://main.pldt.com/article/pldt-smart-secures-661-permits-ph-lgus (last visited July 6, 2023).

equipment was just sitting in PLDT's warehouses.

103. In fact, Defendants learned approximately eight months before the budget overrun was disclosed that PLDT had drastically overspent on its capital budget and lacked internal controls over financial reporting and operations. Indeed, around May 2022, Defendant Panlilio checked SAP and the Company's finance records after Huawei, PLDT's main supplier for 5G equipment, complained about not being paid. Panlilio learned from his investigation that the Company's records did not match vendor records by a material amount and that the SAP system included purchase orders that were not recorded in PLDT's accounting records because the invoices were not documented and had not been paid.

104. As Defendants would ultimately concede during the December 21, 2022 Special Call, due to the discrepancies between PLDT's SAP system and its financial records, PLDT had to "reconstruct the books" so it could "really reconcile the advances, the advance payments made to the relevant vendors and to what work or equipment that they supply" and determine where the equipment was currently sitting (e.g., PLDT warehouse or vendor warehouse): "[s]o we practically have to reconstruct the books. I mean the internal audit group, finance led by [Danny] here and of course, legal are involved in that reconstruction process."

105. Defendants further admitted during the Special Call that they, as well as the PLDT Board, recklessly disregarded whether PLDT's capital spending was in line with the budget before blindly reporting capital spending to investors every quarter:

> ***So we should head on about the accumulated CapEx and unfortunately, that was not reported to us. Maybe we should have asked*** that certain statement, because every year, I think when we report to you, we tell you what the CapEx for the year was actually spent, right?

106. Thus, throughout the Class Period, Defendants recklessly disregarded how much PLDT was spending on capital expenditures, whether it was within budget or

what equipment had been installed as opposed to still sitting in warehouses.

**G. PLDT's Reckless Spending and Lack of Internal Controls Results in a Massive, Multi-Year Budget Overrun, and Unprecedented Charges for Accelerated Depreciation and Asset Write-offs**

107. As a result of PLDT's lack of internal controls, Defendants recklessly disregarded the massive amounts of equipment they were purchasing, how much they were spending on it, or how (or if) that equipment was being used.

108. On December 19, 2022, Defendants revealed that, from 2019 to 2022, PLDT spent PHP 379 billion on capital expenditures—a capital budget overrun of PHP *48 billion* (USD 866 million), or 13*%*. The budget overrun, Defendants admitted, was comprised of all ***undocumented purchases*** during that period.

109. The PHP 48 billion overrun announced to the market was an improvement over PLDT's original estimated budget overrun of PHP 130 billion (43% of the total budget), which Defendants were able to reduce as a result of discussions with PLDT's main vendors and "ongoing internal forensics" and reconciliation of its books.[27]

110. During the Class Period, Defendants disclosed annual capital expenditures for 2019, 2020, 2021 and 2022 of PHP 72.9 billion, PHP 71.9 billion, PHP 89 billion and PHP 96.8 billion, respectively, totaling PHP 330.6 billion. Thus, Defendants' end of the Class Period admission that PLDT actually spent PHP 379 billion, or PHP 48 billion more than previously reported, necessarily admits that PLDT's previously reported capital expenditures were understated throughout the Class Period.

111. In explaining the cause of PLDT's "massive CapEx build up" during the December 2022 Special Call, Defendant Panlilio reported that the bulk of the capital expenditure overrun "really occurred in 2020 and 2021" and related to PLDT's "decision to become a superior network against major investments," PLDT's alleged

[27] Defendants claim they were able to reduce that amount to PHP 33 billion (USD 596 million) after further negotiations with vendors for equipment returns and discounts.

improvement of service in response to President Duterte's actions, its fear of competition, and the importance of "connectivity" during COVID-19. Defendant Victorio-Aquino agreed, stating that "this CapEx rollout came under 2 pressures, basically. The pressure of the President, Duterte, at that time to fast track infrastructure and also the pressure of COVID."

112. Defendant Pangilinan further confirmed that the bulk of the assets relating to the budget overrun were "quite a bit of 5G network elements," equipment relating to the 4G network buildout and equipment related to 5G tower construction. During the Special call, Defendant Victorio-Aquino confirmed that of the PHP 48 billion overrun, "the 5G LTE rollout alone is around PHP 30 billion plus."

113. Worse yet, PLDT had no need for the extra 5G equipment it was purchasing because, as Defendants revealed during the Special Call, PLDT had decided to "temper and stop" its 5G rollout in 2021. Indeed, unbeknownst to investors, much of the 5G equipment PLDT had been purchasing related to the construction of 115 new towers as part of its 5G rollout that the Company did not need as a result of the Common Tower Sharing Policy. Defendant Victorio-Aquino confirmed as much during the December 21, 2022 Special Call, admitting this unused tower equipment further contributed to the budget overrun:

> The other incident that happened was we decided -- well, in the -- remember, there was a common tower buildup. We -- well, there was common tower and we were planning to build 61 towers for -- to be built by Huawei and 54 towers to be built by Ericsson. But in the process, along the way, we decided to sell our towers and include a commitment for BTS sites, build-to-suit, by the buyers. So what we did was, since we have commitments in around 750 towers for each, 1,500 of total roughly, we decided -- we had to cancel our order for tower build from Huawei and Ericsson.

114. According to Defendant Victorio-Aquino, "[s]o then they are in the

warehouse, they're fully paid."[28]

115. Thus, Defendant Panlilio stated during the Special Call, "the focus now really will be on 4G LTE" because "5G adoption has been very, very slow."

116. During the Special Call, Defendant Pangilinan further admitted that PLDT was significantly behind its 4G expansion because it was experiencing delays. As such, PLDT had purchased 4G equipment before it was needed which was also sitting in storage, unused:

> The bulk of the assets that are subject matter of this overrun relate to network elements. So principally, the wireless side of the business. So we still have -- we have equipment relating to the final build-out of the 4G network and 5G equipment as well because that has been -- that has taken a bit of a slowdown in its progress of buildup. So we do have -- we ordered quite a bit of 5G network elements. So that is the storage as we speak. There are equipment related to towers.

117. Yet throughout the four-year period of PLDT's most important and expensive network expansion, Defendants admittedly never looked at PLDT's capital spending as compared to budget and never even asked about it or whether capital spending was in line with budget, conceding Defendants were "remiss" in not obtaining this information for the prior ***four years***:

> And I think ***we were remiss*** in asking ***-- I did not think of asking what is your -- are there carryover CapEx***? And that we did – have asked. And that the reporting units, not 1 of network, procurement or finance managed to report it to us. So [Foreign Language], this is significant.[29]

118. Defendant Pangilinan further admitted in the December 2022 Special Call that PLDT's lack of internal controls over the Company's financial reporting extended to the failure to track capital spending and monitor project progress, stating "project

[28] While PLDT was able to sell some towers, the Company was unable to, as previously represented, use the proceeds to pay down PLDT's debt because the proceeds had to be used to cover the capital budget overruns.

[29] December 2022 Special Call.

management needs improvement internally" and "the network monitoring system or the procurement monitors has got to be tightened – really tightened. So we know how every peso is spent. And I think we probably were remiss in that respect…."

119. Defendant Panlilio echoed Pangilinan's admissions during the call, stating "I guess project management needs improvement internally also making sure that those projects finish on time, on budget, and that's something also we're looking into."

120. All of these issues, Defendants admitted, were the result of "weaknesses" in PLDT's internal controls.

121. PLDT's lack of controls was costly and expansive. Due to large quantities of equipment sitting idle in warehouses for months (or years), PLDT had to record an approximate $50 million charge in Q4 2022 for accelerated depreciation of assets sitting idle in the warehouses and to write off obsolete equipment—***double*** what the Company recorded in 2021.

122. PLDT also had to hire PwC and other consultants to fix its internal control processes. Indeed, as disclosed in the 2022 Form 20-F, "[w]e have adopted and implemented, or are in the process of implementing, various operational enhancements to our policies, procedures and controls relating to our capital expenditure management processes."[30]

123. In addition, PLDT had to renegotiate prior deals with vendors to manage cash flows, thereby putting a strain on vendor relationships.

124. Unfortunately, this is not the first time PLDT has overrun its budget due to a lack of internal controls. In fact, these very same issues existed and occurred under

---

[30] Defendants disclosed during the Q4 2022 Earnings Call that the final report of Milbank together with PwC included a number of new processes concerning "the end-to-end CapEx process," such as "controls and enhancements in policies, procedures, budget planning approvals and monitoring" to "make sure the company is equipped to efficiently monitor and optimize CapEx spending" and "reporting in more detail in terms of the CapEx processes," as well as improvements in "vendor management processes," among others.

Defendant Chua in 2015.

125. According to witnesses, it was well-known in the industry that PLDT previously incurred losses and foregone revenues due to a lack of budgetary and financial oversight. As a result, its former president and CEO, Napoleon Nazareno, was given a graceful exit in 2015 that was packaged as a retirement because there had been billions of pesos reportedly lost from PLDT's coffers. And it was none other than Defendant Chua at the helm as CFO in 2015. PLDT was never investigated—or at least there was no investigation publicly disclosed—in connection with the 2015 losses. According to witnesses, Defendant Chua was known to be not very strict when it comes to overseeing the finances of the company.

126. Defendant Chua's pattern of recklessly failing to monitor and oversee the Company's capital spending and budget has, once again, reared its ugly head, resulting in massive losses and a hit to PLDT's credibility. Defendants never instituted controls and allowed Chua to continue with the Company as CFO.

## V. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD[31]

### A. Capital Expenditure False Statements

#### 1. False and Misleading Statements in PLDT's 2019 20-F filed with the U.S. SEC on April 23, 2020

127. On April 23, 2020, PLDT filed its Form 20-F with the U.S. SEC (the "2019 20-F Annual Report"), signed by Defendants Pangilinan and Chua. The 2019 20-F Annual Report contained false and misleading statements about PLDT's capital spending, stating in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, in 2019 totaled</u>**

[31] All statements alleged to be false and misleading are bolded and underlined. The remaining statements are provided for context.

> **<u>Php89,701 million, an increase of Php40,930 million, or 84%, as compared with Php48,771 million in 2018. Smart Group's capital spending increased by Php22,218 million, or 70%, to Php54,102 million in 2019 from Php31,884 million in 2018</u>**. Smart Group's capex spending was primarily focused on expansion of LTE(4G) coverage and capacity. **<u>PLDT's capital spending increased by Php18,707 million, or 123%, to Php33,959 million in 2019 from Php15,252million in 2018</u>**. PLDT's capex spending was used to finance the fixed line modernization program and the continuous facility roll-out and expansion of our domestic and international fiber optic network. The balance represents other subsidiaries' capital spending.

128. The above statements were materially false and misleading when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022,

which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were publicly reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

129. The 2019 20-F Annual Report also contained false, misleading, and woefully incomplete risk disclosures concerning PLDT's capital spending:

**Risk Factors**

> Our businesses require substantial capital investment, which we may not be able to finance. Our projects under development and the continued maintenance and improvement of our networks and services, including Smart's projects, networks, platforms and services, require substantial ongoing capital investment. **<u>Our consolidated capital expenditures totaled Php72,871million</u>,** Php58,490 million and Php40,299 million**<u> for the years ended December 31, 2019, </u>**2018 and 2017, respectively. We currently estimate that our consolidated capital expenditures in 2020 will be approximately Php83 billion.

130. The above statements were materially false and misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a

material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, the above risk factor lacked any reasonable basis.

**2. False and Misleading Statements in PLDT's Q1 2020 6-K filed with the U.S. SEC on May 7, 2020**

131. On May 7, 2020, PLDT filed a Form 6-K with the U.S. SEC (the "May 7, 2020 Form 6-K"), signed by Defendants Pangilinan, Chua, and Cabal-Revilla, in connection with its unaudited consolidated financial results for the three months ended March 31, 2020. The May 7, 2020 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, for the three months ended March 31, 2020 totaled Php17,074 million, a decrease of Php1,864 million, or 10%, as compared with Php18,938 million in the same period in 2019. Smart Group's capital spending decreased by Php2,498 million, or 19%, to Php10,425 million for the three months ended March 31, 2020 from Php12,923 million in the same period in 2019</u>.** Smart Group's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity. **<u>PLDT's capital spending increased by Php860 million, or 15%, to Php6,445 million for the three months ended March 31, 2020</u>**

**from Php5,585 million in the same period in 2019.** PLDT's capex spending was used to finance the fixed line modernization program and the continuous facility roll-out and expansion of our domestic and international fiber optic network. The balance represents other subsidiaries' capital spending.

132. PLDT also reported in the May 7, 2020 Form 6-K false capital expenditures broken out by business segment for the three months ended March 31, 2020 of **PHP 19,577 for March 31, 2020, and PHP 12,247 for March 31, 2019** (in million pesos):

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *March 31, 2020 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 24,925 | 18,721 | — | — | 43,646 |
| Service revenues | 23,254 | 18,543 | — | — | 41,797 |
| Non-service revenues | 1,671 | 178 | — | — | 1,849 |
| Inter-segment transactions | 429 | 3,974 | — | (4,403) | — |
| Service revenues | 429 | 3,974 | — | (4,403) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 25,354 | 22,695 | — | (4,403) | 43,646 |
| **Results** | | | | | |
| Depreciation and amortization | 7,830 | 4,212 | — | (1,756) | 10,286 |
| Asset impairment | 422 | 637 | 1 | — | 1,060 |
| Interest income | 176 | 142 | 40 | — | 358 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 47 | (579) | — | (532) |
| Financing costs – net | 1,748 | 1,276 | — | (723) | 2,301 |
| Provision for (benefit from) income tax | 1,276 | 1,090 | (98) | 88 | 2,356 |
| Net income (loss) / Segment profit (loss) | 3,333 | 3,133 | (897) | 406 | 5,975 |
| EBITDA | 14,213 | 9,068 | (6) | (1,663) | 21,612 |
| EBITDA margin | 60 % | 40 % | — | — | 52 % |
| Core income (loss) | 3,357 | 3,085 | (451) | 406 | 6,397 |
| **Assets and liabilities** | | | | | |
| Operating assets | 303,420 | 217,848 | 7,510 | (59,084) | 469,694 |
| Investments in associates and joint ventures | 10 | 76,805 | 9,312 | (32,802) | 53,325 |
| Deferred income tax assets – net | 12,622 | 11,428 | (607) | (1,110) | 22,333 |
| Total assets | 316,052 | 306,081 | 16,215 | (92,996) | 545,352 |
| Operating liabilities | 230,003 | 254,492 | 808 | (55,493) | 429,810 |
| Deferred income tax liabilities | 2,237 | 385 | 251 | (360) | 2,513 |
| Total liabilities | 232,240 | 254,877 | 1,059 | (55,853) | 432,323 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 7,596 | 11,981 | — | — | 19,577 |

| | | | | | |
|---|---|---|---|---|---|
| Provision for income tax | 1,159 | 1,118 | 13 | — | 2,290 |
| Net income / Segment profit | 2,903 | 3,330 | 19 | 471 | 6,723 |
| EBITDA | 12,166 | 9,044 | (6) | (1,357) | 19,847 |
| EBITDA margin | 58% | 42% | — | — | 51% |
| Core income (loss) | 2,984 | 3,408 | (267) | 471 | 6,596 |
| *December 31, 2019 (Audited)* | | | | | |
| **Assets and liabilities** | | | | | |
| Operating assets | 287,059 | 198,468 | 7,943 | (45,929) | 447,541 |
| Investments in associates and joint ventures | 10 | 73,386 | 9,897 | (29,430) | 53,863 |
| Deferred income tax assets – net | 13,102 | 11,791 | (711) | (559) | 23,623 |
| Total assets | 300,171 | 283,645 | 17,129 | (75,918) | 525,027 |
| Operating liabilities | 221,755 | 229,855 | 833 | (46,289) | 406,154 |
| Deferred income tax liabilities | 1,986 | 384 | 252 | (39) | 2,583 |
| Total liabilities | 223,741 | 230,239 | 1,085 | (46,328) | 408,737 |
| *March 31, 2019 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 5,318 | 6,929 | — | — | 12,247 |

| | | | | | |
|---|---|---|---|---|---|
| *March 31, 2019 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 21,960 | 18,658 | — | — | 40,618 |
| Service revenues | 20,593 | 18,199 | — | — | 38,792 |
| Non-service revenues | 1,367 | 459 | — | — | 1,826 |
| Inter-segment transactions | 529 | 3,341 | — | (3,870) | — |
| Service revenues | 529 | 3,340 | — | (3,869) | — |
| Non-service revenues | — | 1 | — | (1) | — |
| Total revenues | 22,489 | 21,999 | — | (3,870) | 40,618 |
| **Results** | | | | | |
| Depreciation and amortization | 6,616 | 4,059 | — | (1,329) | 9,346 |
| Asset impairment | 747 | 610 | — | — | 1,357 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 47 | (417) | — | (370) |
| Interest income | 228 | 210 | 129 | (15) | 552 |
| Financing costs – net | 1,670 | 1,263 | 15 | (947) | 2,001 |

F-54

133. Also on May 7, 2020, Defendants filed another Form 6-K with the SEC, signed by Defendant Rausa-Chan, attaching as Exhibit 99.1, a press release announcing the Company's first quarter 2020 financial results ("May 7, 2020 Press Release"). In the May 7, 2020 Press Release, Defendants made false statements about capital expenditures, stating in pertinent part:

> **Capex Guidance Tempered**
> PLDT'S original capex guidance for 2020 of Php83.0 billion will probably be pared down, with anywhere between 20% to 25% of the budget deferred, **suggesting that capex levels will be in the Php60-**

> **plus billion level.** Our network roll out activities have been constrained by the reduced mobility of our Network teams since the ECQ was imposed. The network roll-out for the balance of 2020 will prioritize projects that support the changing demand profile of our customers, and to help corporates revive their business under these new conditions.

134. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis;

(f) As a result of the above, Defendants' statements lacked any reasonable basis; and

(g) Also, as a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**3. False and Misleading Statements on PLDT's Q1 2020 Earnings Call on May 7, 2020**

135. On May 7, 2020, the Individual Defendants held an earnings call with analysts to discuss the Company's Q1 2020 results (the "May 7, 2020 Earnings Call"). During the May 7, 2020 Earnings Call, Defendant Chua, without informing herself of the accuracy of her statements, falsely reported that "**Our CapEx in first quarter came in at PHP 19.6 billion.**"

136. Also, during the May 7, 2020 Call, Defendant Pangilinan made false statements about capital expenditures, claiming they would be lower than previously disclosed:

> **Manuel Velez Pangilinan Chairman, President & CEO**
> The CapEx, we are – we'`re expecting the CapEx spend to be down by 20% to 25% of the PHP 83 billion we disclosed late last year or early this year. **So it will be down to about PHP 60-plus billion range**….

137. Throughout the May 7, 2020 Earnings Call, the Defendants referred to PowerPoint slides which were dated May 7, 2020 and posted to the Investor Relations section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 12 of the presentation, capital expenditures are falsely reported as **PHP 19.6 billion for the first quarter of 2020 and PHP 12.2 billion for the first half of 2019**. Capital expenditures are also reported as **PHP 72.9 billion for 2019**, with a **Capex to Service Revenues" ratio of 45%**. At the top of the slide, Defendants made additional false statements concerning PLDT's capital expenditures: **total capex investments (2011-1Q2020) P407.7bn**, and **Capex (1Q2020) P19.6bn**

**(vs. P12.27bn LY)**. [32]




138. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and

[32] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the May 7, 2020 Earnings Call.

whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis;

(f) As a result of the above, Defendants' statements lacked any reasonable basis; and

(g) Also, as a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

#### 4. False and Misleading Statements in PLDT's Press Release on June 1, 2020

139. On June 1, 2020, Defendant PLDT issued a news article on the newsroom section of its website, entitled, "*E-health, e-learning, e-work and entertainment are 'building blocks' of 'New Normal*," in which Defendant Panlilio made false statements during an interview with a Philippine news agency claiming PLDT's investments in network expansion have paid off, when in fact its investments were sitting unused in warehouses:

**Network rollout**
Panlilio said that PLDT's hefty investments in network expansion over

> the past several years have put in a good position to meet the increased demand for data connectivity and digital services.
>
> **"Over the last five years, we have spent ₱260 billion in Capex**, and that has made us very capable of serving our customers during this pandemic. **Our investments in our network have paid off**, we continue to deliver good customer experience," Panlilio added.

140. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked

any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 5. False and Misleading Statements in PLDT's Press Release on July 29, 2020

141. On July 29, 2020, Defendant PLDT filed a Form 6-K with the SEC, signed by Florentino D. Mabasa Jr., Assistant Corporate Secretary of PLDT, attaching a press release entitled, "*Smart 5G goes live*" ("July 29, 2020 Press Release"). In the July 29, 2020 Press Release, Defendants made false statements about capital expenditures, stating in pertinent part:

> To actually execute the 5G deployment plan required a steady **investment effort by PLDT and Smart that has amounted to nearly P260 billion in overall capital expenditure (capex) spend over the past five years. In 2019 alone, the PLDT Group's capex reached a record Php72.9 billion**. Moreover, 2020 capex is expected to reach Php70 billion despite the slowdown in network rollout due to the quarantine controls imposed in the second quarter of this year.

142. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 6. False and Misleading Statements in PLDT's Q2 2020 6-K filed with the U.S. SEC on August 6, 2020

143. On August 6, 2020, PLDT filed its Form 6-K with the U.S. SEC (the "August 6, 2020 Form 6-K"), in connection with its consolidated financial results for the six months ended June 30, 2020, signed by Defendants Pangilinan, Chua, and Cabal-Revilla. The August 6, 2020 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
> **Our consolidated payment for purchase of property and equipment, including capitalized interest, for the six months ended June 30, 2020 totaled Php41,046 million, an increase of Php85 million as compared with Php40,961 million in the same period in 2019. Smart's capital spending decreased by Php5,115 million, or 18%, to Php22,746 million for the six months ended June 30, 2020 from Php27,861 million in the same period in 2019.** Smart's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity. **PLDT's capital spending increased by Php5,469 million, or 44%, to Php17,845 million for the six months ended**

> **June 30, 2020 from Php12,376 million in the same period in 2019.** PLDT's capex spending was used to finance the fixed line modernization program and the continuous facility roll-out and expansion of our domestic and international fiber optic network. The balance represents other subsidiaries' capital spending.

144. PLDT also reported in the August 6, 2020 Form 6-K false capital expenditures the six months ended June 30, 2020, which included false reporting of capital expenditures of "**PHP 31,466 for June 30, 2020, and PHP 32,685 for June 30, 2019**: (in million pesos) broken out by business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *June 30, 2020 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 48,931 | 37,804 | — | — | 86,735 |
| Service revenues | 46,210 | 37,272 | — | — | 83,482 |
| Non-service revenues | 2,721 | 532 | — | — | 3,253 |
| Inter-segment transactions | 980 | 8,679 | — | (9,659) | — |
| Service revenues | 980 | 8,679 | — | (9,659) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 49,911 | 46,483 | — | (9,659) | 86,735 |
| **Results** | | | | | |
| Depreciation and amortization | 15,804 | 8,294 | — | (3,201) | 20,897 |
| Asset impairment | 1,337 | 2,139 | 1 | — | 3,477 |
| Interest income | 337 | 272 | 77 | — | 686 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 100 | (1,128) | — | (1,028) |
| Financing costs – net | 3,519 | 2,713 | — | (1,394) | 4,838 |
| Provision for (benefit from) income tax | 2,337 | 2,403 | (217) | 173 | 4,696 |
| Net income (loss) / Segment profit (loss) | 7,884 | 6,459 | (1,788) | (132) | 12,423 |
| EBITDA | 29,012 | 17,373 | (8) | (3,212) | 43,165 |
| EBITDA margin | 61% | 38% | — | 33% | 52% |
| Core income (loss) | 7,867 | 6,163 | (913) | (136) | 12,981 |
| **Assets and liabilities** | | | | | |
| Operating assets | 293,104 | 237,685 | 6,869 | (52,738) | 484,920 |
| Investments in associates and joint ventures | 10 | 78,751 | 8,699 | (35,011) | 52,449 |
| Deferred income tax assets – net | 11,157 | 10,799 | (516) | (1,117) | 20,323 |
| Total assets | 304,271 | 327,235 | 15,052 | (88,866) | 557,692 |
| Operating liabilities | 215,766 | 267,882 | 995 | (48,600) | 436,043 |
| Deferred income tax liabilities | 2,153 | 370 | 216 | (323) | 2,416 |
| Total liabilities | 217,919 | 268,252 | 1,211 | (48,923) | 438,459 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 15,241 | 16,225 | — | — | 31,466 |
| *June 30, 2019 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 44,998 | 36,986 | — | — | 81,984 |
| Service revenues | 42,202 | 36,154 | — | — | 78,356 |
| Non-service revenues | 2,796 | 832 | — | — | 3,628 |
| Inter-segment transactions | 1,233 | 7,231 | — | (8,464) | — |
| Service revenues | 1,233 | 7,230 | — | (8,463) | — |
| Non-service revenues | — | 1 | — | (1) | — |
| Total revenues | 46,231 | 44,217 | — | (8,464) | 81,984 |
| **Results** | | | | | |
| Depreciation and amortization | 13,631 | 8,049 | — | (2,777) | 18,903 |
| Asset impairment | 601 | 2,043 | — | — | 2,644 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 139 | (845) | — | (706) |
| Interest income | 406 | 388 | 249 | (31) | 1,012 |
| Financing costs – net | 3,202 | 2,505 | 31 | (1,453) | 4,285 |
| Provision for income tax | 2,531 | 2,331 | (207) | 181 | 4,836 |
| Net income / Segment profit | 7,159 | 5,382 | (265) | (41) | 12,235 |
| EBITDA | 26,005 | 16,389 | (10) | (2,718) | 39,666 |
| EBITDA margin | 60% | 38% | — | 32% | 51% |
| Core income (loss) | 7,166 | 5,461 | (266) | (41) | 12,320 |
| *December 31, 2019 (Audited)* | | | | | |
| **Assets and liabilities** | | | | | |
| Operating assets | 287,059 | 198,468 | 7,943 | (45,929) | 447,541 |
| Investments in associates and joint ventures | 10 | 73,386 | 9,897 | (29,430) | 53,863 |
| Deferred income tax assets – net | 13,102 | 11,791 | (711) | (559) | 23,623 |
| Total assets | 300,171 | 283,645 | 17,129 | (75,918) | 525,027 |
| Operating liabilities | 221,755 | 229,855 | 833 | (46,289) | 406,154 |
| Deferred income tax liabilities | 1,986 | 384 | 252 | (39) | 2,583 |
| Total liabilities | 223,741 | 230,239 | 1,085 | (46,328) | 408,737 |
| *June 30, 2019 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest | 13,637 | 19,048 | — | — | 32,685 |

145. Defendants also filed concurrently with the August 6, 2020 Form 6-K, another Form 6-K with the SEC, signed by Defendant Rausa-Chan, attaching as Exhibit 99.1, a press release regarding the Company's consolidated financial results for the three and six (6) months ended June 30, 2020 ("August 6, 2020 Press Release"). In the August 6, 2020 Press Release, Defendant Pangilinan made false statements about capital expenditures, stating, in pertinent part:

> PLDT's commitment to improve internet services has been consistent and continuing. **Since 2015, PLDT's total capex totaled nearly Php260 billion. The upswing in capex was particularly marked in the last two years, when PLDT ploughed 38% of its revenues in 2018, and 45% of revenues in 2019, back into capex** – a clear demonstration of its commitment to improve its services.
>
> …
>
> "Our strong performance will allow us to further boost our already significant investments. These investments, **which total some Php260 billion over the past five years**, enabled our networks to carry all the additional traffic during these past few months and also to bring new technologies such as 5G which we launched just last week. Given that our network rollout efforts have regained momentum, **we are levelling up our target capital expenditures for 2020 back up to about Php70 billion. The balance of our original Php83 billion capex budget will be spent next year**," he added.

146. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and

whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 7. False and Misleading Statements on PLDT's Q2 2020 Earnings Call on August 6, 2020

147. On August 6, 2020, the Individual Defendants held an earnings call with analysts to discuss the Company's Q2 2020 results (the "August 6, 2020 Earnings Call"). During the August 6, 2020 Earnings Call, Defendant Panlilio falsely stated that ***"<u>[w]e have spent PHP 260 billion in the past 5 years</u>."***

148. Also during the August 6, 2020 Earnings Call, Defendant Chua falsely reported on PLDT's purported capital spending for the period, despite having no idea whether the reported figures were accurate (which they were not), and admittedly having not even asked the question to find out, stating:

**Anabelle Lim Chua**
**Senior VP, CFO & Chief Risk Management Officer**

**Our CapEx in the first 6 months came in at PHP 31.4 billion.** So as Al initiated earlier, while our original CapEx guidance was PHP 83 billion, **we now expect our spend for the year will be up to PHP 70 billion, which is all of the same level as our 2019 CapEx level spend** despite the challenges and restrictions during the quarantine period. We made adjustments in the months following the lockdown and gradually scaled up our CapEx view.

149. Defendant Pangilinan, likewise, falsely claimed during the August 6, 2020 Earnings Call that PLDT was spending at levels similar to what PLDT spent in prior years, even though, unbeknownst to investors, PLDT was spending well above its budgeted capital expenditures and those from prior years:

**Manuel Velez Pangilinan Chairman**
**President & CEO**
And CapEx, we're guiding to a higher number than what we had guided at the onset of the pandemic to -- **from PHP 63 billion to PHP 70 billion, which is similar, a level similar to what we spent last year in CapEx terms**.

150. Throughout the August 6, 2020 Earnings Call, the Defendants referred to PowerPoint slides which were dated August 6, 2020 and posted to the investor relation section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 35 of the presentation, capital expenditures are falsely reported as **PHP 31.5 billion for the first half of 2020 and PHP 32.7 billion for the first half of 2019**. Capital expenditures are also reported as **PHP 72.9 billion for 2019, with a Capex to Service Revenues ratio of 45%.** At the top of the slide, Defendants make additional false statements concerning the Company's capital expenditures, including: **total capex investments (2011-1H2020) P420.3bn and Capex (1H2020) P31.5bn (vs. P32.7bn LY)**. Similarly, the statement at the bottom right is also false: **Total capex investment over last 5 years (2015-19): P260bn or**

**<u>33% of service revenues</u>**.[33]




151. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget

[33] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the August 6, 2020 Earnings Call.

overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**8. False and Misleading Statements in PLDT's Q3 2020 6-K filed with the U.S. SEC on November 5, 2020**

152. On November 5, 2020, PLDT filed its Form 6-K with the SEC, signed by Defendants Pangilinan, Chua, and Cabal-Revilla, in connection with its consolidated financial results for the three and nine months ended September 30, 2020 (the "November 5, 2020 Form 6-K"). The November 5, 2020 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, for the nine months ended September 30, 2020 totaled Php60,263 million, a decrease of Php894 million, or 1%, as compared with Php61,157 million in the same period in 2019. Smart's capital spending decreased by Php7,708 million, or 20%, to Php31,583 million for the nine months ended September 30, 2020 from Php39,291 million in the same</u>**

**<u>period in 2019</u>.** Smart's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity, and rollout of 5G base stations in key business districts of Metro Manila, and key cities in Visayas and Mindanao. **<u>PLDT's capital spending increased by Php7,299 million, or 35%, to Php27,915 million for the nine months ended September 30, 2020 from Ph20,616 million in the same period in 2019</u>**. PLDT's capex spending was used to finance the fixed line expansion, modernization and upgrade of transport network, continuous expansion of fiber optic footprint nationwide, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

153. PLDT also reported in the November 5, 2020 Form 6-K false capital expenditures for the nine months ended September 30, 2020, of **<u>PHP 43,138 for September 30, 2020 and PHP 32,685 for September 30, 2019</u>** (in million pesos) broken out by business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *September 30, 2020 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 74,995 | 58,227 | — | — | 133,222 |
| Service revenues | 70,566 | 57,283 | — | — | 127,849 |
| Non-service revenues | 4,429 | 944 | — | — | 5,373 |
| Inter-segment transactions | 1,721 | 13,804 | — | (15,525) | — |
| Service revenues | 1,721 | 13,804 | — | (15,525) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 76,716 | 72,031 | — | (15,525) | 133,222 |
| **Results** | | | | | |
| Depreciation and amortization | 23,646 | 12,536 | — | (4,595) | 31,587 |
| Asset impairment | 2,150 | 4,269 | 1 | — | 6,420 |
| Interest income | 441 | 429 | 429 | (388) | 911 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 81 | (1,779) | — | (1,698) |
| Financing costs – net | 5,188 | 4,343 | - | (2,014) | 7,517 |
| Provision for (benefit from) income tax | 4,037 | 3,662 | (349) | 331 | 7,681 |
| Net income (loss) / Segment profit (loss) | 12,855 | 9,584 | (1,967) | (572) | 19,900 |
| EBITDA | 44,248 | 26,475 | (7) | (4,852) | 65,864 |
| EBITDA margin | 61 % | 37 % | — | 31 % | 52 % |
| Core income (loss) | 12,795 | 8,871 | (1,455) | (582) | 19,629 |
| **Assets and liabilities** | | | | | |
| Operating assets | 300,405 | 229,420 | 6,552 | (58,112) | 478,265 |
| Investments in associates and joint ventures | 10 | 81,817 | 8,701 | (38,718) | 51,810 |
| Deferred income tax assets – net | 6,940 | 8,678 | (594) | 2,334 | 17,358 |
| Total assets | 307,355 | 319,915 | 14,659 | (94,496) | 547,433 |
| Operating liabilities | 218,328 | 261,091 | 1,047 | (52,057) | 428,409 |
| Deferred income tax liabilities | — | 373 | — | — | 373 |
| Total liabilities | 218,328 | 261,464 | 1,047 | (52,057) | 428,782 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 20,001 | 23,137 | — | — | 43,138 |

| | | | | | |
|---|---|---|---|---|---|
| *September 30, 2019 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 68,777 | 55,659 | — | — | 124,436 |
| Service revenues | 64,498 | 54,510 | — | — | 119,008 |
| Non-service revenues | 4,279 | 1,149 | — | — | 5,428 |
| Inter-segment transactions | 1,858 | 10,809 | — | (12,667) | — |
| Service revenues | 1,858 | 10,809 | — | (12,667) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 70,635 | 66,468 | — | (12,667) | 124,436 |
| **Results** | | | | | |
| Depreciation and amortization | 20,479 | 12,302 | — | (4,168) | 28,613 |
| Asset impairment | 740 | 3,112 | — | — | 3,852 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 164 | (1,275) | — | (1,111) |
| Interest income | 559 | 550 | 325 | (29) | 1,405 |
| Financing costs – net | 4,817 | 3,804 | 29 | (2,118) | 6,532 |
| Provision for income tax | 3,694 | 2,989 | (246) | 142 | 6,579 |
| Net income / Segment profit | 10,433 | 6,373 | (808) | 38 | 16,036 |
| EBITDA | 39,126 | 23,039 | (91) | (4,139) | 57,935 |
| EBITDA margin | 59% | 35% | — | 33% | 49% |
| Core income (loss) | 10,762 | 7,916 | (578) | 68 | 18,168 |
| *December 31, 2019 (Audited)* | | | | | |
| **Assets and liabilities** | | | | | |
| Operating assets | 287,059 | 198,468 | 7,943 | (45,929) | 447,541 |
| Investments in associates and joint ventures | 10 | 73,386 | 9,897 | (29,430) | 53,863 |
| Deferred income tax assets – net | 13,102 | 11,791 | (711) | (559) | 23,623 |
| Total assets | 300,171 | 283,645 | 17,129 | (75,918) | 525,027 |
| Operating liabilities | 221,755 | 229,855 | 833 | (46,289) | 406,154 |
| Deferred income tax liabilities | 1,986 | 384 | 252 | (39) | 2,583 |
| Total liabilities | 223,741 | 230,239 | 1,085 | (46,328) | 408,737 |
| *September 30, 2019 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest | 13,637 | 19,048 | — | — | 32,685 |

F-57

154. Defendants filed concurrently with the November 5, 2020, Form 6-K, another Form 6-K, signed by Defendant Rausa-Chan, attaching as Exhibit 99.1, a press release ("November 5, 2020 Press Release") regarding the Company's consolidated financial results for the nine (9) months ended September 30, 2020. The November 5, 2020 Press Release falsely stated that **PLDT's investments in capital expenditures total nearly Php 260 billion in the past 5 years.**

155. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether

the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 9. False and Misleading Statements on PLDT's Q3 2020 Earnings Call on November 5, 2020

156. On November 5, 2020, the Individual Defendants held an earnings call with analysts to discuss the Company's Q3 2020 results (the "November 5, 2020 Earnings Call"). During the November 5, 2020 Earnings Call, Defendants made several false and misleading statements about capital expenditures. Defendant Chua, without informing herself of the accuracy of her statements, stated in pertinent part:

> **Anabelle Lim Chua**
> **Senior VP, CFO & Chief Risk Management Officer**
> **We came in with a PHP 43.1 billion CapEx for the first 9 months, a bit of slowdown during the second quarter** because of the lockdown challenges. **But we do expect that for the year, we will hit at least PHP 70 billion at the level pretty similar to what we did last year. So that implies that about PHP 27 billion to PHP 30 billion of CapEx in the fourth quarter that we expect to pull. For the PHP 70**

> **billion-or-so CapEx, PHP 52 billion of that is really dedicated to our network and IT investments. PHP 13 billion supports the business requirements, particularly the install and last mile and CPE requirements for generating additional sales and then about PHP 6 billion for data center and other requirements**.
>
> A lot of projects ongoing at the same time, both on the wireless and the fixed side. We continue to increase our LTE coverage and expand our capacity. We continue to expand our backhaul and transport capacities. We have ongoing work to add 37 terabits per second to our existing 55 terabits per second network capacity for backbone; building out more ports, about 500,000 ongoing build, supplement our 1.4 million port inventory; upgrades of DSL to fiber; and then additional sell-side buildout; as well as the start of our 5G rollout. **All told, we can expect our CapEx to service revenue ratio to be about 40% to 41% this year compared to 45% CapEx on sales ratio last year.**

157. Throughout the November 5, 2020 Earnings Call, the Defendants referred to PowerPoint slides which were dated November 5, 2020 and posted to the investor relation section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 32 of the presentation, capital expenditures are falsely reported as **PHP 43.1 billion for the third quarter of 2020 and PHP 53.4 billion for the third quarter of 2019**. Capital expenditures are also reported as **PHP 72.9 billion for 2019, with a Capex to Service Revenues ratio of 45%**. At the top of the slide, Defendants make additional false statements concerning the Company's capital expenditures: **total capex investments (2011-9M2020) P432.0bn**. Similarly, the statement at the right towards the middle is also false: **Capex is "demand driven" resulting in a faster monetization of the investment**. [34]

---

[34] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the November 5, 2020 Earnings Call.




158. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices

that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 10. False and Misleading Statements in PLDT's Press Release on December 11, 2020

159. On December 14, 2020, Defendant PLDT filed a Form 6-K with the U.S. SEC signed by Florentino D. Mabasa Jr., Assistant Corporate Secretary of PLDT and attaching a press release dated December 11, 2020 and entitled, "*PLDT-Smart heed gov't call to improve telco services, 2021 capex 'between P88B-P92B*" ("December 11, 2020 Press Release"). The December 11, 2020 Press Release made false statements about capital expenditures, stating in pertinent part:

> **Manila, Philippines, 11th December 2020 –**
> We support the call of the President to improve our services, and **<u>we have spent around Php260 billion in the last five years investing in our infrastructure</u>**. **<u>We invested Php73 billion last year, and we are ending this year with approximately the same level of capex spend</u>**.

160. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call,

Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 11. False and Misleading Statements in PLDT's Q4 2020 6-K filed with the U.S. SEC on March 4, 2021

161. On March 4, 2021, PLDT filed its Form 6-K with the U.S. SEC (the "March 4, 2021 Form 6-K"), in connection with its consolidated financial results for the year ended December 31, 2020, signed by Defendants Pangilinan, Chua, and Garcia. The March 4, 2021 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, in 2020 totaled</u>**

> **<u>Php78,100 million, a decrease of Php11,601 million, or 13%, as compared with Php89,701 million in 2019. Smart's payment for purchase of property, including capitalized interest, decreased by Php15,100 million, or 28%, to Php39,002 million in 2020 from Php54,102 million in 2019</u>.** Smart's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity, and rollout of 5G base stations in key business districts of Metro Manila, and key cities in Visayas and Mindanao. **<u>PLDT's payment for purchase of property, including capitalized interest, increased by Php4,332 million, or 13%, to Php38,291 million in 2020 from Php33,959 million in 2019</u>.** PLDT's capex spending was used to finance the fixed line expansion, modernization and upgrade of transport network, continuous expansion of fiber optic footprint nationwide, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

162. PLDT also reported in the March 4, 2021 Form 6-K false capital expenditures for the ended December 31, 2020, which included of **<u>PHP 71,886 for December 31, 2020 and PHP 72,871 for December 31, 2019</u>** (in million pesos) broken out by business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *December 31, 2020 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 101,789 | 79,215 | — | — | 181,004 |
| Service revenues | 95,748 | 77,886 | — | — | 173,634 |
| Non-service revenues | 6,041 | 1,329 | — | — | 7,370 |
| Inter-segment transactions | 2,422 | 19,524 | — | (21,946) | — |
| Service revenues | 2,422 | 19,524 | — | (21,946) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 104,211 | 98,739 | — | (21,946) | 181,004 |
| **Results** | | | | | |
| Depreciation and amortization | 35,134 | 19,383 | — | (7,037) | 47,480 |
| Asset impairment | 2,196 | 5,490 | 1 | (41) | 7,646 |
| Interest income | 537 | 636 | 92 | (55) | 1,210 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 50 | (2,378) | — | (2,328) |
| Financing costs – net | 6,886 | 6,059 | 55 | (2,914) | 10,086 |
| Provision for (benefit from) income tax | 3,901 | 3,734 | (617) | 1,423 | 8,441 |
| Net income (loss) / Segment profit (loss) | 14,424 | 14,509 | (318) | (4,035) | 24,580 |
| EBITDA | 60,272 | 33,405 | (12) | (7,507) | 86,158 |
| EBITDA margin | 61 % | 34 % | — | 34 % | 50 % |
| Core income (loss) | 15,698 | 15,463 | 193 | (4,225) | 27,129 |
| **Assets and liabilities** | | | | | |
| Operating assets | 219,412 | 319,384 | 6,371 | (41,000) | 504,167 |
| Investments in associates and joint ventures | 40 | 43,690 | 8,393 | — | 52,123 |
| Deferred income tax assets – net | 6,943 | 11,628 | (350) | 1,335 | 19,556 |
| Total assets | 226,395 | 374,702 | 14,414 | (39,665) | 575,846 |
| Operating liabilities | 227,687 | 274,614 | 1,457 | (48,303) | 455,455 |
| Deferred income tax liabilities | 23 | 330 | — | 373 | 726 |
| Total liabilities | 227,710 | 274,944 | 1,457 | (47,930) | 456,181 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 33,118 | 38,768 | — | — | 71,886 |

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| *December 31, 2019 (Audited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 94,488 | 74,699 | — | — | 169,187 |
| Service revenues | 88,243 | 73,112 | — | — | 161,355 |
| Non-service revenues | 6,245 | 1,587 | — | — | 7,832 |
| Inter-segment transactions | 2,418 | 14,707 | — | (17,125) | — |
| Service revenues | 2,418 | 14,707 | — | (17,125) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 96,906 | 89,406 | — | (17,125) | 169,187 |
| **Results** | | | | | |
| Depreciation and amortization | 29,484 | 16,141 | — | (5,969) | 39,656 |
| Asset impairment | 1,133 | 3,699 | 1 | — | 4,833 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 568 | (2,103) | — | (1,535) |
| Interest income | 703 | 680 | 362 | — | 1,745 |
| Financing costs – net | 6,422 | 5,078 | — | (2,947) | 8,553 |
| Provision for (benefit from) income tax | 4,423 | 5,341 | (444) | 230 | 9,550 |
| Net income (loss) / Segment profit (loss) | 13,101 | 11,421 | (1,769) | 33 | 22,786 |
| EBITDA | 52,789 | 33,162 | (101) | (6,035) | 79,815 |
| EBITDA margin | 58 % | 38 % | — | — | 49 % |
| Core income (loss) | 13,685 | 12,531 | (1,151) | 46 | 25,111 |
| **Assets and liabilities** | | | | | |
| Operating assets | 287,059 | 198,468 | 7,943 | (45,929) | 447,541 |
| Investments in associates and joint ventures | 10 | 73,386 | 9,897 | (29,430) | 53,863 |
| Deferred income tax assets – net | 13,102 | 11,791 | (711) | (559) | 23,623 |
| Total assets | 300,171 | 283,645 | 17,129 | (75,918) | 525,027 |
| Operating liabilities | 221,755 | 229,855 | 833 | (46,289) | 406,154 |
| Deferred income tax liabilities | 1,986 | 384 | 252 | (39) | 2,583 |
| Total liabilities | 223,741 | 230,239 | 1,085 | (46,328) | 408,737 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 30,718 | 42,153 | — | — | 72,871 |

163. Defendants filed concurrently with the March 4, 2021 Form 6-K another Form 6-K, signed by Defendant Rausa-Chan, and attaching as Exhibit 99.1, a press release regarding the Company's consolidated financial results for the year ended December 31, 2020 ("March 4, 2021 Press Release"). The March 4, 2021 Press Release falsely stated that, "Network upgrades made up the bulk of **<u>the P71.9 billion spent for 2020. This brings total capex spent over the last 10 years to a record P460.7 billion</u>**."

164. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 12. False and Misleading Statements on PLDT's Q4 2020 Earnings Call on March 4, 2021

165. On March 4, 2021, the Individual Defendants held an earnings call with analysts to discuss the Company's Q4 2020 results (the "March 4, 2021 Earnings Call"). During the March 4, 2021 Earnings Call, Defendants made several false and misleading statements about capital expenditures. Defendant Chua, admittedly without informing herself of the accuracy of her statements, stated in pertinent part:

> **Anabelle Lim Chua - PLDT Inc.**
> **Senior VP, CFO & Chief Risk Management Officer**
> So on the CapEx front, initially, we had guided that the CapEx may be lower because of the restrictions that we faced during the lockdown period. **<u>But we're pleased to note at the end of it all, we were able to come in very close to the 2019 CapEx accomplishments</u>. <u>So PHP 71.9 billion</u>,** largely focused on the technology side of PHP 56.6 billion, but also about PHP 10.5 billion directly related to business requirements, particularly on the install side.

166. Also during the March 4, 2021 Earnings Call, Defendant Pangilinan, while forecasting for next year's capital expenditure, and without informing himself of the accuracy of his statements, falsely claimed that the 2020 capital expenditure number was PHP 72 billion: "Capex, around PHP 90 billion, PHP 88 billion to PHP 92 billion. So roughly PHP 90 billion for the year. **<u>Higher than the PHP 72 billion we spent in 2020</u>**."

167. Throughout the March 4, 2021 Earnings Call, the Defendants referred to PowerPoint slides which were dated March 4, 2021 and posted to the investor relation section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 22 of the presentation, capital expenditures are falsely reported as **<u>PHP 71.9 billion for the full year 2020 and PHP 72.9 billion for the full year 2019</u>**. Capital expenditures were also reported **<u>with a Capex to Service Revenues ratio of 45% for 2019, and 41% for 2020</u>**. At the top of the slide, Defendants make additional false statements concerning the Company's capital

expenditures: **total capex investments for the last ten years is PHP 460.7 bn.** Similarly, the statement at the right towards the middle is also false: **Capex is "demand driven" resulting in a faster monetization of the investment**. [35]




168. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement

[35] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the March 4, 2021 Earnings Call.

and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 13. False and Misleading Statements in PLDT's 2020 20-F filed with the U.S. SEC on April 23, 2021

169. On April 23, 2021, PLDT filed its Form 20-F with the U.S. SEC (the "2020 20-F Annual Report"), containing audited consolidated financial statements for the year ended December 31, 2020, signed by Defendant Victorio-Aquino. The 2020 20-F Annual Report contained false and misleading statements about PLDT's capital spending, which state, in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, in 2020 totaled Php78,100 million, a decrease of Php11,601 million, or 13%, as compared with Php89,701 million in 2019. Smart's payment for</u>**

> **purchase of property, including capitalized interest, decreased by Php15,100 million, or 28%, to Php39,002 million in 2020 from Php54,102 million in 2019.** Smart's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity, and rollout of 5G base stations in key business districts of Metro Manila, and key cities in Visayas and Mindanao. **PLDT's payment for purchase of property, including capitalized interest, increased by Php4,332 million, or 13%, to Php38,291 million in 2020 from Php33,959 million in 2019.** PLDT's capex spending was used to finance the fixed line expansion, modernization and upgrade of transport network, continuous expansion of fiber optic footprint nationwide, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.
>
> **Our consolidated payment for purchase of property and equipment, including capitalized interest, in 2019 totaled Php89,701 million, an increase of Php40,930 million, or 84%, as compared with Php48,771 million in 2018. Smart Group's capital spending increased by Php22,218 million, or 70%, to Php54,102 million in 2019 from Php31,884 million in 2018**. Smart Group's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity. **PLDT's capital spending increased by Php18,707 million, or 123%, to Php33,959 million in 2019 from Php15,252 million in 2018**. PLDT's capex spending was used to finance the fixed line modernization program and the continuous facility roll-out and expansion of our domestic and international fiber optic network. The balance represents other subsidiaries' capital spending.

170. PLDT also reported in the 2020 20-F Annual Report false capital expenditures for the year ended December 31, 2020, and 2019, of capital expenditures of **PHP 71,904 for 2020, and PHP 72,871 for 2019** (in million pesos) broken out by business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *December 31, 2020* | | | | | |
| **Revenues** | | | | | |
| External customers | 101,789 | 79,215 | — | — | 181,004 |
| Service revenues | 95,748 | 77,886 | — | — | 173,634 |
| Non-service revenues | 6,041 | 1,329 | — | — | 7,370 |
| Inter-segment transactions | 2,422 | 19,524 | — | (21,946) | — |
| Service revenues | 2,422 | 19,524 | — | (21,946) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 104,211 | 98,739 | — | (21,946) | 181,004 |
| **Results** | | | | | |
| Depreciation and amortization | 35,134 | 19,383 | — | (7,037) | 47,480 |
| Asset impairment | 2,196 | 5,490 | 1 | (41) | 7,646 |
| Interest income | 537 | 636 | 92 | (55) | 1,210 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 50 | (2,378) | — | (2,328) |
| Financing costs – net | 6,886 | 6,059 | 55 | (2,914) | 10,086 |
| Provision for (benefit from) income tax | 3,901 | 3,734 | (617) | 1,423 | 8,441 |
| Net income (loss) / Segment profit (loss) | 14,424 | 14,509 | (318) | (4,035) | 24,580 |
| Adjusted EBITDA | 60,272 | 33,405 | (12) | (7,507) | 86,158 |
| Adjusted EBITDA margin | 61 % | 34 % | — | 34 % | 50 % |
| Core income (loss) | 15,698 | 15,463 | 193 | (4,225) | 27,129 |
| **Assets and liabilities** | | | | | |
| Operating assets | 219,412 | 319,384 | 6,371 | (41,000) | 504,167 |
| Investments in associates and joint ventures | 40 | 43,690 | 8,393 | — | 52,123 |
| Deferred income tax assets – net | 6,943 | 11,628 | (350) | 1,335 | 19,556 |
| Total assets | 226,395 | 374,702 | 14,414 | (39,665) | 575,846 |
| Operating liabilities | 227,687 | 274,614 | 1,457 | (48,303) | 455,455 |
| Deferred income tax liabilities | 23 | 330 | — | 373 | 726 |
| Total liabilities | 227,710 | 274,944 | 1,457 | (47,930) | 456,181 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 33,118 | 38,786 | — | — | 71,904 |
| *December 31, 2019* | | | | | |
| **Revenues** | | | | | |
| External customers | 94,488 | 74,699 | — | — | 169,187 |
| Service revenues | 88,243 | 73,112 | — | — | 161,355 |
| Non-service revenues | 6,245 | 1,587 | — | — | 7,832 |
| Inter-segment transactions | 2,418 | 14,707 | — | (17,125) | — |
| Service revenues | 2,418 | 14,707 | — | (17,125) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 96,906 | 89,406 | — | (17,125) | 169,187 |
| **Results** | | | | | |
| Depreciation and amortization | 29,484 | 16,141 | — | (5,969) | 39,656 |
| Asset impairment | 1,133 | 3,699 | 1 | — | 4,833 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 568 | (2,103) | — | (1,535) |
| Interest income | 703 | 680 | 362 | — | 1,745 |
| Financing costs – net | 6,422 | 5,078 | — | (2,947) | 8,553 |
| Provision for (benefit from) income tax | 4,423 | 5,341 | (444) | 230 | 9,550 |
| Net income (loss) / Segment profit (loss) | 13,101 | 11,421 | (1,769) | 33 | 22,786 |
| Adjusted EBITDA | 52,789 | 33,162 | (101) | (6,035) | 79,815 |
| Adjusted EBITDA margin | 58% | 38% | — | — | 49% |
| Core income (loss) | 13,685 | 12,531 | (1,151) | 46 | 25,111 |
| **Assets and liabilities** | | | | | |
| Operating assets | 287,059 | 198,468 | 7,943 | (45,929) | 447,541 |
| Investments in associates and joint ventures | 10 | 73,386 | 9,897 | (29,430) | 53,863 |
| Deferred income tax assets – net | 13,102 | 11,791 | (711) | (559) | 23,623 |
| Total assets | 300,171 | 283,645 | 17,129 | (75,918) | 525,027 |
| Operating liabilities | 221,755 | 229,855 | 833 | (46,289) | 406,154 |
| Deferred income tax liabilities | 1,986 | 384 | 252 | (39) | 2,583 |
| Total liabilities | 223,741 | 230,239 | 1,085 | (46,328) | 408,737 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 30,718 | 42,153 | — | — | 72,871 |

171. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital

expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

172. The 2020 20-F Annual Report contained false, misleading, and woefully incomplete risk disclosures with respect to investments in capital expenditures stating in pertinent part:

> **Risks**
> Our businesses require substantial capital investment, which we may not be able to finance. Our projects under development and the

> continued maintenance and improvement of our networks and services, including Smart's projects, networks, platforms and services, require substantial ongoing capital investment. **Our consolidated capital expenditures, reflecting gross additions to property and equipment totaled Php71,904 million, Php72,871 million and Php58,490 million for the years ended December 31, 2020, 2019 and 2018, respectively. We currently estimate that our consolidated capital expenditures in 2021 will be between Php88 billion to Php92 billion**. In 2021, we will prioritize projects that support the changing demand profile of our customers, enhance our ability to deliver superior customer experience, and help corporate customers revive their businesses.

173. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses"

in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**14.False and Misleading Statements in PLDT's Q1 2021 6-K filed with the U.S. SEC on May 6, 2021**

174. On May 6, 2021, PLDT filed its Form 6-K with the U.S. SEC (the "May 6, 2021 Form 6-K"), in connection with its consolidated financial results for the three months ended March 31, 2021, signed by Defendants Pangilinan, Chua, and Garcia. The May 7, 2021 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, for the three months ended March 31, 2021 totaled Php20,005 million, an increase of Php2,931 million, or 17%, as compared with Php17,074 million in the same period in 2020</u>. <u>Smart's payment for purchase of property, including capitalized interest, decreased by Php2,944 million, or 28%, to Php7,481 million for the three months ended March 31, 2021 from Php10,425 million in the same period in 2020</u>.** Smart's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity, and rollout of 5G base stations in key business districts of Metro Manila, and key cities in Visayas and Mindanao. **<u>PLDT's payment for purchase of property, including capitalized interest, increased by Php5,625 million, or 87%, to Php12,070 million for the three months ended March 31, 2021 from Php6,445 million in the same period in 2020</u>.** PLDT's capex spending was used to finance the fixed line expansion, modernization and upgrade of transport network, continuous expansion of fiber optic footprint nationwide, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

175. PLDT also reported in the May 6, 2021 Form 6-K false capital expenditures for the three months ended March 31, 2021, of **<u>PHP 20,705 for March 31, 2021 and PHP 19,577 for March 31 2020</u>** (in million pesos) broken out by segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | | (in million pesos, except for EBITDA margin) | | | |
| *March 31, 2021 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 26,979 | 20,945 | — | — | 47,924 |
| Service revenues | 24,816 | 20,861 | — | — | 45,677 |
| Non-service revenues | 2,163 | 84 | — | — | 2,247 |
| Inter-segment transactions | 404 | 5,610 | — | (6,014) | — |
| Service revenues | 404 | 5,610 | — | (6,014) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 27,383 | 26,555 | — | (6,014) | 47,924 |
| **Results** | | | | | |
| Depreciation and amortization | 8,949 | 4,837 | — | (2,065) | 11,721 |
| Asset impairment | 665 | 928 | — | (1) | 1,592 |
| Interest income | 108 | 95 | 7 | — | 210 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 207 | (521) | — | (314) |
| Financing costs – net | 1,659 | 1,453 | — | (669) | 2,443 |
| Provision for (benefit from) income tax | 1,561 | 300 | (87) | 48 | 1,822 |
| Net income (loss) / Segment profit (loss) | 1,466 | 9,462 | (63) | (4,991) | 5,874 |
| EBITDA | 14,802 | 10,307 | (2) | (2,035) | 23,072 |
| EBITDA margin | 59 % | 39 % | — | — | 51 % |
| Core income (loss) | 3,701 | 8,591 | (94) | (4,849) | 7,349 |
| **Assets and liabilities** | | | | | |
| Operating assets | 403,653 | 318,904 | 4,633 | (210,625) | 516,565 |
| Investments in associates and joint ventures | 40 | 43,897 | 8,756 | — | 52,693 |
| Deferred income tax assets – net | 4,548 | 9,000 | (263) | 1,967 | 15,252 |
| Total assets | 408,241 | 371,801 | 13,126 | (208,658) | 584,510 |
| Operating liabilities | 201,383 | 273,042 | 870 | (4,833) | 470,462 |
| Deferred income tax liabilities | — | 381 | — | — | 381 |
| Total liabilities | 201,383 | 273,423 | 870 | (4,833) | 470,843 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 8,738 | 11,967 | — | — | 20,705 |

| | | | | | |
|---|---|---|---|---|---|
| *March 31, 2020 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 24,925 | 18,721 | — | — | 43,646 |
| Service revenues | 23,254 | 18,543 | — | — | 41,797 |
| Non-service revenues | 1,671 | 178 | — | — | 1,849 |
| Inter-segment transactions | 429 | 3,974 | — | (4,403) | — |
| Service revenues | 429 | 3,974 | — | (4,403) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 25,354 | 22,695 | — | (4,403) | 43,646 |
| **Results** | | | | | |
| Depreciation and amortization | 7,830 | 4,212 | — | (1,756) | 10,286 |
| Asset impairment | 422 | 637 | 1 | — | 1,060 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 47 | (579) | — | (532) |
| Interest income | 176 | 142 | 40 | — | 358 |
| Financing costs – net | 1,748 | 1,276 | — | (723) | 2,301 |
| Provision for (benefit from) income tax | 1,276 | 1,090 | (98) | 88 | 2,356 |
| Net income (loss) / Segment profit (loss) | 3,333 | 3,133 | (897) | 406 | 5,975 |
| EBITDA | 14,213 | 9,068 | (6) | (1,663) | 21,612 |
| EBITDA margin | 60% | 40% | — | — | 49% |
| Core income (loss) | 3,357 | 3,085 | (451) | 406 | 6,397 |
| *December 31, 2020 (Audited)* | | | | | |
| **Assets and liabilities** | | | | | |
| Operating assets | 219,412 | 319,384 | 6,371 | (41,000) | 504,167 |
| Investments in associates and joint ventures | 40 | 43,690 | 8,393 | — | 52,123 |
| Deferred income tax assets – net | 6,943 | 11,628 | (350) | 1,335 | 19,556 |
| Total assets | 226,395 | 374,702 | 14,414 | (39,665) | 575,846 |
| Operating liabilities | 227,687 | 274,614 | 1,457 | (48,303) | 455,455 |
| Deferred income tax liabilities | 23 | 330 | — | 373 | 726 |
| Total liabilities | 227,710 | 274,944 | 1,457 | (47,930) | 456,181 |
| *March 31, 2020 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 7,596 | 11,981 | — | — | 19,577 |

F-60

176. Defendants also filed concurrently with the May 6, 2021 Form 6-K, a Form 6-K signed by Defendant Rausa-Chan and attaching a press release ("May 6, 2021 Press Release") regarding the Company's consolidated financial results for the three months ended March 31, 2021. In the May 6, 2021 Press Release, PLDT falsely reported capital expenditures of "**PHP 20.7 billion in the first quarter,**" stating in pertinent part:

> **Sustained demand for data raise service revenues, led by Home broadband**
> Sustained demand for data and broadband underpinned the growth of total Service Revenues across the company's three customer segments, led by Home, followed by Consumer Wireless and Enterprise. **<u>Despite COVID-19 mobility restrictions, PLDT and Smart continued investing to expand the network resulting in capital expenditure of ₱20.7 billion in the first quarter</u>**. Network upgrades made up bulk of the capex spend, helping fortify the telco's infrastructure and deliver consistently superior customer experience. The unrelenting rollout of fiber, 5G and 4G/LTE networks to support business demand underpin **<u>the 2021 capex commitment of between ₱88 billion and ₱92 billion, supporting revenue growth</u>.**

177. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital

expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**15.False and Misleading Statements on PLDT's Q1 2021 Earnings Call on May 6, 2021**

178. On May 6, 2021, the Individual Defendants held an earnings call with analysts to discuss the Company's Q1 2021 results (the "May 6, 2021 Earnings Call"). During the May 6, 2021 Earnings Call, Defendants made several false and misleading

statements about capital expenditures. Defendant Chua, admittedly without informing herself of the accuracy of her statements, stated in pertinent part:

> **Anabelle Lim Chua PLDT Inc.**
> **Senior VP, CFO & Chief Risk Management Officer**
> CapEx, for the first quarter notwithstanding all the challenges around the lockdown restrictions, **we were able to complete PHP 20.7 billion of CapEx investments in Q1. PHP 16.1 billion of that is on the network IT side, PHP 3.8 billion would be to support the last-mile install requirements of our higher installed numbers in Q1 this year.** We also highlight here the various targets we have set for ourselves in terms of rollout for 5G base stations, 4G base stations, fiber ports and fiber kilometers, 2021 targets, and in the items -- or the amounts that we have been able to complete in Q1. Our guidance for the year remains at PHP 88 billion to PHP 92 billion in terms of our CapEx investments for 2021.

179. Throughout the May 6, 2021 Earnings Call, the Defendants referred to PowerPoint slides which were dated May 6, 2021and posted to the investor relation section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 25 of the presentation, capital expenditures are falsely reported as Capital expenditures were falsely reported as **PHP 20.7 billion for the first quarter of 2021 and PHP 19.6 billion for the first quarter of 2020.** Past capital expenditures were falsely reported as **PHP 71.9 billion for the full year 2020 and PHP 72.9 billion for the full year 2019**. Capital expenditures were also reported with a **Capex to Service Revenues ratio of 45% for 2019, and 41% for 2020.**

180. At the top of the slide, Defendants make additional false statements concerning the Company's capital expenditures: **total capex investments for the last ten years is PHP 460.8bn.** Similarly, the statement at the top right is also false: **Capex is "demand driven" resulting in a faster monetization of the investment**. [36]

---

[36] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the May 6, 2021 Earnings Call.




181. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices

that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**16. False and Misleading Statements in PLDT's Q2 2021 6-K filed with the U.S. SEC on August 5, 2021**

182. On August 5, 2021, PLDT filed its Form 6-K with the U.S. SEC (the "August 5, 2021 Form 6-K"), in connection with its consolidated financial results for the six months ended June 30, 2021, signed by Defendants Panlilio, Chua, and Garcia. The August 5, 2021 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, for the six months ended June 30, 2021 totaled Php55,139 million, an increase of Php14,093 million, or 34%, as compared with Php41,046 million in the same period in 2020</u>. <u>Smart's payment for purchase of property and equipment, including capitalized interest, increased by Php3,813 million, or 17%, to Php26,559 million for the six months ended June 30, 2021 from Php22,746 million in the same period in 2020</u>.** Smart's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity, and rollout of 5G base stations in key business districts of Metro Manila, and key cities in Visayas and Mindanao. **<u>PLDT's payment for purchase of property and equipment, including capitalized interest, increased by Php9,765 million, or 55%, toPhp27,610 million for the six months ended June 30, 2021 from Php17,845 million in the same period in 2020</u>**. PLDT's capex spending was used to finance the fixed line expansion,

modernization and upgrade of transport network, continuous expansion of fiber optic footprint nationwide, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

183. PLDT also reported in the August 5, 2021 Form 6-K false capital expenditures for the six months ended June 30, 2021, of **PHP 41,321 for June 30, 2021 and PHP 31,466 for June 30, 2020** (in million pesos) broken out by business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | | (in million pesos, except for EBITDA margin) | | | |
| *June 30, 2021 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 53,259 | 42,364 | — | — | 95,623 |
| Service revenues | 49,414 | 42,179 | — | — | 91,593 |
| Non-service revenues | 3,845 | 185 | — | — | 4,030 |
| Inter-segment transactions | 643 | 12,476 | — | (13,119) | — |
| Service revenues | 643 | 12,475 | — | (13,118) | — |
| Non-service revenues | — | 1 | — | (1) | — |
| Total revenues | 53,902 | 54,840 | — | (13,119) | 95,623 |
| **Results** | | | | | |
| Depreciation and amortization | 18,514 | 10,187 | — | (4,347) | 24,354 |
| Asset impairment | 1,133 | 2,305 | — | 1 | 3,439 |
| Interest income | 206 | 170 | 16 | — | 392 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 60 | (14) | — | 46 |
| Financing costs – net | 3,449 | 2,873 | — | (1,380) | 4,942 |
| Provision for (benefit from) income tax | 2,062 | 1,387 | (92) | 283 | 3,640 |
| Net income (loss) / Segment profit (loss) | 4,253 | 12,804 | 965 | (4,954) | 13,068 |
| EBITDA | 30,138 | 20,534 | (4) | (4,341) | 46,327 |
| EBITDA margin | 60 % | 38 % | — | 33 % | 51 % |
| Core income (loss) | 7,766 | 12,432 | (6) | (4,869) | 15,323 |
| Telco core income | 7,766 | 12,130 | 185 | (4,869) | 15,212 |
| **Assets and liabilities** | | | | | |
| Operating assets | 416,336 | 321,692 | 13,033 | (219,565) | 531,496 |
| Investments in associates and joint ventures | 40 | 43,476 | 10,982 | — | 54,498 |
| Deferred income tax assets – net | 4,040 | 8,942 | (258) | 2,229 | 14,953 |
| Total assets | 420,416 | 374,110 | 23,757 | (217,336) | 600,947 |
| Operating liabilities | 206,177 | 277,826 | 601 | (4,599) | 480,005 |
| Deferred income tax liabilities | 21 | 218 | — | — | 239 |
| Total liabilities | 206,198 | 278,044 | 601 | (4,599) | 480,244 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 15,491 | 25,830 | — | — | 41,321 |

| | | | | | |
|---|---|---|---|---|---|
| *June 30, 2020 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 48,931 | 37,804 | — | — | 86,735 |
| Service revenues | 46,210 | 37,272 | — | — | 83,482 |
| Non-service revenues | 2,721 | 532 | — | — | 3,253 |
| Inter-segment transactions | 980 | 8,679 | — | (9,659) | — |
| Service revenues | 980 | 8,679 | — | (9,659) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 49,911 | 46,483 | — | (9,659) | 86,735 |
| **Results** | | | | | |
| Depreciation and amortization | 15,804 | 8,294 | — | (3,201) | 20,897 |
| Asset impairment | 1,337 | 2,139 | 1 | — | 3,477 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 100 | (1,128) | — | (1,028) |
| Interest income | 337 | 272 | 77 | — | 686 |
| Financing costs – net | 3,519 | 2,713 | — | (1,394) | 4,838 |
| Provision for (benefit from) income tax | 2,337 | 2,403 | (217) | 173 | 4,696 |
| Net income (loss) / Segment profit (loss) | 7,884 | 6,459 | (1,788) | (132) | 12,423 |
| EBITDA | 29,012 | 17,373 | (8) | (3,212) | 43,165 |
| EBITDA margin | 61% | 38% | — | 33% | 52% |
| Core income (loss) | 7,867 | 6,163 | (913) | (136) | 12,981 |
| Telco core income | 7,867 | 6,163 | (26) | (136) | 13,868 |
| *December 31, 2020 (Audited)* | | | | | |
| **Assets and liabilities** | | | | | |
| Operating assets | 219,412 | 319,384 | 6,371 | (41,000) | 504,167 |
| Investments in associates and joint ventures | 40 | 43,690 | 8,393 | — | 52,123 |
| Deferred income tax assets – net | 6,943 | 11,628 | (350) | 1,335 | 19,556 |
| Total assets | 226,395 | 374,702 | 14,414 | (39,665) | 575,846 |
| Operating liabilities | 227,687 | 274,614 | 1,457 | (48,303) | 455,455 |
| Deferred income tax liabilities | 23 | 330 | — | 373 | 726 |
| Total liabilities | 227,710 | 274,944 | 1,457 | (47,930) | 456,181 |
| *June 30, 2020 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 15,241 | 16,225 | — | — | 31,466 |

F-62

184. Defendants filed concurrently with the August 5, 2021 Form 6-K, another Form 6-K with the SEC signed by Defendant Rausa-Chan, attaching as Exhibit 99.1, a press release ("August 5, 2021 Press Release") regarding the Company's consolidated financial results for the six (6) months ended June 30, 2021. In the August 5, 2021 Press Release, Defendants made false statements about capital expenditures, stating in pertinent part:

> PLDT and Smart continuously invested in network expansion to support the exponential rise in data traffic **bringing total first half capex to ₱41.3 billion.**

185. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 17. False and Misleading Statements on PLDT's Q2 2021 Earnings Call on August 5, 2021

186. On August 5, 2021, the Individual Defendants held an earnings call with analysts to discuss the Company's Q2 2021 results (the "August 5, 2021 Earnings Call"). During the August 5, 2021 Earnings Call, Defendant Chua, admittedly without informing herself of the accuracy of her statements, made false and misleading statements about capital expenditures, stating, in pertinent part:

**Anabelle Lim Chua - PLDT Inc.**
**Senior VP, CFO & Chief Risk Management Officer**

> Next chart. CapEx. **So for the first semester, CapEx came in at PHP 41.3 billion. So we do expect CapEx to come around our guidance number, probably around PHP 89 billion to PHP 90 billion, right, the time that the year is over. In the first half, PHP 31 billion of the CapEx spend went to the network to support increasing data traffic requirements, and then another close to PHP 8 billion was ready to support the growth in the business side, in particular, the last mile install and CP requirements on a growing home broadband data.**

187. Also, during the August 5, 2021 Earnings Call, Defendant Pangilinan falsely stated the Company's capital expenditures during 2020, stating that "CapEx will be about PHP 90 billion for the full year, **ahead of last year's 2020 of PHP 72 billion, that's about 25%**."

188. Throughout the August 5, 2021 Earnings Call, the Defendants referred to PowerPoint slides, which were dated August 5, 2021 and posted to the investor relation section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 19 of the presentation, capital expenditures are falsely reported as **PHP 41.3 billion for the first half of 2021 and PHP 31.5 billion for the first half of 2020, with a Capex to Service Revenues ratio of 45% and 38%, respectively.** Capital expenditures are also reported as **PHP 71.9 billion for 2020** and **PHP 72.9 billion for 2019, with a Capex to Service Revenues ratio of 41% and 45%, respectively.** At the top of the slide, Defendants make additional false statements concerning the Company's capital expenditures, including **Total Capex Investments […] 2016 to 2020 P286.4bn** and **Last 10 Years P460.8bn**.




189. Later, during the August 5, 2021 Earnings Call, in response to an analyst question about capital expenditure budget, Defendant Chua falsely stated that the capital expenditures were generating returns when, contrary to those statements, at this time, Defendants were purchasing 5G equipment that was sitting in warehouses not generating revenue at all, stating in pertinent part:

> **Melissa V. Vergel de Dios- PLDT Inc.**
> **First VP & Head of IR**
> On the CapEx of PHP 90 billion, would it be adjusted according to operating cash flow, such that the company would still be able to comp positive operating cash flows?
>
> **Anabelle Lim Chua PLDT Inc.**
> **Senior VP, CFO & Chief Risk Management Officer**
> Well, as noted, the EBITDA for the year could cross PHP 90 billion. But there -- the bet, obviously, is that over time, **that operating cash flow will continue to improve on the back of the returns that we generate on the CapEx**. Having said that, I think CapEx this year is quite high because we are investing on several fronts, right? 4G, 5G, fiber ports, transport, et cetera, right? **So our sense is that next year, we should be able to bring the CapEx down to probably closer to what it was before 2021**. So that's something that we will continue to

> manage. Obviously, the quality of the network is something very important for us to win from a customer standpoint and to be able to generate more revenues, but it's also something that we should continue to optimize from a cash flow and spend basis. [37]

190. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked

[37] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the August 5, 2021 Earnings Call.

any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**18. False and Misleading Statements in PLDT's Q3 2021 6-K filed with the U.S. SEC on November 4, 2021**

191. On November 4, 2021, PLDT filed its Form 6-K with the U.S. SEC (the "November 4, 2021 Form 6-K"), in connection with its consolidated financial results for the nine months ended September 30, 2021, signed by Defendants Panlilio, Chua, and Garcia. The November 4, 2021 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, for the nine months ended September 30, 2021 totaled Php84,530 million, an increase of Php21,455 million, or 34%, as compared with Php63,075 million in the same period in 2020. Smart's payment for purchase of property and equipment, including capitalized interest, increased by Php8,466 million, or 27%, to Php40,076 million for the nine months ended September 30, 2021 from Php31,610 million in the same period in 2020</u>**. Smart's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity, and rollout of 5G base stations in key business districts of Metro Manila, and key cities in Visayas and Mindanao. **<u>PLDT's payment for purchase of property and equipment, including capitalized interest, increased by Php12,163 million, or 39%, to Php43,001 million for the nine months ended September 30, 2021 from Php30,838 million in the same period in 2020</u>**. PLDT's capex spending was used to finance the fixed line expansion, modernization and upgrade of transport network, continuous expansion of fiber optic footprint nationwide, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

192. PLDT also reported in the November 4, 2021 Form 6-K false capital expenditures for the nine months ended September 30, 2021, of **<u>PHP 63,314 for</u>**

**September 30, 2021 and PHP 43,128 for September 30, 2020** (in million pesos) broken out by segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *September 30, 2021 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 78,918 | 64,938 | — | — | 143,856 |
| Service revenues | 73,908 | 64,552 | — | — | 138,460 |
| Non-service revenues | 5,010 | 386 | — | — | 5,396 |
| Inter-segment transactions | 903 | 19,841 | — | (20,744) | — |
| Service revenues | 903 | 19,840 | — | (20,743) | — |
| Non-service revenues | — | 1 | — | (1) | — |
| Total revenues | 79,821 | 84,779 | — | (20,744) | 143,856 |
| **Results** | | | | | |
| Depreciation and amortization | 28,254 | 15,678 | — | (6,739) | 37,193 |
| Asset impairment | 1,181 | 3,197 | 2 | — | 4,380 |
| Interest income | 285 | 229 | 21 | — | 535 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 52 | (423) | — | (371) |
| Financing costs – net | 5,291 | 4,391 | — | (2,084) | 7,598 |
| Provision for (benefit from) income tax | 2,861 | 2,444 | (151) | 208 | 5,362 |
| Net income (loss) / Segment profit (loss) | 6,834 | 19,077 | 604 | (7,446) | 19,069 |
| EBITDA | 45,469 | 32,120 | (7) | (6,766) | 70,816 |
| EBITDA margin | 61% | 38% | — | — | 51% |
| Core income (loss) | 11,375 | 19,544 | (459) | (7,435) | 23,025 |
| Telco core income | 11,375 | 18,982 | 173 | (7,435) | 23,095 |
| **Assets and liabilities** | | | | | |
| Operating assets | 417,417 | 332,723 | 6,550 | (214,387) | 542,303 |
| Investments in associates and joint ventures | 40 | 43,468 | 10,573 | — | 54,081 |
| Deferred income tax assets – net | 5,591 | 9,353 | (200) | 1,191 | 15,935 |
| Total assets | 423,048 | 385,544 | 16,923 | (213,196) | 612,319 |
| Operating liabilities | 210,693 | 287,530 | 777 | (4,066) | 494,934 |
| Deferred income tax liabilities | — | 160 | — | — | 160 |
| Total liabilities | 210,693 | 287,690 | 777 | (4,066) | 495,094 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 24,453 | 38,861 | — | — | 63,314 |

F-62

| | | | | | |
|---|---|---|---|---|---|
| ***September 30, 2020 (Unaudited)*** | | | | | |
| **Revenues** | | | | | |
| External customers | 74,995 | 58,227 | — | — | 133,222 |
| Service revenues | 70,566 | 57,283 | — | — | 127,849 |
| Non-service revenues | 4,429 | 944 | — | — | 5,373 |
| Inter-segment transactions | 1,721 | 13,804 | — | (15,525) | — |
| Service revenues | 1,721 | 13,804 | — | (15,525) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 76,716 | 72,031 | — | (15,525) | 133,222 |
| **Results** | | | | | |
| Depreciation and amortization | 23,646 | 12,536 | — | (4,595) | 31,587 |
| Asset impairment | 2,150 | 4,269 | 1 | — | 6,420 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 81 | (1,779) | — | (1,698) |
| Interest income | 441 | 429 | 429 | (388) | 911 |
| Financing costs – net | 5,188 | 4,343 | — | (2,014) | 7,517 |
| Provision for (benefit from) income tax | 4,037 | 3,662 | (349) | 331 | 7,681 |
| Net income (loss) / Segment profit (loss) | 12,855 | 9,584 | (1,967) | (572) | 19,900 |
| EBITDA | 44,248 | 26,475 | (7) | (4,852) | 65,864 |
| EBITDA margin | 61% | 37% | — | — | 52% |
| Core income (loss) | 12,795 | 8,871 | (1,455) | (582) | 19,629 |
| Telco core income | 12,795 | 8,631 | 121 | (582) | 20,965 |
| ***December 31, 2020 (Audited)*** | | | | | |
| **Assets and liabilities** | | | | | |
| Operating assets | 219,412 | 319,384 | 6,371 | (41,000) | 504,167 |
| Investments in associates and joint ventures | 40 | 43,690 | 8,393 | — | 52,123 |
| Deferred income tax assets – net | 6,943 | 11,628 | (350) | 1,335 | 19,556 |
| Total assets | 226,395 | 374,702 | 14,414 | (39,665) | 575,846 |
| Operating liabilities | 227,687 | 274,614 | 1,457 | (48,303) | 455,455 |
| Deferred income tax liabilities | 23 | 330 | — | 373 | 726 |
| Total liabilities | 227,710 | 274,944 | 1,457 | (47,930) | 456,181 |
| ***September 30, 2020 (Unaudited)*** | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 20,001 | 23,137 | — | — | 43,138 |

F-63

193. Defendants filed concurrently with the November 4, 2021 Form 6-K another Form 6-K with the SEC, signed by Defendant Rausa-Chan and attaching as Exhibit 99.1, a press release ("November 4, 2021 Press Release") regarding the Company's consolidated financial results for the nine (9) months ended September 30, 2021. In the November 4, 2021 Press Release, Defendants falsely stated the Company's capital expenditures, stating in pertinent part:

> **9M21 CAPEX AT P63.3B, ON TRACK TO MEET FY GUIDANCE**
>
> * * *
>
> To support this expanded digital ecosystem, PLDT and its mobile unit Smart continued their network buildout, **bringing total capital expenditures to ₱63.3 billion for the first nine months. PLDT and Smart are on track to meeting the 2021 full-year capex guidance of at least ₱88 billion**.

194. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**19. False and Misleading Statements in PLDT's Q3 2021 Earnings Call on November 4, 2021**

195. On November 4, 2021, the Individual Defendants held an earnings call with analysts to discuss the Company's Q3 2021 results (the "November 4, 2021

Earnings Call”). During the November 4, 2021 Earnings Call, Defendant Chua, admittedly without informing herself of the accuracy of her statements, made false and misleading statements about capital expenditures, stating, in pertinent part:

> **Anabelle Lim Chua - PLDT Inc.**
> **Senior VP, CFO & Chief Risk Management Officer**
> Next chart. So going to the CapEx number, **the CapEx for the 9-month period ended at PHP 63 billion.** Our guidance for the year is PHP 88 billion to PHP 92 billion. At this point, **we think that the CapEx will come in more towards the low end of that number, at around PHP 88 billion for the year. Within the PHP 63 billion that we spent, PHP 47 billion for network and IT and then there’s a good PHP 12.8 billion that supports the business growth** behind the higher installation numbers that we’ve seen for our Home and Broadband connection. So that number increases the result of the higher install numbers that we saw in the first 9 months.

196. Throughout the November 4, 2021 Earnings Call, the Defendants referred to PowerPoint slides, which were dated November 4, 2021 and posted to the investor relation section of PLDT’s website. The PowerPoint slides reported false capital expenditure information. For example, on page 26 of the presentation, capital expenditures are falsely reported as **PHP 63.3 billion for the first nine months of 2021 and PHP 43.1 billion for the first nine months of 2020, with a Capex to Service Revenues ratio of 46% and 34%, respectively**. Capital expenditures are also reported as **PHP 71.9 for 2020 and PHP 72.9 for 2019, with a Capex to Service Revenues ratio of 41% and 45%, respectively**. At the top of the slide, Defendants make additional false statements concerning the Company’s capital expenditures, including **Total Capex Investments […] 2016 to 2020 P286.4bn** and **Last 10 Years P460.8bn**.[38]

---

[38] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the November 4, 2021 Earnings Call.




197. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to

determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**20. False and Misleading Statements in PLDT's Q4 2021 6-K filed with the U.S. SEC on March 3, 2022**

198. On March 3, 2022, PLDT filed its Form 6-K with the U.S. SEC (the March 3, 2022 Form 6-K"), in connection with its consolidated financial results for the year ended December 31, 2021, signed by Defendants Panlilio, Chua, and Garcia. The March 3, 2022 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, in 2021 totaled Php103,977 million, an increase of Php25,877 million, or 33%, as compared with Php78,100 million in 2020. Smart's payment for purchase of property and equipment, including capitalized interest, increased by Php10,421 million, or 27%, to Php49,216 million in 2021 from Php38,795 million in 2020</u>.** Smart's capex spending was primarily focused on LTE (4G) coverage and capacity expansion, and rollout of new sites and 5G base stations in key business areas and dense communities nationwide. **<u>PLDT's payment for purchase of property and equipment, including capitalized interest, increased by Php14,548 million, or 38%, to Php52,839 million in 2021 from Php38,291 million in 2020</u>**. PLDT's capex spending was used to finance fixed line install, rollout, expansion and modernization of fiber

> optic transport network and backbone resiliency, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

199. PLDT also reported in the March 3, 2022 Form 6-K false capital expenditures for the years ended December 31, 2021, 2020, and 2019 of **PHP 88,983 for December 31, 2021, PHP 71,904 for December 31, 2020 and PHP 72,871 for December 31, 2019** (in million pesos) broken out by business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| ***December 31, 2021 (Unaudited)*** | | | | | |
| **Revenues** | | | | | |
| External customers | 105,492 | 87,765 | — | — | 193,257 |
| Service revenues | 98,512 | 87,239 | — | — | 185,751 |
| Non-service revenues | 6,980 | 526 | — | — | 7,506 |
| Inter-segment transactions | 1,127 | 29,298 | — | (30,425) | — |
| Service revenues | 1,127 | 29,290 | — | (30,417) | — |
| Non-service revenues | — | 8 | — | (8) | — |
| Total revenues | 106,619 | 117,063 | — | (30,425) | 193,257 |
| **Results** | | | | | |
| Depreciation and amortization | 40,459 | 22,139 | — | (10,429) | 52,169 |
| Asset impairment | 1,241 | 3,743 | 1 | — | 4,985 |
| Interest income | 355 | 275 | 26 | — | 656 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 103 | (1,204) | — | (1,101) |
| Financing costs – net | 7,551 | 6,029 | — | (3,166) | 10,414 |
| Provision for (benefit from) income tax | 3,366 | 4,103 | (270) | 279 | 7,478 |
| Net income (loss) / Segment profit (loss) | 9,434 | 26,146 | 384 | (9,288) | 26,676 |
| EBITDA | 60,876 | 45,832 | (7) | (10,801) | 95,900 |
| EBITDA margin | 61% | 39% | — | — | 52% |
| Core income (loss) | 13,645 | 26,298 | (666) | (9,340) | 29,937 |
| Telco core income (loss) | 13,645 | 25,736 | 192 | (9,340) | 30,233 |
| **Assets and liabilities** | | | | | |
| Operating assets | 299,513 | 285,083 | 7,351 | (32,368) | 559,579 |
| Investments in associates and joint ventures | 39 | 43,519 | 9,806 | — | 53,364 |
| Deferred income tax assets – net | 4,695 | 8,433 | (81) | 338 | 13,385 |
| Total assets | 304,247 | 337,035 | 17,076 | (32,030) | 626,328 |
| Operating liabilities | 213,219 | 293,162 | 1,023 | (8,710) | 498,694 |
| Deferred income tax liabilities | — | 169 | — | — | 169 |
| Total liabilities | 213,219 | 293,331 | 1,023 | (8,710) | 498,863 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 36,898 | 52,085 | — | — | 88,983 |
| ***December 31, 2020 (Audited)(a)*** | | | | | |
| **Revenues** | | | | | |
| External customers | 101,789 | 79,215 | — | — | 181,004 |
| Service revenues | 95,748 | 77,886 | — | — | 173,634 |
| Non-service revenues | 6,041 | 1,329 | — | — | 7,370 |
| Inter-segment transactions | 2,422 | 19,524 | — | (21,946) | — |
| Service revenues | 2,422 | 19,524 | — | (21,946) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 104,211 | 98,739 | — | (21,946) | 181,004 |
| **Results** | | | | | |
| Depreciation and amortization | 35,134 | 19,383 | — | (7,037) | 47,480 |
| Asset impairment | 2,196 | 5,490 | 1 | (41) | 7,646 |
| Interest income | 537 | 636 | 92 | (55) | 1,210 |
| Equity share in net earnings (losses) of associates and joint ventures | — | (50) | 2,378 | — | 2,328 |
| Financing costs – net | 6,886 | 6,059 | 55 | (2,914) | 10,086 |
| Provision for (benefit from) income tax | 4,536 | 3,734 | (617) | 788 | 8,441 |
| Net income (loss) / Segment profit (loss) | 15,166 | 14,509 | (318) | (4,777) | 24,580 |
| EBITDA | 60,272 | 33,405 | (12) | (7,507) | 86,158 |
| EBITDA margin | 61% | 34% | — | — | 50% |
| Core income (loss) | 16,440 | 15,463 | 193 | (4,967) | 27,129 |
| Telco core income (loss) | 17,217 | 13,649 | 2,188 | (4,967) | 28,087 |
| **Assets and liabilities** | | | | | |
| Operating assets | 219,412 | 319,384 | 6,371 | (41,000) | 504,167 |
| Investments in associates and joint ventures | 40 | 43,690 | 8,393 | — | 52,123 |
| Deferred income tax assets – net | 6,943 | 11,628 | (350) | 1,335 | 19,556 |
| Total assets | 226,395 | 374,702 | 14,414 | (39,665) | 575,846 |
| Operating liabilities | 227,687 | 274,614 | 1,457 | (48,303) | 455,455 |
| Deferred income tax liabilities | 23 | 330 | — | 373 | 726 |
| Total liabilities | 227,710 | 274,944 | 1,457 | (47,930) | 456,181 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 33,118 | 38,786 | — | — | 71,904 |
| ***December 31, 2019 (Audited)*** | | | | | |
| **Revenues** | | | | | |
| External customers | 94,488 | 74,699 | — | — | 169,187 |
| Service revenues | 88,243 | 73,112 | — | — | 161,355 |
| Non-service revenues | 6,245 | 1,587 | — | — | 7,832 |
| Inter-segment transactions | 2,418 | 14,707 | — | (17,125) | — |
| Service revenues | 2,418 | 14,707 | — | (17,125) | — |

| | | | | | |
|---|---|---|---|---|---|
| Non-service revenues | — | — | — | — | — |
| Total revenues | 96,906 | 89,406 | — | (17,125) | 169,187 |
| **Results** | | | | | |
| Depreciation and amortization | 29,484 | 16,141 | — | (5,969) | 39,656 |
| Asset impairment | 1,133 | 3,699 | 1 | — | 4,833 |
| Interest income | 703 | 680 | 362 | — | 1,745 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 568 | (2,103) | — | (1,535) |
| Financing costs – net | 6,422 | 5,078 | — | (2,947) | 8,553 |
| Provision for (benefit from) income tax | 4,423 | 5,341 | (444) | 230 | 9,550 |
| Net income (loss) / Segment profit (loss) | 13,101 | 11,421 | (1,769) | 33 | 22,786 |
| EBITDA | 52,789 | 33,162 | (101) | (6,035) | 79,815 |
| EBITDA margin | 58% | 38% | — | — | 49% |
| Core income (loss) | 13,685 | 12,531 | (1,151) | 46 | 25,111 |
| Telco core income | 14,063 | 12,531 | 440 | 46 | 27,080 |
| **Assets and liabilities** | | | | | |
| Operating assets | 287,059 | 198,468 | 7,943 | (45,929) | 447,541 |
| Investments in associates and joint ventures | 10 | 73,386 | 9,897 | (29,430) | 53,863 |
| Deferred income tax assets – net | 13,102 | 11,791 | (711) | (559) | 23,623 |
| Total assets | 300,171 | 283,645 | 17,129 | (75,918) | 525,027 |
| Operating liabilities | 221,755 | 229,855 | 833 | (46,289) | 406,154 |
| Deferred income tax liabilities | 1,986 | 384 | 252 | (39) | 2,583 |
| Total liabilities | 223,741 | 230,239 | 1,085 | (46,328) | 408,737 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 30,718 | 42,153 | — | — | 72,871 |

(a) *Certain amounts for the year ended December 31, 2020 were reclassified to conform with the current year presentation.*

F-66

200. Defendants also filed concurrently with the March 3, 2022 Form 6-K another Form 6-K with the SEC, signed by Defendant Victorio-Aquino, attaching as Exhibit 99.1 a press release ("March 3, 2022 Press Release"). In the March 3, 2022 Press Release, Defendants falsely stated the Company's capital expenditures for 2021, stating in pertinent part:

> **Record capex in 10 years: elevating customer experience**
> Despite mobility restrictions, PLDT was able to put its capital expenditures to work by carrying on with the nationwide network buildout. Network-related initiatives made up the bulk of **the ₱89 billion spend for 2021, in line with guidance**. These network initiatives include the LTE and 5G rollout, migration of customers from copper to fiber, and the fiberization of base stations. This capex also includes ₱17.5 billion for business capex directly in support of growth in PLDT's home broadband business, including last-mile and new connects with immediate revenue contribution. **This brings total capex spent over the last 10 years to a record ₱518.5 billion**. For 2022, in line with resource optimization plans, PLDT is expected to invest between ₱76-80 billion in demand-driven capex, underpinning its goal to achieve positive free cash flow, alongside revenue growth and controlled opex.

201. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 21. False and Misleading Statements on PLDT's Q4 2021 Earnings Call on March 3, 2022

202. On March 5, 2022, the Individual Defendants held an earnings call with analysts to discuss the Company's Q4 2021 results (the "March 3, 2022 Earnings Call").

During the March 3, 2022 Earnings Call, Defendants made several false and misleading statements about capital expenditures. Defendant Chua, admittedly without informing herself of the accuracy of her statements, stated in pertinent part:

> **Anabelle Lim Chua**
> **Senior VP, CFO & Chief Risk Management Officer**
> Next chart. CapEx, we did spend within the CapEx guidance last year. Our initial guidance was PHP88 billion to PHP92 billion. **We came in at PHP89 billion of CapEx last year. A lot of that, PHP65 billion went towards the network side and IP side**, as we completed several initiatives in 2021 for LTE rollout, more ports roll out, [fiberization] of base stations, migration of copper to fiber and expansion of our transport and data payload capacities. **PHP17.5 billion went directly to support the new installs that accounted for the home outperformance.** So that's direct CapEx to support the last mile and [CGC] requirements.

203. Throughout the March 3, 2022 Earnings Call, the Defendants referred to PowerPoint slides which were dated March 3, 2022 and posted to the investor relation section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 30 of the presentation, capital expenditures are falsely reported as **PHP 89.0 billion for the full year 2021, PHP 71.9 billion for the full year 2020, and PHP 72.9 billion for the full year 2019**. Capital expenditures were also reported as **with a Capex to Service Revenues ratio of 48% for 2021, 41% for 2020, and 45% for 2019.** At the top of the slide, Defendants make additional false statements concerning the Company's capital expenditures: **total capex investments for the last ten years is PHP 518.5bn.**




204. Later, during the March 3, 2022 Earnings Call, analysts asked how the company is planning to rationalize these capital expenditures, to which Defendant Chua ensured they had the "**financial discipline**" to manage the increases in capital expenditures:

> **Melissa V. Vergel de Dios**
> **First VP, Head of IR, Head of Corporate Sustainability Office & Chief Sustainability Officer**
> Next questions were e-mailed by John of PNB. Can you provide more color on the company's plan to rationalize CapEx? How will this pan out in the next several years and in the long term? And which segments will see a reduction in CapEx [and why]?
>
> **Anabelle Lim Chua**
> **Senior VP, CFO & Chief Risk Management Officer**
> So as indicated in terms of our CapEx discussion, first of all, **we did spend PHP89 billion last year and PHP518 billion over the last 10 years. So that's huge investments we've made in terms of our infrastructure in order to ensure the quality of our service and to serve our customers very well, right**?
>
> So as we look into this year, our guidance is for PHP76 billion to PHP80

> billion. And **we believe that we have a chance to ramp down our CapEx to somewhere below the 40% CapEx-to-sales ratio and effectively harvest some of the investments we've made**. This year, in particular, I think the key focus areas will be on the fixed line side. As we indicated we're still building 1.7 million ports. We continue to see very strong take up on the home side.

205. Also, during the March 3, 2022 Earnings Call, Defendant Panlilio further added to this question, wildly stating that the percentage of capital expenditure to service revenues would come down to 35%, when in fact, because of the immense overspending during this time, the percentage was on pace to (and did) increase to a massive 49% for the year. Defendant Panlilio stated in pertinent part, "We remain at, I guess the past few years, our CapEx service revenue is about 40%, 45%, right? So **we like to bring that down, moving forward, to maybe in the level of 35%. So that's something that, [in terms of] discipline, I think Anabelle was saying that we should be able to bring down our CapEx**, but making sure that we're able to maintain a good customer experience across the process."[39]

206. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether

[39] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the March 3, 2022 Earnings Call.

the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**22.False and Misleading Statements in PLDT's Press Release on March 10, 2022**

207. On March 11, 2022, Defendant PLDT filed a Form 6-K with the SEC signed by Defendant Victorio-Aquino, Corporate Secretary of PLDT, and attaching a press release dated March 10, 2022 and entitled, "*PLDT's submarine cable project in Dipolog City strengthens Mindanao network*" ("March 10, 2022 Press Release"). In the March 10, 2022 Press Release, Defendants made false statements about capital expenditures stating in pertinent part, "Network-related initiatives made up the bulk of the **₱89 billion spend for 2021**. For 2022, PLDT is expected to invest between ₱76-80 billion in demand-driven capex."

208. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**23. False and Misleading Statements in PLDT's 2021 20-F filed with the U.S. SEC on April 6, 2022**

209. On April 6, 2022, PLDT filed its Form 20-F with the U.S. SEC (the "2021 20-F Annual Report"), containing audited consolidated financial statements for the year

ended December 31, 2021, signed by Defendant Victorio-Aquino. The 2021 20-F Annual Report contained false and misleading statements about PLDT's capital spending, which state, in pertinent part:

> **Investing Activities**
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, in 2021 totaled Php103,977 million, an increase of Php25,877 million, or 33%, as compared with Php78,100 million in 2020. Smart's payment for purchase of property and equipment, including capitalized interest, increased by Php10,420 million, or 27%, to Php49,216 million in 2021 from Php38,795 million in 2020</u>**. Smart's capex spending was primarily focused on LTE (4G) coverage and capacity expansion, and rollout of new sites and 5G base stations in key business areas and dense communities nationwide. **<u>PLDT's payment for purchase of property and equipment, including capitalized interest, increased by Php14,548 million, or 38%, to Php52,839 million in 2021 from Php38,291 million in 2020</u>**. PLDT's capex spending was used to finance fixed line install, rollout, expansion and modernization of fiber optic transport network and backbone resiliency, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.
>
> **<u>Our consolidated payment for purchase of property and equipment, including capitalized interest, in 2020 totaled Php78,100 million, a decrease of Php11,601 million, or 13%, as compared with Php89,701 million in 2019. Smart's payment for purchase of property, including capitalized interest, decreased by Php15,307 million, or 28%, to Php38,795 million in 2020 from Php54,102 million in 2019</u>**. Smart's capex spending was primarily focused on expansion of LTE (4G) coverage and capacity, and rollout of 5G base stations in key business districts of Metro Manila, and key cities in Visayas and Mindanao. **<u>PLDT's payment for purchase of property, including capitalized interest, increased by Php4,332 million, or 13%, to Php38,291 million in 2020 from Php33,959 million in 2019</u>**. PLDT's capex spending was used to finance the fixed line expansion, modernization and upgrade of transport network, continuous expansion of fiber optic footprint nationwide, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

210. PLDT also reported in the 2021 20-F Annual Report false capital expenditures for the year ended December 31, 2021, 2020, and 2019, of "**<u>PHP 88,983 for 2021, PHP 71,904 for 2020, and PHP 72,871 for 2019</u>**" (in million pesos) broken out by business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for Adjusted EBITDA margin) | | | | |
| *December 31, 2021* | | | | | |
| **Revenues** | | | | | |
| External customers | 105,492 | 87,765 | — | — | 193,257 |
| Service revenues | 98,512 | 87,239 | — | — | 185,751 |
| Non-service revenues | 6,980 | 526 | — | — | 7,506 |
| Inter-segment transactions | 1,127 | 29,298 | — | (30,425) | — |
| Service revenues | 1,127 | 29,290 | — | (30,417) | — |
| Non-service revenues | — | 8 | — | (8) | — |
| Total revenues | 106,619 | 117,063 | — | (30,425) | 193,257 |
| **Results** | | | | | |
| Depreciation and amortization | 40,459 | 22,139 | — | (10,429) | 52,169 |
| Asset impairment | 1,241 | 3,743 | 1 | — | 4,985 |
| Interest income | 355 | 275 | 26 | — | 656 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 103 | (1,204) | — | (1,101) |
| Financing costs – net | 7,551 | 6,029 | — | (3,166) | 10,414 |
| Provision for (benefit from) income tax | 3,366 | 4,103 | (270) | 279 | 7,478 |
| Net income (loss) / Segment profit (loss) | 9,434 | 26,146 | 384 | (9,288) | 26,676 |
| Adjusted EBITDA | 60,876 | 45,832 | (7) | (10,801) | 95,900 |
| Adjusted EBITDA margin | 61% | 39% | — | — | 52% |
| Core income (loss) | 13,645 | 26,298 | (666) | (9,340) | 29,937 |
| Telco core income (loss) | 13,645 | 25,736 | 192 | (9,340) | 30,233 |
| **Assets and liabilities** | | | | | |
| Operating assets | 299,513 | 285,083 | 7,351 | (32,368) | 559,579 |
| Investments in associates and joint ventures | 39 | 43,519 | 9,806 | — | 53,364 |
| Deferred income tax assets – net | 4,695 | 8,433 | (81) | 338 | 13,385 |
| Total assets | 304,247 | 337,035 | 17,076 | (32,030) | 626,328 |
| Operating liabilities | 213,219 | 293,162 | 1,023 | (8,710) | 498,694 |
| Deferred income tax liabilities | — | 169 | — | — | 169 |
| Total liabilities | 213,219 | 293,331 | 1,023 | (8,710) | 498,863 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 36,898 | 52,085 | — | — | 88,983 |

| | | | | | |
|---|---|---|---|---|---|
| ***December 31, 2020*** | | | | | |
| **Revenues** | | | | | |
| External customers | 101,789 | 79,215 | — | — | 181,004 |
| Service revenues | 95,748 | 77,886 | — | — | 173,634 |
| Non-service revenues | 6,041 | 1,329 | — | — | 7,370 |
| Inter-segment transactions | 2,422 | 19,524 | — | (21,946) | — |
| Service revenues | 2,422 | 19,524 | — | (21,946) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 104,211 | 98,739 | — | (21,946) | 181,004 |
| **Results** | | | | | |
| Depreciation and amortization | 35,134 | 19,383 | — | (7,037) | 47,480 |
| Asset impairment | 2,196 | 5,490 | 1 | (41) | 7,646 |
| Interest income | 537 | 636 | 92 | (55) | 1,210 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 50 | (2,378) | — | (2,328) |
| Financing costs – net | 6,886 | 6,059 | 55 | (2,914) | 10,086 |
| Provision for (benefit from) income tax | 4,536 | 3,734 | (617) | 788 | 8,441 |
| Net income (loss) / Segment profit (loss) | 15,166 | 14,509 | (318) | (4,777) | 24,580 |
| Adjusted EBITDA | 60,272 | 33,405 | (12) | (7,507) | 86,158 |
| Adjusted EBITDA margin | 61% | 34% | — | — | 50% |
| Core income (loss) | 16,440 | 15,463 | 193 | (4,967) | 27,129 |
| Telco core income (loss) | 17,217 | 13,649 | 2,188 | (4,967) | 28,087 |
| **Assets and liabilities** | | | | | |
| Operating assets | 219,412 | 319,384 | 6,371 | (41,000) | 504,167 |
| Investments in associates and joint ventures | 40 | 43,690 | 8,393 | — | 52,123 |
| Deferred income tax assets – net | 6,943 | 11,628 | (350) | 1,335 | 19,556 |

F-71

| | | | | | |
|---|---|---|---|---|---|
| Total assets | 226,395 | 374,702 | 14,414 | (39,665) | 575,846 |
| Operating liabilities | 227,687 | 274,614 | 1,457 | (48,303) | 455,455 |
| Deferred income tax liabilities | 23 | 330 | — | 373 | 726 |
| Total liabilities | 227,710 | 274,944 | 1,457 | (47,930) | 456,181 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 33,118 | 38,786 | — | — | 71,904 |
| ***December 31, 2019*** | | | | | |
| **Revenues** | | | | | |
| External customers | 94,488 | 74,699 | — | — | 169,187 |
| Service revenues | 88,243 | 73,112 | — | — | 161,355 |
| Non-service revenues | 6,245 | 1,587 | — | — | 7,832 |
| Inter-segment transactions | 2,418 | 14,707 | — | (17,125) | — |
| Service revenues | 2,418 | 14,707 | — | (17,125) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 96,906 | 89,406 | — | (17,125) | 169,187 |
| **Results** | | | | | |
| Depreciation and amortization | 29,484 | 16,141 | — | (5,969) | 39,656 |
| Asset impairment | 1,133 | 3,699 | 1 | — | 4,833 |
| Interest income | 703 | 680 | 362 | — | 1,745 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 568 | (2,103) | — | (1,535) |
| Financing costs – net | 6,422 | 5,078 | — | (2,947) | 8,553 |
| Provision for (benefit from) income tax | 4,423 | 5,341 | (444) | 230 | 9,550 |
| Net income (loss) / Segment profit (loss) | 13,101 | 11,421 | (1,769) | 33 | 22,786 |
| Adjusted EBITDA | 52,789 | 33,162 | (101) | (6,035) | 79,815 |
| Adjusted EBITDA margin | 58% | 38% | — | — | 49% |
| Core income (loss) | 13,685 | 12,531 | (1,151) | 46 | 25,111 |
| Telco core income | 14,063 | 12,531 | 440 | 46 | 27,080 |
| **Assets and liabilities** | | | | | |
| Operating assets | 287,059 | 198,468 | 7,943 | (45,929) | 447,541 |
| Investments in associates and joint ventures | 10 | 73,386 | 9,897 | (29,430) | 53,863 |
| Deferred income tax assets – net | 13,102 | 11,791 | (711) | (559) | 23,623 |
| Total assets | 300,171 | 283,645 | 17,129 | (75,918) | 525,027 |
| Operating liabilities | 221,755 | 229,855 | 833 | (46,289) | 406,154 |
| Deferred income tax liabilities | 1,986 | 384 | 252 | (39) | 2,583 |
| Total liabilities | 223,741 | 230,239 | 1,085 | (46,328) | 408,737 |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 30,718 | 42,153 | — | — | 72,871 |

F-72

211. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether

the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

212. The 2021 20-F Annual Report contained false, misleading, and woefully incomplete risk disclosures with respect to PLDT's capital investments, stating, in pertinent part:

> **Risks**
> Our businesses require substantial capital investment, which we may not be able to finance. Our projects under development and the continued maintenance and improvement of our networks and services, including Smart's projects, networks, platforms and services, require substantial ongoing capital investment. **Our consolidated capital expenditures, reflecting gross additions to property and equipment totaled Php88,983 million, Php71,904 million and Php72,871 million for the years ended December 31, 2021, 2020 and 2019, respectively**. We currently estimate that our consolidated capital expenditures in 2022 will be between Php76 billion to Php80 billion. In 2022, we will prioritize projects that support the growing demand from our customers, enhance our ability to deliver superior customer experience, and help corporate customers revive their businesses.

213. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**24. False and Misleading Statements in PLDT's Q1 2022 6-K filed with the U.S. SEC on May 5, 2022**

214. On May 5, 2022, PLDT filed its Form 6-K with the U.S. SEC (the "May 5, 2022 Form 6-K"), in connection with its consolidated financial results for the three months ended March 31, 2022, signed by Defendants Panlilio, Chua, and Garcia. The May 5, 2022 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
>
> **Our consolidated payment for purchase of property and equipment, including capitalized interest, for the three months ended March 31, 2022 totaled Php22,589 million, an increase of Php2,584 million, or 13%, as compared with Php20,005 million in the same period in 2021. Smart's payment for purchase of property and equipment, including capitalized interest, increased by Php1,925 million, or 26%, to Php9,406 million for the three months ended March 31, 2022 from Php7,481 million in the same period in 2021.** Smart's capex spending was primarily focused on LTE (4G) coverage and capacity expansion, and rollout of new sites and 5G base stations in key business areas and dense communities nationwide. **PLDT's payment for purchase of property and equipment, including capitalized interest, increased by Php543 million, or 4%, to Php12,613 million for the three months ended March 31, 2022 from Php12,070 million in the same period in 2021**. PLDT's capex spending was used to finance fixed line install, rollout, expansion and modernization of fiber optic transport network and backbone resiliency, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

215. PLDT also reported in the May 5, 2022 Form 6-K false capital expenditures for the three months ended March 31, 2022, of "**PHP 15,810 for March 31, 2022 and PHP 20,705 for March 31, 2021**" (in million pesos) broken out by

business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *March 31, 2022 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 25,529 | 24,619 | — | — | 50,148 |
| Service revenues | 23,468 | 24,506 | — | — | 47,974 |
| Non-service revenues | 2,061 | 113 | — | — | 2,174 |
| Inter-segment transactions | 218 | 9,918 | — | (10,136) | — |
| Service revenues | 218 | 9,918 | — | (10,136) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 25,747 | 34,537 | — | (10,136) | 50,148 |
| **Results** | | | | | |
| Depreciation and amortization | 9,822 | 6,205 | — | (3,460) | 12,567 |
| Asset impairment | 549 | 529 | — | — | 1,078 |
| Interest income | 77 | 52 | 5 | — | 134 |
| Equity share in net losses of associates and joint ventures | — | — | 758 | — | 758 |
| Financing costs – net | 2,135 | 1,540 | — | (977) | 2,698 |
| Provision for (benefit from) income tax | 171 | 2,557 | (80) | 104 | 2,752 |
| Net income (loss) / Segment profit (loss) | 998 | 10,055 | (661) | (1,239) | 9,153 |
| EBITDA | 13,292 | 11,220 | (5) | (3,597) | 20,910 |
| EBITDA margin | 56% | 33% | — | — | 44% |
| Core income (loss) | 1,871 | 7,755 | (695) | (1,299) | 7,632 |
| Telco core income (loss) | 1,871 | 7,654 | (23) | (1,299) | 8,203 |
| **Assets and liabilities** | | | | | |
| Operating assets | 290,798 | 293,788 | 9,111 | (23,862) | 569,835 |
| Investments in associates and joint ventures | 39 | 43,519 | 9,036 | 1 | 52,595 |
| Deferred income tax assets – net | 4,650 | 5,670 | — | 1,301 | 11,621 |
| Total assets | 295,487 | 342,977 | 18,147 | (22,560) | 634,051 |
| Operating liabilities | 215,143 | 295,446 | 1,231 | (5,124) | 506,696 |
| Deferred income tax liabilities | — | 210 | — | — | 210 |
| Total liabilities | 215,143 | 295,656 | 1,231 | (5,124) | 506,906 |
| *March 31, 2022 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 2,755 | 13,055 | — | — | 15,810 |
| *March 31, 2021 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 26,979 | 20,945 | — | — | 47,924 |

F-62

| | | | | | |
|---|---|---|---|---|---|
| Service revenues | 24,816 | 20,861 | — | — | 45,677 |
| Non-service revenues | 2,163 | 84 | — | — | 2,247 |
| Inter-segment transactions | 404 | 5,610 | — | (6,014) | — |
| Service revenues | 404 | 5,610 | — | (6,014) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 27,383 | 26,555 | — | (6,014) | 47,924 |
| **Results** | | | | | |
| Depreciation and amortization | 8,949 | 4,837 | — | (2,065) | 11,721 |
| Asset impairment | 665 | 928 | — | (1) | 1,592 |
| Interest income | 108 | 95 | 7 | — | 210 |
| Equity share in net earnings (losses) of associates and joint ventures | — | 207 | (521) | — | (314) |
| Financing costs – net | 1,659 | 1,453 | — | (669) | 2,443 |
| Provision for (benefit from) income tax | 1,561 | 300 | (87) | 48 | 1,822 |
| Net income (loss) / Segment profit (loss) | 1,466 | 9,462 | (63) | (4,991) | 5,874 |
| EBITDA | 14,802 | 10,307 | (2) | (2,035) | 23,072 |
| EBITDA margin | 59% | 39% | — | — | 51% |
| Core income (loss) | 3,701 | 8,591 | (94) | (4,849) | 7,349 |
| Telco core income (loss) | 3,701 | 8,591 | 59 | (4,849) | 7,502 |
| ***December 31, 2021 (Audited)*** | | | | | |
| **Assets and liabilities** | | | | | |
| Operating assets | 299,513 | 285,083 | 7,351 | (32,368) | 559,579 |
| Investments in associates and joint ventures | 39 | 43,519 | 9,806 | — | 53,364 |
| Deferred income tax assets – net | 4,695 | 8,433 | (81) | 338 | 13,385 |
| Total assets | 304,247 | 337,035 | 17,076 | (32,030) | 626,328 |
| Operating liabilities | 213,219 | 293,162 | 1,023 | (8,710) | 498,694 |
| Deferred income tax liabilities | — | 169 | — | — | 169 |
| Total liabilities | 213,219 | 293,331 | 1,023 | (8,710) | 498,863 |
| ***March 31, 2021 (Unaudited)*** | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 8,738 | 11,967 | — | — | 20,705 |

F-63

216. Defendants filed concurrently with the May 5, 2022 Form 6-K another Form 6-K with the SEC signed by Defendant Victorio-Aquino, attaching as Exhibit 99.1, a press release regarding the Company's consolidated financial results for the three months ended March 31, 2021("May 5, 2022 Press Release"). In the May 5, 2022 Press Release, Defendants falsely reported capital expenditures of "**Q1 CAPEX AT ₱15.8B.**"

217. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether

the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

## 25. False and Misleading Statements on PLDT's Q1 2022 Earnings Call on May 5, 2022

218. On May 5, 2022, the Individual Defendants held an earnings call with analysts to discuss the Company's Q1 2022 results (the "May 5, 2022 Earnings Call"). During the May 5, 2022 Earnings Call, Defendants made several false and misleading statements about capital expenditures. Defendant Chua, admittedly without informing herself of the accuracy of her statements, stated in pertinent part:

> **Anabelle Lim Chua**
> **Senior VP, CFO & Chief Risk Management Officer**
>
> Next chart. CapEx. **<u>Our CapEx for the first quarter was PHP 15.8 billion</u>**, PHP 3.3 billion of that was in direct support of our install requirements for the new fiber customers that we connected, about PHP 11.6 billion was really put behind the network to allow our network to remain superior over competition. So in **<u>the PHP 15.8 billion in</u>**

> **quarter 1,** we do expect to ramp it up in subsequent quarters, and we're looking now at about PHP 85 billion in terms of our CapEx guidance for 2022. Not quite as high as PHP 89 billion last year. But also with the increase in our EBITDA, we should have a net positive differential in our EBITDA and our CapEx expectations.
>
> …
>
> **Manuel Velez Pangilinan**
> **Chairman of the Board**
> But nonetheless, after key CapEx in 2021, **CapEx is being managed to guide below 40% of service revenues starting this year and over the medium term. The cash picture is expected to get much better starting 2022 with focus on delivering positive free cash flows in the course of the year.**

219. Throughout the May 5, 2022 Earnings Call, the Defendants referred to PowerPoint slides which were dated May 5, 2022 and posted to the investor relation section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 29 of the presentation, capital expenditures are falsely reported as **PHP 15.8 billion for the first quarter 2022, PHP 20.7 for the first quarter of 2021, PHP 89.0 billion for the full year 2021, and PHP 71.9 billion for the full year 2020**. Capital expenditures were also reported **with a Capex to Service Revenues ratio of 33% for the first quarter 2022, 45% for the first quarter of 2021, 48% for 2021, and 41% for 2020.** At the top of the slide, Defendants make additional false statements concerning the Company's capital expenditures: **total capex investments for the last ten years is PHP 518.5bn**. [40]

---

[40] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the May 5, 2022 Earnings Call.




220. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to

determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(d) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(e) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(f) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**26. False and Misleading Statements in PLDT's Press Release on May 26, 2022**

221. On May 27, 2022, Defendant PLDT filed a Form 6-K with the SEC, signed by Defendant Victorio-Aquino, Corporate Secretary of PLDT, and attaching a press release dated May 26, 2022 and entitled, "*PLDT brings fiber to Siargao, boosts Mindanao connectivity*" ("May 26, 2022 Press Release"). In the May 26, 2022 Press Release, Defendants also made false statements about capital expenditures, stating in pertinent part:

> This project is part of the PLDT Group's sustained investments in their network. Network-related initiatives made up the bulk of the **P89 billion spend for 2021. This brings total capex spent over the last 10 years to P518.5 billion**. Capex guidance for 2022 is P85 billion.

222. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) In May 2022, after suppliers such as Huawei complained about not being paid for overdue invoices, Defendant Panlilio (CEO) checked PLDT's records and learned that SAP and the Company's financial records did not match because SAP included unpaid purchase orders not recorded in PLDT's accounting records.

(d) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(e) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(f) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(g) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**27. False and Misleading Statements in PLDT's Q2 2022 6-K filed with the U.S. SEC on August 4, 2022.**

223. On August 4, 2022, PLDT filed its Form 6-K with the U.S. SEC (the

"August 4, 2022 Form 6-K"), in connection with its consolidated financial results for the six months ended June 30, 2022, signed by Defendants Panlilio, Chua, and Garcia. The August 4, 2022 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

> **Investing Activities**
> **Our consolidated payment for purchase of property and equipment, including capitalized interest, for the six months ended June 30, 2022 totaled Php49,048 million, a decrease of Php6,091 million, or 11%, as compared with Php55,139 million in the same period in 2021. Smart's payment for purchase of property and equipment, including capitalized interest, decreased by Php4,976 million, or 19%, to Php21,583 million for the six months ended June 30, 2022 from Php26,559 million in the same period in 2021**. Smart's capex spending was primarily focused on LTE (4G) coverage and capacity expansion, and rollout of new sites and 5G base stations in key business areas and dense communities nationwide. **PLDT's payment for purchase of property and equipment, including capitalized interest, decreased by Php1,383 million, or 5%, to Php26,227 million for the six months ended June 30, 2022 from Php27,610 million in the same period in 2021**. PLDT's capex spending was used to finance fixed line install, rollout, expansion and modernization of fiber optic transport network and backbone resiliency, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

224. PLDT also reported in the August 4, 2022 Form 6-K false capital expenditures for the three and six months ended June 30, 2022, which included false reporting of capital expenditures of **PHP 45,954 for June 30, 2022, and PHP 41,321 for June 30, 2021** (in million pesos) broken out by business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *June 30, 2022 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 51,593 | 49,798 | — | — | 101,391 |
| Service revenues | 47,521 | 49,583 | — | — | 97,104 |
| Non-service revenues | 4,072 | 215 | — | — | 4,287 |
| Inter-segment transactions | 419 | 21,263 | — | (21,682) | — |
| Service revenues | 419 | 21,263 | — | (21,682) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 52,012 | 71,061 | — | (21,682) | 101,391 |
| **Results** | | | | | |
| Depreciation and amortization | 27,762 | 20,047 | — | (7,061) | 40,748 |
| Asset impairment | 851 | 1,499 | — | — | 2,350 |
| Interest income | 184 | 78 | 7 | — | 269 |
| Equity share in net gains (losses) of associates and joint ventures | — | 69 | (1,499) | — | (1,430) |
| Financing costs – net | 4,501 | 2,979 | — | (2,056) | 5,424 |
| Provision for (benefit from) income tax | 2,138 | 2,449 | (78) | 132 | 4,641 |
| Net income (loss) / Segment profit (loss) | 8,560 | 21,020 | (740) | (11,916) | 16,924 |
| EBITDA | 25,640 | 26,536 | (8) | (7,454) | 44,714 |
| EBITDA margin | 53% | 37% | — | — | 46% |
| Core income (loss) | 3,758 | 25,341 | (1,004) | (12,098) | 15,997 |
| Telco core income (loss) | 3,758 | 25,240 | 103 | (12,098) | 17,003 |
| **Assets and liabilities** | | | | | |
| Operating assets | 305,245 | 290,859 | 8,444 | (17,532) | 587,016 |
| Investments in associates and joint ventures | 39 | 43,587 | 12,099 | — | 55,725 |
| Deferred income tax assets – net | 7,471 | 5,825 | — | 1,309 | 14,605 |
| Total assets | 312,755 | 340,271 | 20,543 | (16,223) | 657,346 |
| Operating liabilities | 239,850 | 282,245 | 1,300 | (422) | 522,973 |
| Deferred income tax liabilities | — | 296 | — | — | 296 |
| Total liabilities | 239,850 | 282,541 | 1,300 | (422) | 523,269 |
| *June 30, 2022 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 18,450 | 27,504 | — | — | 45,954 |

F-59

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *June 30, 2021 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 53,259 | 42,365 | — | — | 95,624 |
| Service revenues | 49,414 | 42,179 | — | — | 91,593 |
| Non-service revenues | 3,845 | 186 | — | — | 4,031 |
| Inter-segment transactions | 643 | 12,475 | — | (13,119) | — |
| Service revenues | 643 | 12,475 | — | (13,118) | — |
| Non-service revenues | — | — | — | (1) | — |
| Total revenues | 53,902 | 54,840 | — | (13,119) | 95,624 |
| Results | | | | | |
| Depreciation and amortization | 18,514 | 10,187 | — | (4,347) | 24,354 |
| Asset impairment | 1,133 | 2,305 | — | 1 | 3,439 |
| Interest income | 206 | 170 | 16 | — | 392 |
| Equity share in net gains (losses) of associates and joint ventures | — | 60 | (14) | — | 46 |
| Financing costs – net | 3,449 | 2,873 | — | (1,380) | 4,942 |
| Provision for (benefit from) income tax | 2,062 | 1,387 | (92) | 283 | 3,640 |
| Net income (loss) / Segment profit (loss) | 4,253 | 12,804 | 965 | (4,954) | 13,068 |
| EBITDA | 30,138 | 20,534 | (4) | (4,341) | 46,327 |
| EBITDA margin | 60% | 38% | — | — | 51% |
| Core income (loss) | 7,766 | 12,432 | (6) | (4,869) | 15,323 |
| Telco core income (loss) | 7,766 | 12,130 | 185 | (4,869) | 15,212 |
| *December 31, 2021 (Audited)* | | | | | |
| **Assets and liabilities** | | | | | |
| Operating assets | 299,513 | 285,083 | 7,351 | (32,368) | 559,579 |
| Investments in associates and joint ventures | 39 | 43,519 | 9,806 | — | 53,364 |
| Deferred income tax assets – net | 4,695 | 8,433 | (81) | 338 | 13,385 |
| Total assets | 304,247 | 337,035 | 17,076 | (32,030) | 626,328 |
| Operating liabilities | 213,219 | 293,162 | 1,023 | (8,710) | 498,694 |
| Deferred income tax liabilities | — | 169 | — | — | 169 |
| Total liabilities | 213,219 | 293,331 | 1,023 | (8,710) | 498,863 |
| *June 30, 2021 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 15,491 | 25,830 | — | — | 41,321 |

F-60

225. Defendants filed concurrently with the August 4, 2022 Form 6-K another Form 6-K with the SEC, signed by Defendant Victorio-Aquino, attaching as Exhibit 99.1, a press release regarding the Company's consolidated financial results for the six (6) months ended June 30, 2022 ("August 4, 2022 Press Release"). In the August 4, 2022 Press Release, Defendants made false statements concerning the Company's capital expenditures, stating in pertinent part:

> **Capex guidance**
> PLDT's continuous investment in expanding its network to reach more Filipinos and improve overall customer experience **brought total first half capex spending to ₱46.0 billion**…

226. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) In May 2022, after suppliers such as Huawei complained about not being paid for overdue invoices, Defendant Panlilio (CEO) checked PLDT's records and learned that SAP and the Company's financial records did not match because SAP included unpaid purchase orders not recorded in PLDT's accounting records.

(d) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(e) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(f) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(g) As a result of the above, PLDT's was facing undisclosed cash flow problems

and its business and operations were much worse than represented.

### 28. False and Misleading Statements on PLDT's Q2 2022 Earnings Call on August 4, 2022

227. On August 4, 2022, the Individual Defendants held an earnings call with analysts to discuss the Company's Q2 2021 results (the "August 4, 2022 Earnings Call"). During the August 4, 2022 Earnings Call, Defendant Chua, admittedly without informing herself of the accuracy of her statements, made false and misleading statements about capital expenditures, stating, in pertinent part:

> Next chart, please. So CapEx, **we spent about PHP 46 billion in terms of our CapEx in the first half of the year**. **PHP 36 billion of that** went towards our technology spend and our assets to support values of our business requirements which I'll explain later. **And then PHP 6.3 billion are business CapEx relating to the last mile installed cost** (inaudible) with respect to the new connects in our Home broadband business.

228. Throughout the August 4, 2022 Earnings Call, the Defendants referred to PowerPoint slides, which were dated August 4, 2022 and posted to the investor relation section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 27 of the presentation, capital expenditures are falsely reported as **PHP 46.0 billion for the first half of 2022, PHP 41.3 billion for the first half of 2021, PHP 89.0 billion for the full year 2021, and 71.9 billion for the full year 2020.** Capital expenditures were also reported with a **Capex to Service Revenues ratio of 47% for the first half of 2021, 45% for the first half of 2021, 48% for the full year 2021, and 41% for the full year 2020.** At the bottom of the slide, Defendants make additional false statements concerning the Company's capital expenditures, including **Total Capex Investments from 2017 to 2021 332.5bn and**

**<u>Last 10 Years P518.5bn.</u>** [41]




229. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether

[41] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the August 4, 2022 Earnings Call.

the equipment was timely deployed, which was a material cause of the budget overrun;

(c) In May 2022, after suppliers such as Huawei complained about not being paid for overdue invoices, Defendant Panlilio (CEO) checked PLDT's records and learned that SAP and the Company's financial records did not match because SAP included unpaid purchase orders not recorded in PLDT's accounting records.

(d) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(e) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(f) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(g) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**29. False and Misleading Statements in PLDT's Q3 2022 6-K filed with the U.S. SEC on November 3, 2022**

230. On November 3, 2022, PLDT filed its Form 6-K with the U.S. SEC (the "November 3, 2022 Form 6-K"), in connection with its consolidated financial results for the nine months ended September 30, 2022, signed by Defendants Panlilio, Chua, and Garcia. The November 3, 2022 Form 6-K contained false statements about PLDT's capital spending, which stated, in pertinent part:

**Investing Activities**

**Our consolidated payment for purchase of property and equipment, including capitalized interest, for the nine months ended September 30, 2022 totaled Php79,216 million, a decrease of Php5,314 million, or 6%, as compared with Php84,530 million in the same period in 2021. Smart's payment for purchase of property and equipment, including capitalized interest, decreased by Php3,447 million, or 9%, to Php36,629 million for the nine months ended September 30, 2022 from Php40,076 million in the same period in 2021.** Smart's capex spending was primarily focused on LTE (4G) coverage and capacity expansion, and rollout of new sites and 5G base stations in key business areas and dense communities nationwide. **PLDT's payment for purchase of property and equipment, including capitalized interest, decreased by Php2,737 million, or 6%, to Php40,264 million for the nine months ended September 30, 2022 from Php43,001 million in the same period in 2021.** PLDT's capex spending was used to finance fixed line install, rollout, expansion and modernization of fiber optic transport network and backbone resiliency, and expansion of our international submarine cable network. The balance represents other subsidiaries' capital spending.

231. PLDT also reported in the November 3, 2022 Form 6-K false capital expenditures for the three and nine months ended September 30, 2022, of **PHP 67,272 for September 30, 2022, and 63,314 for September 30, 2021** (in million pesos) broken out by business segment:

| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| **Results** | | | | | |
| Depreciation and amortization | 28,254 | 15,678 | — | (6,739) | 37,193 |
| Asset impairment | 1,181 | 3,197 | 2 | — | 4,380 |
| Interest income | 285 | 229 | 21 | — | 535 |
| Equity share in net gains (losses) of associates and joint ventures | — | (52) | 423 | — | 371 |
| Financing costs – net | 5,291 | 4,391 | — | (2,084) | 7,598 |
| Provision for (benefit from) income tax | 2,861 | 2,444 | (151) | 208 | 5,362 |
| Net income (loss) / Segment profit (loss) | 6,834 | 19,077 | 604 | (7,446) | 19,069 |
| EBITDA | 45,469 | 32,120 | (7) | (6,766) | 70,816 |
| EBITDA margin | 61 % | 38 % | — | — | 51 % |
| Core income (loss) | 11,375 | 19,544 | (459) | (7,435) | 23,025 |
| Telco core income (loss) | 11,375 | 18,982 | 173 | (7,435) | 23,095 |
| *December 31, 2021 (Audited)* | | | | | |
| **Assets and liabilities** | | | | | |
| Operating assets | 299,513 | 285,083 | 7,351 | (32,368) | 559,579 |
| Investments in associates and joint ventures | 39 | 43,519 | 9,806 | — | 53,364 |
| Deferred income tax assets – net | 4,695 | 8,433 | (81) | 338 | 13,385 |
| Total assets | 304,247 | 337,035 | 17,076 | (32,030) | 626,328 |
| Operating liabilities | 213,219 | 293,162 | 1,023 | (8,710) | 498,694 |
| Deferred income tax liabilities | — | 169 | — | — | 169 |
| Total liabilities | 213,219 | 293,331 | 1,023 | (8,710) | 498,863 |
| *September 30, 2021 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 24,453 | 38,861 | — | — | 63,314 |



| | Wireless | Fixed Line | Others | Inter-segment Transactions | Consolidated |
|---|---|---|---|---|---|
| | (in million pesos, except for EBITDA margin) | | | | |
| *September 30, 2022 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 77,360 | 75,564 | — | — | 152,924 |
| Service revenues | 71,293 | 75,212 | — | — | 146,505 |
| Non-service revenues | 6,067 | 352 | — | — | 6,419 |
| Inter-segment transactions | 611 | 30,344 | — | (30,955) | — |
| Service revenues | 611 | 30,344 | — | (30,955) | — |
| Non-service revenues | — | — | — | — | — |
| Total revenues | 77,971 | 105,908 | — | (30,955) | 152,924 |
| **Results** | | | | | |
| Depreciation and amortization | 36,722 | 26,743 | — | (10,619) | 52,846 |
| Asset impairment | 1,025 | 2,840 | — | — | 3,865 |
| Interest income | 336 | 130 | 10 | — | 476 |
| Equity share in net gains (losses) of associates and joint ventures | — | (48) | 2,085 | — | 2,037 |
| Financing costs – net | 7,016 | 4,480 | — | (3,022) | 8,474 |
| Provision for (benefit from) income tax | 3,019 | 4,642 | (78) | 282 | 7,865 |
| Net income (loss) / Segment profit (loss) | 12,952 | 33,730 | (1,355) | (17,695) | 27,632 |
| EBITDA | 36,160 | 44,307 | (11) | (11,172) | 69,284 |
| EBITDA margin | 50 % | 42 % | — | — | 47 % |
| Core income (loss) | 3,995 | 39,394 | (1,887) | (17,942) | 23,560 |
| Telco core income (loss) | 3,995 | 39,293 | 29 | (17,942) | 25,375 |
| **Assets and liabilities** | | | | | |
| Operating assets | 295,302 | 283,456 | 8,188 | (14,192) | 572,754 |
| Investments in associates and joint ventures | 40 | 43,481 | 11,747 | — | 55,268 |
| Deferred income tax assets – net | 6,893 | 5,414 | — | 1,305 | 13,612 |
| Total assets | 302,235 | 332,351 | 19,935 | (12,887) | 641,634 |
| Operating liabilities | 233,594 | 278,560 | 1,272 | 277 | 513,703 |
| Deferred income tax liabilities | — | 299 | — | — | 299 |
| Total liabilities | 233,594 | 278,859 | 1,272 | 277 | 514,002 |
| *September 30, 2022 (Unaudited)* | | | | | |
| **Other segment information** | | | | | |
| Capital expenditures, including capitalized interest (Note 9) | 28,442 | 38,830 | — | — | 67,272 |
| *September 30, 2021 (Unaudited)* | | | | | |
| **Revenues** | | | | | |
| External customers | 78,918 | 64,938 | — | — | 143,856 |
| Service revenues | 73,908 | 64,552 | — | — | 138,460 |
| Non-service revenues | 5,010 | 386 | — | — | 5,396 |
| Inter-segment transactions | 903 | 19,841 | — | (20,744) | — |
| Service revenues | 903 | 19,840 | — | (20,743) | — |
| Non-service revenues | — | 1 | — | (1) | — |
| Total revenues | 79,821 | 84,779 | — | (20,744) | 143,856 |

232. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether the equipment was timely deployed, which was a material cause of the budget overrun;

(c) In May 2022, after suppliers such as Huawei complained about not being paid for overdue invoices, Defendant Panlilio (CEO) checked PLDT's records and learned that SAP and the Company's financial records did not match because SAP included unpaid purchase orders not recorded in PLDT's accounting records.

(d) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid;

(e) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(f) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked

any reasonable basis; and

(g) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

### 30. False and Misleading Statements in PLDT's Q3 2022 Earnings Call on November 3, 2022

233. On November 3, 2022, the Individual Defendants held an earnings call with analysts to discuss the Company's Q3 2022 results (the "November 3, 2022 Earnings Call"). During the November 3, 2022 Earnings Call, Defendant Chua, admittedly without informing herself of the accuracy of her statements, made false and misleading statements about capital expenditures, stating, in pertinent part:

> **Anabelle Lim Chua**
> **Senior VP, CFO & Chief Risk Management Officer**
> Now moving on, **CapEx for the period came in at PHP 67.3 billion, PHP 52.5 billion of that was behind our network and IT investments. There's another PHP 3 billion of the data center CapEx that we also recognized and further another PHP 9.3 billion, what we would call the business CapEx**, largely to support the new installs of our fiber broadband where we do have to do the last mile install as well as we do cover the CPE cost for those reconnects.
>
> So CapEx has covered a wide span of activities and initiatives, including our investment to support the home broadband business by adding and rolling out more [indiscernible] **to the tune of PHP 1.22 billion as of the 9 months, vis-à-vis our target of PHP 1.7 billion** [indiscernible].

234. Throughout the November 3, 2022 Earnings Call, the Defendants referred to PowerPoint slides, which were dated November 3, 2022 and posted to the investor relation section of PLDT's website. The PowerPoint slides reported false capital expenditure information. For example, on page 21 of the presentation, capital expenditures were falsely reported as **PHP 67.3 billion for the first nine months of 2021, PHP 63.3 billion for the first nine months of 2021, PHP 89.0 billion for the full year 2021, and 71.9 for the full year 2020.** Capital expenditures were also reported

with a **<u>Capex to Service Revenues ratio of 46% for the first nine months of 2022, 46% for the first nine months of 2021, 48% for the full year 2021 and 41% for the full year 2020</u>**. At the bottom of the slide, Defendants made additional false statements concerning the Company's capital expenditures, stating **<u>Total Capex Investments […] 2017 to 2021 P332.5bn</u>** and **<u>Last 10 Years P518.5bn</u>**.




235. Later, during the question and answer session of the November 3, 2022 Earnings Call, several analysts asked about the intensity of the capital expenditures, and when the Defendants would be able to provide updated guidance on the increase of capital expenditures which they knew by that time it would be far above what they said:

> **Hussaini Saifee UBS Investment Bank, Research Division**
> I just wanted to get a view on how should we see the CapEx intensity going forward? I mean I understand that it has been spending at the higher side, thus there has been elevated spending on the fixed broadband in the last 2, 3 years. So how should we see the spending going forward in the fixed broadband space also?
>
> **Unknown Executive**
> Yes. We again continue to invest on a lot of CapEx item. The network

> [indiscernible]. The data center that we're doing. So there might still be quite few investments to secure the requirement for the business moving forward. **<u>It is elevated at this point</u>. <u>Hopefully, we're looking at the glide path and 1 to 2 years, maybe that we're keeping the envelope maybe at the more PHP 85 billion per year</u>**. It's something that we're trying to look at it with this happening that we're also looking at.
>
> …
>
> **Luis Hilado**
> My follow-up was actually regarding the CapEx. You mentioned in the press release that you're evaluating it for the full year and it could exceed PHP 85 billion. What's the timetable for the review to be concluded? And if you look at the 9-month run rate, if we can annualize it, it will be closer to PHP 89 billion. Would that be a ballpark?
>
> **Unknown Executive**
> We're reviewing right now, Luis. **<u>And I would probably think that yes, the guidance will be that we exceed PHP 85 billion</u>**. But we're hoping that we can finish it within 3 to 4 weeks, but we will issue disclosures. We are able to identify the level of it. [42]

236. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022) during that period;

(b) According to Defendants' own admissions during the Special Call, Defendants failed to disclose that the Head of Networks, Head of Procurement and the CFO's Office failed to communicate about capital purchases and whether those purchases were within the Board-approved budget, or whether

---

[42] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the November 3, 2022 Earnings Call.

the equipment was timely deployed, which was a material cause of the budget overrun;

(c) In May 2022, after suppliers such as Huawei complained about not being paid for overdue invoices, Defendant Panlilio (CEO) checked PLDT's records and learned that SAP and the Company's financial records did not match because SAP included unpaid purchase orders not recorded in PLDT's accounting records.

(d) According to Defendants' admissions during the Special Call, Defendants failed to disclose that PLDT's internal SAP records did not reconcile with its financial accounting records, requiring PLDT to "reconstruct" its books to determine the extent of the budget overrun and the amount of vendor invoices that were unpaid, which would not be completed until sometime in 2023;

(e) Defendants admitted in the Special Call that PLDT had material "weaknesses" in its internal controls and systems over the four years from 2019 to 2022, which caused the budget overrun;

(f) Defendants admittedly disregarded whether the capital spending figures they were reporting were accurate (they were not) and, thus, their statements lacked any reasonable basis; and

(g) As a result of the above, PLDT's was facing undisclosed cash flow problems and its business and operations were much worse than represented.

**B. 5G Rollout False Statements**

**1. False and Misleading Statements on PLDT's Q4 2020 Earnings Call on March 4, 2021**

237. During the March 4, 2021 Earnings Call, in response to an analyst question about competitor DITO, Defendant Pangilinan falsely stated that PLDT was on "full blast" with its 5G rollout, stating in pertinent part: "I think one disadvantage DITO has is they are not launching 5G according to their own statements. **While we are a full**

**blast on 5G rollout, which will have our upward trend**."[43]

238. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because on the December 21, 2022 Special Call, Defendants admitted that they "decided in 2021, we should not be as aggressive in 5G" yet continued to purchase large quantities of equipment anyway, and Defendants admitted that they "decided to temper and stop the rollout" of 5G in 2021 because "the commercial response was not attractive," and that "5G adoption has been very, very slow." Moreover, by choosing to discuss the status of PLDT's 5G rollout, Defendants had a duty to disclose all facts necessary to make their statements not misleading—most importantly, that PLDT had stopped its 5G rollout in 2021.

**2. False and Misleading Statements in PLDT's Q1 2021 Press Release Filed with the SEC on May 6, 2021**

239. The May 6, 2021 Press Release also contained false statements concerning the Company's "unrelenting" 5G rollout, when in fact the demand for 5G was lacking and the Company stopped the rollout. The May 6, 2021 Press Release stated in pertinent part:

> Despite COVID-19 mobility restrictions, PLDT and Smart continued investing to expand the network resulting in capital expenditure of ₱20.7 billion in the first quarter. Network upgrades made up bulk of the capex spend, helping fortify the telco's infrastructure and deliver consistently superior customer experience. **The unrelenting rollout of fiber, 5G and 4G/LTE networks to support business demand underpin the 2021 capex commitment of between ₱88 billion and ₱92 billion, supporting revenue growth**.
>
> Enabling customers' sustained needs at home for digital connectivity and innovative content, PLDT's wireless unit **Smart Communications, Inc. (Smart) further ramped up its 5G network expansion, tripling the number of its 5G sites**—the most extensive

[43] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the March 4, 2021 Earnings Call.

> and fastest in the Philippines, offering superfast fiber-like mobile speeds and unlocking elevated digital experiences.

240. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because on the December 21, 2022 Special Call, Defendants admitted that they "decided in 2021, we should not be as aggressive in 5G" yet continued to purchase large quantities of equipment anyway, and Defendants admitted that they "decided to temper and stop the rollout" of 5G in 2021 because "the commercial response was not attractive," and that "5G adoption has been very, very slow." Moreover, by choosing to discuss the status of PLDT's 5G rollout, Defendants had a duty to disclose all facts necessary to make their statements not misleading—most importantly, that PLDT had stopped its 5G rollout in 2021.

**3. False and Misleading Statements in PLDT's Q3 2021 Press Release Filed with the U.S. SEC on November 4, 2021**

241. In the November 4, 2021 Press Release, Defendants falsely reported that the 5G rollout was continuing and expanding: "Data/broadband contributed 80% of the segment's revenues, with mobile data users reaching 40 million and with Smart 5G growing its revenue contribution **as Smart continues to expand its 5G network roll out**."

242. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because on the December 21, 2022 Special Call, Defendants admitted that they "decided in 2021, we should not be as aggressive in 5G" yet continued to purchase large quantities of equipment anyway, and Defendants admitted that they "decided to temper and stop the rollout" of 5G in 2021 because "the commercial response was not attractive," and that "5G adoption has been very, very slow." Moreover, by choosing to discuss the status of PLDT's 5G rollout, Defendants had a duty to disclose all facts necessary to make their statements not misleading—most importantly, that PLDT had stopped its 5G rollout in 2021.

**4. False and Misleading Statements in PLDT's Press Release on January 31, 2022**

243. In the January 31, 2022 Press Release, Defendants falsely stated 5G adoption was "growing" and PLDT had "accelerated deployment" of 5G:

> Meanwhile, to support growing mobile data traffic, Smart has increased to 75,400 its total base stations nationwide as of end-December, supporting its 3G, 4G/LTE and 5G subscribers from Batanes to Tawi-Tawi. This includes around 7,200 5G base stations – the largest in the Philippines. With this development, Smart is well positioned to capture and support **the growing 5G adoption in the country**.
>
> ***
>
> **The accelerated deployment of LTE, 5G and fiber across the country** is part of PLDT and Smart's broader 5G initiative to deliver world-class experience to their customers nationwide.

244. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because on the December 21, 2022 Special Call, Defendants admitted that they "decided in 2021, we should not be as aggressive in 5G" yet continued to purchase large quantities of equipment anyway, and Defendants admitted that they "decided to temper and stop the rollout" of 5G in 2021 because "the commercial response was not attractive," and that "5G adoption has been very, very slow." Moreover, by choosing to discuss the status of PLDT's 5G rollout, Defendants had a duty to disclose all facts necessary to make their statements not misleading—most importantly, that PLDT had stopped its 5G rollout in 2021.

**5. False and Misleading Statements in PLDT's Q4 2021 Press Release Filed with the U.S. SEC on March 3, 2022**

245. In the March 3, 2022 Press Release, Defendants falsely reported that the 5G rollout was continuing despite having stopped the rollout in 2021 due to lack of customer demand. Specifically, Defendant Panlilio falsely stated that 5G adopting was still increasing and PLDT was poised to capture the revenue: "We recognize that the Philippine mobile market is likely at saturation point but we are confident that as full

mobility resumes and economy activity increases, **and combined with the increasing adoption of 5G, we will see an uptick in Individual wireless revenues**."

246. The March 3, 2022 Press Release further stated that 5G adoption was still growing and 5G deployment accelerated:

> Meanwhile, as mobile data traffic continued to grow, Smart increased to nearly 75,400 its total base stations nationwide as of end-December 2021, supporting its 3G, 4G/LTE and 5G customers from Batanes to Tawi-Tawi. This includes around 7,200 5G base stations – the largest 5G network in the Philippines. **With this development, Smart is well positioned to capture and support the growing 5G adoption in the country. The accelerated deployment of LTE, 5G and fiber across the country is part of PLDT and Smart's broader initiative to deliver world-class experience to customers nationwide**.

247. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because on the December 21, 2022 Special Call, Defendants admitted that they "decided in 2021, we should not be as aggressive in 5G" yet continued to purchase large quantities of equipment anyway, and Defendants admitted that they "decided to temper and stop the rollout" of 5G in 2021 because "the commercial response was not attractive," and that "5G adoption has been very, very slow." Moreover, by choosing to discuss the status of PLDT's 5G rollout, Defendants had a duty to disclose all facts necessary to make their statements not misleading—most importantly, that PLDT had stopped its 5G rollout in 2021.

#### 6. False and Misleading Statements on PLDT's Q4 2021 Earnings Call on March 3, 2022

248. During the March 3, 2022 Earnings Call, in response to an analyst question about 5G targets, Defendant Basas falsely stated that PLDT was successfully growing its 5G subscriber base and would double that growth in 2022:[44]

---

[44] No warnings or cautionary language relating to forward-looking statements were made at any time during the March 5, 2022 Earnings Call.

**Jane J. Basas - Smart Communications, Inc. - Senior VP & Head of Consumer Wireless Business**
Yes, allow me to answer your question on 5G. We've actually been pushing the 5G adoption of our subscribers both along the wireless side, but also -- and the wireless broadband side. And when I refer to wireless broadband[,] I refer to both the pocket Wi-Fi's and the fixed wireless access devices. In 2021, we had successfully grown our 5G mobile subscriber base to north of 1 million. **<u>And we're looking at growing that to more than double this year.</u>** [45]

249. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because on the December 21, 2022 Special Call, Defendants admitted that they "decided in 2021, we should not be as aggressive in 5G" yet continued to purchase large quantities of equipment anyway, and Defendants admitted that they "decided to temper and stop the rollout" of 5G in 2021 because "the commercial response was not attractive," and that "5G adoption has been very, very slow." Thus, PLDT's purported expectations of doubling subscriber growth lacked any reasonable basis. In fact, PLDT's total Smart mobile subscriber base, which includes mobile broadband subscribers, fell by 6% in 2022. Moreover, by choosing to discuss the status of PLDT's 5G rollout, Defendants had a duty to disclose all facts necessary to make their statements not misleading—most importantly, that PLDT had stopped its 5G rollout in 2021.

**7. False and Misleading Statements in PLDT's 2021 20-F filed with the U.S. SEC on April 6, 2022**

250. In the 2021 20-F Annual Report, Defendants falsely stated: "**<u>Data traffic on Smart's 5G network grew significantly in the fourth quarter of 2021</u>**, increasing by over 33 times as compared to the fourth quarter of 2020. **<u>This growth was driven by aggressive 5G network roll-outs and 5G product offerings</u>**."

[45] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the March 3, 2022 Earnings Call.

251. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because on the December 21, 2022 Special Call, Defendants admitted that they "decided in 2021, we should not be as aggressive in 5G" yet continued to purchase large quantities of equipment anyway, and Defendants admitted that they "decided to temper and stop the rollout" of 5G in 2021 because "the commercial response was not attractive," and that "5G adoption has been very, very slow." Moreover, by choosing to discuss the status of PLDT's 5G rollout, Defendants had a duty to disclose all facts necessary to make their statements not misleading—most importantly, that PLDT had stopped its 5G rollout in 2021.

**8. False and Misleading Statements in PLDT's Q1 2022 Press Release Filed with the U.S. SEC on May 5, 2022**

252. In the May 5, 2022 Press Release, Defendants falsely stated that the deployment of 5G was still "**accelerated**" and growth was resulting from "**continued rollout**" of 5G when by this time 5G rollout had stopped. The May 5, 2022 Press Release stated in pertinent part:

> **The accelerated deployment of LTE, 5G and fiber across the country** is part of PLDT and Smart's broader initiative to deliver world-class experience to customers nationwide.
>
> ***
>
> Panlilio said PLDT is on track to meet its targets for the rest of 2022, with Service Revenues expected to post mid-single digit growth. **"This growth in service revenues will be underpinned by our continued rollout of fiber ports and LTE/5G**, our data center expansion, and our commitment to delivering the best customer experience."

253. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because on the December 21, 2022 Special Call, Defendants admitted that they "decided in 2021, we should not be as aggressive in 5G" yet continued to purchase large quantities of equipment anyway, and Defendants

admitted that they "decided to temper and stop the rollout" of 5G in 2021 because "the commercial response was not attractive," and that "5G adoption has been very, very slow." Moreover, by choosing to discuss the status of PLDT's 5G rollout, Defendants had a duty to disclose all facts necessary to make their statements not misleading—most importantly, that PLDT had stopped its 5G rollout in 2021.

#### 9. False and Misleading Statements on PLDT's Q1 2022 Earnings Call on May 5, 2022

254. During the May 5, 2022 Earnings Call, Defendant Chua falsely stated that PLDT was continuing to build out the 5G network, when in fact, by this time, the 5G rollout had stopped: "So some highlights for 5G. We are seeing about 1.58 billion devices acting on 5G, representing about 3% of our active latched devices. **Traffic continues to grow as we continue to build a 5G network** and our speeds for 5G clearly ahead of that ones -- of our competition." [46]

255. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because on the December 21, 2022 Special Call, Defendants admitted that they "decided in 2021, we should not be as aggressive in 5G" yet continued to purchase large quantities of equipment anyway, and Defendants admitted that they "decided to temper and stop the rollout" of 5G in 2021 because "the commercial response was not attractive," and that "5G adoption has been very, very slow." Moreover, by choosing to discuss the status of PLDT's 5G rollout, Defendants had a duty to disclose all facts necessary to make their statements not misleading—most importantly, that PLDT had stopped its 5G rollout in 2021.

---

[46] Notably, Defendants did not make any cautionary disclosures concerning forward-looking statements at any point during the May 5, 2022 Earnings Call.

### C. Internal Controls False Statements

#### 1. False and Misleading Statements in PLDT's 2019 20-F filed with the U.S. SEC on April 23, 2020

256. In the 2019 20-F Annual Report, Defendant Pangilinan signed a false Sarbanes-Oxley certification, attached as Exhibit 12.1 to the 2019 20-F Annual report, claiming PLDT maintained adequate internal controls over financial reporting and the Company's financial statements did not contain any untrue statements of material fact:

**CERTIFICATION**

I, Manuel V. Pangilinan, certify that:

1. I have reviewed this annual report on Form 20-F of PLDT Inc. (the "Company")
2. Based on my knowledge, **this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report**;
3. **Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Company as of, and for, the periods presented in this report**;
4. The Company's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the Company and have:

   **(a)** **Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our**

**supervision, to ensure that material information relating to the Company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;**

(b) **Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles**;

(c) Evaluated the effectiveness of the Company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the Company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting; and

5. The Company's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Company's auditors and the audit committee of the Company's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Company's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the Company's internal control over financial reporting.

March 31, 2020

/s/ Manuel V. Pangilinan
MANUEL V. PANGILINAN
Chairman of the Board
President and CEO
(Principal Executive Officer)

257. Defendant Chua signed an identical certification, attached as Exhibit 12.2 to the 2019 20-F Annual Report.

258. Defendant Pangilinan also signed a false certification pursuant to 18 U.S.C. §1350, attached as Exhibit 13.1, claiming PLDT's 2019 20-F Annual Report presented "fairly" the Company's "financial condition and results of operations:"

**CERTIFICATION**

Pursuant to 18 U.S.C. § 1350, I, Manuel V. Pangilinan, Chairman of the Board, President and CEO of PLDT Inc., hereby certify, to my knowledge, that our annual report on Form 20-F for the year ended December 31, 2019 (the "Report") fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, and that **the information contained in the Report fairly presents, in all material respects, our financial condition and results of operations**.

March 31, 2020

/s/ Manuel V. Pangilinan
MANUEL V. PANGILINAN
Chairman of the Board
President and CEO
(Principal Executive Officer)

259. Defendant Chua signed an identical false certification, attached as Exhibit 13.2.

260. The above certifications were materially false when made because PLDT did not maintain adequate controls over its financial reporting or operations and its financial statements did not fairly present the Company's financial results, as evidenced by the following:

(a) Defendant Panlilio admitted during the Special Call that PLDT was not monitoring projects internally to ensure they were being completed on time and in accordance with budget, stating: "I guess project management needs improvement internally also making sure that those projects finish on time, on budget, and that's something also we're looking into;"

(b) Defendants admitted during the Special Call that the "network monitoring system," and the "procurement monitors has got to be tightened—really tightened. So we know how every peso is spent;"

(c) Defendants admitted during the Special Call the "accumulation of this CapEx," was not reported to the Board of Directors, nor did management or anyone at the Board level ask questions about it to inform themselves whether PLDT was spending according to the Board-approved annual budget, whether projects were being completed on time or whether the capital expenditure number publicly reported each quarter was accurate;

(d) Defendants admit that the Head of Networks, Head of Procurement, and the CFO did not communicate or coordinate efforts throughout 2019 to 2022 to ensure PLDT only approved purchases of equipment that were necessary for construction and that PLDT's spending did not exceed the budget and, thus, PLDT over-ordered capital equipment throughout 2019 through 2022 with large quantities of equipment sitting in warehouses not being used;

(e) Defendants admitted that the SAP system included undocumented purchase

orders that were not recorded in PLDT's accounting records because the invoices had not been paid;

(f) Defendants admitted during the Special Call that there were discrepancies between PLDT's SAP system and its financial records and, thus, PLDT had to "reconstruct the books" so it could "really reconcile the advances, the advance payments made to the relevant vendors and to what work or equipment that they supply" and determine where the equipment was currently sitting (e.g., PLDT warehouse or vendor warehouse): "[s]o we practically have to reconstruct the books. I mean the internal audit group, finance led by [Danny] here and of course, legal are involved in that reconstruction process."

(g) Defendants admit in PLDT's December 19, 2022 Press Release that the budget overrun was the result of "weaknesses" in PLDT's internal controls and, accordingly, PLDT was undertaking a "management reorganization" and had "initiated improvements on its processes;"

(h) Therefore, as a result, Defendants did not have adequate internal controls over financial reporting or operations, which resulted in an unrecorded and unreported capital expenditure overrun of Php 48 billion throughout 2019-2022; and

(i) Defendants admitted in the December 19, 2022 Press Release that capital expenditures for the prior four years (2019-2022) were understated as a result of an unrecorded and unreported capital expenditure overrun of Php 48 billion over the past four years (2019-2022).

261. The 2019 20-F Annual Report also contained false and misleading statements concerning the Company's controls and procedures which assured investors that PLDT had adequate internal controls over financial reporting, as well as accurate recording of transactions:

**Item 15. Controls and Procedures**

Disclosure Controls and Procedures. Our management, with the participation of our principal executive officer and principal financial officer, carried out an evaluation on the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended) as at December 31, 2019. **Based on this evaluation, our CEO and principal financial officer concluded that our disclosure controls and procedures were effective as at December 31, 2019**.

* * *

Our internal control over financial reporting is designed and implemented under the supervision of our principal executive officers and principal finance officers, in order to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with International Financial Reporting Standards (IFRS) as issued by the International Accounting Standards Board. **Our internal control over financial reporting includes those policies and procedures that: (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the PLDT Group; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with IFRS, and that receipts and expenditures of the PLDT Group are being made only in accordance with authorizations of our management and board of directors; and (iii) provide reasonable assurance regarding prevention or timely detection of any unauthorized acquisition, use or disposition of the PLDT Group's assets that could have a material effect on the financial statements.**

* * *

Management assessed the effectiveness of the PLDT Group's internal control over financial reporting as at December 31, 2019, based on the criteria set forth in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO") in 2013.

**Based on this assessment, management has determined that the internal control over financial reporting of the PLDT Group was**

**effective as at December 31, 2019.**

262. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because PLDT's internal controls were not "effective" because PLDT admittedly had material "weaknesses" in its internal controls and its purported internal policies were not being adhered to, as evidenced by the following facts:

(a) Defendant Panlilio admitted during the Special Call that PLDT was not monitoring projects internally to ensure they were being completed on time and in accordance with budget, stating: "I guess project management needs improvement internally also making sure that those projects finish on time, on budget, and that's something also we're looking into;"

(b) Defendants admitted during the Special Call that the "network monitoring system," and the "procurement monitors has got to be tightened—really tightened. So we know how every peso is spent;"

(c) Defendants admitted during the Special Call the "accumulation of this CapEx," was not reported to the Board of Directors, nor did management or anyone at the Board level ask questions about it to inform themselves whether PLDT was spending according to the Board-approved annual budget, whether projects were being completed on time or whether the capital expenditure number publicly reported each quarter was accurate;

(d) Defendants admitted during the Special Call that the Head of Networks, Head of Procurement, and the CFO did not communicate or coordinate efforts throughout 2019 to 2022 to ensure PLDT only approved purchases of equipment that were necessary for construction and that PLDT's spending did not exceed the budget and, thus, PLDT over-ordered capital equipment throughout 2019 through 2022 with large quantities of equipment sitting in warehouses not being used;

(e) Defendants admitted on the Special Call and in the interview with the Philippine Daily Inquirer that the SAP system included purchase orders that were not recorded in PLDT's accounting records because the invoices were "undocumented" and had not been paid;

(f) Defendants admitted during the Special Call that there were discrepancies between PLDT's SAP system and its financial records and, thus, PLDT had to "reconstruct the books" so it could "really reconcile the advances, the advance payments made to the relevant vendors and to what work or equipment that they supply" and determine where the equipment was currently sitting (e.g., PLDT warehouse or vendor warehouse): "[s]o we practically have to reconstruct the books. I mean the internal audit group, finance led by [Danny] here and of course, legal are involved in that reconstruction process."

(g) Defendants stated in the Press Release attached to PLDT's December 19, 2022 Form 6-K filing, that the budget overrun was the result of "weaknesses" in PLDT's internal controls over financial reporting or operations and, accordingly, PLDT was undertaking a "management reorganization" and had "initiated improvements on its processes and systems;"

(h) Therefore, as a result, Defendants did not have adequate internal controls over spending, which resulted in an unrecorded and unreported capital expenditure overrun of Php 48 billion throughout 2019-2022.

263. The 2019 20-F Annual Report also contained risk factor disclosures that were impermissibly vague and falsely warned of risks that had already materialized:

> **Failure to maintain effective internal control over financial reporting in accordance with Section 404 of the Sarbanes-Oxley Act of 2002 could adversely impact investor confidence and the market price of our common shares and ADSs, and have a material adverse effect on our business, our reputation, financial condition and results of operations**.

264. Defendants also falsely warned that PLDT may fail to maintain the adequacy of its internal controls and/or experience difficulties in implementing internal controls when, contrary to this statement, the risk warned of had already materialized:

> We are required to comply with various Philippine and U.S. laws and regulations on internal control. However, internal control over financial reporting may not prevent or detect misstatements because of its inherent limitations, including the possibility of human error, the circumvention or overriding of controls, or fraud. Therefore, even effective internal control over financial reporting can provide only reasonable assurance with respect to the preparation and fair presentation of financial statements. **If we fail to maintain the adequacy of our internal control over financial reporting, including our failure to implement required new or improved controls, or if we experience difficulties in their implementation, our business and operating results could be harmed,** we could fail to meet our reporting obligations and there could be a material adverse effect on our business, our reputation, financial condition and results of operations, and the market prices of our common shares and ADSs could decline significantly.

265. The above statements were materially false and misleading when made because the risks being warned of had already materialized, as evidenced by the following facts:

(a) Defendant Panlilio admitted during the Special Call that PLDT was not monitoring projects internally to ensure they were being completed on time and in accordance with budget, stating: "I guess project management needs improvement internally also making sure that those projects finish on time, on budget, and that's something also we're looking into;"

(b) Defendants admitted during the Special Call that the "network monitoring system," and the "procurement monitors has got to be tightened—really tightened. So we know how every peso is spent;"

(c) Defendants admitted during the Special Call the "accumulation of this

CapEx," was not reported to the Board of Directors, nor did management or anyone at the Board level ask questions about it to inform themselves whether PLDT was spending according to the Board-approved annual budget, whether projects were being completed on time or whether the capital expenditure number publicly reported each quarter was accurate;

(d) During the Special Call, Defendants admitted that the Head of Networks, Head of Procurement, and the CFO did not communicate or coordinate efforts throughout 2019 to 2022 to ensure PLDT only approved purchases of equipment that were necessary for construction and that PLDT's spending did not exceed the budget and, thus, PLDT over-ordered capital equipment throughout 2019 through 2022 with large quantities of equipment sitting in warehouses not being used;

(e) Defendants admitted during the Special Call that there were discrepancies between PLDT's SAP system and its financial records and, thus, PLDT had to "reconstruct the books" so it could "really reconcile the advances, the advance payments made to the relevant vendors and to what work or equipment that they supply" and determine where the equipment was currently sitting (e.g., PLDT warehouse or vendor warehouse): "[s]o we practically have to reconstruct the books. I mean the internal audit group, finance led by [Danny] here and of course, legal are involved in that reconstruction process."

(f) Defendants stated in the December 19, 2022 SEC filing that the budget overrun was the result of "weaknesses" in PLDT's internal controls over financial reporting and operations and, accordingly, PLDT was undertaking a "management reorganization" and had "initiated improvements on its processes and systems;"

(g) Therefore, as a result, Defendants did not have adequate internal controls over

spending, which resulted in an unrecorded and unreported capital expenditure overrun of Php 48 billion throughout 2019-2022.

**2. False and Misleading Statements in PLDT's 2020 20-F filed with the U.S. SEC on April 23, 2021**

266. The 2020 20-F Annual Report contained identical, false certifications pursuant to Sarbanes-Oxley and 18 U.S.C. § 1350 as those contained in the 2019 20-F Annual Report in paragraphs 256-259 above, signed by Defendants Pangilinan and Chua, attesting to the accuracy of PLDT's financial reporting and the adequacy of its internal controls and were false for the same reasons articulated in paragraph 260.

267. In addition, the 2020 20-F Annual Report claimed PLDT had adequate internal controls over financial reporting and operations when, in fact, as Defendants later admitted, PLDT's internal controls had material "weaknesses" and its purported internal policies were not being adhered to:

> **Item 15. Controls and Procedures**
> Disclosure Controls and Procedures. Our management, with the participation of our principal executive officer and principal financial officer, carried out an evaluation on the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended) as at December 31, 2020. **<u>Based on this evaluation, our CEO and principal financial officer concluded that our disclosure controls and procedures were effective as at December 31, 2020</u>**.
>
> *   *   *
>
> Our internal control over financial reporting is designed and implemented under the supervision of our principal executive officers and principal finance officers, in order to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS as issued by the International Accounting Standards Board. **<u>Our internal control over financial reporting includes those policies and procedures that: (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and</u>**

> **dispositions of the assets of the PLDT Group; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with IFRS, and that receipts and expenditures of the PLDT Group are being made only in accordance with authorizations of our management and board of directors; and (iii) provide reasonable assurance regarding prevention or timely detection of any unauthorized acquisition, use or disposition of the PLDT Group's assets that could have a material effect on the financial statements**.
>
> * * *
>
> Management assessed the effectiveness of the PLDT Group's internal control over financial reporting as at December 31, 2020, based on the criteria set forth in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO") in 2013.
>
> **Based on this assessment, management has determined that the internal control over financial reporting of the PLDT Group was effective as at December 31, 2020**.
>
> We reviewed the results of management's assessment with the AC of the Board of Directors.

268. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because PLDT's internal controls were not "effective" because PLDT admittedly had material "weaknesses" in its internal controls and its purported internal policies were not being adhered to, as evidenced by the following facts:

(a) Defendant Panlilio admitted during the Special Call that PLDT was not monitoring projects internally to ensure they were being completed on time and in accordance with budget, stating: "I guess project management needs improvement internally also making sure that those projects finish on time, on budget, and that's something also we're looking into;"

(b) Defendants admitted during the Special Call that the "network monitoring

system," and the "procurement monitors has got to be tightened—really tightened. So we know how every peso is spent;"

(c) Defendants admitted during the Special Call the "accumulation of this CapEx," was not reported to the Board of Directors, nor did anyone from management or at the Board level ask questions about it to inform themselves whether PLDT was spending according to the Board-approved annual budget, whether projects were being completed on time or whether the capital expenditure number publicly reported each quarter was accurate;

(d) Defendants admitted during the Special Call that the Head of Networks, Head of Procurement, and the CFO did not communicate or coordinate efforts throughout 2019 to 2022 to ensure PLDT only approved purchase of equipment that was necessary for construction and that PLDT's spending did not exceed the budget and, thus, PLDT over-ordered capital equipment throughout 2019 through 2022 with large quantities of equipment sitting in warehouses not being used;

(e) Defendants admitted during the Special Call that there were discrepancies between PLDT's SAP system and its financial records and, thus, PLDT had to "reconstruct the books" so it could "really reconcile the advances, the advance payments made to the relevant vendors and to what work or equipment that they supply" and determine where the equipment was currently sitting (e.g., PLDT warehouse or vendor warehouse): "[s]o we practically have to reconstruct the books. I mean the internal audit group, finance led by [Danny] here and of course, legal are involved in that reconstruction process."

(f) Defendants stated in the December 19, 2022 SEC filing that the budget overrun was the result of "weaknesses" in PLDT's internal controls over financial reporting and operations and, accordingly, PLDT was undertaking a

"management reorganization" and had "initiated improvements on its processes;"

(g) Therefore, as a result, Defendants did not have adequate internal controls over spending, which resulted in an unrecorded and unreported capital expenditure overrun of Php 48 billion throughout 2019-2022.

269. Notably, the 2020 20-F omitted the risks relating to internal controls, as previously disclosed in the 2019 20-F, discussed in paragraphs 263-264.

### 3. False and Misleading Statements in PLDT's Q3 2021 Press Release Filed with the SEC on November 4, 2021

270. In the press release attached as Exhibit 99.1 to the November 4, 2021 Form 6-K signed by Defendant Rausa-Chan, Defendants made false statements concerning its internal controls, stating:

> With respect to the Governance pillar, **PLDT has always been committed to the highest standards of business ethics and corporate governance requirements among Philippine corporates. PLDT's listing on the NYSE has required the company to also comply with the US Securities and Exchange Commission's (SEC) governance standards, including Sarbanes Oxley Act Section 404 requirements for internal controls over financial reporting.**

271. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because:

(a) Defendant Panlilio admitted during the Special Call that PLDT was not monitoring projects internally to ensure they were being completed on time and in accordance with budget, stating: "I guess project management needs improvement internally also making sure that those projects finish on time, on budget, and that's something also we're looking into;"

(b) Defendants admitted during the Special Call that the "network monitoring system," and the "procurement monitors has got to be tightened—really

tightened. So we know how every peso is spent;"

(c) Defendants admitted during the Special Call the "accumulation of this CapEx," was not reported to the Board of Directors, nor did anyone from management or at the Board level ask questions about it to inform themselves whether PLDT was spending according to the Board-approved annual budget, whether projects were being completed on time or whether the capital expenditure number publicly reported each quarter was accurate;

(d) Defendants admitted during the Special Call that the Head of Networks, Head of Procurement, and the CFO did not communicate or coordinate efforts throughout 2019 to 2022 to ensure PLDT only approved purchase of equipment that was necessary for construction and that PLDT's spending did not exceed the budget and, thus, PLDT over-ordered capital equipment throughout 2019 through 2022 with large quantities of equipment sitting in warehouses not being used;

(e) Defendants admitted during the Special Call that there were discrepancies between PLDT's SAP system and its financial records and, thus, PLDT had to "reconstruct the books" so it could "really reconcile the advances, the advance payments made to the relevant vendors and to what work or equipment that they supply" and determine where the equipment was currently sitting (e.g., PLDT warehouse or vendor warehouse): "[s]o we practically have to reconstruct the books. I mean the internal audit group, finance led by [Danny] here and of course, legal are involved in that reconstruction process."

(f) Defendants stated in the December 19, 2022 SEC filing that the budget overrun was the result of "weaknesses" in PLDT's internal controls over financial reporting and operations and, accordingly, PLDT was undertaking a "management reorganization" and had "initiated improvements on its

processes and;"

(g) Therefore, as a result, Defendants did not have adequate internal controls over spending, which resulted in an unrecorded and unreported capital expenditure overrun of Php 48 billion throughout 2019-2022.

**4. False and Misleading Statements in PLDT's 2021 20-F filed with the U.S. SEC on April 6, 2022**

272. The 2021 20-F Annual Report contained identical, false certifications pursuant to Sarbanes-Oxley and 18 U.S.C. § 1350 as those contained in the 2019 20-F Annual Report in paragraphs 256-259 above, signed by Defendants Pangilinan and Chua, attesting to the accuracy of PLDT's financial reporting and the adequacy of its internal controls and were false for the same reasons articulated in paragraphs 260.

273. In addition, the 2020 20-F Annual Report claimed PLDT had adequate internal controls over financial reporting and operations when, in fact, as Defendants later admitted, PLDT's internal controls had material "weaknesses" and its purported internal policies were not being adhered to:

**Item 15. Controls and Procedures**

> Disclosure Controls and Procedures. Our management, with the participation of our principal executive officer and principal financial officer, carried out an evaluation on the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15I and 15d-15(e) of the Securities Exchange Act of 1934, as amended) as at December 31, 2021. <u>**Based on this evaluation, our CEO and principal financial officer concluded that our disclosure controls and procedures were effective as at December 31, 2021**</u>.
>
> * * *
>
> Our internal control over financial reporting is designed and implemented under the supervision of our principal executive officers and principal finance officers, in order to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS as issued by the International Accounting Standards Board. <u>**Our internal**</u>

> **control over financial reporting includes those policies and procedures that: (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the PLDT Group; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with IFRS, and that receipts and expenditures of the PLDT Group are being made only in accordance with authorizations of our management and board of directors; and (iii) provide reasonable assurance regarding prevention or timely detection of any unauthorized acquisition, use or disposition of the PLDT Group's assets that could have a material effect on the financial statements.**
>
> * * *
>
> Management assessed the effectiveness of the PLDT Group's internal control over financial reporting as at December 31, 2021, based on the criteria set forth in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO") in 2013.
>
> **Based on this assessment, management has determined that the internal control over financial reporting of the PLDT Group was effective as at December 31, 2021.**

274. The above statements were materially false, misleading, and/or lacked a reasonable basis when made because PLDT's internal controls were not "effective" because PLDT admittedly had material "weaknesses" in its internal controls and its purported internal policies were not being adhered to, as evidenced by the following facts:

(a) Defendant Panlilio admitted during the Special Call that PLDT was not monitoring projects internally to ensure they were being completed on time and in accordance with budget, stating: "I guess project management needs improvement internally also making sure that those projects finish on time, on budget, and that's something also we're looking into;"

(b) Defendants admitted during the Special Call that the "network monitoring

system," and the "procurement monitors has got to be tightened—really tightened. So we know how every peso is spent;"

(c) Defendants admitted during the Special Call the "accumulation of this CapEx," was not reported to the Board of Directors, nor did anyone from management or at the Board level ask questions about it to inform themselves whether PLDT was spending according to the Board-approved annual budget, whether projects were being completed on time or whether the capital expenditure number publicly reported each quarter was accurate;

(d) Defendants admitted during the Special Call that the Head of Networks, Head of Procurement, and the CFO did not communicate or coordinate efforts throughout 2019 to 2022 to ensure PLDT only approved purchase of equipment that was necessary for construction and that PLDT's spending did not exceed the budget and, thus, PLDT over-ordered capital equipment throughout 2019 through 2022 with large quantities of equipment sitting in warehouses not being used;

(e) Defendants admitted during the Special Call that there were discrepancies between PLDT's SAP system and its financial records and, thus, PLDT had to "reconstruct the books" so it could "really reconcile the advances, the advance payments made to the relevant vendors and to what work or equipment that they supply" and determine where the equipment was currently sitting (e.g., PLDT warehouse or vendor warehouse): "[s]o we practically have to reconstruct the books. I mean the internal audit group, finance led by [Danny] here and of course, legal are involved in that reconstruction process."

(f) Defendants stated in the December 19, 2022 SEC filing that the budget overrun was the result of "weaknesses" in PLDT's internal controls over financial reporting and operations and, accordingly, PLDT was undertaking a

"management reorganization" and had "initiated improvements on its processes and;"

(g) Therefore, as a result, Defendants did not have adequate internal controls over spending, which resulted in an unrecorded and unreported capital expenditure overrun of Php 48 billion throughout 2019-2022.

275. Notably, the 2021 20-F omitted the risks relating to internal controls, as previously disclosed in the 2019 20-F, discussed in paragraphs 263-264.

**D. Depreciation Expense and Net Income False Statements**

276. In the 2019 20-F Annual Report, Defendants falsely reported consolidated **depreciation and amortization expense for the year-ended December 31, 2019 of PHP 39.656 billion and 2019 net income of PHP 22.786 billion**.

277. These statements were materially false and misleading when made because Defendants understated depreciation expense by approximately PHP 4.8 billion and overstated net income by approximately PHP 3.8 billion as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

278. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion

over the four-year period and PHP 4.8 billion per year.

279. In the May 7, 2020 Form 6-K, May 7, 2020 Press Release, May 7, 2020, 2020 First Quarter Results PowerPoint Presentation and during the May 7, 2020 Earnings Call, Defendants falsely reported **consolidated depreciation and amortization expense for the three months-ended March 31, 2020 of PHP 10.286 billion and net income for the quarter of PHP 5.975 billion**.

280. These statements were materially false and misleading when made because Defendants understated depreciation expense for the quarter by approximately PHP 1.2 billion (PHP 4.8 billion annual depreciation / 4 quarters) and overstated net income for the quarter by approximately PHP 1 billion as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

281. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

282. In the August 6, 2020 Form 6-K, August 6, 2020 Press Release, August 6, 2020 First Half 2020 Financial and Operating Results Presentation and during the August 6, 2020 Earnings Call Defendants falsely reported consolidated **depreciation**

**and amortization expense for the three and six months-ended June 30, 2020 of PHP 10.611 billion and PHP 20.897 billion, respectively and net income of PHP 6.448 billion and PHP 12.423 billion, respectively**.

283. These statements were materially false and misleading when made because Defendants understated depreciation expense for the three and six months ended June 30, 2020 by approximately PHP 1.2 billion and PHP 2.4 billion, respectively, and overstated net income for the three and six months ended June 30, 2020 by approximately PHP 1 billion and PHP 2 billion respectively, as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

284. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

285. In the November 5, 2020 Form 6-K, November 5, 2020 Press Release, November 5, 2020 Nine Months 2020 Financial and Operating Results Presentation and during the November 5, 2020 Earnings Call Defendants falsely reported consolidated **depreciation and amortization expense for the three and nine months-ended September 30, 2020 of PHP 10.690 billion and PHP 31.587 billion, respectively and**

**<u>net income of PHP 7.477 billion and PHP 19.900 billion, respectively</u>**.

286. These statements were materially false and misleading when made because Defendants understated depreciation expense for the three and nine-months ended September 30, 2020 by approximately PHP 1.2 billion and PHP 3.6 billion, respectively, and overstated net income for the three and nine months-ended September 30, 2020 by approximately PHP 1 billion and PHP 3 billion, respectively, as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

287. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

288. In the March 4, 2021 Form 6-K, March 4, 2021 Press Release, March 4, 2021 Full Year 2020 Financial and Operating Results (unaudited) PowerPoint Presentation, the 2020 20-F Annual Report and during the March 4, 2021 Earnings Call Defendants falsely reported consolidated **<u>depreciation and amortization expense for the year-ended December 31, 2020 of PHP 47.480 billion and 2020 net income of PHP 24.580 billion</u>**.

289. These statements were materially false and misleading when made because

Defendants understated depreciation expense by approximately PHP 4.8 billion and overstated net income by approximately PHP 3.8 billion as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

290. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

291. In the May 6, 2021 Form 6-K, May 6, 2021 Press Release, May 6, 2021 First Quarter 2021 Financial and Operating Results PowerPoint Presentation and during the May 6, 2021 Earnings Call, Defendants falsely reported **consolidated depreciation and amortization expense for the three months-ended March 31, 2021 of PHP 11.721 billion and net income for the quarter of PHP 5.874 billion**.

292. These statements were materially false and misleading when made because Defendants understated depreciation expense for the quarter by approximately PHP 1.2 billion (PHP 4.8 billion annual depreciation / 4 quarters) and overstated net income by approximately PHP 1 billion as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years.

According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

293. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

294. In the August 5, 2021 Form 6-K, August 5, 2021 Press Release, August 5, 2021 1H 2021 Financial and Operating Results PowerPoint Presentation and during the August 5, 2021 Earnings Call Defendants falsely reported consolidated **depreciation and amortization expense for the three and six months-ended June 30, 2021 of PHP 12.633 billion and PHP 24.354 billion, respectively and net income of PHP 7.194 billion and PHP 13.068 billion, respectively**.

295. These statements were materially false and misleading when made because Defendants understated depreciation expense for the three and six months ended June 30, 2021 by approximately PHP 1.2 billion and PHP 2.4 billion, respectively, and overstated net income for the three and six months ended June 30, 2021 by approximately PHP 1 billion and PHP 2 billion respectively, as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation

expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

296. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

297. In the November 4, 2021 Form 6-K, November 4, 2021 Press Release, 9M 2021 Financial and Operating Highlights PowerPoint Presentation and during the November 4, 2021 Earnings Call Defendants falsely reported consolidated **depreciation and amortization expense for the three and nine months-ended September 30, 2021 of PHP 12.839 billion and PHP 37.139 billion, respectively and net income of PHP 6.001 billion and PHP 19.069 billion, respectively**.

298. These statements were materially false and misleading when made because Defendants understated depreciation expense for the three and nine-months ended September 30, 2021 by approximately PHP 1.2 billion and PHP 3.6 billion, respectively, and overstated net income for the three and nine months-ended September 30, 2021 by approximately PHP 1 billion and PHP 3 billion, respectively, as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

299. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

300. In the March 3, 2022 Form 6-K, March 3, 2022 Press Release, March 3, 2022 Full Year 2021 Financial and Operating Highlights PowerPoint Presentation, the 2021 20-F Annual Report and during the March 5, 2022 Earnings Call Defendants falsely reported consolidated **depreciation and amortization expense for the year-ended December 31, 2021 of PHP 52.169 billion and 2021 net income of PHP 26.676 billion**.

301. These statements were materially false and misleading when made because Defendants understated depreciation expense by approximately PHP 4.8 billion and overstated net income by approximately PHP 3.8 billion as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

302. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch

up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

303. In the May 5, 2022 Form 6-K, May 5, 2022 Press Release, May 5, 2022 First Quarter 2022 Financial and Operating Highlights PowerPoint Presentation and during the May 5, 2022 Earnings Call, Defendants falsely reported **consolidated depreciation and amortization expense for the three months-ended March 31, 2022 of PHP 12.567 billion and net income for the quarter of PHP 9.153 billion**.

304. These statements were materially false and misleading when made because Defendants understated depreciation expense for the quarter by approximately PHP 1.2 billion (PHP 4.8 billion annual depreciation / 4 quarters) and overstated net income by approximately PHP 1 billion as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

305. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

306. In the August 4, 2022 Form 6-K, August 4, 2022 Press Release, August 4, 2022 First Half 2022 Financial and Operating Highlights PowerPoint Presentation and

during the August 4, 2022 Earnings Call Defendants falsely reported consolidated **depreciation and amortization expense for the three and six months-ended June 30, 2022 of PHP 28.181 billion and PHP 40.748 billion, respectively and net income of PHP 7.771 billion and PHP 16.924 billion, respectively**.

307. These statements were materially false and misleading when made because Defendants understated depreciation expense for the three and six months ended June 30, 2022 by approximately PHP 1.2 billion and PHP 2.4 billion, respectively, and overstated net income for the three and six months ended June 30, 2022 by approximately PHP 1 billion and PHP 2 billion respectively, as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

308. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

309. In the November 3, 2022 Form 6-K, November 3, 2022 Press Release, November 3, 2022 Nine Months 2022 Financial and Operating Results PowerPoint Presentation and during the November 3, 2022 Earnings Call Defendants falsely reported consolidated **depreciation and amortization expense for the three and nine**

**months-ended September 30, 2022 of PHP 12.098 billion and PHP 52.846 billion, respectively and net income of PHP10.708 billion and PHP 27.632 billion, respectively**.

310. These statements were materially false and misleading when made because Defendants understated depreciation expense for the three and nine-months ended September 30, 2022 by approximately PHP 1.2 billion and PHP 3.6 billion, respectively, and overstated net income for the three and nine months-ended September 30, 2022 by approximately PHP 1 billion and PHP 3 billion, respectively, as a result of PLDT failing to record depreciation expense associated with the PHP48 billion of assets PLDT purchased in excess of budget that had been sitting in Company and vendor warehouses over the prior four years. According to Defendant Pangilinan during the Special Call, the assets that were the subject of the PHP48 billion capex overrun had a 10-year useful life, equating to approximately PHP4.8 billion of previously unrecorded depreciation expense per year with a corresponding reduction to net income after tax of about PHP 4 billion.

311. In the 2022 Form 20-F, PLDT, consistent with its prior disclosures during the Special Call, reported an increase in 2022 depreciation expense of PHP 46,545, comprised of "accelerated depreciation" and write-offs of obsolete equipment. While PLDT did not disclose the specific amount of accelerated depreciation taken to catch up for prior years' unrecorded depreciation expense, based on Defendants' own disclosures during the Special Call, that amounts to approximately PHP 19.2 billion over the four-year period and PHP 4.8 billion per year.

## VI. THE TRUTH IS REVEALED

312. On December 19, 2022, before market opened, PLDT filed a Form 6-K with the U.S. SEC, signed by Defendant Victorio-Aquino, attaching a press release entitled "ELEVATED CAPEX SPEND" disclosing PLDT had experienced a massive capital expenditure cost overrun:

> OVER THE PAST FOUR YEARS (2019-2022), PLDT INC AND ITS SUBSIDIARY, SMART COMMUNICATIONS INC, EMBARKED ON A MASSIVE NETWORK TRANSFORMATION PROGRAM AND LAUNCHED LARGE MULTI-YEAR CAPEX PROJECTS—WHICH INCLUDED LTE AND 5G ROLLOUT, FTTH ROLLOUT, TRANSPORT NETWORK TRANSFORMATION, FIBER REBUILD AND FIBER TO THE BTS, SUBMARINE CABLE EXPANSION, CORE NETWORK TRANSFORMATION AND TOWERS UPGRADE, AMONGST OTHERS. THESE MULTI-YEAR INVESTMENTS WERE DESIGNED TO REGAIN AND SUSTAIN NETWORK AND TECHNOLOGY LEADERSHIP AS WELL AS PROVIDE THE BEST CUSTOMER EXPERIENCE.
>
> * * *
>
> WHILE THESE SUBSTANTIAL CAPEX INVESTMENTS WERE KEY TO MEETING PLDT'S GOALS, THEY CAME AT A PRICE—***CAPEX INVESTMENTS FOR THESE FOUR YEARS AGGREGATED PHP 379 BILLION***, ***INCLUDING AN ESTIMATED BUDGET OVERRUN OF NO MORE THAN PHP 48 BILLION***. WE MUST STRESS THAT THE MAXIMUM PHP 48 BILLION CAPEX BUDGET ***OVERRUN REPRESENTS ABOUT 12.7%*** OF TOTAL CAPEX SPEND OVER THE PERIOD….

313. According to Defendants, the capex overrun was the subject of a continuing investigation by the Board and Audit Committee and PLDT was unable to reconcile its books due to what Defendants would later admit, occurred from the failure to properly document purchase orders requiring PLDT to work with vendors to reconcile PLDT's accounts and reduce the budget overruns:

> THIS BEST ESTIMATE IS SUBJECT TO: (A) ONGOING INTERNAL FORENSICS MANDATED BY THE BOARD AND ITS AUDIT COMMITTEE AND (B) DISCUSSIONS WITH PRINCIPAL VENDORS WITH A VIEW TO RECONCILIATION OF ACCOUNTS AND REDUCTION OF SUCH BUDGET OVERRUNS. THE INVESTIGATION HAS, SO FAR, NOT UNCOVERED ANY FRAUDULENT TRANSACTIONS, PROCUREMENT ANOMALIES, OR LOSS OF ASSETS ARISING FROM THE CAPEX SPEND…

314. Defendants further admitted that the budget overrun was the result of

"weaknesses" in PLDT's internal controls and, accordingly, PLDT was undertaking a "management reorganization" and had "initiated improvements on its processes and systems:"

> PLDT IS UNDERTAKING A MANAGEMENT REORGANIZATION PROCESS AND HAS INITIATED IMPROVEMENTS ON ITS PROCESSES AND SYSTEMS TO ADDRESS WEAKNESSES THAT ALLOWED SUCH BUDGET OVERRUNS TO OCCUR. A SEPARATE ANNOUNCEMENT WILL BE MADE ONCE THE REORGANIZATION IS IMPLEMENTED.

315. Upon the news, PLDT's share price fell $6.35 per share, or more than 23%, to close at $20.46 per share on December 19, 2022 on very high trading volume.

316. A December 19, 2022 article published by the *Philippine Daily Inquirer*, entitled "Bourse to Probe Sell-off in PLDT Shares Before firm's Disclosure," reported that the Philippine Stock Exchange would be investigating trading activity on shares of PLDT Inc. upon "heavy selling minutes before the market closed last Friday and about an hour before a P48-billion financial anomaly within the telecommunications firm was officially disclosed to the investing public." PSE president Ramon Monzon was quoted as stating "[w]e saw what happened, and we want to know why that happened… We will talk to all the parties involved."

317. The Inquirer noted a further "potential sticking point" was "the fact that PLDT chief financial officer Annabelle Chua ***also sits on the board of the PSE representing the telecommunications giant***." According to sources, Chua "continued to participate in the board meetings of the bourse these last couple of months—including the most recent one this December—despite her possible involvement in PLDT's financial anomalies." Chua would eventually resign from the PSE board, but not until several months later on April 25, 2023.[47]

---

[47] April 25, 2023, Market Screener, "The Philippine Stock Exchange, Inc. Announces Resignation of Anabelle L. Chua, Director,"

318. On December 19, 2022, *Bloomberg* reported an update on PLDT's capital expenditures overrun and underscored the concern for weaknesses in PLDT's corporate governance and management, stating, in relevant part:[48]

> The Philippines' Securities and Exchange Commission has launched an inquiry into the 48-billion peso ($866 million) capital spending budget overrun at PLDT Inc. that triggered a record plunge in the stock amid questions over its corporate governance and fiscal control.
>
> PLDT shares tumbled more than 19% on Monday, with almost 62 billion pesos in market value wiped out.
>
> ***The spending probe casts a stain on the finances and governance of PLDT***, the country's biggest phone company by revenue and among the nation's most widely held stocks by foreign investors. ***It also raised questions about the management of PLDT Chairman Manuel Pangilinan***, 76, who was also president and CEO until June 2021.
>
> The cost overrun and the selloff in the shares on Friday just ahead of PLDT's disclosure are "areas of concern" for SEC, the regulator said in a statement, adding that it immediately commenced an inquiry into the matter. The commission also ordered the Philippine Stock Exchange to submit its report on its own investigation on the Dec. 16 trading activities.
>
> * * *
>
> ***"The core issue*** here and the primary reason PLDT is getting sold down is ***corporate governance***," said Manny Cruz, strategist at Papa Securities Corp. "***The overrun is quite a substantial amount and it went on for years***. That raises questions on how that could have happened to a blue chip company."

---

https://www.marketscreener.com/quote/stock/THE-PHILIPPINE-STOCK-EXCH-6496666/news/The-Philippine-Stock-Exchange-Inc-Announces-Resignation-of-Anabelle-L-Chua-Director-43659635/ (last visited July 6, 2023).

[48] December 19, 2022, Bloomberg, "Philippines' Largest Telecom Slumps 17% After Billions of Pesos in Budget Overrun Revealed", https://www.bloomberg.com/news/articles/2022-12-19/pldt-slumps-12-in-manila-after-budget-overrun-probe (last visited July 6, 2023).

> The budget overrun is almost equivalent to PLDT's combined 2020 and 2021 net income. It's also more than twice the 21.46 billion pesos of cash and cash equivalents that PLDT had at the end of last quarter. While PLDT hasn't given details, ***Pangilinan said in a Philippine Daily Inquirer report that as much as 130 billion pesos in undocumented purchases were made from 2019 through 2022 and an audit lowered the "questionable deals" to 48 billion pesos***.
>
> Given the growing scrutiny on environmental, social and governance issues, PLDT's debacle will raise concerns among its large base of foreign investors, which currently hold more than 40% stake in the company. More than 1.18 million PLDT shares changed hands Monday, the most since June 2017.

319. Also on December 19, 2022, *Light Reading* reported on PLDT's capital expenditure overrun and subsequent stock plunge, noting, in part, that "***[s]everal senior executives have been suspended over the unreported spending***," and that PLDT "was ***reorganizing its management*** and carrying out improvements in processes and systems to 'address weakness that allowed such budget overruns to occur.'"[49]

320. The *Philippine Daily Inquirer* published an article on December 19, 2022 entitled *Heads to roll at PLDT, says 'disappointed' MVP*.[50] The *Inquirer* quoted Defendant Pangilinan admitting PLDT's reputation had taken a hit due to the Company's lack of governance, and controls resulting in the budget overrun:

> […] "Certainly, we've taken a knock on our reputation. We pride ourselves on governance, on disclosures, and we're gonna get a knock. We have a job in trying to recover our credibility."
>
> Thus said Manuel V. Pangilinan (MVP), who chairs PLDT Inc., after he detailed in an exclusive to the Inquirer ***how he learned of initially as much***

---

[49] December 19, 2022, Light Reading, "PLDT faces securities probe after $866M 'budget overrun'", https://www.lightreading.com/opticalip-networks/pldt-faces-securities-probe-after-$866m-budget-overrun/d/d-id/782439 (last visited July 6, 2023).

[50] December 19, 2022, *Philippine Daily Inquirer*, "Heads to roll at PLDT, says 'disappointed' MVP", https://business.inquirer.net/378473/heads-to-roll-at-pldt-says-disappointed-mvp (last visited July 6, 2023).

> ***as P130 billion in undocumented purchase orders*** made in the last four years at the country's largest telecommunications firm.

321. According to the *Inquirer*, "a senior company executive had informed [Pangilinan] about the problem with unrecorded transactions in early October." Upon information and belief, that "senior executive" is Defendant Panlilio who uncovered the budget overrun in May 2022 after vendors complained about non-payment. The article continued that "[t]his official had discovered that the company had been ordering and paying for billions of pesos worth of internet and phone network equipment without the documentation needed for accurate record keeping."

322. The *Inquirer* further quoted Defendant Pangilinan as stating that "the company was preparing to mete out harsh sanctions to officials who are proven to be involved in or have had knowledge of the scheme" to "set an example" and had already began suspending key executives of PLDT. In addition, the *Inquirer* reported that PLDT's financials would take a hit to the bottom line as a result of depreciation expense associated with PHP 48 billion of inventory that had been sitting in warehouses, "representing uncompleted capital expenditures carried over from 2020 and 2021, and fulfilled in 2022 and 2023."

323. Pangilinan explained that the ramifications of the cost overrun would be expansive and long-lasting as PLDT would have to take a large hit to depreciation expense in 2022 to catch up for prior years' unrecorded expense and write-offs and from 2023 forward, a PHP 4.5 billion increase in depreciation expense, thereby reducing earnings by PHP 3.5 billion per year over an eight to nine year period.

> Most of these, Pangilinan explained, are depreciated over a period of eight to nine years, which means PLDT's depreciation level would rise by about P4.5 billion annually, starting 2023. If not addressed, this will reduce the company's core income by about P3.5 billion each year.

324. Analysts also took note. On December 19, 2022, analyst of Hussaini Saifee of UBS Global Research and Evidence lab reported on PLDT's capital expenditure

overrun, PLDT's initiation of improvement on its processes, and UBS' preference for PLDT's competitor given PLDT's budget overrun:

> PLDT announced that its capex investments of the last 4 years of P379bn resulted in an estimated capex overrun of P48bn or ~12.7% of total capex spend. As the capex overruns enter the financial statements, it expects the group capex and linked depreciation to remain elevated even in 2023 before coming down in 2024.
>
> * * *
>
> Some management changes announced, likely more to come.
>
> PLDT recently announced appointment of new Chief Technology Officer as well as appointed group controller and chief transformation and customer officer. Furthermore, PLDT is also undertaking a management reorganization process and has initiated improvement on its processes and systems to address weaknesses following the budget overruns.
>
> Stock overhang until more clarity; Globe is a better placed telco.
>
> We see a stock overhang as the company undergoes management reorganization and as it goes through internal investigations as well as discussions with vendors. We see Globe as a better placed telco with it already announcing ~30% reduction in capex for 2023E, improving mobile business and potential GCash IPO in 2023E.

325. In response to the deluge of negative media attention, on December 21, 2022, Defendants Panlilio, Pangilinan, and Victorio-Aquino, held a special call with investors to discuss PLDT's disclosure of its capital expenditure overrun. During that Special Call, Defendants explained, that the overrun occurred because Defendants were admittedly, "remiss" in not even inquiring about whether PLDT's capital spending figure reported to investors was accurate or in line with the Board-approved budget as a result of PLDT's inadequate internal control procedures:

> But the question is, to what extent are the accumulated and unspent CapEx reported at our level? I think unfortunately done. And frankly, ***we were remiss*** as well because there's a procuring council, right, at the management level that reviews all CapEx requests. And then it gets

> elevated to the Technology Strategy Committee of the Board that also reviews and recommends approval to the Board of that CapEx. And finally, the Board endorses it or approves it, ratifies it pursuant to the recommendation of Tech-Strat so that the controls are in place. ***But typically, the question we ask whether you are at the Tech-Strat Committee level or at the Board level is this within your CapEx for the year. And I think we were remiss in asking -- I did not think of asking what is your -- are there carryover CapEx***? And that we did -- have asked. And that the reporting units, not 1 of network, procurement or finance managed to report it to us. So [Foreign Language], this is significant.
>
> * * *
>
> But if -- whether you're at the Board level, you rely on the information supplied to you unless you ask more questions. ***And that question about accumulated CapEx was not raised unfortunately***. So obviously, ***the network monitoring system or the procurement monitors has got to be tightened -- really tightened***. So we know how every peso is spent. And I think we probably ***were remiss*** in that respect that we probably shouldn't spend much less than we should have in the past 2 or 3 years.

326. Defendants further conceded that in a properly run business, management inquires about capital expenditures and how it compared to budget, but here, Defendants decided not to do so:

> ***What was not reported to us is the accumulation of this CapEx***, because let me tell you the budget for CapEx this year, for example, or in that particular, it's PHP 80 billion. We don't spend exactly PHP 80 billion, right? It will be there above that, below that. ***But very equal to the PHP 80 billion, otherwise, you will be suspicious***, ***why are we spending exactly what we told you. That's not the way this business operates***. So we should head on about the accumulated CapEx and unfortunately, ***that was not reported to us***. ***Maybe we should have asked that certain statement***, because every year, I think when we report to you, we tell you what the CapEx for the year was actually spent, right?

327. Despite not properly tracking capital spending, Defendants claimed that all the purchase orders for the equipment PLDT purchased were recorded in the

Company's internal SAP system: "the SAP records the transactions, right? So the data there is within the system." However, PLDT had not properly recorded the equipment purchases in its accounting records. As Defendants explained:

> The way -- well, all the payments to the vendors are reflected in the advances. And once the project is completed, hardware installed and services fulfilled, it is accepted by PLDT and recorded as a part of PPE. And then the top portion, which is in the advances is transferred to the PPE, so there is nothing that's not recorded. So all of the projects that have not been completed and have not yet been delivered, ***all payments to those projects are in the advances***. They will be transferred to the PPE once the projects are completed.

328. Thus, Defendant Pangilinan explained, PLDT was working with its vendors to "reconstruct the books:"

> So again, we're trying to find out which of these advanced payments have been made in relation to the Pos issued as part of the overall work process that's happening, right? Because as you appreciate the people involved in this particular incident are not there, they don't believe. So ***we practically have to reconstruct the books***. I mean the internal audit group, finance led by [ Danny ] here and of course, legal are involved in that reconstruction process.
>
> * * *
>
> So -- but we have to reconcile how much of the total advances we've made so far relate -- precisely to the PHP 48 billion or to POs issued versus orders issued, not part of this PHP 48 billion, and that's what we need to reconcile with us, for a statement of account from ***each of these 4 vendors, and they've submitted their statement accounts. So we need to reconcile where the advances went to, right?*** Is it part of the PHP 48 billion, are some -- probably some are not part of the PHP 48 billion, so we need to determine that. And that's part of the overall work process. It's a [indiscernible], it's a very tedious process.

329. Defendants further explained that the reason it was taking PLDT so long to perform the reconciliation even though all the transactions were purportedly recorded in SAP, was because PLDT had to determine:

> First, what is the status of the project? And then we need to verify in

> the field, whether or not they have in fact been completed or whether they are work in process and what stage.

330. Accordingly, Defendants admitted that PLDT lacked internal controls over its financial reporting and operations and, thus, "part of the investigation process is to look at the improvements in the operational aspects of procurement and network projects in order, obviously, to avoid a repeat of this incident." To the extent PLDT did have processes in place, Defendants admitted that they did not adhere to them, stating "it's really a people issue at the end of the day."

331. During the Special Call, Defendants confirmed that the cost overrun was caused by two pressures—threats from the former President Duterte and related competitive threats and the impact of COVID-19 on demand for PLDT's network. The bulk of the budget cost overrun, Defendants explained, purportedly arose in 2020 and 2021 and related to the "wireless side of the business" primarily for 4G and 5G. In particular, PLDT overspent on the 5G rollout, which it abandoned in 2021 due to a lack of consumer interest so PLDT "decided to stop the rollout." PLDT also overspent on its towers where it continued to purchase equipment for towers even though the Company had canceled its tower projects as a result of the Common Tower Policy.

332. During the Special Call, Defendants revealed that, as a result of PLDT's budget cost overrun and material weaknesses in internal controls, PLDT would have to record accelerated depreciation to write-off obsolete assets and account for increased depreciation from equipment that was purchased but sitting in Company or vendor warehouses:

> So our problem is our depreciation because there's cascade of assets that we know will be coming online effectively and affecting the P&L side. Let's talk about the cash indicator. So I think in certain of the statements we've issued, the impact of the PHP 48 billion is pretax, say, just use a 10-year metric, is about PHP 4.8 billion increase in our depreciation expense each year. So what we intend to do is to ameliorate that pressure on the bottom line is that we, as I indicated to you, ***we probably have to accelerate a write-off certain existing assets***

> ***relating to 2G, 3G, the legacy elements of the transport system, VVDSL***, which has been overtaken at the junket because we're now on an all-fiber network. So yes, ***I think this year, we'll likely to write off up to PHP 50 billion to PHP 55 billion of assets this year***. So what will get affected will be our reported income will drop significantly for 2022 compared to 2021. ….

333. Also on the Special Call, Defendant Pangilinan further admitted that PLDT decided to not be as aggressive on 5G and stop the rollout in 2021:

> 5G rollout started maybe sometime late 2020. So it's under 4 years. So a lot of that is also on transport. 5G initially was heavy, 2020. And then ***we decided in 2021, we should not be as aggressive in 5G***, but they were -- there were plans initially, as you know, when you order from vendors, there's a lead time for this equipment. So [Foreign Language] by saying, change in the business plan, change in the direction because of market. The market wasn't adopting to 5G.

334. On December 21, 2022, S&P Global Ratings issued a report stating that the budget overrun could affect PLDT's credit profile. Relying on an article published by *Bloomberg*, S&P stated:

> PLDT's balance sheet "has already been worn thin from capex and working capital cash drain in the past two years[.]" PLDT can withstand no more than 10-billion peso excess spending over S&P's 75 billion to 80 billion pesos base case cash capex in 2023[.] Based on the company's worst-case scenario, debt-to-EBITDA ratio could reach 2.8x-2.9x in 2023[.][51]

## VII. POST-CLASS PERIOD EVENTS

335. On December 26, 2022, the *Philippine Daily Inquirer* issued an article entitled "Stock Market Integrity at Stake," reporting it was not optimistic that the PSE investigation would come to a satisfactory resolution, stating, "[a]nalysts do not expect anything to come out of this PSE probe as those with prior knowledge will not be dumb

[51] December 21, 2022, Bloomberg, "PLDT's Budget Overrun May Weigh on Credit Profile, S&P Says," https://www.bloomberg.com/news/articles/2022-12-22/pldt-s-budget-overrun-may-weigh-on-credit-profile-s-p-says (last visited July 6, 2023).

enough to link their names to any PLDT transaction that Friday, or even days and weeks before, but the timeline of events suggests that there obviously was insider trading."[52]

336. In a February 13, 2023 *PhilStar Global* article entitled "PSE Probes 3 Foreign Brokerage Firms Over PLDT Fiasco," The Capital Markets Integrity Corporation, ("CMIC") stated it was investigating three foreign brokerage firms for insider trading because they sold "substantial" amount of PLDT shares between November and December 2022, right before PLDT disclosed its massive budget overrun. PSE president Ramon Monzon explained that while there purportedly appeared to be no insider trading on the surface, CMIC would be releasing the final results of its investigation after it received transactional information from the three brokerage firms. [53] As of the time of filing the first amended complaint, neither the PSE, CMIC, nor the SEC has submitted a final report regarding the conclusion of the investigations.

337. On March 23, 2023, PLDT issued an earnings release announcing fourth quarter and full year results for 2022 (the "Q4 2022 Earnings Release"). Along with its quarterly results reported on March 23, 2023, PLDT also issued a press release, entitled "Update on December 16, 2022 Disclosure," which stated that it "completed discussions with its major vendors representing approximately 80% of its outstanding CapEx commitments as of December 31, 2022," and that as a result, PLDT entered into settlement agreements with its vendors. These agreements "have the effect of reducing

---

[52] December 26, 2022, Inquirer, "Stock market integrity at stake," https://opinion.inquirer.net/159807/stock-market-integrity-at-stake#:~:text=The%20SEC%20has%20already%20ordered%20an%20investigation%20of,before%20the%20official%20disclosure%20of%20the%20budget%20overruns.%E2%80%9D (last visited July 6, 2023).

[53] February 13, 2023, The Philippine Star, "PSE probes 3 foreign brokerage firms over PLDT fiasco," https://www.philstar.com/business/2023/02/13/2244471/pse-probes-3-foreign-brokerage-firms-over-pldt-fiasco (last visited July 6, 2023).

the Company's outstanding commitments to these vendors for the acquisition of property and equipment post-2022 to approximately PhP33 billion."

338. In the Q4 2022 Earnings Release, PLDT reported that net income had declined by approximately 60% from PHP 26.7 million to PHP $10.7 million, due mainly to the recording of PHP 51.2 in accelerated deprecation for obsolete assets and the shortening of asset useful lives.

339. That same day, Defendants held an earnings call (the "Q4 2022 Earnings Call") reiterating the financial results reported in the Q4 2022 Earnings Release. In addition, in response to analyst questions from JPMorgan Chase and F. Yap Securities about why the depreciation number was such "a big number" and whether any of the accelerated depreciation related to the PHP 48 billion budget overrun, Danny Yu, SVP and Group Controller, responded that it was entirely "technological in demand" and concerned "the modernization program," PLDT's migration of VVDSL to fiber, that PLDT "initiated this 3G technology," "replacement of existing aerial cables with underground" and "the write-down of legacy network equipment at the PLDT headquarters in Makati," with purportedly none relating to the budget overrun not yet recorded on PLDT's books.

340. Of course, while purportedly not directly related to the PHP 48 billion overrun, Defendants previously disclosed that the reason they were recording the full accelerated depreciation charge all at once in 2022 was to reduce the overall impact on earnings of an increase in depreciation expense going forward that PLDT would incur as a result of the PHP48 billion budget overrun.

341. During the Q4 2022 Earnings Call, Defendants also reported on the results of the Company's internal investigation and reconciliation of its books, claiming that no fraud was purportedly uncovered, yet described the numerous new policies and procedures that PLDT was now implementing to remedy the Company's internal control deficiencies, as recommended in a Final Report issued by PwC and Milbank:

**Rachelleen Rodriguez**
**Maybank Research Pte. Ltd. – Research Analyst**
…I just want to ask, did you implement new systems or in relation to this so that the issue won't recur in the future?

**Alfredo S. Panlilio**
**PLDT Inc. – President, CEO & Director**
Yes, that's been heavily discussed also during the Board this morning. A lot of details also coming from audit, a lot of details coming from the final report of Milbank together with PwC. We have already started adopting and implementing a number of improvements in the end-to-end CapEx process. Just to name a few, we are implementing controls and enhancements in policies, procedures, budget planning approvals and monitoring, including investments in better tracking tools. So it's a bit of automation is also needed.

Improvements on project management systems, data systems, make sure the company is equipped to efficiently monitor and optimize CapEx spending. Even our procurement process has been quite deliberately slow as of the moment to make sure that we're able to look at all projects, but hopefully, we normalize as we move forward. We need to simplify our processes, especially in purchase order processing. That has been a very complex process, and that's something we need to improve on. We obviously need to improve our vendor management processes also at the same time.

At the end of the day also, this will be implemented by people. And I think we do have to enhance training for employees who were involved in the CapEx process, and that's something that we're also working on. So it's a much longer list than this. This is just a summary of the major initiatives. But yes, we have started and we will continue to really improve. It's also being highlighted at the Board level where we are also, I guess, reporting in more detail in terms of the CapEx processes that we're doing and approvals that the Board has approved.

342. On March 27, 2023, PLDT filed its Form 20-F/A with the U.S. SEC (the "2022 20-F/A Annual Report"), containing audited consolidated financial statements

for the year ended December 31, 2022. Defendant Chua's "signature is conspicuously absent" from the documents, replaced instead by newly designated principal financial officer Danny Yu.[54] This year, the SOX certifications were signed by Defendant Panlilio and Danny Yu, instead of Chua.

343. On March 28, 2023, PLDT responded to a letter from the PSE, which requested an update on the results of the investigations and administrative proceedings concerning the officers, to which PLDT stated:

> The employees who were placed on paid leave remain on paid leave at this time. PLDT has not reached a final decision regarding the future of those individuals at the Company. As indicated by PLDT Chairman Mr. Pangilinan in the briefing held on March 23, 2023, now that forensic review is substantially complete, PLDT expects to address the status of the employees placed on leave soon.

344. On March 28, 2023, in an article entitled, "Palusot? SGV Breaks Silence on Why it Didn't Detect PLDT's P48B scandal: Audits May Not Always Uncover 'Misstatements,'" it was reported that SVG shifted the blame to PLDT:[55]

> SGV& Co., chaired by Finex president Wilson P. Tan, has disavowed any responsibility for failing to detect PLDT's massive overspending of P48 billion over four years under the nose of bilyonaryo Manny V. Pangilinan.

[54] March 28, 2023, Bilyonaryo, "Where is Annabelle Chua? Under fire CFO didn't sign PLDT's income report amid P48 billion capex scandal; Danny Yu pinch-hits despite being appointed only 4 months ago," https://bilyonaryo.com/2023/03/28/where-is-annabelle-chua-under-fire-cfo-didnt-sign-pldts-income-report-amid-p48-billion-capex-scandal-danny-yu-pinch-hits-despite-being-appointed-only-4-months-ago/business/ (last visited July 6, 2023).

[55] March 28, 2023, Bilyonaryo, "Palusot? SGV breaks silence on why it didn't detect PLDT's P48B scandal: Audits may not always uncover "misstatements"" https://bilyonaryo.com/2023/03/28/palusot-sgv-breaks-silence-on-why-it-didnt-detect-pldts-p48b-scandal-audits-may-not-always-uncover-misstatements/business/#gsc.tab=0 (last visited July 6, 2023).

> In a statement accompanying PLDT's audited financial statement for 2022, SGV, a member of Ernst & Young's global financial services empire, reiterated that PLDT management is "responsible for maintaining effective internal control over financial reporting."
>
> SGV, which has been PLDT's external auditor since 2002, explained that its role was to provide an opinion on the PLDT group's internal control over financial reporting based on its audit.
>
> SGV's approval was given to PLDT's AFS from 2019 to 2021, the period during which the majority of the telco's budget overrun occurred. (PLDT has since hired another auditing firm to conduct an internal investigation of the company.)
>
> SGV offered a convenient excuse for its inability to detect the alleged spending irregularities, stating that a company's financial reporting systems may not always identify errors.
>
> Additionally, even if these systems had worked well in the past, they may not perform as effectively in the future if circumstances change or people stop adhering to established rules.

345. Notably, PLDT paid SGV PHP 73 million and PHP 80 million for 2022 and 2021, respectively. "This is the first time SGV addressed the spending scandal since Pangilinan disclosed the embarrassing anomaly in December."

346. On April 5, 2023, S&P officially lowered its credit rating for PLDT to BBB from BBB+, and revised its assessment of the Company's management and governance score to "fair" from "satisfactory." S&P Associate Director Spencer Ng said in an article published by Business World: "We also view the capex budget overrun as a signal of shortcomings in the company's management and governance." According to S&P Associate Director Yijing Ng, she expected that PLDT's tower sales in 2022 would alleviate the balance sheet pressure, but it "proved to be insufficient." Ms. Ng expects

PLDT's EBITDA margin to remain weak through 2023.[56]

347. PLDT finally announced in a press release dated April 14, 2023 the termination of several officers from PLDT as purported retirements. Network Head, Mario G. Tamayo, retired and Chief Procurement Officer, Mary Rose L. Dela Paz voluntarily resigned, both effective on April 14, 2023. Defendant Chua, CFO and Chief Risk Management Officer, "retired early" effective April 16, 2023.

348. But it matters not how the Company tries to spin it, Defendant Chua unquestionably was dismissed as a result of the years long capital expenditure failure. According to witnesses, Defendant Chua was given a graceful exit, so her departure was packaged as a purported "early retirement," but in reality, she was fired because some members of the board, especially Mr. James Go, felt that there was lapse in judgment on her part."

349. On April 25, 2023, Defendant Chua also resigned from her position as a director for the Philippine Stock Exchange.

350. A Mobile World Live article, entitled "PLDT Moves to Repurpose Underused 5G Sites" published on May 5, 2023, confirmed that as a result of the halted 5G station rollout in 2022, PLDT is now aiming to put them to use as 4G LTE stations:

> PLDT revealed it stopped deploying new 5G base stations in early 2022 and is now converting some sites to LTE as part of on-going network optimisation programme initiated after an internal review prompted by a massive capex overrun. In its Q1 earnings release, PLDT revealed it is repurposing underused 5G sites based on traffic analysis to improve the customer experience and to increase operational, capex and spectrum efficiencies.

351. In other words, as a direct result of the massive overspending on 5G and other network equipment, PLDT admitted that it had more than what was needed and

[56] April 5, 2023, Business World, "PLDT's results to reflect capex overrun, says S&P" https://www.bworldonline.com/corporate/2023/04/05/515179/pldts-results-to-reflect-capex-overrun-says-sp/ (last visited July 6, 2023).

was desperately trying to put to use the equipment that it had as an effort to not generate further losses.

## VIII. ADDITIONAL SCIENTER ALLEGATIONS

352. As alleged herein, Defendants acted with scienter in that Defendants knew, or recklessly disregarded, that the public documents and statements they issued and disseminated to the investing public in the name of the Company, or in their own name, during the Class Period were materially false and misleading when made. Defendants knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements and documents as primary violations of the federal securities laws. Defendants, by virtue of their receipt of information reflecting the true facts regarding PLDT, and their control over and/or receipt and/or modification of PLDT's allegedly materially misleading misstatements, were active and culpable participants in the fraudulent scheme alleged herein.

### A. The Individual Defendants Knowingly and/or Recklessly Made Material Misstatements and/or Omitted Material Facts

#### 1. Defendants Admit They Recklessly Disregarded that Capital Expenditures Reported to the Market Were Materially Understated and Way Over Budget Throughout the Class Period

353. As alleged herein, Defendants admitted at the end of the Class Period that PLDT spent PHP 379 billion on capital expenditures from 2019 through 2022, approximately PHP 48 billion more than what they told the market they spent during the Class Period of PHP 330.6 billion, and 13% above the Board-approved budgeted amount previously disclosed to investors.

354. Defendants further admitted that they had access to capital expenditure information and should have inquired about the accuracy of their reported figures and how such spending compared to the budget before reporting it to investors, but recklessly did not inquire here ***for at least four years***:

> ***What was not reported to us is the accumulation of this CapEx***, because let me tell you the budget for CapEx this year, for example, or in that particular, it's PHP 80 billion. We don't spend exactly PHP 80 billion, right? It will be there above that, below that. ***But very equal to the PHP 80 billion, otherwise, you will be suspicious***, ***why are we spending exactly what we told you. That's not the way this business operates***. So we should head on about the accumulated CapEx and unfortunately, ***that was not reported to us***. ***Maybe we should have asked*** that certain statement, because every year, I think when we report to you, we tell you what the CapEx for the year was actually spent, right?

355. Accordingly, Defendants conceded, "***we were remiss***" in not tracking or monitoring PLDT's capital spending from 2019 through 2022.

356. Defendants' own admissions that they recklessly disregarded that actual capital spending they reported to the market was materially understated and that PLDT's internal controls were inadequate throughout the Class Period creates a strong inference of scienter.

### 2. The Individual Defendants Admit They Had Access to PLDT's Quarterly Capital Spending Figures in SAP, But Recklessly Disregarded the Accuracy of Their Public Statements

357. On the December 21, 2022 Special Call, in response to an analyst question Defendant Pangilinan admitted that the Individual Defendants have access to the SAP systems and its records, including PLDT's capital and purchasing transactions:

> **Unknown Analyst**
> The question is just to understand what happened with the system. So you were buying the equipment. It was going into your warehouse. Was it recorded in the system? Is it about the system did not pick up the recording and then you later found out in October this year? Just trying to understand what happened exactly.
>
> **Manuel Pangilinan**
> The data are there in respect of the POs issued, in respect of POs fulfilled, in respect of the POs outstanding. So we believe there are no unrecorded transactions or unauthorized transactions in the system.

358. Yet, as Defendant Pangilinan admitted, Defendants never inquired about whether PLDT's capital spending included all purchases or whether it was within the Board-approved annual budget before unjustifiably reporting materially understated quarterly capex spending to the market, having no idea whether PLDT was on budget or whether the reported capital spend was correct.

359. As discussed above in Section VIII.A.1., *supra*, PLDT's reported capex spending was materially understated throughout the Class Period.

360. In addition, while stating at the outset of the Class Period that the three departments—Network, Procurement and Finance—must coordinate and communicate about capital purchases, Defendants admitted at the end of the Class Period that did not happen and these departments did not coordinate or communicate at all over at least the prior four years, as they should have, to ensure budget overruns did not occur:

> And that the reporting units, not 1 of network, procurement or finance managed to report it to us. So [Foreign Language], this is significant. It was higher than PHP 48 billion when we first learned about this issue.

361. Accordingly, the Individual Defendants knew, or recklessly disregarded that their quarterly reported capital spending numbers were understated and well above what was authorized by PLDT's annual budget through their direct access to all capital expenditure spending and purchasing in the SAP and accounting systems.

### 3. Defendants Admit PLDT Lacked Internal Controls Throughout the Class Period

362. On December 19, 2022, PLDT filed its Form 6-K with the SEC, signed by Defendant Victorio-Aquino. In the December 19 Form 6-K, Defendants admitted that PLDT had "weaknesses" in its internal controls, which allowed false reporting of PLDTs capital expenditures every quarter and caused the budget overrun to occur. Accordingly, PLDT would be improving its processes:

> PLDT IS UNDERTAKING A MANAGEMENT REORGANIZATION PROCESS AND HAS INITIATED IMPROVEMENTS ON ITS PROCESSES AND SYSTEMS TO

> ADDRESS WEAKNESSES THAT ALLOWED SUCH BUDGET OVERRUNS TO OCCUR. A SEPARATE ANNOUNCEMENT WILL BE MADE ONCE THE REORGANIZATION IS IMPLEMENTED.

363. During the December 21, 2022 Special Call, in response to an analyst question, Defendant Pangilinan admitted that for the past two or three years, PLDT spent more than it should have on capital expenditures and, thus, its controls needed to be tightened:

> But if -- whether you're at the Board level, you rely on the information supplied to you unless you ask more questions. And that question about accumulated CapEx was not raised unfortunately. So obviously, the network monitoring system or the procurement monitors ***has got to be tightened -- really tightened. So we know how every peso is spent***. And I think we probably were ***remiss*** in that respect that we probably shouldn't spend much less than we should have in the past 2 or 3 years.

364. Also, during the December 21, 2022 Special Call in response to an analyst question about whether PLDT had paid for the PHP 48 billion excess capital expenditures, Defendant Pangilinan admitted that PLDT's internal controls were so deficient that PLDT could not even determine what invoices had been paid and, thus, Defendants first had to reconstruct its books:

> So again, we're trying to find out which of these advanced payments have been made in relation to the Pos issued as part of the overall work process that's happening, right? Because as you appreciate the people involved in this particular incident are not there, they don't believe. So we practically have to reconstruct the books. I mean the internal audit group, finance led by [Danny] here and of course, legal are involved in that reconstruction process.

365. Defendant Victorio-Aquino further admitted during the December 21, 2022 Special Call that PLDT had no checks and balances in place to ensure the Company was staying within the approved budget and no one provides any updates to the Board, nor does the Board ask for updates:

**Hussaini Saifee**
**UBS Investment Bank, Research Division**
…And finally, just to better understand the process of what happened in the last 4 years, is that network teams were building or putting the orders, but it was not being reported to the BoD. And has this then led to the CapEx overrun, just to better understand what happened exactly.

***

**Melissa V. Vergel de Dios,**
**First VP, Head of IR, Head of Corporate Sustainability Office & Chief Sustainability Officer**
And then his last question is what was happening, whether the network teams continued to build, but were not reporting to the Board of Directors.

**Marilyn A. Victorio-Aquino**
**Senior VP, Corporate Secretary, Head of Legal & Regulatory Affairs and Chief Legal Counsel**
…They go to the Board for approval of the projects and the size, the amount of the project. Thereafter, once they have the approval, then they issue the PO and they build. They normally do not have a daily or monthly report on the status of the project. The project is reported as completed when it's completed. And so basically, they go to the Board for approval to enter into contracts for the size of the project. That's it. And then they build and then they report the network build, the percentage of completion internally as part of the operational procedure.

366. Defendant Panlilio disclosed on the March 23, 2023 2022 Earnings Call that, as a result of PLDT's complete lack of internal controls throughout the Class Period, PLDT had to implement a laundry list of systems, procedures and controls, as well as employee training, to ensure the capital overruns would not occur in the future. For example, Defendant Panlilio stated PLDT was implementing controls and enhancements in policies and procedures over budget planning approvals and monitoring, as well as making improvements to project management systems and data systems to ensure sure the Company is equipped to efficiently monitor and optimize

CapEx spending, as well as making improvements to the vendor management processes, "[j]ust to name a few." *See also* Section VII, *supra*.

367. Defendants' own admissions that PLDT lacked internal controls, particularly when coupled with the expansive new procedures, systems and training that had to be implemented, supports a strong inference of scienter.

**4. Defendants' Detailed Responses to Pointed Analyst Questions Supports a Strong Inference of Scienter**

368. As set forth above, Defendants regularly provided updates on, and were asked questions from, analysts and media personnel about capital expenditures. In every single earnings call throughout 2020, 2021 and 2022, capital expenditures were discussed. Defendant Chua regularly reported capital expenditures, and data reflective of the capital expenditures was included in each PowerPoint presentation accompanying the earnings calls. Defendants Pangilinan and Panlilio likewise discussed capital expenditures increasingly throughout the Class Period.

369. Starting in 2021, analysts began asking more and more questions about capital expenditures. Defendants did not demur or claim ignorance of the matters. Rather, the Individual Defendants repeatedly provided detailed answers to these questions, indicating their personal knowledge on the subject.

370. For example, during the 2021 Q4 Earnings Call on March 3, 2022, Defendant Panlilio admitted that PLDT was well aware of its capital expenditure spending and even intended to reduce it:

> We need to expand our margin[s], improving margins, managing OpEx, decreasing depreciation and lastly, rationalize our CapEx. ***We've spent so much on CapEx*** and Anabelle will show you the details of what we've said, but ***we want to make sure we'll be able to bring down the levels of CapEx moving forward***. And if we can do all this, this will result into a growth in our core net income and as I said, a measurement of how we are doing - improving our free cash flow moving forward.

371. Later in the same March 3, 2022 Earnings Call, analysts pressured PLDT

to rationalize the capital expenditures, to which Defendant Chua provided a very detailed response about PLDT's spending for the quarter versus budget and the specific assets PLDT was purchasing:

> **Melissa V. Vergel de Dios**
> **First VP, Head of IR, Head of Corporate Sustainability Office & Chief Sustainability Officer**
> Next questions were e-mailed by John of PNB. Can you provide more color on the company's plan to rationalize CapEx? How will this pan out in the next several years and in the long term? And which segments will see a reduction in CapEx [and why]?
>
> **Anabelle Lim Chua**
> **Senior VP, CFO & Chief Risk Management Officer**
> So as indicated in terms of our CapEx discussion, ***first of all, we did spend PHP89 billion last year and PHP518 billion over the last 10 years***. So that's huge investments we've made in terms of our infrastructure in order to ensure the quality of our service and to serve our customers very well, right?
>
> ***So as we look into this year, our guidance is for PHP76 billion to PHP80 billion***. And we believe that we have a chance to ramp down our CapEx to somewhere below the 40% CapEx-to-sales ratio and effectively harvest some of the investments we've made. This year, in particular, I think the key focus areas will be on the fixed line side. As we indicated ***we're still building 1.7 million ports***. We continue to see very strong take up on the home side.
>
> ***On the wireless side, I think we will be more deliberate about the 5G rollout spend***. It will really recalibrate depending on how quick or not so quick the take-up will be. So, at this point as I had shown earlier also, the main constraint is that there are only 2% of the base of 5G ports and 4G is also very good, right? So the impetus to build more 5G is not as compelling at this point or not as urgent at this point. But certainly we will not skimp on that should the demand side picking up.
>
> So -- but broadly in terms of our direction, financially speaking, we will have to ensure that the company delivers positive free cash flow. And by that, ***we have always ensured that our EBITDA will be more than enough to cover our CapEx***, whether it's our interest expense, our working capital requirements and at the end of the day, deliver enough

> cash to be able to both pay our dividends and service our debts, right. ***So that's sort of -- it's within the ambit of the financial discipline that we are looking at also at how we would manage our CapEx***, ensuring the rightful returns on the investments that we make.

372. Defendant Panlilio echoed Chua's remarks, stating that PLDT sought to reduce the CapEx service revenue going forward.

> **Alfredo S. Panlilio**
> **President, CEO, Chief Revenue Officer & Director**
> We remain at, I guess the past few years, our CapEx service revenue is about 40%, 45%, right? So we [would] like to bring that down, moving forward, to maybe in the level of 35% or so, that's something that, there's a discipline, and I think Anabelle was saying that we should be able to bring down our CapEx, but making sure that we're able to maintain a good customer experience across the process.

373. The above detailed answers in response to analyst questions about capital expenditures and the capital budget, among others alleged herein, create a strong inference of scienter.

### 5. Defendants Positions on the Technology Strategy Committee Supports a Strong Inference of Scienter

374. The Technology Strategy Committee largely consisted of the same six members throughout the Class Period: ***Manuel Pangilinan***, Albert del Rosario, Atty. Ray Espinosa, James L. Go, Oscar Reyes, and Orlando Vea. ***Alfredo Panlilio*** and Kazuyuki Kozu were members from 2021-2022. This committee, with its unrestricted access to management and information, was tasked with approving capital expenditure requests.

375. The Technology Strategy Committee, headed by Defendant Pangilinan, met eight times in 2021 specifically to discuss technology budget items for network programs and projects. In fact, on the December 21, 2022 Special Call, Defendant Pangilinan admitted that the Technology Strategy Committee reviewed the capital expenditure requests and approved them for the Board to approve:

> And also the system, the SAP records the transactions, right? So the data there is within the system. But the question is, to what extent are the accumulated and unspent CapEx reported at our level? I think unfortunately done. ***And frankly, we were remiss as well because there's a procuring council, right, at the management level that reviews all CapEx requests. And then it gets elevated to the Technology Strategy Committee of the Board that also reviews and recommends approval to the Board of that CapEx***. And finally, the Board endorses it or approves it, ratifies it pursuant to the recommendation of Tech-Strat so that the controls are in place. ***But typically, the question we ask whether you are at the Tech-Strat Committee level or at the Board level is this within your CapEx for the year***. ***And I think we were remiss in asking -- I did not think of asking what is your -- are there carryover CapEx***? And that we did – have asked. And that the reporting units, not 1 of network, procurement or finance managed to report it to us. So [Foreign Language], this is significant. It was higher than PHP 48 billion when we first learned about this issue.

376. Defendants Pangilinan and Panlilio's membership on the Technology Strategy Committee with access to capital purchases and the budget creates a strong inference that they were aware of, or recklessly disregarded, the capital expenditure overrun throughout the Class Period.

#### 6. Defendant Chua's Departure and other Management Reorganization Supports a Strong Inference that Defendants Knew of the Capital Overspending and Lack of Internal Controls During the Class Period

377. On or about December 19, 2022, Defendant Chua, along with three other key executives, were put on leave. Moreover, PLDT said that it hired outside firms PwC and Milbank to investigate the capital budget overrun and, on December 19, 2022, the SEC directed the PSE to investigate insider trading activity and the circumstances surrounding the capital expenditure overrun. The suspicious timing of Chua's leave to the disclosure of PLDT's budget overrun, internal control weaknesses and resulting regulatory investigations supports a strong inference of scienter.

378. It is also suspicious that Defendant Chua, who had signed each quarterly and annual report filed with the SEC during the Class Period from April 23, 2020 through November 3, 2022, abruptly "retired early", following multiple investigations, both externally and internally. On December 15, 2022, immediately preceding PLDT's announcement that it had materially exceeded its capital expenditure budget, PLDT announced that it onboarded several new officers, including a new Group Controller, Danny Yu, effective November 17, 2022. Mr. Yu signed the full year results and SOX certifications for the year 2022 as released on March 27, 2023 in place of Defendant Chua.

379. Defendant Chua's sudden and admittedly "early" retirement is also an uncharacteristic move for someone who has been with the company for nearly seventeen years. According to witnesses, Defendant Chua's "early retirement was merely a 'graceful exit' "but in reality, she was fired because some members of the board, especially Mr. James Go, felt that there was a lapse in judgment on her part."

380. Not only did Defendant Chua leave PLDT, but she also resigned from her position on the board of the Philippine Stock Exchange on April 25, 2023, for which there has been no explanation. The PSE was investigating PLDT for insider trading and the circumstances surrounding the capital expenditure overrun starting in December 2022. According to online media sources described above in Section VI, Defendant Chua was still attending PSE board meetings, including in December 2022 and up until her resignation on April 25, 2023. Each of these circumstances support a strong inference of Defendants' knowledge, recklessness, and/or scienter with respect to the financial problems facing PLDT.

**7. Defendants' Pattern of Recklessly Overspending on Capital Expenditures Supports a Strong Finding of Scienter**

381. PLDT's 2019–2022 budget overrun was not the first time that PLDT incurred losses or foregone revenues due to lapses in financial management. In 2015,

under Defendant Chua's watch as CFO, billions of pesos were reportedly lost from PLDT's coffers. Indeed, in early 2016, PLDT announced a net loss of 3.27 billion pesos for the fourth quarter of 2015 despite having a net income of 6.13 billion pesos the prior year. For 2015, net income declined 35% to 22.1 billion pesos in 2015. PLDT's deteriorating finances also caused it to declare that it would not issue a dividend for the first time since 2006.

382. PLDT's massive decline in 2015 of net income is particularly noteworthy because, like in 2019 through 2022, PLDT engaged in heavy capital expenditures to build out its network capabilities. As reported by GMA News published on June 9, 2015, the president and CEO at the time, Napoleon Nazareno, said that "CapEx this year 'might exceed 40' billion pesos as the company plans to further upgrade capacity and coverage of its data business…" [57]

383. Similar to the accelerated depreciation on network elements caused by Defendants' excessive capital expenditures from 2019 through 2022, Defendants also revealed in PLDT's 2015 full-year results that the year's 35% decline in net income was caused, in part, by a PHP 2 billion "rise in fixed asset impairment due to fixed assets rendered obsolete by network plans and programs."

384. Although PLDT's former CEO, Nazareno, was given a graceful exit in 2015, Defendants recklessly allowed Defendant Chua to continue her reign as CFO despite her lack of financial oversight and failed to implement any controls to preclude subsequent lapses in her financial oversight.

**8. Telecommunications is PLDT's Core Operation**

385. While PLDT offers other services, its self-proclaimed core business is the

[57] June 9, 2015, GMA News Online, "PLDT sets 2015 capex at record high as data demand grows," https://www.gmanetwork.com/news/money/companies/501234/pldt-sets-2015-capex-at-record-high-as-data-demand-grows/story/ (last visited July 6, 2023).

telecommunications business, which generated 100% of the Company's annual revenue throughout the Class Period. Moreover, because technology is constantly changing, the telecommunications industry is known to be one of the "most capital-intensive industries" with "the highest levels of capital expenditures."[58] Indeed, Defendant Pangilinan stated in an interview "[PLDT's] a hungry animal hungry for capital expenditures, which means you have to generate a lot of cash to feed the requirements of the business."[59]

386. Thus, that telecommunications is PLDT's core business and capital spending is one of its largest and most important expenses, creates a strong inference that Defendants knew, or recklessly disregarded PLDT was understating capital expenditures and overspending on budget throughout the Class Period.

### B. Defendants Were Motived to Make Misstatements to the Market to Address Competitive Pressures

387. As previously detailed in Section IV. D, PLDT's painfully slow internet speeds and expensive services caused the Philippine President Rodrigo Duterte to take drastic measures to increase competition, with the threat of seizing PLDT's assets if service did not improve.

388. In fact, on July 8, 2019, Duterte announced the official entry of Mislatel Consortium (which would later become DITO) as the new major telecommunications player in the Philippines, in an effort to "[b]reak the prevailing duopoly in the telecommunications industry" and directed DITO to "fulfill your commitment to

---

[58] Capital Expenditure (CapEx) Definition, Formula, and Examples (investopedia.com)

[59] May 15, 2021, Rappler "Who is Al Panlilio, the next PLDT CEO?" https://www.rappler.com/business/things-to-know-al-panlilio/ (last visited July 6, 2023).

provide better telco services to our people."[60]

389. Still frustrated with services, on July 27, 2020, Duterte explicitly threatened the telecommunication companies during the State of the Nation Address that he would seize their assets if service did not improve.

390. Defendants acknowledged PLDT's fear of competition from DITO in the 2019 Form 20-F, stating:

> A third major player ***will likely adversely threaten our market share***. Furthermore, we believe that the third player, when it enters the market, may put forth aggressive offers to lure customers away from us and Globe. To maintain our competitive posture, we may need to match those offers and offer other incentives to prevent existing customers from switching. Furthermore, ***we may need to make additional investments in our network to further improve the customer experience in order to effectively compete with the third telecom player and Globe***. A loss of market share and increased costs to maintain our competitive posture ***will adversely affect our business, financial condition and results of operations***.

391. PLDT likewise faced competition to its fixed and fiber to the home business from Converge, which began spending heavily in 2019 to finance its plan to build a $1.8 billion nationwide internet backbone, in addition to other network investments. From December 2020 to December 2022, Converge nearly doubled its subscribers and increased the kilometers of its fiber backbone by nearly 40%.

392. As set forth in Section IV. D above, *supra*, PLDT's mobile subscribers declined and its mobile service revenue growth slowed as DITO entered the market and Converge expanded and upgraded its service offerings.

393. Thus, motivated by increased competition and the President's continuing threats, which he had already proven he would make good on with the introduction of

---

[60] July 8, 2019, Inquirer, "Duterte dares Mislatel: Break the telco duopoly" https://business.inquirer.net/274237/duterte-dares-mislatel-break-the-telco-duopoly (last visited July 6, 2023).

DITO, Defendants recklessly embarked on a massive capital expenditure spending spree without regard to whether PLDT's spending was within budget, whether its assets were being deployed and generating revenue and whether PLDT had the proper internal controls in place to track spending and project construction and progress.

394. As set forth more fully in Section IV. E, Defendants' fear of competition from new and existing competitors caused them to recklessly overspend at least PHP48 billion (USD 866 million) in excess of their budget over the four-year period beginning 2019.

395. In explaining Defendants' lavish capital expenditures that gave rise to the cost overrun, Defendant Panlilio blamed the increased competition from DITO and Converge, describing their "decision to become a superior network against the major investments:"

> Third, of course, competition is very aggressive. Dito, Converge, very aggressive, so we want to make sure that not only in the wireless side, but also on the -- and also we didn't know whether Dito with [indiscernible], how much impact they will have in the market. We know now, not much, but at the initial stage, we didn't know the impact of Dito coming in. Converge has been very aggressive and we had to sort of fix ourselves and make sure that we're able to serve the customers.

396. As such, Defendants' deep fear of competition and further Government intervention motivated them to frantically make massive capital expenditures without regard to budgets and internal controls and, incredibly, without bothering to check whether the influx of equipment was even being used.

## IX. LOSS CAUSATION

397. During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of PLDT securities and operated as a fraud or deceit on Class Period purchasers of PLDT ADSs by failing to disclose and misrepresenting the adverse facts detailed herein.

Defendants' false and misleading statements had the intended effect and caused PLDT ADSs to trade at artificially inflated prices throughout the Class Period, trading as high as $38.53 per share on May 20, 2022.

398. When Defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market, the price of PLDT ADSs declined significantly as the prior artificial inflation came out of the securities' price. As a result of their purchases of PLDT ADSs during the Class Period, Plaintiff and the other Class members suffered economic loss, i.e., damages, under the federal securities laws. The economic loss, *i.e.*, damages, suffered by Plaintiff and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the price of PLDT securities and the subsequent significant declines in the value of PLDT ADSs when the Defendants' prior misrepresentations and other fraudulent conduct were revealed.

399. Specifically, on December 19, 2022, at approximately 7:42 a.m. EST, PLDT filed an SEC Form 6-K with the U.S. SEC, signed by Defendant Victorio-Aquino, disclosing PLDT had experienced a massive capital expenditure cost overrun. Defendants revealed that over the years 2019-2022, PLDT had spent an aggregated amount of PHP 379 billion in capital expenditures, and that there was a capital expenditure budget overrun of PHP 48 billion. PLDT further disclosed that it was undertaking a management reorganization process.

400. Upon the news, PLDT's ADS price fell $6.35 per share, or more than 23%, to close at $20.46 per share on December 19, 2022, thereby damaging investors.

401. Media and analysts understood Defendants' December 19, 2022 disclosure to be correcting prior misstatements. For example, on December 19, 2022, *Bloomberg* reported on PLDT's capital expenditures overrun and underscored the concern for weaknesses in PLDT's corporate governance and management, stating, that it "raised questions about the management of PLDT Chairman Manuel Pangilinan, 76, who was also president and CEO until June 2021," and "[t]he overrun is quite a substantial

amount and it went on for years. That raises questions on how that could have happened to a blue chip company."

402. Similarly on December 19, 2022, *Light Reading* reported on PLDT's capital expenditure overrun and subsequent stock plunge, noting, in part, that "several senior executives have been suspended over the unreported spending," and that PLDT "was reorganizing its management and carrying out improvements in processes and systems to 'address weakness that allowed such budget overruns to occur.'"

403. On December 19, 2022, analyst of Hussaini Saifee of UBS Global Research and Evidence lab reported on PLDT's capital expenditure overrun, stating its new preference for PLDT's competitor given PLDT's budget overrun, "[w] e see a stock overhang as the company undergoes management reorganization and as it goes through internal investigations as well as discussions with vendors. We see Globe as a better placed telco with it already announcing ~30% reduction in capex for 2023E..."

404. Thus, the decline in the price of PLDT ADSs after the corrective disclosures came to light was a direct result of the nature and extent of Defendants' fraudulent misrepresentations being revealed to investors and the market. The timing and magnitude of the price decline in PLDT ADSs negates any inference that the losses suffered by Plaintiff and the other Class members were caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to Defendants' fraudulent conduct.

## X. APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD ON THE MARKET DOCTRINE

405. At all relevant times, Plaintiff is entitled to a presumption of reliance under the fraud-on-the-market doctrine. At all relevant times, the market for the Company's securities was an efficient market that promptly digested current information related to the Company from all publicly available sources and reflected such information in the prices of the Company's securities. Throughout the Class Period:

a. PLDT's ADSs were actively traded on the New York Stock Exchange;
b. The market price for PLDT securities reacted promptly to the dissemination of public information regarding the Company;
c. The Company's ADSs were followed by multiple financial analysts from different institutions, including those cited in this Complaint, who participated in PLDT's quarterly earnings calls;
d. As a regulated issuer, PLDT filed periodic public reports with the SEC and PSE during the Class Period;
e. PLDT regularly communicated with public investors via established market communication mechanisms; and
f. During the Class Period, the Company's market capitalization was as high as $8.3 billion and as of December 31, 2022, PLDT had 16.4 million ADSs outstanding and 216,055,775 shares of capital stock outstanding.

406. Throughout the Class Period, the Company was consistently followed by the market, including numerous media sources and securities analysts. The market relies upon the Company's financial results and management to accurately present the Company's financial results and business operations. During this period, Defendants continued to pump materially false and misleading information into the marketplace regarding the Company's capital expenditures and overall financial condition. This information was promptly reviewed and analyzed by analysts and institutional investors and assimilated into the price of the Company's securities.

407. As a result of the misconduct alleged herein (including Defendants' false and misleading statements and omissions), the market for PLDT's securities was artificially inflated. Under such circumstances, the presumption of reliance available under the "fraud-on-the market" theory applies. Thus, Class members are presumed to have indirectly relied upon the misrepresentations and omissions for which Defendants are each responsible.

408. Plaintiff and other Class members justifiably relied on the integrity of the

market price for the Company's securities and were substantially damaged as a direct and proximate result of their purchases of PLDT securities at artificially inflated prices and the subsequent decline in the price of those securities when the truth was disclosed.

409. Plaintiff and the other Class Members are also entitled to a presumption of reliance under *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972), because claims asserted in this complaint against Defendants are predicated upon omissions of material fact for which there was a duty to disclose.

410. Had Plaintiff and other members of the Class known of the material adverse information not disclosed by Defendants or been aware of the truth behind the Defendants' material misstatements, they would not have purchased PLDT securities at artificially inflated prices.

## XI. NO SAFE HARBOR

411. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions.

412. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

413. In fact, Defendants did not warn at any time during its earnings calls that any of the statements made were "forward-looking statements," and did not provide any meaningful cautionary statements identifying important factors that could cause actual results to differ materially.

414. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for

those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of the Company who knew that the statement was false when made.

## XII. CLASS ACTION ALLEGATIONS

415. Plaintiff brings this action pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3) on behalf of a class of all persons or entities that purchased or otherwise acquired PLDT securities between April 23, 2020 and December 19, 2022, inclusive, seeking to pursue remedies under the Exchange Act (the “Class”).

416. Excluded from the Class are: (a) Defendants; (b) members of Defendants’ immediate families; (c) Defendants’ subsidiaries and affiliates; (d) any person who is an officer, director or controlling person of PLDT; (e) any entity in which any Defendant has a controlling interest; (f) Defendants’ directors’ and officers’ liability insurance carriers, and any affiliates or subsidiaries thereof; and (g) the legal representatives, heirs, successors or assigns of any such excluded party.

417. The members of the Class are so numerous that joinder of all members is impracticable. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are thousands of members in the proposed Class. Indeed, throughout the Class Period, PLDT had approximately 18 million ADSs outstanding.

418. Members of the Class may be identified from records maintained by PLDT or its transfer agent and may be notified of the pendency of this action by mail, using a form of notice customarily used in securities class actions.

419. Common questions of law and fact exist as to all members of the Class and predominate over any questions affecting solely individual members of the Class, including:

a. Whether Defendants violated the federal securities laws;

b. Whether the statements made were materially false or misleading, or omitted material facts;

c. Whether Defendants acted knowingly or with deliberate recklessness in issuing false and misleading statements;

d. Whether the prices of PLDT's securities were artificially inflated during the Class Period as a result of Defendants' conduct complained of herein; and

e. Whether the members of the Class have sustained damages, and if so, what is the proper measure of damages.

420. Plaintiff's claims are typical of the claims of other members of the Class and the other members of the Class sustained damages arising out of Defendants' wrongful conduct in violation of federal law as alleged in this complaint.

421. Plaintiff will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class actions and securities litigation. Plaintiff has no interests antagonistic to, or in conflict with, those of the Class.

422. A class action is superior to other available methods for the fair and efficient adjudication of the controversy since joinder of all members of the Class is impracticable. Furthermore, because the damages suffered by the individual Class members may be relatively small, the expense and burden of individual litigation makes it impracticable for the Class members individually to redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

423. Plaintiff will rely, at least in part, on the presumption of reliance established by the fraud-on-the-market doctrine. All purchasers of PLDT securities during the Class Period suffered similar injuries, including injury through their purchase of the securities at artificially inflated prices. A presumption of reliance therefore applies.

## XIII. COUNT I

### For Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

424. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

425. This claim is brought under §10(b) of the Exchange Act, 15 U.S.C. § 78j(b) and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10b-5, against Defendants.

426. The Defendants: (a) employed devices, schemes and artifices to defraud; (b) made untrue statements of material fact and/or omitted material facts necessary to make the statements made not misleading; and (c) engaged in acts, practices and a course of business which operated as a fraud and deceit upon Plaintiff and the Class, in violation of §10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

427. Defendants individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or the mails, engaged and participated in a continuous course of conduct to conceal non-public, adverse material information about the Company's outlook and condition, as reflected in the misrepresentations and omissions set forth above.

428. Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential

proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

## XIV. COUNT II

### For Violations of Section 20(a) of the Exchange Act Against the Individual Defendants

429. Plaintiff repeats and realleges each and every allegation above as if fully set forth herein.

430. This claim is brought under §20(a) of the Exchange Act, 15 U.S.C. § 78t, against the Individual Defendants.

431. The Individual Defendants, by reason of their status as senior executive officers and/or directors of PLDT, directly or indirectly controlled the conduct of the Company's business and its representations to Plaintiff and the Class, within the meaning of §20(a) of the Exchange Act.

432. The Individual Defendants directly or indirectly controlled the content of the Company's SEC statements and press releases related to Plaintiff's and the Class's investments in PLDT securities within the meaning of §20(a) of the Exchange Act. Therefore, the Individual Defendants are jointly and severally liable for the Company's fraud, as alleged herein.

433. The Individual Defendants controlled and had the authority to control the content of the Company's SEC statements and press releases. Because of their close involvement in the everyday activities of the Company, and because of their wide-ranging supervisory authority, the Individual Defendants reviewed or had the opportunity to review these documents prior to their issuance or could have prevented their issuance or caused them to be corrected.

434. The Individual Defendants knew or recklessly disregarded the fact that PLDT's representations were materially false and misleading and/or omitted material facts when made. In so doing, the Individual Defendants did not act in good faith.

435. By virtue of their high-level positions and their participation in and awareness of PLDT's operations and public statements, the Individual Defendants were able to and did influence and control PLDT's decision-making, including controlling the content and dissemination of the documents that Plaintiff and the Class contend contained materially false and misleading information and on which Plaintiff and the Class relied.

436. The Individual Defendants had the power to control or influence the statements made, giving rise to the securities violations alleged herein, as set forth more fully above.

437. As set forth herein, the Individual Defendants each violated §10(b) of the Exchange Act and Rule 10b-5, thereunder, by their acts and omissions as alleged herein. By virtue of their positions as controlling persons, the Individual Defendants are also liable pursuant to §20(a) of the Exchange Act. As a direct and proximate result of the Individual Defendants' wrongful conduct, Plaintiff and the Class suffered damages in connection with their purchase of PLDT securities.

## XV. PRAYER FOR RELIEF

438. WHEREFORE, Plaintiff prays for judgment as follows:

439. Declaring that this action is properly maintainable as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as Class Representative and Lead Counsel as Class Counsel;

440. Awarding Plaintiff and each Class compensatory damages;

441. Awarding Plaintiff and each Class member pre-judgment and post-judgment interest, as well as reasonable attorneys' fees, expert witness fees, and other costs;

442. Awarding extraordinary, equitable and/or injunctive relief as permitted by law, equity and the federal statutory provisions sued hereunder, and any appropriate state law remedies; and

443. Awarding such other and further relief as this Court may deem just and proper.

## XVI. JURY DEMAND

444. Plaintiff hereby demands a trial by jury.

DATED: Julv 7. 2023

**LEVI & KORSINSKY. LLP**

*/s/ David C. Javnes*

David C. Jaynes (SBN 338917)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

Shannon L. Hopkins (*pro hac vice* forthcoming)
Gregory M. Potrepka (*pro hac vice* forthcoming)
Morgan M. Embleton (*pro hac vice* forthcoming)
Nicholas Lange (*pro hac vice* forthcoming)
Amanda Miller (*pro hac vice* forthcoming)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com
Email: nlange@zlk.com
Email: amiller@zlk.com

*Lead Counsel for Lead Plaintiff Dr. Kevin Douglas and the Class*