**Milbank LLP**
Daniel M. Perry (State Bar #264146)
DPerry@milbank.com
Mark D. Villaverde (State Bar #331876)
MVillaverde@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Attorneys for Defendants PLDT Inc.,*
*Manuel V. Pangilinan, Alfredo S. Panlilio,*
*and Marilyn A. Victorio-Aquino*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KEVIN DOUGLAS,<br>Individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>    vs.<br><br>PLDT INC., *et al.*,<br><br>                         Defendants. | Case No. 2:23-CV-00885-CJC-MAA<br><br>**DECLARATION OF DANIEL M. PERRY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge:      Cormac J. Carney<br>Date:       January 29, 2024<br>Time:       1:30 p.m.<br>Location:   411 West Fourth St.<br>Courtroom:  9B |

I, Daniel M. Perry, declare:

1.      I am an attorney licensed to practice law in the State of California and in the United States District Court for the Central District of California.  I am a partner at Milbank LLP, and I am lead counsel for Defendants PLDT Inc., Manuel V. Pangilinan, Alfredo S. Panlilio, and Marilyn A. Victorio-Aquino in the above referenced matter.  I respectfully submit this declaration in Support of Defendants' Motion to Dismiss.  The purpose of this declaration is to provide the Court

with certain documents relied on by Plaintiff in the Amended Complaint, ECF No. 33 ("AC"). Based on my knowledge and belief, if called upon as a witness, I could and would testify as follows.

1.      Attached hereto as **Exhibit A** is a true and correct copy of 2021 Form 20-F Annual Report filed by PLDT Inc. with the United States Securities and Exchange Commission ("U.S. SEC"), dated April 6, 2022. *See* AC ¶¶ 209-213, 250-251, 272-275, 300.

2.      Attached hereto as **Exhibit B** is a true and correct copy of the transcript of PLDT Inc.'s Special Call with analysts held on December 21, 2022, which Plaintiff references over 200 times in the AC. *See, e.g.,* AC ¶¶ 12, 13, 64, 66, 69-71, 102, 111-118, 128, 238, 260, 277-278, 325, 331-333, 363-365.

3.      Attached hereto as **Exhibit C** is a true and correct copy of 2019 Form 20-F Annual Report filed by PLDT Inc. with the U.S. SEC, dated April 23, 2020. *See* AC ¶¶ 74, 77, 91, 127-130, 256-266, 269, 272, 275, 276, 390.

4.      Attached hereto as **Exhibit D** is a true and correct copy of 2018 Form 20-F Annual Report filed by PLDT Inc. with the U.S. SEC, dated April 15, 2019.

5.      Attached hereto as **Exhibit E** is a true and correct copy of 2020 Form 20-F Annual Report filed by PLDT Inc. with the U.S. SEC, dated April 23, 2020. *See* AC ¶¶ 169-173, 266-269, 288.

6.      Attached hereto as **Exhibit F** is a true and correct copy of Form 6-K and the accompanying press release filed by PLDT Inc. with the U.S. SEC, dated December 19, 2022, which Plaintiff references numerous times in the AC.  *See, e.g.,* AC ¶¶ 10-11, 108, 128, 260, 312, 362, 399.

7.      Attached hereto as **Exhibit G** is a true and correct copy of the March 23, 2023 press release filed by PLDT Inc. with the U.S. SEC. *See* AC ¶¶ 337.

8.      Attached hereto as **Exhibit H** is a true and correct copy of 2022 Form 20-F Annual Report filed by PLDT Inc. with the U.S. SEC, dated March 24, 2023. *See* AC ¶¶ 41, 122, 278, 281, 284, 287, 290, 293, 296, 299, 302, 305, 308, 311.

DECLARATION OF DANIEL M. PERRY IN SUPPORT OF MOTION TO DISMISS

9. Attached hereto as **<u>Exhibit I</u>** is a true and correct copy of Form 6-K and the accompanying press release filed by PLDT Inc. with the U.S. SEC, dated March 3, 2022. *See* AC ¶¶ 198-200, 245-247, 300.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of October at New York, New York.

*/s/ Daniel M. Perry*

Daniel M. Perry

DECLARATION OF DANIEL M. PERRY IN SUPPORT OF MOTION TO DISMISS