# Exhibit F

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 6-K

**REPORT OF FOREIGN ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of December 2022**

**(Commission File No. 1-03006)**

# PLDT Inc.
**(Translation of registrant's name into English)**

**Ramon Cojuangco Building**
**Makati Avenue**
**Makati City**
**Philippines**
**(Address of registrant's principal executive office)**

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F.
Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101 (b) (1):
Yes ☐ No ☒

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101 (b) (7):
Yes ☐ No ☒

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.
Yes ☐ No ☒

NOTE REGARDING FORWARD-LOOKING STATEMENTS

Some information in this report may contain forward-looking statements within the meaning of Section 27A of the U.S. Securities Act of 1933 and Section 21E of the U.S. Securities Exchange Act of 1934. We have based these forward-looking statements on our current beliefs, expectations and intentions as to facts, actions and events that will or may occur in the future. Such statements generally are identified by forward-looking words such as "believe," "plan," "anticipate," "continue," "estimate," "expect," "may," "will" or other similar words.

A forward-looking statement may include a statement of the assumptions or bases underlying the forward-looking statement. We have chosen these assumptions or bases in good faith. These forward-looking statements are subject to risks, uncertainties and assumptions, some of which are beyond our control. In addition, these forward-looking statements reflect our current views with respect to future events and are not a guarantee of future performance. Actual results may differ materially from information contained in the forward-looking statements as a result of a number of factors, including, without limitation, the risk factors set forth in "Item 3. Key Information - Risk Factors" in our annual report on Form 20-F for the fiscal year ended December 31, 2021. You should also keep in mind that any forward-looking statement made by us in this report or elsewhere speaks only as at the date on which we made it. New risks and uncertainties come up from time to time, and it is impossible for us to predict these events or how they may affect us. We have no duty to, and do not intend to, update or revise the statements in this report after the date hereof. In light of these risks and uncertainties, you should keep in mind that actual results may differ materially from any forward-looking statement made in this report or elsewhere.

1

**EXHIBIT INDEX**

**Exhibit    Description**

Copies of the disclosure letters that we filed today with the Securities and Exchange Commission, Philippine Stock Exchange and Philippine Dealing & Exchange Corporation regarding a discloseable event/information.

2

Exhibit F
1416

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereto duly authorized.

PLDT Inc.

By:    /s/Marilyn A. Victorio-Aquino

Name:    MARILYN A. VICTORIO-AQUINO

Title:    Corporate Secretary

Date: December 16, 2022

3

**Exhibit 99.1**

## EXHIBITS

Exhibit Number                                                                                          Page

99.1        Copies of the disclosure letters that we filed today with the Securities and Exchange Commission, Philippine Stock Exchange and Philippine dealing & Exchange Corporation regarding a discloseable event/information.

December 16, 2022


Philippine Stock Exchange
6/F Philippine Stock Exchange Tower
28th Street corner 5th Avenue
Bonifacio Global City, Taguig City

Attention:     Ms. Alexandra D. Tom Wong
               OIC - Disclosure Department


Securities & Exchange Commission
Secretariat Building, PICC Complex
Roxas Boulevard, Pasay City

Attention:     Mr. Vicente Graciano P. Felizmenio, Jr.
               Director - Markets and Securities Regulation Dept.


Philippine Dealing & Exchange Corporation
29th Floor, BDO Equitable Tower
8751 Paseo de Roxas, Makati City 1226

Attention: Atty. Marie Rose M. Magallen-Lirio
               Head - Issuer Compliance and Disclosure Department


Gentlemen:

Further to our submissions of PSE Disclosure Form 4-30 (with Reference Number 0044549-2022) and PSE Disclosure Form 4-31 (with Reference Number 0044550-2022) dated December 16, 2022, kindly disregard pages 3 and 4 of the press release which were included due to inadvertence. For the avoidance of doubt, attached is the press release consisting of two (2) pages with pages 3 and 4 removed.


Very truly yours,



/s/Marilyn A. Victorio-Aquino
Marilyn A. Victorio-Aquino
Corporate Secretary

Exhibit F
1419

# COVER SHEET

SEC Registration Number

| P | W | - | 5 | 5 |   |   |   |   |   |

### Company Name

| P | L | D | T |   | I | N | C. |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

### Principal Office (No./Street/Barangay/City/Town/Province)

| R | A | M | O | N |   | C | O | J | U | A | N | G | C | O |   | B | U | I | L | D | I | N | G |

| M | A | K | A | T | I |   | A | V | E | N | U | E |

| M | A | K | A | T | I |   | C | I | T | Y |

| Form Type | Department requiring the report | Secondary License Type, If Applicable |
|---|---|---|
| 17 - C | M S R D |   |

## COMPANY INFORMATION

| Company's Email Address | Company's Telephone Number/s | Mobile Number |
|---|---|---|
|   |   |   |

| No. of Stockholders | Annual Meeting Month/Day | Fiscal Year Month/Day |
|---|---|---|
| **11,434 As of November 30, 2022** | **Every 2nd Tuesday of June** | **December 31** |

### CONTACT PERSON INFORMATION
The designated contact person **MUST** be an Officer of the Corporation

| Name of Contact Person | Email Address | Telephone Number/s | Mobile Number |
|---|---|---|---|
| **Marilyn A. Victorio-Aquino** | **mvaquino@pldt.com.ph** | **82500254** |   |
| Name of Contact Person | Email Address | Telephone Number/s | Mobile Number |

Contact Person's Address

**MGO Building, Legaspi St. corner Dela Rosa St., Makati City**

**Note**: In case of death, resignation or cessation of office of the officer designated as contact person, such incident shall be reported to the Commission within thirty (30) calendar days from the occurrence thereof with information and complete contact details of the new contact person designated.

SECURITIES AND EXCHANGE COMMISSION

CURRENT REPORT UNDER SECTION 17
OF THE SECURITIES REGULATION CODE

Exhibit F
1420

AND SRC RULE 17.1

Exhibit F
1421

1    December 16, 2022
     Date of Report (Date of earliest event reported)

2.   SEC Identification Number PW-55

3.   BIR Tax Identification No. 000-488-793

4.   PLDT Inc.
     Exact name of issuer as specified in its charter

5.   PHILIPPINES                                                      6. _____ (SEC Use Only)
     Province, country or other jurisdiction of Incorporation            Industry Classification Code

7.   Ramon Cojuangco Building, Makati Avenue, MakatiCity                             1200
     Address of principal office                                                Postal Code

8.   (632) 82500254
     Issuer's telephone number, including area code

9.   Not Applicable
     Former name or former address, if changed since last report

10.  Securities registered pursuant to Sections 8 and 12 of the Securities Regulation Code and Sections
     4 and 8 of the Revised Securities Act

| Title of Each Class | Number of Shares of Common Stock Outstanding and Amount of Debt Outstanding |
| --- | --- |
| | |
| | |
| | |



## PLDT Inc.

## TEL

**PSE Disclosure Form 4-30 - Material Information/Transactions**
References: SRC Rule 17 (SEC Form 17-C) and Sections 4.1 and 4.4 of
the Revised Disclosure Rules

| Subject of the Disclosure |
| --- |
| ELEVATED CAPEX SPEND |

| Background/Description of the Disclosure |
| --- |
| OVER THE PAST FOUR YEARS (2019-2022), PLDT INC AND ITS SUBSIDIARY, SMART COMMUNICATIONS INC, EMBARKED ON A MASSIVE NETWORK TRANSFORMATION PROGRAM AND LAUNCHED LARGE MULTI-YEAR CAPEX PROJECTS—WHICH INCLUDED LTE AND 5G ROLLOUT, FTTH ROLLOUT, TRANSPORT NETWORK TRANSFORMATION, FIBER REBUILD AND FIBER TO THE BTS, SUBMARINE CABLE EXPANSION, CORE NETWORK TRANSFORMATION AND TOWERS UPGRADE, AMONGST OTHERS. THESE MULTI-YEAR INVESTMENTS WERE DESIGNED TO REGAIN AND SUSTAIN NETWORK AND TECHNOLOGY LEADERSHIP AS WELL AS PROVIDE THE BEST CUSTOMER EXPERIENCE. <br><br>WE HAVE SUCCESSFULLY ATTAINED THESE GOALS AS SHOWN BY: <br><br>(1) SMART'S NETWORK SUPERIORITY OVER THE LAST FOUR YEARS AS VALIDATED BY GLOBAL BENCHMARKING FIRMS, OOKLA AND OPENSIGNAL <br>(2) OUR FIBER FOOTPRINT OF OVER 1,000,000 KILOMETERS (INCLUDING INTERNATIONAL FIBER CABLE SYSTEMS) AND 16.78 MILLION HOMES PASSED (AS OF 3Q2022) IS THE WIDEST AND MOST EXTENSIVE <br>(3) SMART HAS RECOVERED 4% REVENUE MARKET SHARE—FROM 44% IN 2019 TO 48% AT THE START OF 2022 <br>(4) HOME BROADBAND REVENUES HAVE RISEN FROM PHP 26.6 BILLION IN 2018 TO AN ESTIMATED PHP47.78 <br>(5) FOR THE FIRST 9 MONTHS OF 2022, TOTAL TELCO INDUSTRY REVENUES GREW BY PHP 17.4 BILLION, OF WHICH 46% WERE GAINED BY PLDT. AND IN RECENT YEARS, PLDT HAS GAINED A SIGNIFICANT SHARE OF GROWTH IN TOTAL INDUSTRY REVENUE DESPITE THE ENTRY OF NEW PLAYERS. <br>(6) IN THE FACE OF THE PANDEMIC, AND ESPECIALLY AT ITS HEIGHT, PLDT AND SMART CONTINUED ITS CAPEX SPEND, RESULTING IN ENHANCED CONNECTIVITY FOR OUR PEOPLE, AND BETTER CUSTOMER EXPERIENCE <br><br>WHILE THESE SUBSTANTIAL CAPEX INVESTMENTS WERE KEY TO MEETING PLDT'S GOALS, THEY CAME AT A PRICE—CAPEX INVESTMENTS FOR THESE FOUR YEARS AGGREGATED PHP 379 BILLION, INCLUDING AN ESTIMATED BUDGET OVERRUN OF NO MORE THAN PHP 48 BILLION. WE MUST STRESS THAT THE MAXIMUM PHP 48 BILLION CAPEX BUDGET OVERRUN REPRESENTS ABOUT 12.7% OF TOTAL CAPEX SPEND OVER THE PERIOD. THIS BEST ESTIMATE IS SUBJECT TO: (A) ONGOING INTERNAL FORENSICS MANDATED BY THE BOARD AND ITS AUDIT COMMITTEE AND (B) DISCUSSIONS WITH PRINCIPAL VENDORS WITH A VIEW TO RECONCILIATION OF ACCOUNTS AND REDUCTION OF SUCH BUDGET OVERRUNS. |

THE INVESTIGATION HAS, SO FAR, NOT UNCOVERED ANY FRAUDULENT TRANSACTIONS, PROCUREMENT ANOMALIES, OR LOSS OF ASSETS ARISING FROM THE CAPEX SPEND.

OUR VENDORS CONTINUE TO BE COMMITTED TO THEIR PARTNERSHIP WITH PLDT AND HAVE EXPRESSED FLEXIBILITY TO WORK WITH OUR COMMERCIAL REQUESTS INVOLVING REDUCTION OF OUTSTANDING WORK.

INSOFAR AS THE BUSINESS IS CONCERNED, WE EMPHASIZE THAT ALL THREE MAJOR REVENUE STREAMS OF PLDT—WIRELESS, HOME, AND ENTERPRISE—REMAIN HEALTHY AND ROBUST, WITH HOME AND ENTERPRISE MAINTAINING THEIR RESPECTIVE MARKET LEADERSHIP. THESE 3 BUSINESS UNITS ARE UNAFFECTED BY THE CAPEX OVERRUN REFERRED TO ABOVE. EBITDA FOR THE FULL YEAR 2022 IS WITHIN GUIDANCE LEVELS OF PHP 100.0 BILLION, AS IS CORE INCOME AT BETWEEN PHP 32.0 - 33.0 BILLION.

THE FIRST PHASE OF TOWERS SALE OF PHP 77.0 BILLION EARLIER THIS YEAR HAS PROVIDED SIGNIFICANT EXCEPTIONAL GAINS FOR PLDT. A FURTHER SALE OF TOWERS ARE CONTEMPLATED NEXT YEAR AT SIMILAR PRICING AS THE FIRST SALE, AND WILL CONTRIBUTE ADDITIONAL EXCEPTIONAL GAINS TO PLDT'S CORE INCOME IN 2023, THESE GAINS WILL ALSO REDUCE THE INCREMENTAL DEPRECIATION EXPENSES IN PLDT'S FINANCIAL ACCOUNTS ARISING FROM THE CAPEX OVERRUN.

CAPEX FOR 2023 WILL CONTINUE TO BE ELEVATED AS THE CAPEX OVERRUNS ENTER THE FINANCIAL STATEMENTS THIS YEAR AND NEXT, CUSHIONED HOWEVER BY SIGNIFICANT GAINS ON TOWER SALES. CAPEX LEVELS ARE EXPECTED TO BE LOWER 2024 ONWARDS.

PLDT IS UNDERTAKING A MANAGEMENT REORGANIZATION PROCESS AND HAS INITIATED IMPROVEMENTS ON ITS PROCESSES AND SYSTEMS TO ADDRESS WEAKNESSES THAT ALLOWED SUCH BUDGET OVERRUNS TO OCCUR. A SEPARATE ANNOUNCEMENT WILL BE MADE ONCE THE REORGANIZATION IS IMPLEMENTED.

**Other Relevant Information**

Please refer to the attached press release.



# PLDT Inc.

# TEL

**PSE Disclosure Form 4-31 – Press Release References: SRC Rule 17 (SEC Form 17-C)
and Section 4.4 of the Revised Disclosure Rules**

| Subject of the Disclosure |
| --- |
| ELEVATED CAPEX SPEND |

| Background/Description of the Disclosure |
| --- |
| OVER THE PAST FOUR YEARS (2019-2022), PLDT INC AND ITS SUBSIDIARY, SMART COMMUNICATIONS INC, EMBARKED ON A MASSIVE NETWORK TRANSFORMATION PROGRAM AND LAUNCHED LARGE MULTI-YEAR CAPEX PROJECTS—WHICH INCLUDED LTE AND 5G ROLLOUT, FTTH ROLLOUT, TRANSPORT NETWORK TRANSFORMATION, FIBER REBUILD AND FIBER TO THE BTS, SUBMARINE CABLE EXPANSION, CORE NETWORK TRANSFORMATION AND TOWERS UPGRADE, AMONGST OTHERS. THESE MULTI-YEAR INVESTMENTS WERE DESIGNED TO REGAIN AND SUSTAIN NETWORK AND TECHNOLOGY LEADERSHIP AS WELL AS PROVIDE THE BEST CUSTOMER EXPERIENCE.<br><br>WE HAVE SUCCESSFULLY ATTAINED THESE GOALS AS SHOWN BY:<br><br>(1) SMART'S NETWORK SUPERIORITY OVER THE LAST FOUR YEARS AS VALIDATED BY GLOBAL BENCHMARKING FIRMS, OOKLA AND OPENSIGNAL<br>(2) OUR FIBER FOOTPRINT OF OVER 1,000,000 KILOMETERS (INCLUDING INTERNATIONAL FIBER CABLE SYSTEMS) AND 16.78 MILLION HOMES PASSED (AS OF 3Q2022) IS THE WIDEST AND MOST EXTENSIVE<br>(3) SMART HAS RECOVERED 4% REVENUE MARKET SHARE—FROM 44% IN 2019 TO 48% AT THE START OF 2022<br>(4) HOME BROADBAND REVENUES HAVE RISEN FROM PHP 26.6 BILLION IN 2018 TO AN ESTIMATED PHP47.78<br>(5) FOR THE FIRST 9 MONTHS OF 2022, TOTAL TELCO INDUSTRY REVENUES GREW BY PHP 17.4 BILLION, OF WHICH 46% WERE GAINED BY PLDT. AND IN RECENT YEARS, PLDT HAS GAINED A SIGNIFICANT SHARE OF GROWTH IN TOTAL INDUSTRY REVENUE DESPITE THE ENTRY OF NEW PLAYERS.<br>(6) IN THE FACE OF THE PANDEMIC, AND ESPECIALLY AT ITS HEIGHT, PLDT AND SMART CONTINUED ITS CAPEX SPEND, RESULTING IN ENHANCED CONNECTIVITY FOR OUR PEOPLE, AND BETTER CUSTOMER EXPERIENCE<br><br>WHILE THESE SUBSTANTIAL CAPEX INVESTMENTS WERE KEY TO MEETING PLDT'S GOALS, THEY CAME AT A PRICE—CAPEX INVESTMENTS FOR THESE FOUR YEARS AGGREGATED PHP 379 BILLION, INCLUDING AN ESTIMATED BUDGET OVERRUN OF NO MORE THAN PHP 48 BILLION. WE MUST STRESS THAT THE MAXIMUM PHP 48 BILLION CAPEX BUDGET OVERRUN REPRESENTS ABOUT 12.7% OF TOTAL CAPEX SPEND OVER THE PERIOD. THIS BEST ESTIMATE IS SUBJECT |

TO: (A) ONGOING INTERNAL FORENSICS MANDATED BY THE BOARD AND ITS AUDIT COMMITTEE AND (B) DISCUSSIONS WITH PRINCIPAL VENDORS WITH A VIEW TO RECONCILIATION OF ACCOUNTS AND REDUCTION OF SUCH BUDGET OVERRUNS.

THE INVESTIGATION HAS, SO FAR, NOT UNCOVERED ANY FRAUDULENT TRANSACTIONS, PROCUREMENT ANOMALIES, OR LOSS OF ASSETS ARISING FROM THE CAPEX SPEND.

OUR VENDORS CONTINUE TO BE COMMITTED TO THEIR PARTNERSHIP WITH PLDT AND HAVE EXPRESSED FLEXIBILITY TO WORK WITH OUR COMMERCIAL REQUESTS INVOLVING REDUCTION OF OUTSTANDING WORK.

INSOFAR AS THE BUSINESS IS CONCERNED, WE EMPHASIZE THAT ALL THREE MAJOR REVENUE STREAMS OF PLDT—WIRELESS, HOME, AND ENTERPRISE—REMAIN HEALTHY AND ROBUST, WITH HOME AND ENTERPRISE MAINTAINING THEIR RESPECTIVE MARKET LEADERSHIP. THESE 3 BUSINESS UNITS ARE UNAFFECTED BY THE CAPEX OVERRUN REFERRED TO ABOVE. EBITDA FOR THE FULL YEAR 2022 IS WITHIN GUIDANCE LEVELS OF PHP 100.0 BILLION, AS IS CORE INCOME AT BETWEEN PHP 32.0 - 33.0 BILLION.

THE FIRST PHASE OF TOWERS SALE OF PHP 77.0 BILLION EARLIER THIS YEAR HAS PROVIDED SIGNIFICANT EXCEPTIONAL GAINS FOR PLDT. A FURTHER SALE OF TOWERS ARE CONTEMPLATED NEXT YEAR AT SIMILAR PRICING AS THE FIRST SALE, AND WILL CONTRIBUTE ADDITIONAL EXCEPTIONAL GAINS TO PLDT'S CORE INCOME IN 2023, THESE GAINS WILL ALSO REDUCE THE INCREMENTAL DEPRECIATION EXPENSES IN PLDT'S FINANCIAL ACCOUNTS ARISING FROM THE CAPEX OVERRUN.

CAPEX FOR 2023 WILL CONTINUE TO BE ELEVATED AS THE CAPEX OVERRUNS ENTER THE FINANCIAL STATEMENTS THIS YEAR AND NEXT, CUSHIONED HOWEVER BY SIGNIFICANT GAINS ON TOWER SALES. CAPEX LEVELS ARE EXPECTED TO BE LOWER 2024 ONWARDS.

PLDT IS UNDERTAKING A MANAGEMENT REORGANIZATION PROCESS AND HAS INITIATED IMPROVEMENTS ON ITS PROCESSES AND SYSTEMS TO ADDRESS WEAKNESSES THAT ALLOWED SUCH BUDGET OVERRUNS TO OCCUR. A SEPARATE ANNOUNCEMENT WILL BE MADE ONCE THE REORGANIZATION IS IMPLEMENTED.

**Other Relevant Information**

Please refer to the attached press release.

# COVER SHEET

SEC Registration Number

| P | W | - | 5 | 5 |  |  |  |  |

Company Name

| P | L | D | T |  | I | N | C. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Principal Office (No./Street/Barangay/City/Town/Province)

| R | A | M | O | N |  | C | O | J | U | A | N | G | C | O |  | B | U | I | L | D | I | N | G |  |  |  |  |

| M | A | K | A | T | I |  | A | V | E | N | U | E |

| M | A | K | A | T | I |  | C | I | T | Y |

| Form Type | Department requiring the report | Secondary License Type, If Applicable |
|---|---|---|
| 17 - C | M S R D | |

## COMPANY INFORMATION

| Company's Email Address | Company's Telephone Number/s | Mobile Number |
|---|---|---|
| | | |

| No. of Stockholders | Annual Meeting Month/Day | Fiscal Year Month/Day |
|---|---|---|
| 11,434 As of November 30, 2022 | Every 2nd Tuesday of June | December 31 |

## CONTACT PERSON INFORMATION

The designated contact person **MUST** be an Officer of the Corporation

| Name of Contact Person | Email Address | Telephone Number/s | Mobile Number |
|---|---|---|---|
| Marilyn A. Victorio-Aquino | mvaquino@pldt.com.ph | 82500254 | |

Contact Person's Address

MGO Building, Legaspi St. corner Dela Rosa St., Makati City

**Note**: In case of death, resignation or cessation of office of the officer designated as contact person, such incident shall be reported to the Commission within thirty (30) calendar days from the occurrence thereof with information and complete contact details of the new contact person designated.

Exhibit F
1428

SECURITIES AND EXCHANGE COMMISSION

CURRENT REPORT UNDER SECTION 17
OF THE SECURITIES REGULATION CODE
AND SRC RULE 17.1

1.      December 16, 2022
        Date of Report (Date of earliest event reported)

2.      SEC Identification Number PW-55

3.      BIR Tax Identification No. 000-488-793

4.      PLDT Inc.
        Exact name of issuer as specified in its charter

5.      PHILIPPINES6._____ (SEC Use Only)
        Province, country or other jurisdictionIndustry Classification Code
        of Incorporation

7. Cojuangco Building, Makati Avenue, Makati City       1200
                                Address of principal office        Postal Code

(+632) 82500254
                Issuer's telephone number, including area code

Not Applicable
                Former name or former address, if changed since last report

10.     Securities registered pursuant to Sections 8 and 12 of the Securities Regulation Code and Sections 4 and 8 of the
        Revised Securities Act

         Title of Each Class                             Number of Shares of Common Stock Outstanding
                                                              and Amount of Debt Outstanding

         _____
         _____
         _____

Exhibit F
1429

11. Item 9 (Other events)

Attached hereto is a Press Release in relation to a disclosable event/information.

Pursuant to the requirements of the Securities Regulation Code, the Company has duly caused this Report to be signed on its behalf by the undersigned hereunto duly authorized.

**PLDT INC.**

By:

/s/Marilyn A. Victorio-Aquino
Marilyn A. Victorio-Aquino
Corporate Secretary

December 16, 2022

Exhibit F
1430



## ELEVATED CAPEX SPEND

OVER THE PAST FOUR YEARS (2019-2022), PLDT INC AND ITS SUBSIDIARY, SMART COMMUNICATIONS INC, EMBARKED ON A MASSIVE NETWORK TRANSFORMATION PROGRAM AND LAUNCHED LARGE MULTI-YEAR CAPEX PROJECTS-WHICH INCLUDED LTE AND 5G ROLLOUT, FTTH ROLLOUT, TRANSPORT NETWORK TRANSFORMATION, FIBER REBUILD AND FIBER TO THE BTS, SUBMARINE CABLE EXPANSION, CORE NETWORK TRANSFORMATION AND TOWERS UPGRADE, AMONGST OTHERS. THESE MULTI-YEAR INVESTMENTS WERE DESIGNED TO REGAIN AND SUSTAIN NETWORK AND TECHNOLOGY LEADERSHIP AS WELL AS PROVIDE THE BEST CUSTOMER EXPERIENCE.

WE HAVE SUCCESSFULLY ATTAINED THESE GOALS AS SHOWN BY:
(1) SMART'S NETWORK SUPERIORITY OVER THE LAST FOUR YEARS AS VALIDATED BY GLOBAL BENCHMARKING FIRMS, OOKLA AND OPENSIGNAL
(2) OUR FIBER FOOTPRINT OF OVER 1,000,000 KILOMETERS (INCLUDING INTERNATIONAL FIBER CABLE SYSTEMS) AND 16.78 MILLION HOMES PASSED (AS OF 3Q2022) IS THE WIDEST AND MOST EXTENSIVE
(3) SMART HAS RECOVERED 4% REVENUE MARKET SHARE-FROM 44% IN 2019 TO 48% AT THE START OF 2022
(4) HOME BROADBAND REVENUES HAVE RISEN FROM PHP 26.6 BILLION IN 2018 TO AN ESTIMATED PHP47.78
(5) FOR THE FIRST 9 MONTHS OF 2022, TOTAL TELCO INDUSTRY REVENUES GREW BY PHP 17.4 BILLION, OF WHICH 46% WERE GAINED BY PLDT. AND IN RECENT YEARS, PLDT HAS GAINED A SIGNIFICANT SHARE OF GROWTH IN TOTAL INDUSTRY REVENUE DESPITE THE ENTRY OF NEW PLAYERS.
(6) IN THE FACE OF THE PANDEMIC, AND ESPECIALLY AT ITS HEIGHT, PLDT AND SMART CONTINUED ITS CAPEX SPEND, RESULTING IN ENHANCED CONNECTIVITY FOR OUR PEOPLE, AND BETTER CUSTOMER EXPERIENCE

WHILE THESE SUBSTANTIAL CAPEX INVESTMENTS WERE KEY TO MEETING PLDT'S GOALS, THEY CAME AT A PRICE-CAPEX INVESTMENTS FOR THESE FOUR YEARS AGGREGATED PHP 379 BILLION, INCLUDING AN ESTIMATED BUDGET OVERRUN OF NO MORE THAN PHP 48 BILLION. WE MUST STRESS THAT THE MAXIMUM PHP 48 BILLION CAPEX BUDGET OVERRUN REPRESENTS ABOUT 12.7% OF TOTAL CAPEX SPEND OVER THE PERIOD. THIS BEST ESTIMATE IS SUBJECT TO: (A) ONGOING INTERNAL FORENSICS MANDATED BY THE BOARD AND ITS AUDIT COMMITTEE AND (B) DISCUSSIONS WITH PRINCIPAL VENDORS WITH A VIEW TO RECONCILIATION OF ACCOUNTS AND REDUCTION OF SUCH BUDGET OVERRUNS.

THE INVESTIGATION HAS, SO FAR, NOT UNCOVERED ANY FRAUDULENT TRANSACTIONS, PROCUREMENT ANOMALIES, OR LOSS OF ASSETS ARISING FROM THE CAPEX SPEND.

OUR VENDORS CONTINUE TO BE COMMITTED TO THEIR PARTNERSHIP WITH PLDT AND HAVE EXPRESSED FLEXIBILITY TO WORK WITH OUR COMMERCIAL REQUESTS INVOLVING REDUCTION OF OUTSTANDING WORK.

INSOFAR AS THE BUSINESS IS CONCERNED, WE EMPHASIZE THAT ALL THREE MAJOR REVENUE STREAMS OF PLDT-WIRELESS, HOME, AND ENTERPRISE- REMAIN HEALTHY AND ROBUST, WITH HOME AND ENTERPRISE MAINTAINING THEIR RESPECTIVE MARKET LEADERSHIP. THESE 3 BUSINESS UNITS ARE UNAFFECTED BY THE CAPEX OVERRUN REFERRED TO ABOVE. EBITDA FOR THE FULL YEAR 2022 IS WITHIN GUIDANCE LEVELS OF PHP 100.0 BILLION, AS IS CORE INCOME AT BETWEEN PHP 32.0 - 33.0 BILLION.

THE FIRST PHASE OF TOWERS SALE OF PHP 77.0 BILLION EARLIER THIS YEAR HAS PROVIDED SIGNIFICANT EXCEPTIONAL GAINS FOR PLDT. A FURTHER SALE OF TOWERS ARE CONTEMPLATED NEXT YEAR AT SIMILAR PRICING AS THE FIRST SALE, AND WILL CONTRIBUTE ADDITIONAL EXCEPTIONAL GAINS TO PLDT'S CORE INCOME IN 2023, THESE GAINS WILL ALSO REDUCE THE INCREMENTAL DEPRECIATION EXPENSES IN PLDT'S FINANCIAL ACCOUNTS ARISING FROM THE CAPEX OVERRUN.

CAPEX FOR 2023 WILL CONTINUE TO BE ELEVATED AS THE CAPEX OVERRUNS ENTER THE FINANCIAL STATEMENTS THIS YEAR AND NEXT, CUSHIONED HOWEVER BY SIGNIFICANT GAINS ON TOWER SALES. CAPEX LEVELS ARE EXPECTED TO BE LOWER 2024 ONWARDS.

PLDT IS UNDERTAKING A MANAGEMENT REORGANIZATION PROCESS AND HAS INITIATED IMPROVEMENTS ON ITS PROCESSES AND SYSTEMS TO ADDRESS WEAKNESSES THAT ALLOWED SUCH BUDGET OVERRUNS TO OCCUR. A SEPARATE ANNOUNCEMENT WILL BE MADE ONCE THE REORGANIZATION IS IMPLEMENTED.

-------------------------------0-------------------------------

For further information, please contact:

Melissa V. Vergel de Dios                                                    Cathy Y. Yang

pldt_ir_center@pldt.com.ph cyyang@pldt.com.ph

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report

Exhibit F
1432

to be signed on its behalf by the undersigned, thereunto duly authorized.

PLDT Inc.

By       :    /s/Marilyn A. Victorio-Aquino
Name   :    Marilyn A. Victorio-Aquino
Title     :    Corporate Secretary

Date: December 16, 2022