FILED
CLERK, U.S. DISTRICT COURT

05/17/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___M.B.___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DR. KEVING DOUGLAS, Individually and on behalf of all others similarly situated,

        Plaintiff,

v.

PLDT INC., MANUEL V. PANGILIANAN, ALFRED S. PANILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-QUINO, MA. LOURDES C. RAUSA-CHAN, GIL SAMSON D. GARCIA, JUNE CHERYL A. CABAL-REVILLA, AND JANE BASAS,

        Defendants.

Case No. 2:23-CV-00885-CJC-MAA

## OBJECTION TO PROPOSED SETTLEMENT OF CLASS ACTION

NOW COMES Matthew Miner, a member of the class, who hereby objects to the approval of the Proposed Settlement and in support thereof states the following:

1. The Objector's full name, address, email address, and phone number is: Matthew Miner, 1058 Lancaster Ct, Rantoul, IL 61866, mminer237@gmail.com, 217-607-4986

2. The Objector owned zero shares of PLDT Inc. at the start of the Class Period and made the following transactions in the Class Period:

- Purchased 10 shares on October 31, 2022 at $27.59/share

- Purchased 3 shares on December 14, 2022 at $28.45/share

3. The Objector therefore owned zero shares at the start of the Class Period and 13 shares at the end of the Class Period.

4. The Objector has never objected to a class action settlement before.

5. Under the terms of the Proposed Settlement, it is estimated that the Objector would "get" approximately $7.54, however such amount would not actually be paid as it is under $10.

6. That methods exist to economically pay sums under $10.

7. That the attorney's fees for Objector's shares would be approximately $2.08.

8. That Lead Counsel has not shown sufficient time or expense spent to justify the payment of $750,000.

Case 2:23-cv-00885-FLA-MAA   Document 58   Filed 05/17/24   Page 2 of 3   Page ID #:3162



Mr. Matthew J. Miner
1058 Lancaster Ct
Rantoul, IL 61866

CHAMPAIGN IL



FREEDOM
FOREVER/USA



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 1 7 2024

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY


PROCESSING

Clerk of Court, US District Court, Cent. Dist. of CA
Ronald Reagan Federal Building and US Courthouse
411 West Fourth St
Santa Ana, CA 92701-4516

92701-451653