**LEVI & KORSINSKY, LLP**
David C. Jaynes (SBN 338917)
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

*Lead Counsel for Lead Plaintiff*
*Dr. Kevin Douglas and the Class*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KEVIN DOUGLAS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PLDT INC., MANUEL V. PANGILINAN, ALFRED S. PANLILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-AQUINO, MA. LOURDES C. RAUSA-CHAN, GIL SAMSON D. GARCIA, JUNE CHERYL A. CABAL-REVILLA, AND JANE BASAS, <br><br> Defendants. | Case No. 2:23-cv-00885-FLA (MAAx) <br><br> <u>CLASS ACTION</u> <br><br> LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES AND FOR AN AWARD TO LEAD PLAINTIFF <br><br> Date: August 9, 2024 <br> Time: 1:30 p.m. <br> Judge: Hon. Fernando L. Aenlle-Rocha <br> Courtroom: 6B |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on August 9, 2024, at 1:30 p.m. or at such other time as the Court determines, in Courtroom 6B, the Honorable Fernando L. Aenlle-Rocha, United States District Judge presiding, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Lead Counsel, Levi & Korsinsky LLP, will move for an order awarding: (i) Lead Counsel attorneys' fees in the amount of $750,000 for securing this favorable result for the Class; (ii) payment of Lead Counsel's litigation expenses in the amount of $67,490.63 for expenses reasonably incurred in prosecuting this Action; and (iii) $5,000 to Lead Plaintiff Dr. Kevin Douglas in recognition of the time and effort he spent representing the Class ("Fee and Expense Application").

This Fee and Expense Application is supported by the Memorandum of Points and Authorities in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses, and for an Award to Lead Plaintiff ("Fee and Expense Memorandum") submitted herewith, the accompanying Declaration of Shannon L. Hopkins in Support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of the Plan of Allocation, and Final Certification of the Class and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses and for an Award to Lead Plaintiff ("Hopkins Decl."), the Declaration of Shannon L. Hopkins on Behalf of Levi & Korsinsky LLP in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses ("Fee Decl." attached as Ex. 3 to the Hopkins Decl. and supporting exhibits thereto), the Stipulation of Settlement and its attachments filed with Court on February 16, 2024 (ECF 54-7), and all other pleadings and matters of record. Defendants do not oppose the relief sought in this Motion.

2

DATED: June 10. 2024

**LEVI & KORSINSKY. LLP**

*/s/ David C. Jaynes*
David C. Jaynes (SBN 338917)
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT  06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Lead Counsel for Lead Plaintiff Dr. Kevin Douglas and the Class*

3

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List. I certify under penalty of perjury under the laws of the United States of America  that the foregoing is true and correct.

Executed on June 10, 2024

/s/ David C. Jaynes
David C. Jaynes

**LEVI & KORSINSKY,  LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

4