# Exhibit 1

**LEVI & KORSINSKY, LLP**
David C. Jaynes (SBN 338917)
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

*Lead Counsel for Lead Plaintiff*
*Dr. Kevin Douglas and the Class*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KEVIN DOUGLAS, Individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>          vs.<br><br>PLDT INC., MANUEL V. PANGILINAN, ALFRED S. PANLILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-AQUINO, MA. LOURDES C. RAUSA-CHAN, GIL SAMSON D. GARCIA, JUNE CHERYL A. CABAL-REVILLA, AND JANE BASAS,<br><br>                                        Defendants. | Case No. 2:23-cv-00885-FLA (MAAx)<br><br>CLASS ACTION<br><br>DECLARATION OF LEAD PLAINTIFF DR. KEVIN DOUGLAS IN SUPPORT OF: (A) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF THE PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF THE CLASS AND (B) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND  LITIGATION EXPENSES, AND FOR AN AWARD TO LEAD PLAINTIFF<br><br>Date: August 9, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B |

I, KEVIN DOUGLAS, hereby declare under penalty of perjury as follows:

1.     I understand that I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action"), and that the Court has preliminarily appointed me as class representative for Settlement purposes. I submit this declaration in support of my Motion for Final Approval of Class Action Settlement, Approval of the Plan of Allocation, and Final Certification of the Class, and Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses, and for an Award to Lead Plaintiff, filed herewith.

2.     I am aware and understand as a representative plaintiff in a securities class action, I have responsibilities and duties to act in the best interests of other similarly situated members of the Settlement Class. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.  OVERSIGHT OF THE LITIGATION

3.     I reside in New Market, Maryland. I possess an M.D. and specialize in internal medicine. I am currently retired, but prior to that I was employed as a physician in the United States Army. I have been investing in securities for 25 years. Further, I have experience hiring and overseeing attorneys for family law matters.

4.     Based on my own research of PLDT, Inc. ("PLDT"), I purchased or otherwise acquired PLDT American Depository Shares ("ADS") during the Class Period alleged in the Action and suffered a loss due to the allegations in the Action. On my own initiative, I contacted and retained Levi & Korsinsky, LLP ("Levi & Korsinsky" or "Lead Counsel") to obtain more information concerning this Action and to seek appointment as Lead Plaintiff.

5.     Throughout the litigation, I received periodic status reports from Lead Counsel on case developments and participated in regular discussions concerning the

prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) researched news related to PLDT and its securities; (b) participated in telephone calls and sent and received emails with my attorneys regarding the progress of the case; (c) reviewed significant filings filed in the Action; (d) reviewed Court orders; (e) consulted with my attorneys regarding the possibility of pursuing mediation, the overall settlement prospects and objectives, and status of the parties' negotiations; and (f) evaluated and approved the proposed Settlement in light of all of the circumstances concerning the Action.

6.     In performing the above tasks, I spent approximately 40 total hours. My hourly billing rate as a physician was $150.00 per hour.

## II.     APPROVAL OF THE SETTLEMENT

7.     Through my active participation and my communications with Lead Counsel, I was kept informed of the progress of this Action, as well as all Settlement negotiations, including those before the mediator, Jed D. Melnick Esq. As a result of the mediation with Mr. Melnick and subsequent negotiations, I conferred with my attorneys regarding the parties' respective positions and the mediator's recommendation.

8.     I authorized Lead Counsel to settle this case for $3 million in cash. In doing so, I considered the merits of the Action. In concluding that the Settlement is fair and reasonable, I weighed the Settlement's substantial benefits to the Class against the significant risks and uncertainties of continued litigation of this case.

9.     Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I strongly endorse approval of the Settlement by the Court.

3

### III.  LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

10.  I believe that Lead Counsel's request for an award of attorneys' fees in the amount of one-quarter (25%) of the Settlement Fund is fair and reasonable in light of the work Lead Counsel performed on behalf of the Class. I have evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Class, the fact that Lead Counsel agreed to represent the Class and myself on an entirely contingent basis and also agreed to advance all litigation costs and expenses, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

11.  I further believe that the litigation expenses being requested for reimbursement to Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

### IV.  CONCLUSION

12.  In conclusion, I was closely involved throughout the prosecution and settlement of the claims in this Action, strongly endorse the Settlement as fair and adequate, and believe that the Settlement represents a significant recovery for the Class. Accordingly, I respectfully request that the Court approve (a) Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of the Plan of Allocation, and Final Certification of the Class and (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses, and for an Award to Lead Plaintiff.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of June 2024

Signature :

Name : Kevin M. Douglas