`

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA OLSSON,<br><br>                  Plaintiff,<br><br>     v.<br><br>PLDT INC., *et al.*,<br><br>                 Defendants. | Case No. 2:23-cv-00885-FLA (MAAx)<br><br>**ORDER REGARDING HEARING ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:       August 9, 2024<br>Time:      1:30 p.m.<br>Courtroom:  6B |

1

On May 31, 2024, this action was reassigned from Judge Cormac J. Carney to this court for all further proceedings.  Dkt. 59.  On June 6, 2024, the court reset a hearing previously set by Judge Carney (Dkt. 56) on Plaintiff's Motion for Final Approval of Class Action Settlement for August 9, 2024, at 1:30 p.m. ("Hearing"). Dkt. 60.

The court ORDERS Plaintiff to file a status report by Friday, July 12, 2024, confirming Plaintiff sent the class members updated notice of the hearing and identifying the means of such notice.  *See* Dkt. 56 at 23.

IT IS SO ORDERED.

Dated: July 8, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge

2