**LEVI & KORSINSKY, LLP**
David C. Jaynes (SBN 338917)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

*Lead Counsel for Lead Plaintiff*
*Dr. Kevin Douglas and the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KEVIN DOUGLAS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLDT INC., MANUEL V. PANGILINAN, ALFRED S. PANLILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-AQUINO, MA. LOURDES C. RAUSA-CHAN, GIL SAMSON D. GARCIA, JUNE CHERYL A. CABAL-REVILLA, AND JANE BASAS,<br><br>Defendants. | Case No. 2:23-cv-00885-FLA (MAAx)<br><br><u>CLASS ACTION</u><br><br>SUPPLEMENTAL DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF (1) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF THE PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF THE CLASS AND (2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES AND FOR AN AWARD TO LEAD PLAINTIFF<br><br>Date: August 9, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B |

I, Shannon L. Hopkins, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am a partner at Levi & Korsinsky, LLP, ("Levi & Korsinsky" or "Lead Counsel"), which the Honorable Cormac J. Carney appointed Lead Counsel for Lead Plaintiff, Dr. Kevin Douglas ("Lead Plaintiff"), and the Class in the above-captioned securities class action matter ("Action").[1] I am an attorney admitted to practice in this Court. Unless otherwise indicated, the statements made in this declaration are based upon my personal knowledge.

2. I submit this declaration in further support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of the Plan of Allocation, and Final Certification of the Class and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses and Award to Lead Plaintiff.

3. Attached hereto as Exhibit 7 is a true and correct copy of the Supplemental Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date ("Craig Supp. Decl.").

4. Attached hereto as Exhibit 8 is a [Proposed] Final Judgment and Order of Dismissal with Prejudice.

5. Attached hereto as Exhibit 9 is [Proposed] Order Granting Lead Counsel's Motion for an Award of Attorney's Fees and Expenses and for an Award to Lead Plaintiff.

6. Attached hereto as Exhibit 10 is a [Proposed] Order Approving Plan of Allocation

7. Attached hereto as Exhibit 11 is a PowerPoint presentation prepared by Lead Counsel.

I declare under penalty of perjury of the laws of the United States of America that

---

[1] Unless otherwise noted, all capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation of Settlement dated February 16, 2024 (the "Stipulation"). ECF 54-7.

1 | the foregoing is true and correct.

4 |     Executed this 29th day of July, 2024 at Stamford, Connecticut.

6 |     */s/ Shannon L. Hopkins*
7 |     Shannon L. Hopkins