# Exhibit 7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. KEVIN DOUGLAS, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>PLDT INC., MANUEL V. PANGILINAN, ALFRED S. PANLILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-AQUINO, MA. LOURDES C. RAUSA-CHAN, GIL SAMSON D. GARCIA, JUNE CHERYL A. CABAL-REVILLA, AND JANE BASAS,<br><br>   Defendants. | Case No. 2:23-CV-00885-FLA-MAA<br><br><br>Date: August 9, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Margery Craig, declare as follows:

1.     I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over seventeen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.     Pursuant to the Court's Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, dated March 6, 2024 (Dkt. No. 56, the

1

"Preliminary Approval Order"), SCS was approved as the Claims Administrator in connection with the Settlement of the above-captioned action.[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated June 7, 2024 (Dkt. No. 65-4, the "Initial Mailing Declaration"), SCS mailed or e-mailed 2,406 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

4.    As reported in the Initial Mailing Declaration, a total of 32,492 Postcard Notices have been mailed to potential Class Members either by SCS or nominees. Additionally, as noted in the Initial Mailing Declaration, 10,766 emails with the direct link to the Notice and Claim Form on the settlement website have been sent to potential Class Members. Since the Initial Mailing Declaration was filed, no additional Postcard Notices were mailed; however, SCS was notified by the nominee that 5,954 additional emails with the direct link to the Notice and Claim Form on the settlement website were sent to potential Class Members.

5.    Since the Initial Mailing Declaration, SCS received 325 Postcard Notices returned undeliverable.  Of these, the United States Postal Service provided a forwarding address for 8, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 317 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses, and

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated February 16, 2024 (Dkt. No. 54-7, the "Stipulation").

107 were re-mailed to updated addresses. To date, a total of 48,609[2] potential Class Members were notified either by mailed Postcard Notice or emailed a direct link to the location of the Notice and Claim Form on the settlement website.

6.     Each Postcard Notice advised its recipient of how to access or obtain copies of the Notice and Claim Forms which, among other things, describe the essential terms of the Settlement, the Plan of Allocation, Lead Counsel's intention to apply to the Court for attorneys' fees not to exceed 25% of the Settlement Fund and seek reimbursement of Litigation Expenses not to exceed $100,000, and Lead Plaintiff's intention to request reimbursement of costs and expenses not to exceed $5,000.

## UPDATE ON TOLL-FREE PHONE LINE

7.     The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and address Class Members' inquiries through the claims process.

## UPDATE ON SETTLEMENT WEBSITE

8.     As noted in the Initial Mailing Declaration, on March 18, 2024, SCS established a webpage on its website at www.strategicclaims.net/pldt/.  The website is accessible 24 hours a day, 7 days a week. The website contains information related to the current status; case-related dates; the online claim filing link; and important documents.  As noted in the Supplemental Declaration of Margery Craig Concerning Website Update with the New Hearing Date on June 6, 2024 and on June 12, 2024, the following case-related documents were added to the website: the

---

[2] There were 393 undeliverable Postcard Notices undeliverable as noted in paragraph 9 of the Initial Mailing Declaration and an additional 210 undeliverable Postcard Notices since the Initial Declaration.

Lead Plaintiff's Notice of Motion and Motion for Final Approval of Class Action Settlement, Approval of the Plan of Allocation, and Final Certification of the Class; Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of the Plan of Allocation and Final Certification of the Class; Lead Counsel's Notice of Motion and Motion for an Award of Attorneys' Fees and Litigation Expenses and for an Award to Lead Plaintiff; Memorandum of Points and Authorities in Support Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses and for an Award to Lead Plaintiff; and the Declaration of Shannon L. Hopkins in Support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of the Plan of Allocation, and Final Certification of the Class and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses and for an Award to Lead Plaintiff.  Additionally, due to the Settlement Hearing date change, on July 16, 2024, the settlement website was updated to reflect the change to the exclusion, objection, and notice to appear dates from July 15, 2024 to July 19, 2024. To date, the settlement website has 5,143 pageviews from 1,558 unique users.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

9.      The Settlement Website informed potential Class Members that written requests for exclusion were to be postmarked if mailed or emailed to SCS no later than July 19, 2024. SCS has been monitoring all mail or email delivered for this case. The Initial Mailing Declaration noted that two exclusion requests were received and were attached as Exhibit E. As of the date of this declaration, SCS has not received any additional exclusion requests.

10.      According to the Settlement Website, no later than July 19, 2024, Class Members seeking to object to the Proposed Settlement, Lead Counsel's Request for fees and litigation expenses, or Lead Plaintiff's request for reimbursement of cost and expenses must be submitted to

Lead Counsel, Defendants' Counsel, and the Clerk of the Court.  The Initial Mailing Declaration also noted that one objection was received and was attached as Exhibit F.  As of the date of this declaration, SCS has not received any additional objections, and SCS has not been notified that any additional objection was submitted.

<b><u>CLAIMS RECEIVED TO DATE</u></b>

11.    The deadline for claims submission was no later than June 25, 2024 if submitted online at www.strategicclaims.net/pdlt/ or postmarked no later than June 25, 2024 if mailed to the Claims Administrator.  As of the date of this declaration, SCS has received 23,115 claim forms, of which 5,873 have been deemed to be valid, representing an estimate of 1,636,521 damaged shares and 133 to be deficient, representing an estimate of 47,013 damaged shares.  SCS is currently processing the claims received including conducting quality assurance reviews, such as verifying required supporting documentation was submitted with the claim, detecting duplicated claims, etc. Once this process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims.  With these steps currently outstanding, the numbers in this paragraph are estimates only.

<b><u>MINIMUM DISTRIBUTION THRESHHOLDS</u></b>

12.    In my experience, the cost of processing de minimis claims below $10.00 often exceeds the amount of the claim and wastes resources that could be distributed to the benefit of the class. Thus, in my experience, courts regularly approve plans of allocation that exclude distributions below a $10.00 minimum threshold.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29th day of July 2024, in Media, Pennsylvania.

_____
Margery Craig