**LEVI & KORSINSKY, LLP**
David C. Jaynes (SBN 338917)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

*Lead Counsel for Lead Plaintiff*
*Dr. Kevin Douglas and the Class*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KEVIN DOUGLAS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PLDT INC., MANUEL V. PANGILINAN, ALFRED S. PANLILIO, ANNABELLE L. CHUA, MARILYN A. VICTORIO-AQUINO, MA. LOURDES C. RAUSA-CHAN, GIL SAMSON D. GARCIA, JUNE CHERYL A. CABAL-REVILLA, AND JANE BASAS, <br><br> Defendants. | Case No. 2:23-cv-00885-FLA (MAAx) <br><br> <u>CLASS ACTION</u> <br><br> LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR APPROVAL OF DISTRIBUTION PLAN <br><br> Date: June 27, 2025 <br> Time: 1:30 p.m. <br> Judge: Hon. Fernando L. Aenlle-Rocha <br> Courtroom: 6B |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 27, 2025, at 1:30 p.m. or at such other time as the Court determines, in Courtroom 6B, the Honorable Fernando L. Aenlle-Rocha, United States District Judge presiding, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Lead Plaintiff Dr. Kevin Douglas ("Plaintiff") will respectfully move for an entry of the [Proposed] Order Approving Distribution Plan (the "Distribution Order") filed herewith.

This Motion for Approval of Distribution Plan is made pursuant to the Court's September 17, 2024 Judgment and Order Granting Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and Final Certification of Class (the "Final Approval Order") (ECF No. 72) and is based upon: (i) this Notice of Motion; (ii) the supporting Memorandum of Points and Authorities filed herewith; (iii) the Declaration of Margery Craig Concerning the Results of the Claims Administration Process (the "Craig Declaration") submitted on behalf of the Court-approved Claims Administrator ("SCS" or "Claims Administrator"); and (iv) all other papers and proceedings herein.

The Distribution Order would, *inter alia*: (i) approve the administrative determinations of SCS accepting and rejecting Claims[1] submitted in connection with the Settlement reached in the above-captioned Action as stated in the accompanying Craig Declaration; (ii) direct the distribution of the Net Settlement Fund to Authorized Claimants; (iii) direct that distribution checks state that the check must be cashed within 180 days after the date of issuance, and that Authorized Claimants will forfeit all recovery from the Settlement if they fail to cash their distribution checks in a timely manner; (iv) approve the plan for any funds remaining after the initial distribution; (v)

---

[1] All capitalized terms not otherwise defined herein have the meanings ascribed to them in the Craig Declaration or in the Stipulation of Settlement dated February 16, 2024 (the "Stipulation") (ECF No. 54-7).

MOT. FOR APPROVAL OF DISTRIBUTION PLAN
CASE NO. 2:23-CV-00885-FLA

release claims related to the administration process; and (vi) authorize the destruction of the Claim Forms and all supporting documentation at an appropriate time no less than one (1) year after the distribution of the Net Settlement Fund.

The claims administration process afforded potential Claimants the opportunity to dispute the rejection of their Claims and the right to ask for judicial review of the Claims Administrator's determination. Here, one (1) Claimant has disputed the rejection of his Claim ("Claim 49") and has requested review by the Court. Lead Counsel has reviewed Claim 49 and agrees with the Claims Administrator's determination to reject Claim 49 as ineligible. The basis for SCS' rejection of Claim 49 is set forth in the Craig Declaration.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 22, 2025. Counsel for Defendants does not oppose this motion.

DATED: May 29. 2025      **LEVI & KORSINSKY. LLP**

*/s/ David C. Jaynes*
David C. Jaynes (SBN 338917)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

MOT. FOR APPROVAL OF DISTRIBUTION PLAN
CASE NO. 2:23-CV-00885-FLA

*Lead Counsel for Lead Plaintiff Dr. Kevin Douglas and the Class*

MOT. FOR APPROVAL OF DISTRIBUTION PLAN
CASE NO. 2:23-CV-00885-FLA

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all participants registered on the docket, and I hereby certify that I caused to be emailed the foregoing document and accompanying documents to the non-CM/ECF participant who filed Claim 49 with the Claims Administrator. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2025

/s/ David C. Jaynes
David C. Jaynes

**LEVI & KORSINSKY, LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Tel: (213) 985-7290
Email: djaynes@zlk.com

5