**EXHIBIT A**

## REPORT OF THE CLAIMS ADMINISTRATOR

## DOUGLAS v. PLDT INC., ET AL.

TOTAL # OF CLAIMS…………………………………………………… 23,230

TOTAL # OF APPROVED VALID CLAIMS………………………………… 5,997

TOTAL # OF INELIGIBLE CLAIMS……………………………….......  17,233

NO RECOGNIZED LOSSES....................................12,467
PURCHASED OUTSIDE CLASS PERIOD................3,869
SHARES NOT PURCHASED .......................................700
SHARES SOLD SHORT..................................................121
CLAIMS WITHDRAWN.................................................40
DUPLICATE CLAIMS FILED.......................................21
INADEQUATE DOCUMENTATION ............................12
WRONG STOCK .............................................................2
FRAUDULENT CLAIMS FILED ....................................1

TOTAL ....................................................................17,233