**TIMELY ELIGIBLE CLAIMS**                                           **EXHIBIT B-1**

**Claim #**

9
14
17
24
27
28
32
35
36
52
56
60
62
63
69
71
72
73
74
75
76
77
79
83
84
86
90
92
93
96
97
98
102
105
108
109
110
115
120
124
126
137
140
149
150
153

TIMELY ELIGIBLE CLAIMS

EXHIBIT B-1

| Claim # |
| --- |
| 154 |
| 155 |
| 157 |
| 164 |
| 168 |
| 170 |
| 171 |
| 180 |
| 181 |
| 183 |
| 198 |
| 200 |
| 206 |
| 207 |
| 208 |
| 209 |
| 50007 |
| 50011 |
| 50024 |
| 50032 |
| 50085 |
| 50100 |
| 50142 |
| 50143 |
| 50147 |
| 50151 |
| 50153 |
| 50154 |
| 50157 |
| 50158 |
| 50161 |
| 50164 |
| 50165 |
| 50166 |
| 50172 |
| 50174 |
| 50176 |
| 50177 |
| 50178 |
| 50181 |
| 50182 |
| 50186 |
| 50190 |
| 50192 |
| 50193 |
| 50194 |

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

50195
50197
50199
50201
50203
50204
50205
50207
50230
50235
50255
50256
50261
50287
50290
50301
50335
50336
50340
50354
50365
50384
50389
50399
50400
50401
50411
50414
50415
50419
50423
50425
50427
50432
50440
50445
50446
50453
50454
50455
50465
50468
50469
50480
50481
50483

TIMELY ELIGIBLE CLAIMS

**Claim #**

50488
50492
50507
50533
50558
50567
50591
50593
50594
50612
50617
50621
50625
50630
50631
50640
50645
50653
50654
50671
50672
50685
50688
50710
50718
50719
50728
50731
50740
50741
50743
50745
50750
50757
50767
50768
50771
50772
50775
50780
50791
50812
50820
50834
50846
50864

TIMELY ELIGIBLE CLAIMS

**Claim #**

50865
50876
50895
50898
50932
50933
50939
50943
50946
50952
50961
50972
50979
50995
50999
51000
51007
51023
51029
51033
51040
51050
51055
51062
51064
51070
51073
51074
51078
51086
51087
51088
51089
51091
51102
51103
51104
51105
51118
51122
51124
51131
51140
51150
51163
51172

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

51179
51180
51185
51193
51194
51208
51218
51222
51228
51236
51252
51253
51256
51261
51264
51317
51323
51337
51346
51388
51389
51390
51391
51392
51393
51394
51395
51396
51398
51399
51400
51415
51419
51420
51429
51437
51447
51451
51455
51456
51461
51669
51921
51942
52083
52136

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

52140
52141
52145
52147
52156
52158
52159
52160
52161
52162
52165
52169
52170
52174
52175
52176
52177
52180
52182
52195
52199
52201
52204
52205
52206
52218
52219
52224
52226
52230
52267
52268
52271
52273
52281
52282
52284
52286
52287
52288
52289
52290
52291
52294
52295
52299

TIMELY ELIGIBLE CLAIMS

**Claim #**

52311
52312
52313
52314
52315
52316
52317
52318
52331
52335
52336
52340
52343
52356
52357
52415
52424
52427
52430
52432
52433
52434
52436
52437
52438
52440
52441
52442
52443
52444
52445
52448
52449
52450
52452
52453
52511
52520
52540
52593
52594
52595
52597
52598
52599
52606

TIMELY ELIGIBLE CLAIMS

**Claim #**

52611
52651
52658
52662
52667
52668
52669
52685
52690
52692
52695
52696
52697
52698
52707
52708
52712
52714
52716
52717
52720
52721
52722
52723
52724
52726
52730
52734
52738
52740
52741
52743
52744
52747
52753
52755
52760
52761
52762
52764
52768
52769
52772
52773
52778
52781

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

52783
52784
52786
52787
52788
52793
52796
52801
52803
52804
52805
52807
52809
52811
52814
52816
52820
52821
52822
52823
52825
52826
52827
52828
52830
52832
52833
52835
52837
52838
52840
52841
52843
52844
52845
52847
52850
52851
52855
52856
52860
52865
52867
52877
52878
52879

**EXHIBIT B-1**

**Claim #**

52880
52881
52884
52885
52886
52888
52889
52896
52897
52907
52908
52912
52920
52923
52928
52931
52943
52947
52950
52951
52956
52958
52960
52969
52971
52975
52979
52990
52991
52994
52995
52996
52998
52999
53000
53001
53002
53003
53004
53005
53006
53007
53008
53009
53015
53022

**Claim #**

53023
53024
53025
53041
53047
53048
53049
53052
53054
53055
53056
53057
53058
53087
53107
53113
53114
53115
53116
53117
53118
53119
53127
53128
53129
53130
53131
53133
53134
53136
53144
53146
53148
53151
53153
53154
53171
53173
53182
53202
53205
53223
53224
53227
53228
53229

TIMELY ELIGIBLE CLAIMS

**Claim #**

53232
53233
53234
53235
53255
53274
53277
53278
53285
53288
53289
53300
53304
53310
53314
53315
53316
53319
53320
53323
53326
53334
53336
53337
53338
53339
53340
53342
53343
53344
53348
53349
53350
53352
53353
53354
53359
53361
53363
53364
53365
53366
53367
53368
53371
53372

TIMELY ELIGIBLE CLAIMS

**Claim #**

53373
53380
53388
53455
53456
53470
53491
53498
53507
53510
53513
53514
53515
53516
53517
53518
53519
53520
53521
53523
53524
53525
53545
53552
53553
53554
53555
53556
53557
53558
53559
53565
53566
53568
53569
53579
53580
53586
53589
53590
53591
53592
53593
53597
53598
53600

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

53602
53603
53604
53605
53608
53610
53611
53612
53613
53614
53615
53622
53623
53624
53625
53627
53629
53631
53632
53634
53635
53646
53648
53649
53661
53662
53664
53667
53668
53669
53679
53682
53684
53686
53687
53688
53689
53690
53691
53692
53693
53694
53695
53698
53700
53701

TIMELY ELIGIBLE CLAIMS     EXHIBIT B-1

| Claim # |
| --- |
| 53702 |
| 53704 |
| 53705 |
| 53706 |
| 53707 |
| 53708 |
| 53709 |
| 53717 |
| 53721 |
| 53723 |
| 53725 |
| 53728 |
| 53729 |
| 53730 |
| 53731 |
| 53733 |
| 53734 |
| 53736 |
| 53737 |
| 53738 |
| 53739 |
| 53740 |
| 53742 |
| 53743 |
| 53744 |
| 53745 |
| 53746 |
| 53747 |
| 53748 |
| 53750 |
| 53751 |
| 53753 |
| 53754 |
| 53755 |
| 53756 |
| 53757 |
| 53758 |
| 53767 |
| 53770 |
| 53772 |
| 53783 |
| 53798 |
| 53828 |
| 53829 |
| 53831 |
| 53832 |

TIMELY ELIGIBLE CLAIMS

**Claim #**

53843
53850
53869
53882
53884
53885
53886
53887
53890
53891
53895
53896
53901
53902
53903
53904
53905
53906
53907
53908
53909
53910
53912
53920
53928
53930
53940
53941
53957
53967
53972
53973
53974
53975
54004
54005
54027
54036
54062
54064
54069
54071
54092
54094
54099
54100

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

54102
54116
54119
54121
54122
54123
54124
54125
54126
54127
54128
54129
54131
54134
54145
54148
54150
54160
54162
54163
54173
54174
54178
54179
54181
54183
54185
54187
54189
54195
54197
54202
54204
54205
54206
54207
54208
54209
54220
54221
54224
54225
54230
54263
54271
54283

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

54288
54299
54302
54303
54304
54305
54306
54307
54308
54309
54311
54322
54324
54325
54327
54328
54341
54343
54344
54347
54350
54352
54356
54358
54360
54361
54362
54364
54365
54366
54367
54368
54370
54371
54372
54373
54375
54376
54377
54381
54385
54395
54396
54397
54408
54409

TIMELY ELIGIBLE CLAIMS

**Claim #**

54410
54411
54412
54413
54414
54415
54416
54417
54418
54419
54420
54422
54423
54424
54425
54426
54427
54428
54429
54431
54432
54433
54434
54436
54437
54438
54439
54440
54441
54442
54443
54444
54445
54446
54447
54448
54449
54450
54451
54452
54453
54454
54455
54456
54457
54458

TIMELY ELIGIBLE CLAIMS

**Claim #**

54459
54460
54461
54462
54463
54464
54465
54466
54467
54468
54469
54470
54471
54472
54473
54474
54475
54476
54477
54478
54479
54480
54481
54482
54483
54484
54485
54486
54487
54489
54491
54492
54498
54504
54507
54508
54512
54519
54522
54526
54532
54533
54534
54542
54559
54568

**TIMELY ELIGIBLE CLAIMS**

**EXHIBIT B-1**

**Claim #**

54571

54582

54583

54586

54587

54588

54589

54590

54591

54592

54593

54594

54595

54596

54618

54632

54633

54634

54637

54638

54640

54641

54643

54646

54649

54651

54652

54653

54654

54657

54658

54661

54666

54667

54668

54669

54670

54671

54677

54678

54680

54682

54685

54686

54689

54690

TIMELY ELIGIBLE CLAIMS

**Claim #**

54691
54692
54694
54695
54697
54698
54699
54700
54701
54702
54703
54704
54712
54713
54715
54716
54718
54719
54721
54722
54723
54724
54727
54731
54733
54734
54735
54736
54737
54738
54739
54741
54747
54748
54775
54787
54790
54791
54792
54793
54794
54796
54799
54805
54808
54817

TIMELY ELIGIBLE CLAIMS

**Claim #**

54822
54836
54962
54967
54968
54969
54970
54971
54972
54995
54999
55002
55012
55014
55015
55016
55017
55026
55027
55029
55030
55031
55032
55033
55040
55041
55043
55046
55052
55053
55054
55055
55056
55057
55062
55073
55078
55081
55083
55084
55085
55087
55091
55092
55093
55094

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

55095
55115
55119
55129
55136
55140
55141
55142
55143
55159
55172
55201
55205
55216
55217
55218
55219
55220
55221
55222
55223
55224
55225
55226
55231
55232
55245
55249
55278
55279
55285
55290
55299
55300
55306
55320
55323
55327
55328
55330
55338
55339
55340
55341
55342
55343

TIMELY ELIGIBLE CLAIMS

**Claim #**

55344
55345
55353
55354
55360
55362
55363
55364
55366
55367
55368
55369
55370
55371
55376
55378
55379
55380
55383
55385
55386
55391
55392
55393
55395
55396
55397
55398
55408
55413
55415
55416
55417
55418
55425
55428
55429
55431
55432
55437
55439
55443
55445
55446
55448
55451

**TIMELY ELIGIBLE CLAIMS**

**EXHIBIT B-1**

**Claim #**

55452
55453
55454
55455
55457
55464
55467
55478
55481
55490
55499
55512
55517
55530
55532
55533
55547
55558
55563
55565
55569
55570
55573
55576
55581
55669
55670
55671
55674
55678
55679
55680
55681
55684
55689
55694
55700
55704
55720
55731
55765
55766
55776
55782
55783
55785

TIMELY ELIGIBLE CLAIMS

Claim #

55786
55787
55789
55793
55797
55800
55801
55802
55803
55804
55817
55824
55825
55830
55831
55832
55835
55836
55841
55842
55845
55853
55854
55855
55856
55857
55858
55859
55860
55865
55881
55888
55890
55891
55893
55900
55901
55902
55907
55908
55910
55911
55912
55914
55915
55916

TIMELY ELIGIBLE CLAIMS

**Claim #**

55917
55918
55920
55921
55924
55925
55926
55927
55929
55930
55931
55932
55935
55936
55941
55944
55945
55950
55951
55952
55953
55955
55957
55958
55959
55961
55962
55964
55967
55969
55970
55971
55972
55973
55974
55976
55977
55978
55979
55980
55981
55982
55983
55984
55989
55990

TIMELY ELIGIBLE CLAIMS

**Claim #**

55996
55999
56002
56003
56004
56005
56007
56008
56013
56020
56023
56025
56027
56043
56045
56046
56047
56049
56050
56051
56052
56053
56057
56060
56064
56067
56068
56069
56072
56074
56075
56078
56079
56080
56087
56088
56089
56090
56093
56094
56095
56096
56098
56100
56101
56105

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

56106
56107
56110
56111
56112
56113
56114
56115
56116
56117
56118
56119
56120
56122
56123
56125
56130
56132
56135
56140
56141
56144
56145
56146
56149
56154
56158
56159
56161
56163
56165
56166
56171
56173
56174
56176
56177
56181
56182
56196
56197
56200
56201
56202
56203
56204

**TIMELY ELIGIBLE CLAIMS**                          **EXHIBIT B-1**

**Claim #**

56205
56206
56210
56214
56215
56216
56217
56232
56244
56245
56246
56250
56252
56257
56259
56303
56313
56342
56352
56354
56355
56356
56357
56359
56360
56361
56362
56363
56365
56366
56367
56369
56371
56372
56373
56374
56375
56377
56378
56379
56380
56382
56383
56385
56386
56387

TIMELY ELIGIBLE CLAIMS

**Claim #**

56388
56389
56390
56392
56393
56395
56396
56399
56401
56402
56403
56404
56409
56411
56415
56417
56418
56419
56422
56424
56428
56429
56430
56431
56432
56433
56434
56435
56436
56437
56438
56442
56449
56464
56468
56471
56473
56476
56478
56479
56480
56486
56487
56493
56499
56500

**TIMELY ELIGIBLE CLAIMS**

**EXHIBIT B-1**

**Claim #**

56501
56502
56503
56504
56505
56506
56507
56509
56519
56520
56523
56525
56527
56528
56529
56530
56531
56532
56533
56536
56538
56539
56541
56553
56559
56561
56562
56564
56565
56567
56571
56574
56577
56578
56579
56580
56584
56589
56606
56617
56629
56631
56637
56641
56651
56652

TIMELY ELIGIBLE CLAIMS

**Claim #**

56653
56662
56671
56678
56698
56713
56736
56737
56740
56760
56768
56771
56775
56796
56805
56811
56813
56815
56816
56819
56820
56825
56827
56829
56830
56831
56832
56834
56835
56836
56838
56839
56840
56841
56842
56843
56845
56846
56851
56855
56856
56861
56862
56866
56867
56870

TIMELY ELIGIBLE CLAIMS

**Claim #**

56874

56875

56878

56880

56885

56887

56888

56899

56901

56906

56909

56910

56911

56912

56914

56915

56923

56926

56928

56929

56931

56932

56933

56934

56935

56937

56952

56955

56956

56959

56963

56968

56969

56971

56972

56975

56976

56981

56986

56987

56988

56989

56991

56993

56995

56996

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

56999
57000
57004
57006
57007
57009
57010
57012
57014
57015
57016
57017
57021
57022
57026
57027
57028
57039
57042
57044
57045
57048
57049
57051
57052
57053
57055
57056
57062
57064
57065
57066
57088
57108
57111
57114
57126
57129
57141
57151
57152
57153
57160
57161
57188
57196

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

57197
57198
57199
57200
57220
57221
57227
57234
57244
57245
57251
57255
57266
57267
57278
57281
57283
57293
57294
57295
57296
57302
57303
57308
57314
57315
57318
57319
57328
57329
57330
57331
57332
57333
57334
57335
57337
57338
57339
57340
57341
57342
57343
57346
57358
57369

TIMELY ELIGIBLE CLAIMS

**Claim #**

57371
57372
57373
57378
57380
57381
57382
57384
57385
57387
57388
57389
57390
57391
57393
57394
57395
57397
57398
57399
57401
57402
57403
57404
57405
57406
57407
57408
57409
57410
57411
57416
57417
57418
57420
57428
57430
57444
57447
57449
57450
57451
57452
57453
57454
57457

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

57460
57461
57482
57484
57486
57488
57495
57496
57497
57501
57505
57506
57509
57510
57514
57522
57532
57533
57536
57538
57539
57540
57542
57543
57544
57545
57546
57547
57548
57549
57553
57554
57555
57556
57557
57561
57563
57568
57569
57571
57572
57579
57581
57587
57590
57593

TIMELY ELIGIBLE CLAIMS

**Claim #**

57594
57596
57597
57598
57600
57602
57603
57604
57605
57606
57607
57608
57609
57610
57611
57612
57619
57620
57624
57625
57627
57628
57629
57630
57637
57640
57645
57646
57649
57653
57654
57660
57672
57673
57675
57676
57677
57678
57679
57682
57684
57685
57688
57689
57690
57691

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

57692
57693
57701
57703
57704
57707
57708
57709
57710
57711
57712
57714
57715
57716
57717
57718
57719
57720
57721
57722
57724
57725
57726
57727
57728
57729
57730
57731
57733
57737
57739
57744
57745
57746
57747
57749
57751
57753
57754
57755
57758
57760
57762
57763
57764
57770

TIMELY ELIGIBLE CLAIMS

**Claim #**

57780
57783
57784
57802
57808
57832
57837
57842
57843
57844
57850
57853
57855
57862
57863
57865
57866
57867
57868
57874
57881
57896
57901
57902
57907
57908
57911
57915
57919
57920
57923
57926
57927
57931
57938
57940
57941
57942
57943
57944
57945
57946
57947
57948
57949
57950

**TIMELY ELIGIBLE CLAIMS**
**EXHIBIT B-1**

**Claim #**

57953
57954
57955
57956
57959
57961
57965
57968
57969
57973
57975
57976
57977
57978
57979
57980
57981
57982
57983
57984
57985
57993
58009
58010
58011
58012
58013
58019
58021
58028
58029
58030
58031
58032
58053
58058
58059
58063
58069
58070
58075
58076
58079
58080
58081
58087

**TIMELY ELIGIBLE CLAIMS**

**EXHIBIT B-1**

**Claim #**

58088
58091
58099
58104
58107
58109
58110
58111
58135
58136
58145
58150
58151
58165
58173
58174
58175
58187
58188
58190
58191
58194
58196
58198
58199
58205
58212
58213
58215
58216
58218
58221
58222
58225
58226
58228
58229
58234
58235
58236
58237
58239
58240
58242
58243
58245

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

58246

58248

58250

58251

58252

58253

58254

58255

58258

58259

58262

58263

58264

58266

58267

58268

58269

58271

58272

58273

58274

58278

58280

58283

58284

58286

58287

58288

58290

58292

58295

58298

58299

58303

58304

58305

58308

58309

58310

58311

58314

58318

58319

58321

58322

58323

TIMELY ELIGIBLE CLAIMS

**Claim #**

58324
58325
58326
58327
58328
58329
58330
58332
58333
58335
58340
58351
58353
58356
58357
58360
58362
58366
58367
58368
58369
58371
58374
58376
58377
58378
58379
58380
58382
58384
58388
58391
58392
58396
58397
58398
58399
58400
58401
58403
58417
58418
58420
58421
58423
58425

TIMELY ELIGIBLE CLAIMS

**Claim #**

58426
58430
58431
58432
58433
58434
58435
58436
58437
58441
58442
58445
58454
58456
58458
58459
58461
58462
58463
58464
58465
58466
58467
58468
58469
58470
58473
58474
58480
58485
58486
58503
58515
58516
58521
58526
58527
58528
58529
58534
58536
58539
58540
58542
58545
58547

**TIMELY ELIGIBLE CLAIMS**

# EXHIBIT B-1

**Claim #**

58550
58556
58557
58559
58566
58567
58569
58570
58571
58572
58573
58574
58575
58576
58578
58580
58581
58582
58583
58585
58587
58588
58589
58592
58594
58595
58596
58597
58598
58599
58608
58615
58616
58618
58622
58625
58630
58631
58632
58641
58650
58656
58657
58669
58671
58681

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

58682
58683
58684
58694
58698
58700
58703
58704
58706
58707
58708
58710
58711
58712
58713
58714
58715
58726
58751
58753
58759
58771
58774
58779
58786
58792
58793
58794
58795
58796
58797
58799
58800
58801
58810
58811
58814
58816
58817
58819
58821
58822
58823
58824
58825
58826

TIMELY ELIGIBLE CLAIMS

**Claim #**

58827
58828
58830
58831
58832
58833
58836
58837
58838
58839
58842
58845
58847
58848
58850
58855
58857
58858
58860
58864
58875
58889
58894
58897
58899
58908
58919
58926
58954
58959
58962
58964
58971
58973
58974
58975
58976
58977
58978
58979
58980
58982
58983
58984
58985
58986

TIMELY CLAIMS

**Claim #**

58987
58988
58989
58991
58992
58994
58995
58996
58997
58998
58999
59000
59001
59002
59003
59004
59005
59006
59007
59008
59009
59010
59011
59012
59015
59017
59028
59029
59038
59041
59050
59069
59100
59102
59103
59109
59113
59114
59115
59116
59120
59122
59125
59126
59129
59130

TIMELY ELIGIBLE CLAIMS

**Claim #**

59131
59132
59137
59138
59139
59140
59141
59143
59148
59149
59153
59154
59155
59156
59158
59162
59163
59167
59168
59169
59171
59190
59200
59201
59202
59204
59205
59206
59215
59227
59228
59235
59239
59243
59257
59269
59276
59278
59290
59297
59302
59303
59304
59305
59306
59312

**TIMELY ELIGIBLE CLAIMS**

| Claim # |
| --- |
| 59315 |
| 59318 |
| 59326 |
| 59327 |
| 59328 |
| 59329 |
| 59330 |
| 59332 |
| 59333 |
| 59334 |
| 59336 |
| 59337 |
| 59338 |
| 59339 |
| 59341 |
| 59342 |
| 59343 |
| 59344 |
| 59345 |
| 59346 |
| 59347 |
| 59348 |
| 59349 |
| 59352 |
| 59354 |
| 59355 |
| 59356 |
| 59357 |
| 59359 |
| 59361 |
| 59362 |
| 59365 |
| 59368 |
| 59369 |
| 59371 |
| 59374 |
| 59375 |
| 59377 |
| 59379 |
| 59380 |
| 59381 |
| 59393 |
| 59399 |
| 59400 |
| 59403 |
| 59404 |

TIMELY ELIGIBLE CLAIMS

**Claim #**

59405

59406

59407

59409

59413

59423

59425

59426

59427

59428

59429

59430

59431

59434

59435

59436

59439

59440

59441

59442

59444

59445

59446

59447

59449

59450

59452

59453

59454

59456

59458

59461

59462

59463

59465

59466

59467

59470

59472

59473

59474

59475

59476

59477

59478

59480

TIMELY ELIGIBLE CLAIMS

**Claim #**

59481

59482

59483

59484

59485

59486

59487

59488

59490

59491

59492

59493

59494

59495

59498

59499

59500

59501

59505

59506

59508

59510

59512

59516

59520

59521

59522

59540

59544

59546

59557

59559

59561

59570

59572

59577

59582

59591

59592

59593

59594

59595

59596

59597

59598

59600

**TIMELY ELIGIBLE CLAIMS**

**EXHIBIT B-1**

**Claim #**

59613
59614
59615
59616
59623
59624
59625
59626
59627
59629
59631
59632
59633
59635
59639
59643
59644
59645
59650
59653
59657
59658
59663
59665
59666
59668
59672
59674
59678
59680
59681
59683
59684
59687
59688
59689
59693
59695
59696
59700
59701
59702
59706
59710
59711
59714

TIMELY ELIGIBLE CLAIMS                                    **EXHIBIT B-1**

**Claim #**

59715
59717
59724
59725
59726
59727
59729
59730
59732
59750
59752
59758
59760
59764
59766
59769
59770
59771
59782
59783
59796
59810
59821
59843
59849
59850
59861
59864
59866
59867
59869
59874
59877
59878
59879
59881
59884
59885
59886
59889
59890
59892
59894
59895
59896
59897

TIMELY ELIGIBLE CLAIMS

**Claim #**

59898
59900
59901
59902
59903
59904
59905
59907
59908
59909
59911
59920
59922
59934
59935
59955
59957
59962
59963
59966
59971
59976
59984
59986
59989
59991
59993
59996
59997
60000
60012
60013
60018
60019
60021
60023
60024
60056
60057
60058
60059
60060
60062
60067
60070
60074

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

60075
60076
60078
60080
60083
60084
60085
60086
60089
60090
60091
60096
60098
60099
60100
60101
60102
60103
60104
60105
60106
60107
60108
60109
60110
60111
60112
60113
60114
60115
60116
60117
60118
60119
60120
60122
60123
60124
60125
60126
60127
60128
60129
60130
60133
60134

**TIMELY ELIGIBLE CLAIMS**

**EXHIBIT B-1**

**Claim #**

60135
60136
60137
60138
60139
60140
60141
60142
60143
60144
60146
60147
60148
60149
60150
60151
60155
60156
60161
60162
60165
60173
60175
60177
60178
60201
60222
60225
60267
60298
60308
60337
60349
60351
60353
60354
60361
60362
60366
60368
60369
60375
60378
60385
60388
60389

TIMELY ELIGIBLE CLAIMS

**Claim #**

60391
60393
60394
60397
60398
60400
60401
60402
60403
60404
60426
60429
60430
60433
60445
60446
60448
60449
60450
60455
60458
60465
60466
60478
60479
60480
60481
60490
60496
60515
60518
60521
60524
60529
60533
60534
60537
60543
60544
60545
60546
60547
60548
60549
60550
60552

**TIMELY ELIGIBLE CLAIMS**                                    EXHIBIT B-1

**Claim #**

60553
60554
60556
60557
60558
60559
60560
60561
60562
60563
60564
60600
60601
60602
60604
60613
60615
60617
60619
60620
60622
60623
60624
60625
60626
60627
60631
60632
60633
60637
60639
60645
60648
60649
60659
60661
60662
60663
60666
60667
60672
60743
60745
60759
60760
60768

**TIMELY ELIGIBLE CLAIMS** **EXHIBIT B-1**

**Claim #**

60782
60783
60789
60791
60797
60799
60800
60802
60806
60808
60811
60813
60814
60815
60816
60819
60820
60823
60827
60830
60832
60837
60838
60839
60840
60842
60843
60846
60848
60849
60850
60852
60853
60854
60855
60859
60863
60864
60865
60866
60867
60868
60869
60870
60871
60872

TIMELY ELIGIBLE CLAIMS

**Claim #**

60873
60875
60876
60879
60881
60882
60883
60884
60885
60886
60887
60888
60889
60890
60891
60892
60893
60894
60895
60899
60900
60908
60909
60910
60914
60922
60934
60935
60937
60938
60945
60954
60955
60956
60957
60958
60961
60962
60963
60964
60968
60971
60973
60976
60977
60978

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

60979
60981
60982
60984
60985
60987
60991
61008
61009
61015
61019
61021
61023
61026
61033
61046
61052
61056
61057
61058
61059
61071
61074
61075
61082
61083
61084
61086
61087
61090
61091
61092
61093
61095
61096
61099
61100
61101
61102
61108
61113
61114
61117
61121
61123
61124

TIMELY ELIGIBLE CLAIMS

**Claim #**

61126
61127
61128
61129
61130
61131
61132
61133
61134
61135
61137
61138
61142
61145
61146
61147
61162
61163
61176
61186
61192
61209
61213
61227
61229
61233
61234
61235
61236
61237
61238
61239
61240
61241
61242
61243
61244
61245
61246
61249
61250
61251
61253
61254
61256
61257

**EXHIBIT B-1**

**Claim #**

61259
61260
61263
61264
61265
61266
61267
61270
61271
61273
61286
61292
61298
61305
61307
61310
61315
61323
61327
61330
61352
61366
61368
61373
61376
61377
61378
61386
61389
61392
61397
61398
61399
61407
61408
61410
61412
61413
61415
61417
61418
61420
61421
61422
61423
61425

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

| Claim # |
| --- |
| 61426 |
| 61427 |
| 61433 |
| 61434 |
| 61435 |
| 61436 |
| 61437 |
| 61438 |
| 61441 |
| 61442 |
| 61446 |
| 61447 |
| 61448 |
| 61449 |
| 61451 |
| 61452 |
| 61456 |
| 61460 |
| 61461 |
| 61462 |
| 61463 |
| 61464 |
| 61468 |
| 61469 |
| 61473 |
| 61476 |
| 61477 |
| 61478 |
| 61486 |
| 61492 |
| 61494 |
| 61495 |
| 61496 |
| 61497 |
| 61498 |
| 61500 |
| 61503 |
| 61504 |
| 61505 |
| 61506 |
| 61507 |
| 61508 |
| 61509 |
| 61510 |
| 61511 |
| 61512 |

TIMELY ELIGIBLE CLAIMS

**Claim #**

61513
61520
61521
61524
61525
61527
61528
61529
61530
61536
61537
61540
61541
61542
61546
61547
61566
61581
61596
61598
61599
61601
61602
61605
61606
61609
61610
61611
61612
61613
61614
61616
61617
61618
61620
61621
61623
61624
61626
61627
61628
61629
61633
61635
61636
61637

**TIMELY ELIGIBLE CLAIMS** **EXHIBIT B-1**

**Claim #**

61639
61640
61641
61642
61643
61646
61650
61651
61652
61653
61661
61662
61663
61664
61665
61666
61667
61668
61669
61670
61672
61673
61674
61675
61676
61677
61680
61681
61691
61692
61693
61698
61699
61700
61702
61705
61707
61708
61712
61715
61717
61746
61747
61749
61755
61756

TIMELY ELIGIBLE CLAIMS

**Claim #**

61763
61767
61768
61770
61771
61774
61776
61777
61778
61783
61785
61787
61795
61796
61801
61802
61837
61844
61848
61881
61899
61901
61902
61903
61904
61911
61912
61917
61918
61929
61930
61931
61932
61933
61934
61935
61937
61938
61942
61944
61945
61946
61947
61948
61949
61951

TIMELY ELIGIBLE CLAIMS

**Claim #**

61952
61953
61954
61955
61956
61957
61961
61962
61963
61964
61965
61966
61967
61969
61970
61972
61974
61976
61977
61980
61981
61984
61985
61986
61987
61988
61990
61991
61995
61996
61999
62001
62002
62004
62005
62009
62011
62012
62013
62014
62015
62016
62018
62025
62031
62032

TIMELY ELIGIBLE CLAIMS

| Claim # |
|---------|
| 62035 |
| 62036 |
| 62042 |
| 62048 |
| 62050 |
| 62051 |
| 62058 |
| 62061 |
| 62062 |
| 62064 |
| 62068 |
| 62069 |
| 62070 |
| 62072 |
| 62076 |
| 62078 |
| 62079 |
| 62080 |
| 62088 |
| 62089 |
| 62090 |
| 62092 |
| 62093 |
| 62094 |
| 62097 |
| 62099 |
| 62106 |
| 62107 |
| 62112 |
| 62113 |
| 62117 |
| 62137 |
| 62149 |
| 62151 |
| 62152 |
| 62153 |
| 62154 |
| 62155 |
| 62169 |
| 62172 |
| 62177 |
| 62178 |
| 62179 |
| 62188 |
| 62189 |
| 62190 |

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

62215
62216
62217
62218
62223
62233
62242
62243
62244
62245
62249
62250
62256
62300
62305
62312
62314
62329
62331
62333
62334
62335
62339
62340
62341
62342
62343
62344
62345
62346
62349
62351
62352
62354
62355
62356
62357
62358
62359
62360
62361
62362
62363
62364
62365
62366

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

62367
62368
62369
62370
62371
62372
62373
62374
62375
62377
62378
62380
62381
62388
62389
62399
62401
62402
62403
62404
62409
62410
62413
62414
62417
62418
62419
62420
62422
62423
62425
62426
62427
62428
62429
62430
62431
62432
62433
62434
62435
62436
62437
62438
62439
62440

TIMELY ELIGIBLE CLAIMS

**Claim #**

62441
62443
62444
62447
62458
62462
62463
62464
62467
62468
62476
62477
62478
62479
62480
62482
62483
62484
62485
62486
62489
62490
62491
62492
62493
62494
62498
62499
62500
62503
62510
62511
62512
62515
62517
62525
62531
62532
62533
62534
62539
62541
62543
62544
62547
62548

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

| Claim # |
| --- |
| 62564 |
| 62567 |
| 62570 |
| 62571 |
| 62572 |
| 62575 |
| 62577 |
| 62578 |
| 62579 |
| 62580 |
| 62604 |
| 62605 |
| 62606 |
| 62615 |
| 62618 |
| 62636 |
| 62640 |
| 62642 |
| 62643 |
| 62646 |
| 62651 |
| 62652 |
| 62655 |
| 62657 |
| 62658 |
| 62659 |
| 62674 |
| 62686 |
| 62694 |
| 62695 |
| 62697 |
| 62699 |
| 62702 |
| 62710 |
| 62711 |
| 62717 |
| 62718 |
| 62742 |
| 62744 |
| 62745 |
| 62749 |
| 62750 |
| 62753 |
| 62754 |
| 62756 |
| 62763 |

TIMELY ELIGIBLE CLAIMS

EXHIBIT B-1

**Claim #**

62764

62766

62767

62768

62803

62806

62808

62809

62810

62826

62827

62828

62829

62830

62832

62845

62846

62847

62848

62849

62850

62851

62856

62873

62874

62875

62876

62878

62880

62888

62903

62908

62909

62910

62911

62912

62915

62919

62920

62921

62922

62923

62924

62926

62927

62928

**Claim #**

62930
62931
62932
62933
62950
62962
62966
62971
62972
62974
62977
62978
63008
63014
63017
63048
63052
63055
63056
63059
63061
63062
63063
63064
63066
63078
63081
63082
63084
63085
63086
63087
63088
63089
63090
63100
63103
63104
63110
63111
63112
63117
63118
63121
63122
63123

TIMELY ELIGIBLE CLAIMS

**Claim #**

63124
63125
63126
63127
63128
63131
63132
63133
63135
63137
63138
63139
63142
63143
63144
63145
63146
63148
63151
63152
63153
63155
63156
63157
63160
63163
63164
63165
63166
63168
63169
63170
63172
63173
63174
63175
63176
63178
63179
63180
63182
63184
63185
63186
63188
63191

TIMELY ELIGIBLE CLAIMS

**Claim #**

63193
63194
63195
63196
63199
63200
63201
63202
63203
63204
63205
63208
63209
63210
63211
63212
63213
63214
63221
63222
63223
63224
63225
63226
63228
63229
63230
63231
63233
63234
63235
63237
63239
63240
63241
63242
63243
63246
63248
63249
63250
63251
63252
63253
63254
63256

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

63257
63258
63259
63263
63266
63267
63268
63269
63270
63271
63272
63273
63275
63276
63277
63279
63280
63282
63284
63285
63286
63287
63291
63292
63294
63300
63306
63310
63311
63314
63317
63318
63321
63325
63326
63327
63328
63330
63331
63336
63337
63338
63339
63340
63341
63344

TIMELY ELIGIBLE CLAIMS

**Claim #**

63346
63347
63348
63349
63350
63352
63354
63355
63358
63359
63360
63361
63365
63367
63374
63385
63394
63395
63396
63397
63398
63400
63401
63411
63415
63416
63417
63421
63422
63427
63429
63440
63441
63442
63443
63444
63445
63446
63449
63450
63451
63456
63459
63473
63479
63484

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

63485
63486
63487
63488
63489
63492
63493
63494
63496
63498
63499
63500
63501
63503
63504
63505
63506
63507
63508
63509
63511
63512
63513
63514
63515
63516
63517
63518
63519
63522
63534
63541
63542
63545
63546
63550
63551
63552
63553
63554
63555
63556
63560
63561
63573
63580

**Claim #**

63581
63593
63597
63601
63603
63606
63617
63618
63619
63620
63621
63623
63624
63628
63629
63630
63631
63632
63633
63634
63635
63636
63637
63638
63639
63640
63641
63642
63643
63644
63645
63646
63647
63649
63650
63654
63664
63668
63670
63686
63689
63690
63705
63708
63710
63711

**EXHIBIT B-1**

**Claim #**

63717
63718
63719
63724
63727
63729
63737
63738
63740
63751
63758
63765
63768
63776
63780
63788
63789
63797
63799
63800
63801
63802
63804
63805
63806
63807
63809
63819
63820
63825
63828
63831
63832
63862
63863
63868
63877
63902
63908
63921
63922
63925
63926
63929
63930
63931

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

63932
63933
63934
63937
63940
63941
63942
63943
63945
63946
63947
63948
63949
63950
63951
63955
63957
63958
63959
63961
63962
63963
63964
63966
63969
63971
63974
63975
63977
63978
63979
63980
63984
63985
63986
63989
63991
63992
63997
63999
64001
64005
64006
64007
64011
64012

**TIMELY ELIGIBLE CLAIMS**

**EXHIBIT B-1**

**Claim #**

64013
64015
64018
64019
64020
64022
64027
64028
64036
64042
64043
64044
64045
64050
64052
64055
64057
64058
64059
64061
64062
64089
64090
64091
64092
64093
64094
64095
64096
64098
64099
64100
64102
64105
64107
64110
64111
64112
64113
64114
64116
64127
64129
64130
64131
64137

TIMELY ELIGIBLE CLAIMS

EXHIBIT B-1

**Claim #**

64147
64156
64164
64165
64168
64171
64172
64173
64174
64175
64176
64177
64178
64179
64180
64181
64182
64183
64184
64185
64186
64188
64189
64190
64191
64193
64195
64196
64199
64200
64206
64207
64216
64219
64221
64223
64224
64225
64226
64231
64270
64271
64272
64273
64280
64285

TIMELY ELIGIBLE CLAIMS

EXHIBIT B-1

**Claim #**

64286
64287
64288
64377
64378
64381
64387
64390
64391
64392
64393
64394
64395
64396
64397
64398
64401
64403
64404
64405
64406
64407
64408
64409
64410
64411
64412
64413
64414
64415
64416
64417
64418
64420
64421
64422
64423
64424
64427
64428
64429
64430
64431
64432
64433
64435

TIMELY ELIGIBLE CLAIMS

**Claim #**

64436
64438
64439
64441
64442
64443
64444
64445
64447
64448
64449
64450
64451
64452
64453
64454
64456
64457
64458
64459
64460
64462
64463
64464
64465
64467
64468
64469
64470
64471
64472
64473
64474
64475
64476
64477
64478
64479
64480
64481
64482
64483
64485
64486
64487
64488

TIMELY ELIGIBLE CLAIMS

**Claim #**

64489
64490
64491
64492
64493
64494
64495
64496
64497
64498
64499
64501
64502
64503
64504
64505
64506
64507
64508
64509
64510
64511
64513
64515
64517
64518
64519
64521
64522
64524
64525
64526
64527
64528
64529
64530
64531
64532
64533
64534
64535
64536
64537
64538
64539
64542

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

64543
64544
64547
64549
64550
64551
64552
64553
64554
64555
64556
64557
64558
64559
64560
64561
64562
64564
64565
64566
64567
64568
64569
64571
64572
64573
64575
64576
64578
64580
64581
64583
64585
64586
64588
64589
64590
64593
64595
64596
64597
64603
64604
64605
64606
64607

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

64608

64609

64610

64611

64612

64614

64615

64617

64618

64619

64621

64622

64623

64624

64625

64626

64627

64628

64629

64630

64631

64632

64633

64634

64635

64636

64637

64638

64639

64640

64641

64642

64643

64644

64645

64646

64647

64648

64649

64650

64652

64653

64654

64655

64656

64657

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

64658
64659
64660
64661
64662
64665
64668
64670
64671
64677
64679
64682
64685
64686
64687
64689
64690
64692
64693
64694
64695
64696
64697
64698
64699
64700
64701
64703
64704
64705
64706
64707
64708
64709
64710
64713
64714
64717
64718
64719
64721
64724
64725
64726
64738
64739

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

64742
64743
64744
64748
64750
64756
64770
64771
64772
64773
64774
64775
64776
64777
64778
64779
64780
64781
64782
64783
64784
64785
64786
64787
64788
64789
64790
64791
64792
64793
64795
64835
64838
64839
64841
64842
64843
64844
64845
64846
64848
64862
64874
64888
64889
64890

TIMELY ELIGIBLE CLAIMS

Claim #

64891
64898
64902
64903
64919
64929
64934
64937
64941
64971
64974
65004
65015
65023
65024
65042
65052
65086
65088
65089
65101
65102
65106
65107
65109
65110
65115
65127
65130
65133
65134
65135
65136
65137
65138
65139
65140
65141
65142
65143
65144
65145
65147
65155
65160
65161

TIMELY ELIGIBLE CLAIMS

**Claim #**

65162
65163
65165
65166
65168
65169
65170
65190
65191
65192
65193
65194
65196
65197
65198
65202
65206
65212
65215
65216
65217
65218
65219
65221
65222
65223
65225
65226
65227
65230
65251
65252
65253
65256
65257
65258
65260
65264
65267
65281
65282
65300
65301
65302
65305
65308

TIMELY FILED CLAIMS

**Claim #**

65309
65310
65311
65313
65314
65315
65316
65327
65328
65340
65345
65348
65350
65351
65359
65360
65361
65365
65401
65415
65423
65424
65425
65426
65429
65435
65436
65438
65439
65440
65442
65443
65444
65446
65447
65448
65450
65462
65463
65467
65476
65511
65518
65519
65535
65537

TIMELY FILED CLAIMS                        **EXHIBIT B-1**

**Claim #**

65540
65541
65542
65545
65559
65560
65561
65562
65563
65567
65570
65573
65575
65576
65577
65602
65606
65610
65638
65643
65680
65685
65691
65696
65706
65710
65727
65757
65809
65870
65871
65872
65874
65875
65877
65878
65882
65884
65886
65888
65890
65891
65892
65893
65894
65895

**Claim #**

65896
65897
65899
65900
65901
65902
65903
65904
65905
65906
65907
65908
65909
65910
65912
65913
65914
65915
65916
65917
65920
65922
65925
65927
65930
65931
65932
65933
65934
65935
65936
65937
65938
65940
65941
65942
65944
65945
65946
65947
65949
65951
65952
65953
65954
65955

**TIMELY ELIGIBLE CLAIMS**

**EXHIBIT B-1**

**Claim #**

65956

65958

65959

65960

65963

65965

65968

65969

65970

65973

65974

65977

65978

65979

65984

65985

65986

65987

65988

65990

65993

65994

65995

65996

65997

65998

65999

66000

66001

66009

66011

66018

66019

66020

66021

66022

66023

66024

66025

66026

66027

66028

66029

66030

66031

66034

**Claim #**

66035
66036
66038
66039
66040
66042
66043
66044
66045
66046
66047
66048
66049
66050
66051
66052
66053
66054
66055
66056
66058
66059
66060
66063
66064
66065
66066
66067
66068
66069
66070
66071
66072
66073
66074
66075
66076
66077
66078
66079
66080
66081
66082
66083
66084
66088

TIMELY FILED CLAIMS

**EXHIBIT B-1**

**Claim #**

66089
66090
66091
66092
66093
66094
66095
66096
66098
66099
66100
66101
66102
66104
66105
66106
66107
66109
66110
66111
66112
66113
66114
66115
66116
66121
66122
66123
66124
66126
66127
66128
66129
66130
66131
66132
66133
66134
66136
66137
66138
66139
66140
66141
66144
66145

**Claim #**

66175

66176

66178

66179

66180

66181

66182

66183

66184

66185

66186

66187

66188

66189

66190

66191

66193

66194

66195

66196

66197

66199

66200

66201

66202

66203

66205

66206

66207

66208

66210

66211

66212

66213

66214

66217

66219

66221

66223

66224

66225

66226

66227

66228

66229

66230

**Claim #**

66231

66233

66234

66235

66236

66237

66238

66241

66242

66243

66245

66246

66247

66248

66249

66252

66254

66257

66258

66259

66260

66261

66263

66264

66265

66268

66291

66317

66331

66332

66334

66335

66341

66342

66343

66348

66349

66350

66351

66353

66354

66364

66368

66399

66401

66406

TIMELY FILED CLAIMS

**Claim #**

66407
66414
66415
66417
66445
66451
66452
66454
66458
66461
66482
66483
66489
66492
66497
66498
66502
66503
66506
66510
66516
66518
66520
66521
66522
66523
66524
66525
66526
66529
66530
66533
66534
66536
66537
66539
66540
66541
66542
66543
66544
66546
66548
66549
66550
66551

**EXHIBIT B-1**

**Claim #**

66555
66556
66564
66565
66566
66567
66568
66569
66570
66571
66575
66576
66577
66578
66579
66580
66582
66583
66584
66591
66592
66593
66594
66598
66599
66606
66608
66611
66630
66631
66632
66633
66637
66638
66639
66640
66641
66642
66654
66657
66658
66664
66665
66667
66696
66699

**EXHIBIT B-1**

**Claim #**

66701

66702

66706

66714

66715

66717

66719

66725

66731

66739

66740

66742

66744

66747

66748

66753

66755

66764

66766

66778

66785

66786

66794

66801

66802

66804

66810

66816

66839

66842

66849

66856

66860

66862

66864

66865

66880

66881

66888

66892

66893

66894

66900

66904

66906

66908

**TIMELY ELIGIBLE CLAIMS**

**Claim #**

66915
66921
66922
66923
66924
66925
66928
66932
66934
66936
66939
66946
66947
66952
66957
66966
66967
66968
66970
66973
66983
66984
66985
66994
67000
67003
67006
67010
67028
67029
67030
67032
67034
67044
67047
67055
67057
67059
67062
67063
67069
67070
67072
67073
67074
67075

TIMELY ELIGIBLE CLAIMS

**EXHIBIT B-1**

**Claim #**

67076
67077
67081
67085
67086
67087
67090
67092
67094
67096
67097
67099
67100
67102
67104
67105
67106
67108
67109
67110
67111
67112
67113
67114
67116
67119
67122
67123
67124
67126
67127
67128
67129
67132
67149
67159
67170
67171
67173
67174
67177
67178
67180
67184
67185
67186

**Claim #**

67187

67188

67189

67191

67192

67193

67194

67195

67196

67197

67198

67200

67201

67202

67217

67218

67220

67222

67224

67225

67226

67228

67232

67233

67234

67250

67251

67252

67254

67258

67259

67260

67262

67264

67265

67266

67267

67268

67269

67273

67274

67276

67277

67279

67280

67281

**EXHIBIT B-1**

**Claim #**

67282

67283

67285

67287

67288

67289

67291

67292

67294

67295

67296

67297

67298

67299

67300

67301

67302

67304

67305

67306

67307

67309

67311

67313

67315

67320

67321

67322

67323

67324

67325

67327

67328

67329

67335

67336

67337

67340

67344

67345

67347

67348

67352

67354

67355

67356

**Claim #**

67363

67365

67366

67367

67371

67372

67376

67378

67379

67380

67381

67386

67388

67390

67391

67392

67394

67396

67397

67401

67403

67406

67407

67408

67409

67410

67414

67415

67416

67419

67421

67422

67423

67424

67425

67426

67427

67428

67429

67430

67432

67433

67436

67437

67438

67439

**EXHIBIT B-1**

**Claim #**

67440
67441
67442
67443
67444
67446
67448
67449
67451
67452
67453
67455
67456
67457
67458
67460
67461
67462
67466
67468
67469
67470
67471
67472
67473
67474
67477
67478
67480
67482
67484
67485
67486
67487
67488
67489
67490
67491
67492
67493
67495
67496
67497
67498
67499
67500

TIMELY ELIGIBLE CLAIMS                                    **EXHIBIT B-1**

**Claim #**

67501

67503

67504

67505

67507

67508

67514

67515

67516

67518

67519

67521

67525

67526

67527

67528

67532

67536

67538

67539

67541

67542

67543

67544

67545

67546

67548

67551

67554

67555

67556

67558

67560

67562

67563

67564

67565

67566

67567

67571

67574

67576

67577

67578

67579

67583

TIMELY FILED CLAIMS

**Claim #**

67587

67594

67595

67597

67598

67605

67606

67611

67614

67628

67637

67638

67639

67640

67643

67646

67657

67658

67662

67663

67664

67665

67671

67685

67688

67702

67704

67708

67709

67710

67711

67712

67713

67715

67720

67721

67723

67724

67726

67731

67732

67743

67744

67746

67748

67749

**EXHIBIT B-1**

**Claim #**

67753
67757
67762
67766
67788
67796
67802
67814
67816
67818
67823
67824
67828
67831
67834
67835
67838
67839
67840
67848
67849
67850
67869
67870
67872
67874
67880
67881
67882
67883
67884
67894
67895
67896
67897
67903
67911
67912
67921
67924
67935
67936
67939
67940
67942
67943

**EXHIBIT B-1**

**Claim #**

67945
67949
67950
67952
67953
67954
67955
67956
67957
67960
67962
67963
67965
67966
67968
67969
67970
67971
67972
67973
67974
67975
68282
68284
68285
68309
68349
68350
68351
68353
68354
68359
68360
68364
68376
68380
68386
68388
68389
68395
68410
68417
68418
68423
68424
68425

**Claim #**

68426
68428
68518
68521
68523
68524
68528
68529
68531
68532
68533
68534
68536
68543
68544
68548
68559
68560
68561
68562
68564
68569
68571
68572
68576
68578
68580
68581
68583
68584
68588
68591
68598
68599
68600
68601
68603
68607
68608
68610
68612
68614
68618
68626
68628
68629

**EXHIBIT B-1**

**Claim #**

68630
68631
68640
68650
68657
68659
68691
68696
68698
68703
68706
68707
68708
68709
68710
68711
68712
68713
68714
68715
68716
68717
68718
68719
68720
68721
68722
68723
68724
68725
68726
68727
68728
68729
68730
68731
68732
68733
68734
68735
68736
68737
68738
68739
68740
68741

TIMELY FILED CLAIMS

**EXHIBIT B-1**

**Claim #**

68742
68743
68744
68745
68746
68747
68748
68749
68750
68751
68752
68753
68754
68755
68756
68757
68758
68759
68760
68761
68762
68763
68764
68765
68766
68767
68768
68769
68770
68771
68772
68773
68774
68775
68776
68777
68778
68779
68780
68781
68782
68783
68784
68785
68786
68787

**EXHIBIT B-1**

**Claim #**

68788

68789

68790

68791

68792

68793

68794

68795

68796

68797

68798

68799

68811

68813

68814

68815

68836

68840

68844

68850

68851

68857

68863

68893

68894

68895

68896

68903

68908

68912

68916

68919

68920

68921

68923

68924

68927

68934

68939

68940

68941

68942

68957

68958

68959

68960

**Claim #**

68961
68962
68970
68972
68982
69022
69024
69025
69026
69056
69063
69065
69097
69100
69126
69129
69130
69132
69141
69159
69177
69191
69218
69224
69228
69242
69250
69268
69270
69297
69348
69349
69352
69353
69354
69355
69360
69363
69366
69367
69368
69372
69373
69374
69377
69381

**Claim #**

69382
69383
69384
69385
69387
69388
69389
69391
69394
69400
69402
69403
69404
69406
69407
69411
69413
69414
69429
69452
69478
69480
69481
69482
69483
69516
69524
69528
69530
69531
69534
69535
69536
69561
69567
69570
69571
69572
69573
69577
69578
69579
69580
69584
69585
69586

TIMELY FILED CLAIMS                                              **EXHIBIT B-1**

**Claim #**

69589
69590
69984
71025
72087
72553
72554
72555
72556
72558
72564
72567
72568
72569
72570
72572
72575
72577
72580
72582
72584
72585
72586
72587
72588
72590
72592
72593
72594
72595
72596
72598
72601
72602
72603
72604
72607
72609
72614
72619
72625
72626
72632
72633
72634
72643

**EXHIBIT B-1**

**Claim #**

72645
72647
72648
72649
72650
72651
72652
72653
72681
72682
72683
72686
72687
72688
72689
72690
72693
72696
72698
72702
72703
72704
72705
72706
72707
72709
72711
72712
72713
72714
72715
72716
72719
72721
72725
72727
72728
72729
72730
72732
72733
72735
72738
72739
72742
72743

**Claim #**

72744

72745

72747

72750

72751

72753

72756

72757

72759

72760

72761

72764

72766

72767

72768

72769

72771

72772

72775

72776

72779

72781

72783

72784

72785

72786

72787

72788

72792

72793

72794

72796

72797

72799

72800

72801

72802

72803

72804

72805

72806

72807

72808

72809

72811

72812

**EXHIBIT B-1**

| Claim # |
|---|
| 72813 |
| 72814 |
| 72815 |
| 72816 |
| 72817 |
| 72818 |
| 72819 |
| 72820 |
| 72824 |
| 72825 |
| 72830 |
| 72831 |
| 72832 |
| 72833 |
| 72839 |
| 72845 |
| 72848 |
| 72854 |
| 72855 |
| 72858 |
| 72859 |
| 72863 |
| 72864 |
| 72875 |
| 72878 |
| 72880 |
| 72883 |
| 72890 |
| 72892 |
| 72896 |
| 72897 |
| 72898 |
| 72901 |
| 72902 |
| 72905 |
| 72906 |

**Total    5970**