**LATE BUT OTHERWISE ELIGIBLE CLAIMS**
**EXHIBIT B-2**

| Claim # |
|---|
| 72927 |
| 72937 |
| 72938 |
| 72943 |
| 72945 |
| 72947 |
| 72948 |
| 72950 |
| 72955 |
| 72958 |
| 72968 |
| 72974 |
| 72981 |
| 72985 |
| 72986 |
| 72990 |
| 72996 |
| 72997 |
| 72998 |
| 73005 |
| 73006 |
| 73007 |
| 73008 |
| 73009 |
| 73010 |
| 73012 |
| 73013 |
| **Total** **27** |