**REJECTED CLAIMS**

**EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 2 | INADEQUATELY DOCUMENTED CLAIMS |
| 23 | INADEQUATELY DOCUMENTED CLAIMS |
| 30 | INADEQUATELY DOCUMENTED CLAIMS |
| 101 | INADEQUATELY DOCUMENTED CLAIMS |
| 135 | INADEQUATELY DOCUMENTED CLAIMS |
| 152 | INADEQUATELY DOCUMENTED CLAIMS |
| 160 | INADEQUATELY DOCUMENTED CLAIMS |
| 169 | INADEQUATELY DOCUMENTED CLAIMS |
| 175 | INADEQUATELY DOCUMENTED CLAIMS |
| 176 | INADEQUATELY DOCUMENTED CLAIMS |
| 192 | INADEQUATELY DOCUMENTED CLAIMS |
| 205 | INADEQUATELY DOCUMENTED CLAIMS |

**Total** **12**