EXHIBIT F

Douglas v. PLDT Inc. et al.
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

CONTROL#:    1

**December 4, 2024**

ACCOUNT#:

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| For any American Depository Shares ("ADSs") of PLDT Inc. ("PLDT") purchased during the Class Period through December 18, 2022 and sold prior to December 19, 2022, the Recognized Loss is $0.00 and/or ADSs of PLDT purchased during the Class Period from December 19, 2022 through December 21, 2022, inclusive, the Recognized Loss per share is $0.00. | 700 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than ten (10) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.