**EXHIBIT G**

49

PLDT

## Claimant Information

Phone:
Phone:
Email:
SSN/TaxID:
Date Submitted: 2024-06-25 15:41:20
SubmissionTieBack: D2014RW

## Transaction Information

Beginning Balance: 500

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |
| 1/2/2019 | 0 | 0 | | | |
| 12/19/2022 | 0 | 0 90-Day | | | |

Ending Balance: 0

Beginning Balance: [BegBalance1]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance1]

Beginning Balance: [BegBalance2]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance2]

Beginning Balance: [BegBalance3]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance3]

# Documentation List

128-81a6d5d3c7b550c393116432fdc3c632\2024\06\Screenshot_20201222-174752_RBC-Mobile.jpg

# ← Account Details

 **KNDI**

KANDI TECHNOLGIES G...

 **PHI**

PLDT INC SPONSORED ADR

 **SPCE**

VIRGIN GALACTIC HLDGS I...

 **SPO**

SPONSORSONE INC COM

Douglas v. PLDT Inc. et al.
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   49                                                      **December 4, 2024**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| American Depository Shares ("ADS") of PLDT Inc. ("PLDT") were not purchased in the Class Period. In order to be eligible, you must have purchased PLDT ADSs between January 1, 2019 through and including December 21, 2022. | 500 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than ten (10) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

**SUPPORT CENTER**
Support Ticket System

01/27/2025 02:04:36 PM

# Ticket #274220

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 01/24/2025 09:32:05 PM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | | | **Last Response** | 01/27/2025 02:04:19 PM |
| **Due Date** | | | **Last Message** | 01/24/2025 09:32:06 PM |

**Ticket Details**

*dispute*

| | |
|---|---|
| **Case:** | PLDT |
| **Control Number:** | 49 |

## PLDT Control#: 49

01/24/2025 09:32:06 PM PLDT Control#: 49

PLDT Control#: 49

To whom it may concern,

I am writing to request a special examination of my claim. I purchased PLDT ADSs on November 25, 2020.

Respectfully,

# SUPPORT CENTER
Support Ticket System

---

01/27/2025 02:04:36 PM

| 01/27/2025 02:04:19 PM | George Allen |
|---|---|

Good afternoon,

We have received your information and will pass it on for further review.

Thank you.

--

Claims Administrator

Strategic Claims Services, Inc.

600 N. Jackson St. - Suite 205

Media PA 19063

Phone: 610-565-9202

Fax: 610-565-7985

Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

 Outlook

---

## Re: PLDT Control#: 49 - final determination

---

**From** Margery Craig <mcraig@strategicclaims.net>

**Date** Mon 2/3/2025 3:15 PM

**To**

**Bcc** Josephine Bravata <jbravata@strategicclaims.net>

📎 1 attachment (1 MB)

Final PLDT Notice and Claim Form.pdf;

Good afternoon,

Thank you for responding to the letter mailed on December 4, 2024 and for your patience while your claim was reviewed.

Please note that you submitted an online claim form. On the claim form, a balance of 500 shares was entered as the balance prior to the class period. The only documentation that was received with your online claim was a screenshot of your Account Details that did not show a date of when the shares were purchased or the number of shares.

The online claim form and the paper claim form (see the attached) both required the number of shares held as of the opening of trading on January 1, 2019, all purchases and sale from the opening of trading on January 1, 2019 through the close of trading on March 17, 2023, and the number of shares held as of the close of trading on March 17, 2023. All information and transactions must have supporting documentation (trade confirmations and/or statements).

**Our final determination - your claim #49 was processed based on the information that was provided and remains ineligible. If you do not agree with the determination, please respond to this email on or before February 10, 2025, with the reason(s) you do not agree, and documentation to support those reasons.**

Please let me know if you have any questions.

Regards,

Margie Craig
Project Manager
Strategic Claims Services, Inc.
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the*

about:blank?windowId=SecondaryReadingPane1



**Margery Craig <mcraig@strategicclaims.net>**

## Re: PLDT Control#: 49 - final determination

Mon, Feb 3, 2025 at 11:21 PM

Reply-To:
To: mcraig@strategicclaims.net



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

## Confirmation Notice

**DATE**
OCTOBER 13, 2021

**ACCOUNT NO.**   **TYPE**

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| | |
|---|---|
| **SETTLEMENT DATE** | **OCTOBER 15, 2021** |
| AS PRINCIPAL, WE CONVERTED AT | 1.2277 |
| TRANSACTION TYPE | **SOLD** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 245 | PLDT INC | @ | 31.7786US |
| | SPONSORED ADR | | |
| | UNSOLICITED | | |
| | CA | | |
| | EXCHANGE RATE   1.22770000 | | |

| | | |
|---|---|---|
| GROSS AMOUNT | | 7,785.75 |
| COMMISSION | 9.95 | |
| US TRAN FEE | .04 | |
| FEE SUB TOTAL | | 9.99 |
| SUB TOTAL | | 7,775.76 US |
| EXCHANGE | | 1,770.54 |
| NET AMOUNT | | 9,546.30CR C$ |

**CLIENT NAME**
**ACCOUNT NO.**
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTING
**I.R. NO. 3YX**

REFERENCE W4258  /  CUSIP US69344D4088  /  SECURITY NO. P038419  /  ORDER NO       INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7313090_002 - 00000653 - E:10327

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

## Confirmation Notice

**DATE**
NOVEMBER 23, 2020

**ACCOUNT NO.**    **TYPE**

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | NOVEMBER 25, 2020 |
| --- | --- |
| AS PRINCIPAL, WE CONVERTED AT | 1.325 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
| --- | --- | --- | --- |
| 245 | PLDT INC SPONSORED ADR UNSOLICITED DA | @ | 28.6126U$ |
| | EXCHANGE RATE 1.32500000 | | |

| | |
| --- | --- |
| GROSS AMOUNT | 7,010.08 |
| COMMISSION | 9.95 |
| SUB TOTAL | 7,020.03 U$ |
| EXCHANGE | 2,281.51 |
| NET AMOUNT | 9,301.54 C$ |

**CLIENT NAME**
**ACCOUNT NO.**
**INVESTMENT REPRESENTATIVE**    **ONLINE INVESTNG**
**I.R. NO. 3YX**

REFERENCE W4675 / CUSIP US69344D4088 / SECURITY NO. P038419 / ORDER NO.    INTERNAL CODES UN 65 / 684 A

Member–CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7094020_003 - 00006597 - E 24290

Please see attachments.

Thanks,



Margery Craig <mcraig@strategicclaims.net>

## Re: PLDT Control#: 49 - final determination

Margery Craig <mcraig@strategicclaims.net>                    Tue, Feb 4, 2025 at 4:14 PM
To:
Bcc: jbravata@strategicclaims.net

Good afternoon,

Thank you for responding with documentation.

Your claim 49 has been processed for a purchase of 245 shares of PLDT Inc. on 11/23/2020 for $28.6126 per share and for a sale of 245 shares of PLDT Inc. on 10/13/2021 for $31.7786.

We will be mailing a letter confirming that you sold those 245 shares of PLDT Inc. for a profit.


Regards,

Margie Craig
Project Manager
Strategic Claims Services, Inc.
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985


*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*



**Margery Craig <mcraig@strategicclaims.net>**

## Re: PLDT Control#: 49 - final determination

Tue, Feb 4, 2025 at 4:45 PM

Reply-To:
To: mcraig@strategicclaims.net

I didn't make profit, I lost money, because of the fraud/manipulation of the data. Good thing I sold it before it went downhill or I could have had a big losses.

Douglas v. PLDT Inc. et al.
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   49

**February 25, 2025**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| PLDT Inc. American Depository Shares that were sold for a profit have no recognized loss. | 245 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than ten (10) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.



Strategic Claims.net Mail - Re: PLDT Control#: 49 - final determination

**Margery Craig <mcraig@strategicclaims.net>**

## Re: PLDT Control#: 49 - final determination

Fri, Mar 14, 2025 at 2:03 PM

Reply-To:
To: mcraig@strategicclaims.net

I would like to appeal the decision. I am part of the class action lawsuit, I think I deserve something, due to price, data and news manipulation. I was not able to hold and profit more and make money, as you can see on the statements, I lost money from the currency exchange.

Please give me something so that I can pay some debt. I can see a lot of the money are going to the firm.

Bless the one in need.



 Gmail

**Margery Craig <mcraig@strategicclaims.net>**

---

## Re: PLDT Control#: 49 - final determination

---

**ian villalon** <ianvillalon@yahoo.com>                                Mon, Apr 7, 2025 at 3:41 PM
Reply-To: ian villalon <ianvillalon@yahoo.com>
To: mcraig@strategicclaims.net

I'm still not satisfied, I need some compensation to make me happy. 🥴🤯🥴🤯